## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC**<br>**Plaintiff,**<br><br>v.<br><br>**APPLE, INC.,**<br>**Defendant** | **CASE NO. 6:08-cv-447**<br><br><br><u>**JURY TRIAL DEMANDED**</u> |

## <u>PLAINTIFF EMG TECHNOLOGY, LLC.'S DISCLOSURE STATEMENT</u>

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, EMG Technology, LLC., states that it has no parent corporation and that no publicly held corporation owns 10% or more of EMG Technology, LLC.'s stock.

DATED: November 24, 2008

Respectfully Submitted,

By: _/s/ Charles Ainsworth_
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**OF COUNSEL:**

Jeffer, Mangels, Butler and Marmaro, LLP

Stanley M. Gibson
(Cal. Bar No. 162329)
_smg@jmbm.com_

Brian W. Kasell
(Cal. Bar No. 143776)
_bwk@jmbm.com_

Joshua S. Hodas, Ph.D.
(Cal. Bar No. 250812)
_jsh@jmbm.com_

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 24 day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH