**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **EMG TECHNOLOGY, LLC**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**APPLE, INC.,**<br>　　　　**Defendant** | **CASE NO. 6:08-cv-447**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff, EMG Technology, LLC., for the purpose of receiving notices from the Court.

Dated: November 24, 2008　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　　ROBERT CHRISTOPHER BUNT
　　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　　PARKER, BUNT & AINSWORTH, P.C.
　　　　　　　　　　　　　　　　　　100 E. Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　Telephone: 903/531-3535
　　　　　　　　　　　　　　　　　　Facsimile: 903/533-9687
　　　　　　　　　　　　　　　　　　E-mail: rcbunt@pbatyler.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR EMG TECHNOLOGY, LLC.,
　　　　　　　　　　　　　　　　　　PLAINTIFF

## CERTIFICATE OF SERVICE

   I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 24th day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

            */s/ Robert Christopher Bunt*
            ROBERT CHRISTOPHER BUNT