# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC** | § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CASE NO. 6:08 CV 447** |
| **APPLE, INC.** | § § | **PATENT CASE** |
| **Defendant.** | § § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 25th day of November, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**