EMG Technology, LLC v. Apple, Inc.                                                                                    Doc. 7

| | |
|---|---|
| **Appendix K** | Revised: 1/24/07 |

6-1-16112

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Tyler___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2008 DEC -5 PM 2: 35

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # __6:08 cv 447__
Style: __EMG Technology, LLC v. Apple, Inc.__
2. Applicant is representing the following party/ies: __EMG Technology, LLC__
3. Applicant was admitted to practice in __CA__ (state) on __Dec. 14, 1992__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    Please see attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, __Stanley M. Gibson__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __Dec. 1, 2008__          Signature __[signature]__

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Stanley M. Gibson
State Bar Number 162329
Firm Name: Jeffer, Mangels, Butler & Marmaro, LLP
Address/P.O. Box: 1900 Avenue of the Stars, 7th Fl.
City/State/Zip: Los Angeles, CA 90067
Telephone #: (310) 201-3548
Fax #: (310) 203-0567
E-mail Address: sgibson@jmbm.com
Secondary E-Mail Address: smg@jmbm.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/5/08**



*David J. Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By P. Bell
Deputy Clerk

Stanley M. Gibson's Bar Admissions

1992 – United States District Court for the Central District of California

1994 – Ninth Circuit Court of Appeals

1997 – United States District Court – Northern District California

2001 – United States District Court of Tennessee Western District

2004 – United States District Court of Washington

2004 – Federal Circuit

2005 – United States District Court of Utah – Northern Division

2007 – United States District Court – District of Colorado

2008 - United States District Court - District of Massachusetts

2008 - United States District Court - Eastern District of Texas/Lufkin Division

2008 - United States District Court - Eastern District of Texas/Tyler Division

# Receipt for Payment

Receipt No: 6-1-0016112

## United States District Court

for the

Eastern District of Texas at Tyler

Date: Friday, December 5, 2008

Received from:

**JEFFER, MANGELS**
**1900 AVENUE OF THE STARS, 7TH FLOOR**
**LOS ANGELES, CA 90067**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check

Case or other reference: 6:08CV447

Comments: PHV APP FOR STANLEY M. GIBSON - FIRM CK 197228

Received by: MC