6-1-16113

Appendix K                                                    Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## __Tyler__ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2008 DEC -5 PM 2: 34

TEXAS EASTERN

1. This application is being made for the following: Case # __6:08 cv 447__                BY____

Style: __EMG Technology, LLC v. Apple, Inc.__

2. Applicant is representing the following party/ies: __EMG Technology, LLC__

3. Applicant was admitted to practice in __CA__ (state) on __Oct. 29, 2007__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

__California: USDC, Central District; USDC, Northern District__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Joshua S. Hodas__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __Dec. 1, 2008__                    Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Joshua S. Hodas__

State Bar Number __CA 250802__

Firm Name: __Jeffer Mangels Butler & Marmaro LLP__

Address/P.O. Box: __1900 Avenue of the Stars, 7th Floor__

City/State/Zip: __Los Angeles, CA  90067__

Telephone #: __310-203-8080__

Fax #: __310-203-0567__

E-mail Address: __jsh@jmbm.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: __**12/8/08**__

*David J Maland*

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By __MLL__

Deputy Clerk

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Friday, December 5, 2008**

Received from:

**JEFFER, MANGELS**

**1900 AVENUE OF THE STARS, 7TH FLOOR**

**LOS ANGELES, CA 90067**

| Account | | Description |
|---|---|---|
| 085000 | _ | Attorney Admission Fees |
| 086400 | _ | New Case Fee |
| 086900 | _ | Filing Fees |
| 121000 | _ | Conscience Fund |
| 129900 | _ | Gifts |
| 143500 | _ | Interest |
| 322340 | _ | Sale of Publications |
| 322350 | _ | Copy Fees |
| 322360 | _ | Miscellaneous Fees |
| 322380 | _ | Recoveries of Court Costs |
| 322386 | _ | Cost of Prosecution |
| 504100 | _ | Crime Victims Fund |
| 508800 | _ | Immigration Fees |
| 510000 | _ | Civil Filing Fee (1/2) |
| 5100PL | _ | Partial Filing Fee (PLRA) |
| 510100 | _ | Registry Fee |
| 604700 | _ | Registry Funds/General and Special Funds |
| 613300 | _ | Unclaimed Monies |
| 6855XX | _ | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **6:08CV447**

Comments: **PHV APP FOR JOSHUA S. HODAS - FIRM CK 197227**

Received by: **MC**