## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 6:08 CV 447** |
| **APPLE INC.,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. files this Notice of Appearance of Counsel to notify the Court that David J. Healey of the law firm Fish & Richardson P.C., located at One Houston Center, 1221 McKinney, Suite 2800, Houston, Texas 77010, is appearing as Lead Attorney for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at healey@fr.com for the purposes of Local Rule CV-5.

Respectfully submitted,

Dated: December 10, 2008           FISH & RICHARDSON P.C.


By: /s/ David J. Healey
    David J. Healey
    Lead Attorney
    State Bar No. 09327980

    FISH & RICHARDSON P.C.
    One Houston Center
    1221 McKinney, Suite 2800
    Houston, Texas 77010
    Tel: (713) 652-0115
    Fax: (713) 652-0109
    E-mail: healey@fr.com

ATTORNEY FOR DEFENDANT
APPLE INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on December 10, 2008.

    /s/ David J. Healey
    DAVID J. HEALEY