# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>　　　**Defendant.** | **CASE NO. 6:08 CV 447** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. files this Notice of Appearance of Counsel to notify the Court that Garland T. Stephens of the law firm Fish & Richardson P.C., located at One Houston Center, 1221 McKinney, Suite 2800, Houston, Texas 77010, is appearing as counsel for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at stephens@fr.com for the purposes of Local Rule CV-5.

Respectfully submitted,

Dated: December 10, 2008  FISH & RICHARDSON P.C.


By: /s/ Garland T. Stephens
    Garland T. Stephens
    State Bar No. 24053910

    FISH & RICHARDSON P.C.
    One Houston Center
    1221 McKinney, Suite 2800
    Houston, Texas 77010
    Tel: (713) 652-0115
    Fax: (713) 652-0109
    E-mail: stephens@fr.com

ATTORNEY FOR DEFENDANT
APPLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on December 10, 2008.

/s/ Garland T. Stephens
GARLAND T. STEPHENS