IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>　　　**Defendant.** | **CASE NO. 6:08 CV 447** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. files this Notice of Appearance of Counsel to notify the Court that John R. Lane of the law firm Fish & Richardson P.C., located at One Houston Center, 1221 McKinney, Suite 2800, Houston, Texas 77010, is appearing as counsel for Apple Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other materials may be served upon counsel at the above-referenced physical address or at jlane@fr.com for the purposes of Local Rule CV-5.

|  |  |
|---|---|
| Dated: December 10, 2008 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: /s/ John R. Lane<br>　　John R. Lane<br>　　State Bar No. 24057958<br><br>　　FISH & RICHARDSON P.C.<br>　　One Houston Center<br>　　1221 McKinney, Suite 2800<br>　　Houston, Texas 77010<br>　　Tel: (713) 652-0115<br>　　Fax: (713) 652-0109<br>　　E-mail: jlane@fr.com<br><br>　　ATTORNEY FOR DEFENDANT<br>　　APPLE INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on December 10, 2008.

/s/ John R. Lane
JOHN R. LANE