IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, | |
| Plaintiff, | CASE NO. **6:08-cv-447** |
| v. | **JURY TRIAL DEMANDED** |
| APPLE, INC., AMERICAN AIRLINES, INC., BLOOMBERG, L.P., CONTINENTAL AIRLINES, INC., | |
| Defendants. | |

## EMG'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF THE WEATHER CHANNEL

Pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(A)(i), Plaintiff EMG Technology, LLC ("EMG") submits this notice of voluntary dismissal, without prejudice, of Defendant, The Weather Channel, which has neither been served, answered, nor filed a motion for summary judgment in this action.

Pursuant to Rule 41(a), no order from this Court is necessary to effect this voluntary dismissal.

| | |
|---|---|
| DATED: January 12, 2009 | Respectfully Submitted, |

**OF COUNSEL:**

Jeffer, Mangels, Butler and Marmaro, LLP

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Brian W. Kasell
    (Cal. Bar No. 143776)
    *bwk@jmbm.com*

    Joshua S. Hodas, Ph.D.
    (Cal. Bar No. 250812)
    *jsh@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567


Manatt, Phelps & Phillips, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

By: *Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 12TH day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                        */s/ Charles Ainsworth*
                        CHARLES AINSWORTH