AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| EMG TECHNOLOGY, LLC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:08cv447 |
| APPLE, INC., ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CONTINENTAL AIRLINES, INC.
c/o C T CORPORATION SYSTEM
350 N. ST. PAUL STREET
Dallas, TX 75201 USA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 4 2009

DAVID J. MALAND, CLERK

BY
DEPUTY _____

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CHARLES AINSWORTH
PARKER BUNT & AINSWORTH PC
100 E FERGUSON SUITE 1114
TYLER TX 75702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_David Maland_
Name of clerk of court

MLL
Deputy clerk's signature

Date:    **1/7/09**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with   _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____ .

*** SEE ATTACHED ***
*** AFFIDAVIT ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE | |
|---|---|---|
| | | 01/08/09 |
| NAME OF SERVER *(PRINT)* BREIHAN A. BRIDGEWATER | TITLE | TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify):  CONTINENTAL AIRLINES INC. BY DELIVERING TO C T CORPORATION SYSTEM BY LEAVING WITH AUTHORIZED AGENT VINCENT CASTILLO  350 N. ST. PAUL, STE 2900, DALLAS TX 75201

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     01/09/09      _Breihan ABridgewater_ SLH232
          Date             *Signature of Server*

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.