UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08-cv-447 (LED)

Name of party you are representing: Bloomberg, L.P.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/8/2009

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 3/16/2009   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Elizabeth L. DeRieux
State Bar No.: 05770585
Firm Name: Capshaw DeRieux, L.L.P.
Address: 1127 Judson Road, Suite 220
         Longview, Texas 75601

Phone: (903) 236-9800
Fax: (903) 236-8787
Email: ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.