# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P., and<br>CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | CASE NO. 6:08 CV 447 (LED)<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXTEND TIME FOR APPLE INC. TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF EMG TECHNOLOGY, LLC'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant Apple Inc. ("Apple"), without waiving any defenses described or referred to in F.R.C.P. 12, and moves the Court to extend the time within which Apple is required to move, answer or otherwise respond to Plaintiff's First Amended Complaint to and including March 16, 2009.

II.

Counsel for Apple met and conferred with counsel for Plaintiff, EMG Technology, LLC, on January 15, 2009, and EMG Technology, LLC is unopposed to this request.

III.

Apple seeks this extension of time not for delay but to make its answer date consistent with the other defendants.

WHEREFORE, Apple respectfully prays that the time to answer, move, or otherwise respond to EMG Technology, LLC's First Amended Complaint be extended to and including March 16, 2009.

Respectfully submitted,

Dated: January 15, 2009　　　　　　　　　　FISH & RICHARDSON P.C.

By: */s/ David J. Healey*
　　David J. Healey
　　Lead Attorney
　　State Bar No. 09327980

　　FISH & RICHARDSON P.C.
　　One Houston Center
　　1221 McKinney, Suite 2800
　　Houston, Texas 77010
　　Tel: (713) 652-0115
　　Fax: (713) 652-0109
　　E-mail: healey@fr.com

　　ATTORNEY FOR DEFENDANT
　　APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of January, 2009.

*/s/ David J. Healey*
David J. Healey