UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:08-cv-447 (LED)

Name of party requesting extension: American Airlines, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 1/08/2009

Number of days requested: ☐ 30 days
☐ 15 days
☑ Other 45 days

New Deadline Date: 3/16/2009  *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Mike McKool, Jr.
State Bar No.: 13732100
Firm Name: McKool Smith, P.C.
Address: 300 Crescent Court
Suite 1500
Dallas, Texas 75201
Phone: 214-978-4000
Fax: 214-978-4044
Email: mmckool@mckoolsmith.com

A certificate of conference does not need to be filed with this unopposed application.