IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO. **6:08-cv-447**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff, EMG Technology, LLC ("EMG"), hereby requests leave of the Court to file its Second Amended Complaint, a copy of which is attached hereto as Exhibit 1.

There have been no responsive pleadings filed in this matter. This Motion will not result in prejudice to any party or to the Court and is not pursued for purposes of delay. This Motion is unopposed.

Wherefore, premises considered, Plaintiff EMG Technology, LLC, respectfully requests the Court grant Plaintiff leave to file its Second Amended Complaint.

| DATED: January 29, 2009 | Respectfully Submitted, |
|---|---|
| **OF COUNSEL:** | |
| Jeffer, Mangels, Butler and Marmaro, LLP | By: *Charles Ainsworth*<br>Charles Ainsworth<br>State Bar No. 00783521 |
|    Stanley M. Gibson<br>   (Cal. Bar No. 162329)<br>   *smg@jmbm.com* | Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114 |
|    Brian W. Kasell<br>   (Cal. Bar No. 143776)<br>   *bwk@jmbm.com* | Tyler, TX 75702<br>903/531-3535<br>903/533-9687<br>E-mail: charley@pbatyler.com |
|    Joshua S. Hodas, Ph.D.<br>   (Cal. Bar No. 250812)<br>   *jsh@jmbm.com* | E-mail: rcbunt@pbatyler.com |

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Manatt, Phelps & Phillips, LLP

   Robert D. Becker
   (Cal. Bar No. 160648)
   *rbecker@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 29[rd] day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                  */s/ Charles Ainsworth*
                                  Charles Ainsworth

## CERTIFICATE OF CONFERENCE

I certify that on this 29th day of January, 2009, I have conferred with all of the parties that have requested extensions but have not officially made an appearance in this matter, and such parties do not oppose the relief requested in this Motion.

                                           */s/ Charles Ainsworth*
                                           Charles Ainsworth