# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC., and<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO. 6:08 CV 447 (LED) |

## UNOPPOSED MOTION TO EXTEND TIME FOR APPLE INC. TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF EMG TECHNOLOGY, LLC'S <u>SECOND AMENDED COMPLAINT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant Apple Inc. ("Apple"), without waiving any defenses described or referred to in F.R.C.P. 12, and moves the Court to extend the time within which Apple is required to move, answer or otherwise respond to Plaintiff's Second Amended Complaint to and including March 16, 2009.

II.

Counsel for Apple met and conferred with counsel for Plaintiff, EMG Technology, LLC, on February 2, 2009, and EMG Technology, LLC is unopposed to this request.

III.

WHEREFORE, Apple respectfully prays that the time to answer, move, or otherwise respond to EMG Technology, LLC's Second Amended Complaint be extended to and including March 16, 2009.

Respectfully submitted,

Dated: February 4, 2009  FISH & RICHARDSON P.C.

By: */s/ David J. Healey*
    David J. Healey
    Lead Attorney
    State Bar No. 09327980

    FISH & RICHARDSON P.C.
    One Houston Center
    1221 McKinney, Suite 2800
    Houston, Texas 77010
    Tel: (713) 652-0115
    Fax: (713) 652-0109
    E-mail: healey@fr.com

ATTORNEY FOR DEFENDANT
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of February, 2009.

/s/   David J. Healey
      David J. Healey