AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

FILED CLERK
U.S. DISTRICT COURT
2009 FEB -4 PM 12: 57
TEXAS EASTERN
BY_____

| EMG TECHNOLOGY, LLC. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 6:08cv447 |
| APPLE, INC., ET AL. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

BLOOMBERG, LP
THE PRENTICE-HALL CORPORATION
701 Brazos Street, Suite 1050
Austin, TX 78701 USA

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CHARLES AINSWORTH
PARKER BUNT & AINSWORTH PC
100 E FERGUSON SUITE 1114
TYLER TX 75702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Maland
Name of clerk of court

Date: __1/7/09__

MLL
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Bloomberg_,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____Affidavit Attached_____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _Jan 9, 2009_

Server's signature: _[signed]_

Printed name and title: _JEFF KEYTON SCH-0735_

Server's address: _809 Rio Grande, Ste 103, Austin, TX 78701_

# AFFIDAVIT OF SERVICE

Came to hand on the 8th day of January, 2009, at 8:00 o'clock am.
Cause No. 6:08CV447

Executed at 701 Brazos Street, Suite 1050 Austin, Texas 78701 within the County of Travis at 10:04 o'clock am on the 8th day of January, 2009, by delivering to the within named:

**BLOOMBERG, LP,**
by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION,
by delivering to its designated agent, SUE VERTREES, in person, a true copy of this Summons in a Civil Action, First Amended Complaint for Patent Infringement, and the attached Exhibits, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| EMB TECHNOLOGY, LLC |
| |
| Plaintiff |
| V. |
| APPLE, INC., ET AL |
| |
| Defendant |

By: _____
Jeff Keyton   ID# SCH-735
(Authorized Person)

THOMAS PROCESS
809 Rio Grande Street
Suite 103
Austin, Texas 78701
(512) 320-8330

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jeff Keyton**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 9th day of January, A.D., 2009.

NOTARY PUBLIC, STATE OF TEXAS

41348/007-0790