UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:08-cv-447 (LED)

Name of party requesting extension: American Airlines, Inc.

Is this the first application for extension of time in this case?
- ☐ Yes
- ☑ No

If no, please indicate which application this represents:
- ☑ Second
- ☐ Third
- ☐ Other ____________

Date of Service of Summons: 1/30/2009

Number of days requested:
- ☐ 30 days
- ☐ 15 days
- ☑ Other 27 days

New Deadline Date: 3/16/2009 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Mike McKool, Jr.

State Bar No.: 13732100

Firm Name: McKool Smith, P.C.

Address: 300 Crescent Court
Suite 1500
Dallas, Texas 75201

Phone: 214-978-4000

Fax: 214-978-4044

Email: mmckool@mckoolsmith.com

---

A certificate of conference does not need to be filed with this unopposed application.

Dockets.Justia.com