UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08-cv-447 (LED)

Name of party requesting extension: United Parcel Service, Inc.

Is this the first application for extension of time in this case?    ☑ Yes    ☐ No

If no, please indicate which application this represents:    ☐ Second    ☐ Third    ☐ Other _____

Date of Service of Summons: 2/02/09

Number of days requested:    ☐ 30 days    ☐ 15 days    ☑ Other 21 days

New Deadline Date: 3/16/09    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jason W. Cook
State Bar No.: 24028537
Firm Name: Alston & Bird, LLP
Address: Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, Texas 75201
Phone: 214-922-3407
Fax: 214-922-3899
Email: jason.cook@alston.com

A certificate of conference does not need to be filed with this unopposed application.