AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED CLERK
U.S. DISTRICT COURT
2009 FEB 17 PM 1:37
TEXAS EASTERN
BY_____

| EMG TECHNOLOGY, LLC. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:08cv447 |
| APPLE, INC., ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

UNITED PARCEL SERVICE, INC.
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701 USA

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CHARLES AINSWORTH
PARKER BUNT & AINSWORTH PC
100 E FERGUSON SUITE 1114
TYLER TX 75702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



David Maland
Name of clerk of court

Date: __1/30/09__

MLL
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*


AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

\*\* SEE ATTACHED \*\*\*
\*\*\* AFFIDAVIT \*\*\*

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# AFFIDAVIT OF SERVICE

Came to hand on the **2nd** day of **February**, 2009, at 8:00 o'clock am.
Cause No. **6:08CV447**

Executed at **701 Brazos Street, Suite 1050    Austin, Texas   78701**
within the County of **Travis** at **11:05** o'clock **am** on the **2nd** day
of **February**, 2009, by delivering to the within named:

**UNITED PARCEL SERVICE, INC.,**
by delivering to its Registered Agent, CORPORATION SERVICE COMPANY,
by delivering to its designated agent, KELLY COURTNEY, in person, a true copy
of this Summons in a Civil Action together with Second Amended Complaint for
Patent Infringement, Exhibit A and Exhibit B attached, having first endorsed
upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

| EMB TECHNOLOGY, LLC | By: _____ |
|---|---|
|  | Jeff Keyton   ID# SCH-735 |
| Plaintiff | (Authorized Person) |
|  | **THOMAS PROCESS** |
| V. | 809 Rio Grande Street |
| APPLE, INC., ET AL | Suite 103 |
|  | Austin, Texas  78701 |
| Defendant | (512) 320-8330 |

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF TRAVIS        §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton**, known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this 2nd day of
February, A.D., 2009.

NOTARY PUBLIC, STATE OF TEXAS

41717/030-0958