AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED CLERK
2009 FEB 17 PM 1:37
TEXAS EASTERN
BY_____

| | |
|---|---|
| EMG TECHNOLOGY, LLC. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 6:08cv447 |
| APPLE, INC., ET AL. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CONTINENTAL AIRLINES, INC.
c/o C T CORPORATION SYSTEM
350 N. ST. PAUL STREET
Dallas, TX 75201 USA

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CHARLES AINSWORTH
PARKER BUNT & AINSWORTH PC
100 E FERGUSON SUITE 1114
TYLER TX 75702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_David Maland_
Name of clerk of court

Date: __2/5/09__

__MLL__
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**ORIGINAL**

Proof of Service

\*\* SEE ATTACHED \*\*
\*\*\*AFFIDAVIT\*\*\*

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

\*\* SEE ATTACHED \*\*
\*\*\*AFFIDAVIT\*\*\*

                                                          Server's signature

                                                          Printed name and title

                                                          Server's address

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/6/09 |
|---|---|
| NAME OF SERVER *(PRINT)* JOE CLEWIS sch 4129 | TITLE TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivered to Continental Airlines Inc. by delivering to its' Registered Agent, CT Corporation System at 350 N. ST. Paul St., Dallas, Texas 75201, by delivering to its' Authorized Agent, Amber Carrouth.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/6/09
                  Date                    *Signature of Server*

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.