IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br><br> Defendants. | CASE NO.  **6:08-cv-447** <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION FOR EXTENSION OF TIME FOR CONTINENTAL AIRLINES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff, EMG TECHNOLOGY, LLC, files this Agreed Motion for Extension of Time for Defendant, CONTINENTAL AIRLINES, INC., to answer or otherwise respond to Plaintiff's Second Amended Complaint and in support of same would show the Court as follows:

Defendant CONTINENTAL AIRLINES, INC.'s deadline to answer or otherwise respond was previously extended to March 16, 2009. The parties respectfully request an additional extension of time for Defendant, CONTINENTAL AIRLINES, INC., to file its answer or otherwise respond to Plaintiff's Second Amended Complaint up to and including March 31, 2009.

| | |
|---|---|
| DATED: March 12, 2009 | Respectfully Submitted, |
| **OF COUNSEL:** | |
| **Jeffer, Mangels, Butler and Marmaro, LLP** | By: *Charles Ainsworth*<br>Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165 |
| Stanley M. Gibson<br>(Cal. Bar No. 162329)<br>*smg@jmbm.com* | **PARKER, BUNT & AINSWORTH, P.C.**<br>100 E. Ferguson, Suite 1114<br>Tyler, TX 75702<br>903/531-3535 |
| Brian W. Kasell<br>(Cal. Bar No. 143776)<br>*bwk@jmbm.com* | 903/533-9687<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com |
| Joshua S. Hodas, Ph.D.<br>(Cal. Bar No. 250812)<br>*jsh@jmbm.com* | |

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Manatt, Phelps & Phillips, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 12th day of March, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                              */s/ Charles Ainsworth*
                              Charles Ainsworth