IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO.    **6:08-cv-447**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

### <u>ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CONTINENTAL AIRLINES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT</u>

BEFORE the Court is Plaintiff's Agreed Motion for Extension of Time for Defendant CONTINENTAL AIRLINES, INC. to answer or otherwise respond to Plaintiff's Second Amended Complaint. The Court, having considered the motion, finds it well taken and should be granted.

It is hereby ORDERED, that Defendant CONTINENTAL AIRLINES, INC. shall be permitted to answer or otherwise respond to Plaintiff's Second Amended Complaint up to and including March 31, 2009.

**So ORDERED and SIGNED this 13th day of March, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com