UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:08-cv-447 (LED)

Name of party requesting extension: United Parcel Service, Inc.

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 2/02/09

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [✓] Other 15 days

New Deadline Date: 3/31/09   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Siraj M. Abhyankar

State Bar No.: 484680 (GA)

Firm Name: Alston & Bird LLP

Address: One Atlantic Center
         1201 West Peachtree Street
         Atlanta, GA 30309

Phone: (404)-881-7000

Fax: (404)-881-7777

Email: shri.abhyankar@alston.com

A certificate of conference does not need to be filed with this unopposed application.