# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC., and<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO. 6:08 CV 447 (LED) |

## **ORDER**

On this day came on to be considered Apple Inc.'s Second Unopposed Motion to Extend Time for Apple Inc. to Move, Answer or Otherwise Respond to Plaintiff EMG Technology, LLC's Second Amended Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Second Unopposed Motion to Extend Time for Apple Inc. to Move, Answer or Otherwise Respond be granted and that Apple Inc. be given to and including March 31, 2009 to move, answer or otherwise respond to Plaintiff EMG Technology, LLC's Second Amended Complaint.

**So ORDERED and SIGNED this 16th day of March, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**