UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., and <br> CONTINENTAL AIRLINES, INC., <br><br> Defendants. | Civil Action No. 6:08-cv-447 <br><br> **Jury Trial Demanded** |

## DEFENDANT BLOOMBERG, L.P.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Procedure 7.1(a), Defendant Bloomberg, L.P. ("Bloomberg") states that it has no parent corporation, and that there is no publicly-held company that owns ten percent or more of Bloomberg's stock.

March 16, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    Elizabeth L. DeRieux
    State Bar No. 05770585
    S. Calvin Capshaw
    State Bar No. 03783900
    N. Claire Abernathy
    State Bar No. 24053063
    D. Jeffrey Rambin
    State Bar No. 00791478
    CAPSHAW DERIEUX L.L.P.
    1127 Judson Road, Suite 220
    P.O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    (903) 236-9800 Phone

(903) 236-8787 Fax
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*

John M. DiMatteo
jdimatteo@willkie.com
Kelsey I. Nix
knix@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 Phone
(212) 728-8111 Fax

**ATTORNEYS FOR DEFENDANT BLOOMBERG, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this March 16, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux