UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 6:08-cv-447 |
| APPLE, INC., AMERICAN AIRLINES, INC., BLOOMBERG, L.P., and CONTINENTAL AIRLINES, INC., | **Jury Trial Demanded** |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Defendants Bloomberg, L.P. and American Airlines, Inc., for the purpose of receiving notices and orders from the Court.

March 16, 2009

Respectfully submitted,

By: /s/ S. Calvin Capshaw
Elizabeth L. DeRieux
State Bar No. 05770585
S. Calvin Capshaw
State Bar No. 03783900
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
(903) 236-9800 Phone
(903) 236-8787 Fax

E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*

John M. DiMatteo
jdimatteo@willkie.com
Kelsey I. Nix
knix@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 Phone
(212) 728-8111 Fax

**ATTORNEYS FOR DEFENDANT
BLOOMBERG, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this March 16, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw