UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., and <br> CONTINENTAL AIRLINES, INC., <br><br> Defendants. | Civil Action No. 6:08-cv-447 <br><br> **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Defendants Bloomberg, L.P. and American Airlines, Inc., for the purpose of receiving notices and orders from the Court.

March 16, 2009                Respectfully submitted,


                              By: /s/ N. Claire Abernathy
                                  Elizabeth L. DeRieux
                                  State Bar No. 05770585
                                  S. Calvin Capshaw
                                  State Bar No. 03783900
                                  N. Claire Abernathy
                                  State Bar No. 24053063
                                  D. Jeffrey Rambin
                                  State Bar No. 00791478
                                  CAPSHAW DERIEUX L.L.P.
                                  1127 Judson Road, Suite 220
                                  P.O. Box 3999 (75606-3999)
                                  Longview, Texas 75601-5157
                                  (903) 236-9800 Phone
                                  (903) 236-8787 Fax

E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*

John M. DiMatteo
jdimatteo@willkie.com
Kelsey I. Nix
knix@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 Phone
(212) 728-8111 Fax

**ATTORNEYS FOR DEFENDANT BLOOMBERG, L.P.**

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this March 16, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy