Appendix K                                                          Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS, MAR 16 2009, BY DAVID J. MALAND, CLERK, DEPUTY]*

1. This application is being made for the following: Case # **6:08-cv-00447-LED**
Style: *EMG Technology, LLC v. Apple, Inc. et al.*

2. Applicant is representing the following party: **United Parcel Service, Inc.**

3. Applicant was admitted to practice in **Georgia 1995** and **California 1982**.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: **State/County Courts of Georgia and Federal Circuit Court.**

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **Patrick J. Flinn,** do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: _____   Signature _____
                              **Patrick J. Flinn**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) **Patrick J. Flinn**
Georgia State Bar Number **264540**
California State Bar Number **104423**
Firm Name: **Alston & Bird, LLP**
Address/P.O. Box: **1201 West Peachtree Street**
City/State/Zip: **Atlanta, GA   30309-3424**
Telephone #: **(404) 881-7920**
Fax #: **(404) 253-8370**
E-mail Address: **Patrick.flinn@alston.com**
Secondary E-Mail Address: **None**

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 17th day of ____March____, 2009

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ____MLL____

Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0017271

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Monday, March 16, 2009

Received from:

Alston & Bird LLP
2200 Ross Avenue
Suite 4650 W
Dallas, TX 75201

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX  | $50.00 |
| **Total** | **$50.00** |

Payment method: Check
Case or other reference: 6:08-cv-447 LED
Comments: PHV Payment for Robert L Lee and Patrick J Flinn
Check #1080

Received by: gg