IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO.   6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT AMERICAN AIRLINES, INC.'s RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Procedure 7.1(a), Defendant American Airlines, Inc. ("American") states that it is a wholly owned subsidiary of AMR Corporation. AMR is a publicly traded company, American is not. There is no publicly-held company that owns ten percent or more of AMR's stock.

DATED: March 19, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585
S. Calvin Capshaw
State Bar No. 03783900
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
(903) 236-9800 Phone
(903) 236-8787 Fax
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

NIXON PEABODY LLP
Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
Sushila Chanana

Attorneys for Defendants-Counterclaim Plaintiffs AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this 19th day of March, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

-3-

AMERICAN AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

12434127.1