**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

EMG TECHNOLOGY, LLC

      Plaintiff,

v.

APPLE, INC.,
AMERICAN AIRLINES, INC.,
BLOOMBERG, L.P.,
CONTINENTAL AIRLINES, INC.,
UNITED PARCEL SERVICE, INC.

      Defendants.

CIVIL ACTION NO. 6:08-cv-447 (LED)

**JURY TRIAL DEMANDED**

**DEFENDANT UNITED PARCEL SERVICE, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b), Defendant United Parcel Service, Inc.

("UPS") hereby certifies that it is a publicly traded corporation and does not have a parent

corporation.  No other publicly held corporation owns 10% or more of the stock of UPS.

/s/ Siraj M. Abhyankar

Jason W. Cook
Texas Bar No. 24028537
jason.cook@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue
Suite 3601
Dallas, TX 75201
Tel:  214.922.3407
Fax:  214.922.3899

Patrick J. Flinn
*Lead Attorney*
Georgia Bar No. 264540
patrick.flinn@alston.com

1

Dockets.Justia.com

Robert L. Lee
Georgia Bar No. 443978
bob.lee@alston.com
Siraj M. Abhyankar
Georgia Bar No. 484680
shri.abhyankar@alston.com
Jennifer R. Liotta
Georgia Bar No. 109528
jennifer.liotta@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404.881.7000
Fax: 404.881.7777

Counsel for Defendant and Counterclaim Plaintiff
**UNITED PARCEL SERVICE, INC.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC | |
| Plaintiff, | CIVIL ACTION NO. 6:08-cv-447 |
| v. | |
| APPLE, INC., AMERICAN AIRLINES, INC., BLOOMBERG, L.P., CONTINENTAL AIRLINES, INC., UNITED PARCEL SERVICE, INC. | **JURY TRIAL DEMANDED** |
| | The Honorable Judge Leonard Davis |
| Defendants. | |

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), I hereby certify that on March 31, 2009, I electronically filed the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Siraj M. Abhyankar
Siraj M. Abhyankar