## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>      Plaintiff<br><br>  v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.<br>CONTINENTAL AIRLINES, INC.<br>UNITED PARCEL SERVICE, INC.<br><br>      Defendants. | CASE NO.  6:08-cv-447 (LED)<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>APPLE INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Apple Inc. hereby files its Corporate Disclosure Statement.  Apple Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Dated:  March 31, 2009
                                             Respectfully submitted,

                                             FISH & RICHARDSON P.C.

                                             By:  */s/ David J. Healey*
                                                 David J. Healey (09327980)
                                                    Lead Attorney
                                             Garland T. Stephens (24053910)
                                             John R. Lane (24057958)
                                             Fish & Richardson P.C.
                                             1221 McKinney Street, Suite 2800
                                             Houston, TX 77010
                                             713-652-0115
                                             Fax: 713-652-0109
                                             healey@fr.com
                                             stephens@fr.com
                                             jlane@fr.com
                                         Counsel for Defendant APPLE INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 31st day of March, 2009.

*/s/ David J. Healey*
David J. Healey