# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| v. § | **Civil Action No. 6:08-cv-447** | |
| § | | |
| **APPLE, INC. AMERICAN AIRLINES,** § | **Jury Trial Demanded** | |
| **INC., BLOOMBERG, L.P.,** § | | |
| **CONTINENTAL AIRLINES, INC.,** § | | |
| **UNITED PARCEL SERVICE, INC.** § | | |
| § | | |
| *Defendants*. | | |

### DEFENDANT CONTINENTAL AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1(a)

Pursuant to the requirements of Rule 7.1, Defendant Continental Airlines, Inc. hereby files its Corporate Disclosure Statement. This statement will be supplemented as required by Fed. R. Civ. P. 7.1(b).

Continental Airlines, Inc. is a publicly held corporation. Continental Airlines, Inc. has no parent corporation. No publicly held corporation owns 10% or more of the stock of Continental Airlines, Inc.

Dated: April 1, 2009  Respectfully submitted,

By: */s/ Jeffrey A. Andrews*
    Robert J. McAughan, Jr.
      Lead Attorney
    Texas Bar No. 00786096
    bmcaughan@lockelord.com
    Steven Boyd
    Texas Bar No. 24001775
    sboyd@lockelord.com
    Jeffrey A. Andrews
    Texas Bar No. 24050227
    jandrews@lockelord.com
    LOCKE LIDDELL & BISSELL AND LIDDELL LLP
    600 Travis Street, Suite 3400
    Houston, Texas 77002
    Telephone:  (713) 226-1200
    Facsimile:  (713) 223-3717

    *Attorneys for Defendant*
    *Continental Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all the counsel of record, who are deemed to have consented to electronic service are being served this April 1, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

By: */s/ Jeffrey A. Andrews*
     Jeffrey A. Andrews