IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>  Defendants. | CASE NO. **6:08-cv-447**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE THAT CASE IS READY FOR SCHEDULING CONFERENCE**

TO THE HONORABLE LEONARD DAVIS:

Pursuant to the Court's Order dated November 25, 2008 (Dkt. 6), Plaintiff EMG Technology, LLC. hereby notifies the Court that all Defendants have answered, and this case is ready for scheduling conference.

There are no pending motions to dismiss or transfer.

Dated: April 2, 2009    Respectfully submitted,

             By: *Charles Ainsworth*

             Charles Ainsworth
             State Bar No. 00783521
             Robert Christopher Bunt
             State Bar No. 00787165
             **PARKER, BUNT & AINSWORTH, P.C.**
             100 E. Ferguson, Suite 1114
             Tyler, TX 75702
             903/531-3535

903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**OF COUNSEL:**

**Jeffer, Mangels, Butler and Marmaro, LLP**

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Brian W. Kasell
    (Cal. Bar No. 143776)
    *bwk@jmbm.com*

    Joshua S. Hodas, Ph.D.
    (Cal. Bar No. 250812)
    *jsh@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567


Manatt, Phelps & Phillips, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 2nd day of April, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Charles Ainsworth*
                                        Charles Ainsworth