# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 6:08-cv-447 |
| | § | |
| **APPLE, INC., AMERICAN AIRLINES,** | § | **Jury Trial Demanded** |
| **INC., BLOOMBERG, L.P.,** | § | |
| **CONTINENTAL AIRLINES, INC.,** | § | |
| **UNITED PARCEL SERVICE, INC.** | § | |
| | § | |
| *Defendants.* | | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert J. McAughan, Jr., enters his appearance in this matter as counsel for Defendant Continental Airlines, Inc, for the purpose of receiving notices and orders from the Court.

Dated: April 9, 2009          Respectfully submitted,

> By:*/s/ Robert J. McAughan, Jr.*
> Robert J. McAughan, Jr.
> Texas Bar No. 00786096
> bmcaughan@lockelord.com
> Steven Boyd
> Texas Bar No. 24001775
> sboyd@lockelord.com
> Jeffrey A. Andrews
> Texas Bar No. 24050227
> jandrews@lockelord.com
> LOCKE LORD BISSELL & LIDDELL LLP
> 600 Travis Street, Suite 3400
> Houston, Texas 77002
> Telephone:    (713) 226-1200
> Facsimile:    (713) 223-3717
>
> *Attorneys for Defendant*
> *Continental Airlines, Inc.*

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all the counsel of record, who are deemed to have consented to electronic service are being served this April 9, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

By: */s/ Robert J. McAughan, Jr.*
Robert J. McAughan, Jr