### JUNE 1, 2009 STATUS CONFERENCE

1:45 pm – Judge Davis called each case and parties announced ready for proceedings.  (See attached Sign-in Sheet for Attorney Appearances).

Court re-called each case and parties announced whether they consented to Magistrate Judge John Love.

Court in recess.

Hearing resumed.  Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 6:07cv123 **Consent** | Robert Styczynski v Warnaco Swimwear, et al | | 1.14.2010 | | 09.07.2010 |
| 6:08cv398 | Azure Networks, LLC v  Nokia, Inc., et al | 5.27.2010 | | 12.06.2010 | |
| 6:08cv447 | EMG Technology, LLC v  Apple, Inc., et al | 06.03.2010 | | 01.04.2011 | |
| 6:08cv495 | Softrend, Inc. v Mooshu Trainers, Inc., et al | | 03.11.2010 | 01.04.2011 | |
| 6:09cv89 **Consent** | Balsam Coffee Solutions, Inc. v  Folgers Coffee Co., et al | | 03.18.2010 | | 10.04.2010 |
| 6:09cv97 | Software Tree, LLC v  Red Hat, Inc., et l | 06.10.2010 | | 01.04.2011 | |

Mr. Bragalone addressed the Court on a related case regarding the Software Tree Case No. 6:09cv97 and indicated that the parties would not be opposed to consolidate the Markman hearing. Mr. Jones addressed the Court and it was his understanding that there was not an agreement.

Mr. Bragalone addressed the Court and parties did not agree to consolidate the trail date.

Court will leave the Software Markman on 6.10.2010 and asked Mr. Jones to report back to see if parties consent to the February Markman in the related case.

Court addressed the parties on the Court setting three Markman hearing per month and Court encouraged parties to resolve their cases prior to Markman.

2:15 PM  There being nothing further, Court adjourned.

Dockets.Justia.com