IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF EMG TECHNOLOGY, LLC'S
## NOTICE OF P.R. 3-1 AND 3-2 DISCLOSURES

Plaintiff, EMG TECHNOLOGY, LLC., hereby notifies the Court that it served its Disclosure of Asserted Claims and Infringement Contentions pursuant to Rule 3-1 of the Patent Rules for the Eastern District of Texas on all counsel of record on June 5, 2009, via electronic email and U.S. first class mail. In addition, Plaintiff has served the initial required document production pursuant to P.R. 3-2 via overnight delivery, on June 5, 2009.

| | |
|---|---|
| Dated: June 5, 2009 | Respectfully Submitted, |
| **OF COUNSEL:** | By: /s/ Charles Ainsworth |
| Jeffer, Mangels, Butler and Marmaro, LLP | Charles Ainsworth<br>State Bar No. 00783521 |
|   Stanley M. Gibson<br>  (Cal. Bar No. 162329)<br>  smg@jmbm.com | Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114 |
|   Joshua S. Hodas, Ph.D.<br>  (Cal. Bar No. 250812)<br>  jsh@jmbm.com | Tyler, TX 75702<br>903/531-3535<br>903/533-9687<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com |
| 1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567 | ATTORNEYS FOR PLAINTIFF,<br>EMG TECHNOLOGY, LLC |

Manatt, Phelps & Phillips, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

    Shawn G. Hansen
    (Cal. Bar No. 197033)
    *shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 5th day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Charles Ainsworth*
                                      CHARLES AINSWORTH