# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the parties' Joint Motion to Extend the Time to File Proposed Docket Control and Discovery Orders. The Court having considered the motion, finds that it should be GRANTED.

Accordingly, the Court **ORDERS** that the deadline for the parties to file proposed docket control and discovery orders is extended to June 22, 2009.

**So ORDERED and SIGNED this 16th day of June, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1