IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO.   **6:08-cv-447**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Plaintiff's Unopposed Motion for Leave to File its Third Amended Complaint shall be, and is hereby, GRANTED.

**So ORDERED and SIGNED this 22nd day of June, 2009.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**