IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND THE TIME TO FILE PROPOSED
DOCKET CONTROL AND DISCOVERY ORDERS**

The parties respectfully request that the Court extend the deadline for the filing of proposed docket control and discovery orders from July 6, 2009, to July 13, 2009. The parties request this extension as they continue negotiate on the terms of the proposed orders.

Dated: July 6, 2009

**OF COUNSEL:**

Jeffer, Mangels, Butler and Marmaro, LLP

 Stanley M. Gibson
 (Cal. Bar No. 162329)
 *smg@jmbm.com*

 Joshua S. Hodas, Ph.D.
 (Cal. Bar No. 250812)
 *jsh@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Respectfully Submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
EMG TECHNOLOGY, LLC**

1

Manatt, Phelps & Phillips, LLP

> Robert D. Becker
> (Cal. Bar No. 160648)
> *rbecker@manatt.com*
>
> Shawn G. Hansen
> (Cal. Bar No. 197033)
> *shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

| | |
|---|---|
| By: */s/ John R. Lane with permission by Charles Ainsworth*<br>David J. Healey (09327980)<br>Lead Attorney<br>Garland T. Stephens (24053910)<br>John R. Lane (24057958)<br>Fish & Richardson P.C.<br>1221 McKinney Street<br>Suite 2800<br>Houston, TX 77010<br>713-652-0115<br>Fax: 713-652-0109<br>healey@fr.com<br>stephens@fr.com<br>jlane@fr.com<br><br>**COUNSEL FOR DEFENDANT, APPLE INC.** | By: */s/ Elizabeth L. DeRieux with permission by Charles Ainsworth*<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>S. Calvin Capshaw<br>State Bar No. 03783900<br>N. Claire Abernathy<br>State Bar No. 24053063<br>D. Jeffrey Rambin<br>State Bar No. 00791478<br>CAPSHAWDERIEUX L.L.P.<br>1127 Judson Road, Suite 220<br>P.O. Box 3999 (75606-3999)<br>Longview, Texas 75601-5157<br>(903) 236-9800 Phone<br>(903) 236-8787 Fax<br>E-mail: ederieux@capshawlaw.com<br>E-mail: ccapshaw@capshawlaw.com<br>E-mail: chenry@capshawlaw.com<br>E-mail: jrambin@capshawlaw.com<br><br>NIXON PEABODY LLP<br>Robert E. Krebs<br>Ronald F. Lopez<br>Christopher L. Ogden<br>Sushila Chanana<br><br>**ATTORNEYS FOR DEFENDANT, AMERICAN AIRLINES, INC.** |

By: */s/ Elizabeth L. DeRieux with permission by Charles Ainsworth*

Elizabeth L. DeRieux
State Bar No. 05770585
S. Calvin Capshaw
State Bar No. 03783900
N. Claire Abernathy
State Bar No. 24053063
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
(903) 236-9800 Phone
(903) 236-8787 Fax
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*
John M. DiMatteo
j dimatteo@willkie.com
Kelsey I. Nix
knix@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 Phone
(212) 728-8111 Fax

**ATTORNEYS FOR DEFENDANT BLOOMBERG, L.P.**

Jason W. Cook
Texas Bar No. 24028537
jason.cook@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Tel: 214.922.3407
Fax: 214.922.3899

By: */s/ Jeffrey A. Andrews with permission by Charles Ainsworth*

Robert J. McAughan, Jr.
Texas Bar No. 00786096
bmcaughan@lockelord.com
Steven Boyd
Texas Bar No. 24001775
sboyd@lockelord.com
Jeffrey A. Andrews
Texas Bar No. 24050227
jandrews@lockelord.com
LOCKE LIDDELL &BISSELL AND LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

**ATTORNEYS FOR DEFENDANT CONTINENTAL AIRLINES, INC.**

By: */s/ Robert L. Lee with permission by*
*Charles Ainsworth*
Patrick J. Flinn
***Lead Attorney***
Georgia Bar No. 264540
patrick.flinn@alston.com
Robert L. Lee
Georgia Bar No. 443978
bob.lee@alston.com
Siraj M. Abhyankar
Georgia Bar No. 484680
shri.abhyankar@alston.com
Jennifer R. Liotta
Georgia Bar No. 109528
jennifer.liotta@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404.881.7000
Fax: 404.881.7777

Counsel for Defendant
and Counterclaim Plaintiff
**UNITED PARCEL SERVICE, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 6th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                     */s/ Charles Ainsworth*
                                     CHARLES AINSWORTH