**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is the parties' Joint Motion to Extend the Time to File Proposed Docket Control and Discovery Orders. The Court, having considered the motion, finds it should be GRANTED.

Accordingly, the Court **ORDERS** that the deadline for the parties to file proposed docket control and discovery orders is extended to July 13, 2009.

**So ORDERED and SIGNED this 7th day of July, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1