# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>      Plaintiff<br><br>   v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.<br>CONTINENTAL AIRLINES, INC.<br>UNITED PARCEL SERVICE, INC.<br><br>      Defendants. | CASE NO. 6:08-cv-447 (LED)<br><br>JURY TRIAL DEMANDED |

## PARTIES' AGREED SUBMISSION OF PROPOSED
## DOCKET CONTROL ORDER AND DISCOVERY ORDER

In accordance with the Court's April 21, 2009 Order (Dkt. #69), and subsequent Orders extending the date for submission of proposed Docket Control and Discovery Orders, the parties have met and conferred on the substance of proposed Docket Control and Discovery Orders, and have agreed on the terms of such. The parties submit herewith a proposed Docket Control Order and Discovery Order containing the terms they have agreed on, and respectfully ask that the Court enter these Orders.

Dockets.Justia.com

Dated: July 13, 2009                                    Respectfully submitted,


                                                        By:  */s/ David J. Healey*
                                                             David J. Healey (09327980)
                                                               *Lead Attorney*
                                                             Garland T. Stephens (24053910)
                                                             John R. Lane (24057958)
                                                             Fish & Richardson P.C.
                                                             1221 McKinney Street
                                                             Suite 2800
                                                             Houston, TX 77010
                                                             713-652-0115
                                                             Fax: 713-652-0109
                                                             healey@fr.com
                                                             stephens@fr.com
                                                             jlane@fr.com

                                                        Counsel for Defendant
                                                        APPLE INC.

By: */s/ Elizabeth L. DeRieux with permission by David J. Healey*
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Of Counsel:

Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
NIXON PEABODY LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
650-320-7700
Fax: 650-320-7701

Sushila Chanana
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
415-984-8200
Fax: 415-984-8300

Counsel for Defendant
AMERICAN AIRLINES, INC.

By: */s/ Elizabeth L. DeRieux with permission by David J. Healey*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
(903) 236-9800 Phone
(903) 236-8787 Fax
Email: ccapshaw@capshawlaw.com
Email: edereiux@capshawlaw.com
Email: jrambin@capshawlaw.com

Of Counsel:

John M. DiMatteo
jdimatteo@willkie.com

Kelsey I. Nix
knix@willkie.com

Robert G. Kofsky
rkofsky@willkie.com

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000 Phone
(212) 728-8111 Fax

Counsel for Defendant
BLOOMBERG, L.P.

By: */s/ Jeffrey A. Andrews with permission by David J. Healey*
Robert J. McAughan, Jr.
Texas Bar No. 00786096
bmcaughan@lockelord.com
Steven Boyd
Texas Bar No. 24001775
sboyd@lockelord.com
Jeffrey A. Andrews
Texas Bar No. 24050227
jandrews@lockelord.com
LOCKE LORD BISSELL &LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

Counsel for Defendant
CONTINENTAL AIRLINES, INC.

By: */s/ Robert L. Lee with permission by David J. Healey*
Jason W. Cook
Texas Bar No. 24028537
jason.cook@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Tel: 214.922.3407
Fax: 214.922.3899

Patrick J. Flinn
Lead Attorney
Georgia Bar No. 264540
patrick.flinn@alston.com
Robert L. Lee
Georgia Bar No. 443978
bob.lee@alston.com
Siraj M. Abhyankar
Georgia Bar No. 484680
shri.abhyankar@alston.com
Jennifer R. Liotta
Georgia Bar No. 109528
jennifer.liotta@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404.881.7000
Fax: 404.881.7777

Counsel for Defendant UNITED PARCEL SERVICE, INC.

By: */s/ Charles Ainsworth with permission by David J. Healey*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

OF COUNSEL:
Jeffer, Mangels, Butler and Marmaro, LLP
Stanley M. Gibson
(Cal. Bar No. 162329)
smg@jmbm.com
Joshua S. Hodas, Ph.D.
(Cal. Bar No. 250812)
jsh@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Manatt, Phelps & Phillips, LLP
Robert D. Becker
(Cal. Bar No. 160648)
rbecker@manatt.com
Shawn G. Hansen
(Cal. Bar No. 197033)
shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Counsel for Plaintiff
EMG TECHNOLOGY, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


    */s/ David J. Healey*
David J. Healey