IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br><br> Defendants. | CASE NO. 6:08-CV-447-LED <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF AND COUNTERDEFENDANT EMG TECHNOLOGY LLC'S ANSWER TO COUNTERCLAIM OF UNITED PARCEL SERVICE, INC.

Pursuant to Fed . R. Civ. P. 8(b), EMG Technology, LLC ("EMG") hereby responds to the Counterclaim of United Parcel Service, Inc. ("UPS") as follows. Unless specifically admitted, EMG generally denies all allegations in the Counterclaim. EMG expressly denies that UPS is entitled to any relief whatsoever in connection with its Counterclaim, including, but not limited to, all relief requested by UPS in its Prayer for Relief.

### NATURE AND BASIS OF ACTION

1. EMG admits the allegations contained in Paragraph 1.

### PARTIES, JURISDICTION AND VENUE

2. EMG admits the allegations contained in Paragraph 2.

3. EMG admits the allegations contained in Paragraph 3.

4. EMG admits the allegations contained in Paragraph 4.

5. EMG admits the allegations contained in Paragraph 5.

## COUNT I

### DECLARATION OF NON-INFRINGEMENT OF THE '196 AND '845 PATENTS

6. EMG incorporates by reference its responses to Paragraphs 1-5 above as though fully set forth herein.

7. EMG admits that an actual controversy currently exists between EMG and UPS regarding the infringement of the '196 and '845 patents. Except as expressly admitted, EMG denies the remaining allegations contained in Paragraph 7.

8. EMG denies the allegations contained in Paragraph 8.

## COUNT II

### DECLARATION OF INVALIDITY OF THE '196 AND '845 PATENTS

9. EMG incorporates by reference its responses to Paragraphs 1-8 above as though fully set forth herein.

10. EMG admits that an actual controversy currently exists between EMG and UPS regarding the validity of the '196 and '845 patents. Except as expressly admitted, EMG denies the remaining allegations contained in Paragraph 10.

11. EMG denies the allegations contained in Paragraph 11.

## PRAYER FOR RELIEF

WHEREFORE, EMG prays that this Court enter judgment against UPS as follows:

(a) Dismissing UPS's Counterclaim with prejudice and ordering that UPS is entitled to no recovery on the Counterclaim;

(b) Ordering that this is an exceptional case pursuant to 35 U.S.C. § 285, and awarding EMG its attorney fees and full costs of suit; and

(c) Awarding EMG such other and further relief as this Court deems just and appropriate.

6289096v1

| | |
|---|---|
| Dated: July 23, 2009 | Respectfully Submitted, |
| **OF COUNSEL:** | By: */s/ Charles Ainsworth* <br> Charles Ainsworth |
| Jeffer, Mangels, Butler and Marmaro, LLP | State Bar No. 00783521 <br> Robert Christopher Bunt |
| Stanley M. Gibson <br> (Cal. Bar No. 162329) <br> *smg@jmbm.com* | State Bar No. 00787165 <br> PARKER, BUNT & AINSWORTH, P.C. <br> 100 E. Ferguson, Suite 1114 <br> Tyler, TX 75702 |
| Joshua S. Hodas, Ph.D. <br> (Cal. Bar No. 250812) <br> *jsh@jmbm.com* | 903/531-3535 <br> 903/533-9687 <br> E-mail: charley@pbatyler.com <br> E-mail: rcbunt@pbatyler.com |
| 1900 Avenue of the Stars, Seventh Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 203-8080 <br> Facsimile: (310) 203-0567 | ATTORNEYS FOR PLAINTIFF, <br><br> EMG TECHNOLOGY, LLC |
| Manatt, Phelps & Phillips, LLP | |
| Robert D. Becker <br> (Cal. Bar No. 160648) <br> *rbecker@manatt.com* | |
| Shawn G. Hansen <br> (Cal. Bar No. 197033) <br> *shansen@manatt.com* | |
| 1001 Page Mill Road, Building 2 <br> Palo Alto, CA 94304 <br> Telephone: (650) 812-1300 <br> Facsimile: (650) 213-0260 | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 23[th] day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH

6289096v1