IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>      Defendants. | CASE NO.   6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants American Airlines, Inc. and Bloomberg, LP respectfully request that N. Claire Abernathy be permitted to withdraw as counsel of record for American Airlines, Inc. and Bloomberg, LP in this matter.  The reason for this request is that Ms. Abernathy is no longer associated with the law firm Capshaw DeRieux, LLP.  No other changes are requested at this time regarding the other attorneys acting as American Airlines, Inc.'s and Bloomberg, LP's counsel of record.

DATED:  July 28, 2009                    Respectfully submitted,


                                   By:   /s/ Elizabeth L. DeRieux
                                        S. Calvin Capshaw
                                        State Bar No. 03783900
                                        Elizabeth L. DeRieux
                                        State Bar No. 05770585
                                        D. Jeffrey Rambin
                                        State Bar No. 00791478
                                        **CAPSHAW DeRIEUX, LLP**
                                        1127 Judson Road, Suite 220
                                        P.O. Box 3999 (75606-3999)
                                        Longview, Texas 75601
                                        Telephone:  (903) 236-9800
                                        Facsimile:   (903) 236-8787

Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Attorneys for Defendants American Airlines, Inc. and
Bloomberg, LP

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 28th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux