IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>       Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>       Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO MODIFY THE DOCKET CONTROL ORDER WITH RESPECT TO P.R. 3-3 AND P.R. 3-4

CAME ON TO BE CONSIDERED the parties Joint Motion To Modify The Docket Control Order With Respect To P.R. 3-3 and P.R. 3-4. After consideration, the Court finds that the Motion is meritorious and should be GRANTED. It is therefore ORDERED that the parties Joint Motion To Modify The Docket Control Order With Respect To P.R. 3-3 and P.R. 3-4 is hereby in all things GRANTED and that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 is extended from August 21, 2009 to September 16, 2009.

**So ORDERED and SIGNED this 24th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**