IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO.    **6:08-cv-447**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## **ORDER**

Plaintiff's Motion for Leave to File its Fourth Amended Complaint shall be, and is hereby, GRANTED.

**So ORDERED and SIGNED this 31st day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**