# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| v. § | **Civil Action No. 6:08-cv-447 (LED)** |
| § | |
| **APPLE, INC., AMERICAN** § | **Jury Trial Demanded** |
| **AIRLINES, INC., BLOOMBERG,** § | |
| **L.P., CONTINENTAL AIRLINES,** § | |
| **INC., UNITED PARCEL SERVICE,** § | |
| **INC.** § | |
| § | |
| *Defendants.* § | |

## MOTION TO MODIFY THE DISCOVERY ORDER

Section 1 of the Court's July 20, 2009 Discovery Order (Dkt #99) requires each party without awaiting a discovery request, to disclose to every other party certain information (e.g., the correct names of the parties to the lawsuit; the name, address, and telephone number of any potential parties and other information). Discovery Order, Section 1 (Dkt. #99).

Continental requests a seven (7) additional extension to comply with Section 1 of that Order. Steven Boyd for Continental has conferred with Mr. Charles Ainsworth, representing EMG on this matter. In that conference, Mr. Ainsworth indicated that EMG does not oppose this extension. A proposed order is attached.

Dated: September 3, 2009                                   Respectfully submitted,

                    By: */s/* Steven S. Boyd
                        Robert J. McAughan, Jr.
                        Texas Bar No. 00786096
                        bmcaughan@lockelord.com
                        Steven Boyd
                        Texas Bar No. 24001775
                        sboyd@lockelord.com
                        Jeffrey A. Andrews
                        Texas Bar No. 24050227
                        jandrews@lockelord.com
                        LOCKE LORD BISSELL & LIDDELL LLP
                        600 Travis Street, Suite 3400
                        Houston, Texas 77002
                        Telephone:    (713) 226-1200
                        Facsimile:    (713) 223-3717

                        *Attorneys for Defendant*
                        *Continental Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all the counsel of record, who are deemed to have consented to electronic service are being served this September 3, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

By: */s/* Steven S. Boyd
    (Printed name of signer)