# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC<br><br>    Plaintiff<br><br>  v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.<br>CONTINENTAL AIRLINES, INC.<br>UNITED PARCEL SERVICE, INC.<br><br>    Defendants. | CASE NO.  6:08-cv-447 (LED)<br><br><u>JURY TRIAL DEMANDED</u> |

## **NOTICE OF DEFENDANT APPLE INC.'S INITIAL DISCLOSURES**

Pursuant to the Court's July 20, 2009 Discovery Order and Federal Rule of Civil Procedure 26(a)(1), Defendant Apple Inc. ("Apple") served its initial disclosures in the above captioned case on all counsel of record on September 3, 2009.

Dated: September 3, 2009				Respectfully submitted,

				By:  */s/ John R. Lane*
					David J. Healey (09327980)
					Garland T. Stephens (24053910)
					John R. Lane (24057958)
					Fish & Richardson P.C.
					1221 McKinney Street
					Suite 2800
					Houston, TX 77010
					713-652-0115
					Fax: 713-652-0109
					healey@fr.com
					stephens@fr.com
					jlane@fr.com

				Counsel for Defendant
				APPLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

>By:   */s/ John R. Lane*
>      John R. Lane