IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.,<br><br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF EMG TECHNOLOGY, LLC.'S NOTICE**
**OF INITIAL DISCLOSURES**

Plaintiff EMG Technology, LLC. hereby notifies the Court that it served its Initial

Disclosures on all counsel of record for the Defendants in this matter this 3rd day of September,

2009, pursuant to Fed. R. Civ. P. 26(e).

| | |
|---|---|
| Dated: September 3, 2009 | Respectfully Submitted, |
| **OF COUNSEL:** | *By: /s/ Charles Ainsworth*<br>Charles Ainsworth |
| Jeffer, Mangels, Butler and Marmaro, LLP | State Bar No. 00783521<br>Robert Christopher Bunt |
|    Stanley M. Gibson<br>   (Cal. Bar No. 162329)<br>   *smg@jmbm.com* | State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, TX 75702 |
|    Joshua S. Hodas, Ph.D.<br>   (Cal. Bar No. 250812)<br>   *jsh@jmbm.com* | 903/531-3535<br>903/533-9687<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com |
| 1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567 | ATTORNEYS FOR PLAINTIFF,<br>EMG TECHNOLOGY, LLC |

1

Manatt, Phelps & Phillips, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

    Shawn G. Hansen
    (Cal. Bar No. 197033)
    *shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Charles Ainsworth*
                                          CHARLES AINSWORTH