**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br>    Plaintiff, <br><br>  v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br><br>    Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

**ADDITIONAL ATTACHMENTS TO
<u>PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO AMEND INFRINGEMENT CONTENTIONS</u>**

INDEX

1. Appendix B.1 to Exhibit A – Second Amended Infringement Contentions
2. Appendix B.2
3. Appendix B.3
4. Appendix B.4
5. Appendix K.1 to Exhibit A – Second Amended Infringement Contentions
6. Appendix K.2
7. Appendix K.3
8. Appendix K.4
9. Appendix L.1 to Exhibit A – Second Amended Infringement Contentions
10. Appendix L.2
11. Appendix L.3
12. Appendix L.4

20219962.1

| Dated September 9, 2009 | Respectfully submitted, |
|---|---|
| **OF COUNSEL:** | By: */s/ Charles Ainsworth* |
| Jeffer, Mangels, Butler and Marmaro, LLP | Charles Ainsworth<br>State Bar No. 00783521 |
|    Stanley M. Gibson<br>   (Cal. Bar No. 162329)<br>   *smg@jmbm.com* | Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114 |
|    Joshua S. Hodas, Ph.D.<br>   (Cal. Bar No. 250812)<br>   *jsh@jmbm.com* | Tyler, TX 75702<br>903/531-3535<br>903/533-9687<br>E-mail: charley@pbatyler.com |
| 1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067 | E-mail: rcbunt@pbatyler.com |
| Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567 | **ATTORNEYS FOR PLAINTIFF,<br>EMG TECHNOLOGY, LLC** |

Manatt, Phelps & Phillips, LLP

   Robert D. Becker
   (Cal. Bar No. 160648)
   *rbecker@manatt.com*

   Shawn G. Hansen
   (Cal. Bar No. 197033)
   *shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 9th day of September, 2009, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                /s/ Charles Ainsworth
                                               Charles Ainsworth