# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC,** § | | |
| § | | |
| *Plaintiff*, § | | |
| v. § | Civil Action No. 6:08-cv-447 (LED) | |
| § | | |
| **APPLE, INC., AMERICAN AIRLINES,** § | Jury Trial Demanded | |
| **INC., BLOOMBERG, L.P.,** § | | |
| **CONTINENTAL AIRLINES, INC.,** § | | |
| **UNITED PARCEL SERVICE, INC.** § | | |
| § | | |
| *Defendants.* | | |

## ORDER MODIFYING THE DISCOVERY ORDER

Having reviewed DEFENDANT CONTINENTAL AIRLINE, INC.'S SECOND UNOPPOSED MOTION TO MODIFY THE DISCOVERY ORDER (Docket No. ___), the Court hereby GRANTS that Motion and modifies Continental Airlines, Inc.'s deadline to comply with Section 1 of the Discovery Order (Dkt. #99) by seven (7) additional days from the entering of the Order.