# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| v. § | Civil Action No. 6:08-cv-447 (LED) |
| § | |
| **APPLE, INC., AMERICAN AIRLINES,** § | Jury Trial Demanded |
| **INC., BLOOMBERG, L.P.,** § | |
| **CONTINENTAL AIRLINES, INC.,** § | |
| **UNITED PARCEL SERVICE, INC.** § | |
| § | |
| *Defendants.* | |

## ORDER MODIFYING THE DISCOVERY ORDER

Having reviewed DEFENDANT CONTINENTAL AIRLINE, INC.'S SECOND UNOPPOSED MOTION TO MODIFY THE DISCOVERY ORDER (Docket No. 124), the Court hereby GRANTS that Motion and modifies Continental Airlines, Inc.'s deadline to comply with Section 1 of the Discovery Order (Dkt. #99) by seven (7) additional days from the entering of the Order.

**So ORDERED and SIGNED this 11th day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**