IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO MODIFY THE DOCKET CONTROL ORDER WITH RESPECT TO P.R. 3-3 AND P.R. 3-4

The Court's July 20, 2009 Docket Control Order states that Defendants shall comply with P.R. 3-3 and P.R. 3-4 by August 21, 2009. (Dkt. #100).

On August 5, 2009, the Court held a Hotline Hearing concerning a dispute that arose regarding the taking of a Rule 30(b)(6) deposition prior to the service of the Defendants' Invalidity Contentions. (Dkt. #108). The Court ordered that the deadline for serving Defendants' Invalidity Contention should be agreed upon by the parties and occur shortly after the deposition is conducted. *Id.*

On August 24, 2009, the Court granted the parties Joint Motion to Modify the Docket Control Order With Respect to P.R. 3-3 and P.R. 3-4. (Dkt. #112). The Court ordered that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 be extended from August 21, 2009 to September 16, 2009. *Id.*

The parties have since met and conferred and Plaintiff does not oppose extending the deadline for Defendants' compliance with P.R. 3-3 and P.R. 3-4 from September 16, 2009 to September 30, 2009.

Accordingly, the Defendants respectfully request that the Court extend the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 from September 16, 2009 to September 30, 2009.

Dated: September 15, 2009

By: */s/ Jason W. Cook with permission by John R. Lane*
Jason W. Cook
*Lead Attorney*
Texas Bar No. 24028537
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Tel: 214-922-3407
Fax: 214-922-3899
Email: jason.cook@alston.com

Patrick J. Flinn
Georgia Bar No. 264540
Robert L. Lee
Georgia Bar No. 443978
Siraj M. Abhyankar
Georgia Bar No. 484680
Jennifer R. Liotta
Georgia Bar No. 109528
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
Email: patrick.flinn@alston.com
Email: bob.lee@alston.com
Email: shri.abhyankar@alston.com
Email: jennifer.liotta@alston.com

Respectfully Submitted,

By: */s/ John R. Lane*
David J. Healey
*Lead Attorney*
Texas Bar No. 09327980
Garland T. Stephens
Texas Bar No. 24053910
John R. Lane
Texas Bar No. 24057985
FISH & RICHARDSON P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, APPLE INC.**

**ATTORNEYS FOR DEFENDANT-
COUNTERCLAIM PLAINTIFF,
UNITED PARCEL SERVICE, INC.**

By: */s/ Elizabeth L. DeRieux with permission by John R. Lane*
Elizabeth L. DeRieux
*Lead Attorney*
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*
John M. DiMatteo
Kelsey I. Nix
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-728-8000
Fax: 212-728-8111
Email: jdimatteo@willkie.com
Email: knix@willkie.com

**ATTORNEYS FOR DEFENDANT-
COUNTERCLAIM PLAINTIFF,
BLOOMBERG, L.P.**

By: */s/ Mike McKool, Jr. with permission by John R. Lane*
Mike McKool, Jr.
*Lead Attorney*
Texas Bar No. 13732100
MCKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Tel: 214-978-4000
Fax: 214-978-4044
Email: mmckool@mckoolsmith.com

Elizabeth L. DeRieux
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT-
COUNTERCLAIM PLAINTIFF,
AMERICAN AIRLINES, INC.**

By: */s/ Robert J. McAughan, Jr. with permission by John R. Lane*
Robert J. McAughan, Jr.
*Lead Attorney*
Texas Bar No. 00786096
Steven Boyd
Texas Bar No. 24001775
Jeffrey A. Andrews

Texas Bar No. 24050227
LOCKE LIDDELL &BISSELL AND LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002
Tel: 713-226-1200
Fax: 713-223-3717
bmcaughan@lockelord.com
sboyd@lockelord.com
jandrews@lockelord.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTFIFF, CONTINENTAL AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 15th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Bonilla*
JASON BONILLA