# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br><br> Defendants. | CASE NO.   6:08-cv-447 <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

COMES NOW Defendant, American Airlines, Inc., and files this Unopposed Motion for Extension of Certain Deadlines in said cause and in support of such motion would respectfully request an extension of the following deadlines. Pursuant to the Court's July 20, 2009 Discovery Order, the deadline for initial disclosures was September 3, 2009. American Airlines, Inc. requests an extension until September 28, 2009. The current deadline for American Airlines, Inc. to answer the Fourth Amended Complaint is September 21, 2009. American Airlines, Inc. requests an extension until September 28, 2009. Plaintiff is not opposed to the requests in this motion.

DATED: September 16, 2009							Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Of Counsel:

Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
NIXON PEABODY LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
650-320-7700
Fax: 650-320-7701

Sushila Chanana
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
415-984-8200
Fax: 415-984-8300

Attorneys for Defendants-Counterclaim Plaintiffs AMERICAN AIRLINES, INC.

12619078.1

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 16th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

12619078.1