# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGIES, LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | |
| § | Civil Action No. 6:08-cv-447-LED |
| APPLE, INC., § | |
| AMERICAN AIRLINES, INC., § | |
| BLOOMBERG, L.P., § | |
| CONTINENTAL AIRLINES, INC., § | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and § | |
| DELL INC., | |
| | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is given that the undersigned attorney, Michael C. Barrett, enters his appearance in this matter as Lead Attorney for Defendant DELL INC. for purposes of receiving notice and orders from the Court.

September 18, 2009            Respectfully submitted,

By: */s/ Michael C. Barrett*
Michael C. Barrett-Lead Attorney
State Bar No. 24006803
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com

COUNSEL FOR DEFENDANT
DELL INC.

NOTICE OF APPEARANCE            Page 1

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **September 18, 2009**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/Michael C. Barrett*
Michael C. Barrett
