IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO.  6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

COMES NOW Defendant, Bloomberg, L.P. and files this Unopposed Motion for Extension of Certain Deadlines in said cause and in support of such motion would respectfully request an extension of the following deadlines. Pursuant to the Court's July 20, 2009 Discovery Order, the deadline for initial disclosures was September 3, 2009, Bloomberg, L.P. requests an extension until October 2, 2009. The current deadline for Bloomberg, L.P. to answer the Fourth Amended Complaint is September 21, 2009, Bloomberg, L.P. requests an extension until October 2, 2009. Plaintiff is not opposed to the requests in this motion.

DATED: September 18, 2009                                  Respectfully submitted,


                                                           By: /s/ D. Jeffrey Rambin
                                                           S. Calvin Capshaw, III
                                                           State Bar No. 03783900
                                                           Elizabeth L. DeRieux
                                                           State Bar No. 05770585
                                                           D. Jeffrey Rambin
                                                           State Bar No. 00791478
                                                           Capshaw DeRieux, LLP
                                                           1127 Judson Road, Suite 220
                                                           Longview, Texas 75601
                                                           (903) 236-9800 Telephone
                                                           (903) 236-8787 Facsimile
                                                           E-mail: ccapshaw@capshawlaw.com
                                                           E-mail: ederieux@capshawlaw.com
                                                           E-mail: jrambin@capshawlaw.com

                                                           Of Counsel:

                                                           John M. DiMatteo
                                                           jdimatteo@willkie.com

                                                           Kelsey I. Nix
                                                           knix@willkie.com

                                                           WILLKIE FARR & GALLAGHER LLP
                                                           787 Seventh Avenue
                                                           New York, NY 10019
                                                           (212) 728-8000 Phone
                                                           (212) 728-8111 Fax

                                                           **ATTORNEYS FOR DEFENDANT
                                                           BLOOMBERG, L.P.**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ D. Jeffrey Rambin

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 18th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin