IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| EMG TECHNOLOGY, LLC, | CASE NO.  6:08-cv-447 |
|---|---|
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| APPLE, INC., AMERICAN AIRLINES, INC., BLOOMBERG, L.P., CONTINENTAL AIRLINES, INC., UNITED PARCEL SERVICE, INC., | |
| Defendants. | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

On this date came for consideration the Unopposed Motion for Extension of Certain Deadlines.  The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Extension of Certain Deadlines be and hereby is GRANTED, and that the deadline for Bloomberg, L.P. to answer the Fourth Amended Complaint is October 2, 2009.   IT IS FURTHER ORDERED that the deadline for Bloomberg, L.P. to submit its Initial Disclosures is October 2, 2009.

**So ORDERED and SIGNED this 21st day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**