# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR LEAVE
## TO AMEND INFRINGEMENT CONTENTIONS

Before the Court is Plaintiff EMG Technology, LLC's Unopposed Motion for Leave to Amend Infringement Contentions. The Court, having considered the motion and good cause appearing, finds that the motion should be GRANTED.

Accordingly, the Court ORDERS that Plaintiff EMG Technology, LLC is granted leave pursuant to Patent Rule 3-6(b) to amend its Patent Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions as set forth in Exhibit A to the Motion.

**So ORDERED and SIGNED this 21st day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**