# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.<br><br>   Defendants. | CIVIL ACTION NO. 6:08-cv-447 (LED)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT UNITED PARCEL SERVICE, INC.'S
## UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

Defendant United Parcel Service, Inc. ("UPS") hereby files this Unopposed Motion for Extension of Certain Deadlines in the above referenced case and in support of such motion would respectfully request an extension of the following deadlines. Pursuant to the Court's July 20, 2009 Discovery Order, the deadline for initial disclosures was September 3, 2009. UPS requests an extension until October 21, 2009. The current deadline for UPS to answer the Fourth Amended Complaint is September 21, 2009. UPS requests an extension until October 21, 2009. Plaintiff does not oppose the requests in this motion.

Dated this 21st day of September, 2009.

                  /s/ Siraj M. Abhyankar

                  Jason W. Cook
                  Texas Bar No. 24028537

jason.cook@alston.com
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Tel: 214.922.3407
Fax: 214.922.3899

Patrick J. Flinn
*Lead Attorney*
Georgia Bar No. 264540
patrick.flinn@alston.com
Robert L. Lee
Georgia Bar No. 443978
bob.lee@alston.com
Siraj M. Abhyankar
Georgia Bar No. 484680
shri.abhyankar@alston.com
Jennifer R. Liotta
Georgia Bar No. 109528
jennifer.liotta@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404.881.7000
Fax: 404.881.7777

Counsel for Defendant and Counterclaim Plaintiff
**UNITED PARCEL SERVICE, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.<br><br>       Defendants. | CIVIL ACTION NO. 6:08-cv-447 (LED)<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF CONFERENCE**

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Siraj M. Abhyankar
Siraj M. Abhyankar

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 21st day of September 2009, with a copy of this document via this Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Siraj M. Abhyankar
Siraj M. Abhyankar