IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.<br><br>        Defendants. | CIVIL ACTION NO. 6:08-cv-447 (LED)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT UNITED PARCEL SERVICE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

On this date came for consideration of Defendant United Parcel Service, Inc.'s Unopposed Motion for Extension of Certain Deadlines. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant United Parcel Service, Inc.'s Unopposed Motion for Extension of Certain Deadlines be and hereby is GRANTED, and that the deadline for United Parcel Service, Inc. to answer the Fourth Amended Complaint is October 21, 2009. IT IS FURTHER ORDERED that the deadline for United Parcel Service, Inc. to submit its Initial Disclosures is October 21, 2009.

**So ORDERED and SIGNED this 22nd day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**