IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF EMG TECHNOLOGY, LLC'S
NOTICE OF SERVICE OF SECOND AMENDED P.R. 3-1 DISCLOSURES**

Plaintiff, EMG TECHNOLOGY, LLC., hereby notifies the Court that it served its Second Amended Patent Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions on all counsel of record on September 22, 2009, via electronic email and U.S. first class mail, in accordance with the Court's Order dated September 21, 2009.

Dated: September 22, 2009

Respectfully Submitted,

**OF COUNSEL:**

Jeffer, Mangels, Butler and Marmaro, LLP

 Stanley M. Gibson
 (Cal. Bar No. 162329)
 *smg@jmbm.com*

 Joshua S. Hodas, Ph.D.
 (Cal. Bar No. 250812)
 *jsh@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

ATTORNEYS FOR PLAINTIFF,
EMG TECHNOLOGY, LLC

Manatt, Phelps & Phillips, LLP

>Robert D. Becker
>(Cal. Bar No. 160648)
>*rbecker@manatt.com*
>
>Shawn G. Hansen
>(Cal. Bar No. 197033)
>*shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 22nd day of September, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ Charles Ainsworth*
>CHARLES AINSWORTH