**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.,<br><br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION OF PLAINTIFF EMG TECHNOLOGY, LLC AND DEFENDANT
CONTINENTAL AIRLINES, INC. FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and confidential agreement between Plaintiff EMG Technology, LLC ("EMG") and Defendant Continental Airlines, Inc. ("Continental"), EMG and Continental hereby jointly move the Court to dismiss with prejudice all claims and counterclaims between them in this case. EMG and Continental agree that each party shall bear their own fees and expenses.

1

DATED: September 23, 2009

OF COUNSEL:

JEFFER, MANGELS, BUTLER AND MARMARO, LLP

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Joshua S. Hodas, Ph.D.
    (Cal. Bar No. 250812)
    *jsh@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080

MANATT, PHELPS & PHILLIPS, LLP

    Robert D. Becker
    (Cal. Bar No. 160648)
    *rbecker@manatt.com*

    Shawn G. Hansen
    (Cal. Bar No. 197033)
    *shansen@manatt.com*

1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300

Respectfully submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
(903) 531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**

By: */s/ Robert J. McAughan, Jr. with permission by Charles Ainsworth*

Robert J. McAughan, Jr.
Texas Bar No. 00786096
bmcaughan@lockelord.com
Steven Boyd
Texas Bar No. 24001775
sboyd@lockelord.com
Jeffrey A. Andrews
Texas Bar No. 24050227
jandrews@lockelord.com
LOCKE LIDDELL &BISSELL AND LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 226-1200

**ATTORNEYS FOR DEFENDANT
CONTINENTAL AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 23rd day of September, 2009, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                         */s/ Charles Ainsworth*
                                         Charles Ainsworth

20220220.1