IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br> DELL, INC., <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION OF PLAINTIFF EMG TECHNOLOGY, LLC AND DEFENDANT CONTINENTAL AIRLINES, INC. FOR DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion of Plaintiff EMG Technology, LLC and Defendant Continental Airlines, Inc. for Dismissal With Prejudice. Having considered the Joint Motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted in this case between Plaintiff EMG Technology, LLC and Defendant Continental Airlines, Inc. are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and confidential agreement between theses parties. Each party shall bear its own fees and expenses.

20220223.1