# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.,<br><br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION OF PLAINTIFF EMG TECHNOLOGY, LLC AND DEFENDANT CONTINENTAL AIRLINES, INC. FOR DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion of Plaintiff EMG Technology, LLC and Defendant Continental Airlines, Inc. for Dismissal With Prejudice. Having considered the Joint Motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted in this case between Plaintiff EMG Technology, LLC and Defendant Continental Airlines, Inc. are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and confidential agreement between these parties. Each party shall bear its own fees and expenses.

**So ORDERED and SIGNED this 24th day of September, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**