## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>        Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.<br><br>        Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION TO MODIFY THE DOCKET
### CONTROL ORDER WITH RESPECT TO P.R. 3-3 AND P.R. 3-4

The Court's July 20, 2009 Docket Control Order states that Defendants shall comply with P.R. 3-3 and P.R. 3-4 by August 21, 2009. (Dkt. #100). On August 24, 2009, the Court granted the parties Joint Motion to Modify the Docket Control Order With Respect to P.R. 3-3 and P.R. 3-4. (Dkt. #112). The Court ordered that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 be extended from August 21, 2009 to September 16, 2009. *Id.* On September 16, 2009, the Court granted the Defendants' Unopposed Motion to Modify the Docket Control Order With Respect to P.R. 3-3 and P.R. 3-4. (Dkt. #127). The Court ordered that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 be extended from September 16, 2009 to September 30, 2009. *Id.*

The parties have since met and conferred and Plaintiff does not oppose extending the deadline for Defendants' compliance with P.R. 3-3 and P.R. 3-4 from September 30, 2009 to October 14, 2009.

Accordingly, the Defendants respectfully request that the Court extend the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 from September 30, 2009 to October 14, 2009.

| | |
|---|---|
| Dated: September 28, 2009<br><br>By: */s/ Jason W. Cook with permission by John R. Lane*<br>Jason W. Cook<br>***Lead Attorney***<br>Texas Bar No. 24028537<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Tel: 214-922-3407<br>Fax: 214-922-3899<br>Email: jason.cook@alston.com<br><br>Patrick J. Flinn<br>Georgia Bar No. 264540<br>Robert L. Lee<br>Georgia Bar No. 443978<br>Siraj M. Abhyankar<br>Georgia Bar No. 484680<br>Jennifer R. Liotta<br>Georgia Bar No. 109528<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Tel: 404-881-7000<br>Fax: 404-881-7777<br>Email: patrick.flinn@alston.com<br>Email: bob.lee@alston.com<br>Email: shri.abhyankar@alston.com<br>Email: jennifer.liotta@alston.com<br><br>**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, UNITED PARCEL SERVICE, INC.** | Respectfully Submitted,<br><br>By: */s/ John R. Lane*<br>David J. Healey<br>***Lead Attorney***<br>Texas Bar No. 09327980<br>Garland T. Stephens<br>Texas Bar No. 24053910<br>John R. Lane<br>Texas Bar No. 24057985<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street<br>Suite 2800<br>Houston, TX 77010<br>Tel: 713-652-0115<br>Fax: 713-652-0109<br>Email: healey@fr.com<br>Email: stephens@fr.com<br>Email: jlane@fr.com<br><br>**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, APPLE INC.** |
| By: */s/ Elizabeth L. DeRieux with permission by John R. Lane* | By: */s/ Mike McKool, Jr. with permission by John R. Lane* |

| | |
|---|---|
| Elizabeth L. DeRieux<br>*Lead Attorney*<br>Texas Bar No. 05770585<br>S. Calvin Capshaw<br>Texas Bar No. 03783900<br>Daymon Jeffrey Rambin<br>Texas Bar No. 00791478<br>CAPSHAW DERIEUX LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999 (75606-3999)<br>Longview, Texas 75601-5157<br>Tel: 903-236-9800<br>Fax: 903-236-8787<br>Email: ederieux@capshawlaw.com<br>Email: ccapshaw@capshawlaw.com<br>Email: chenry@capshawlaw.com<br>Email: jrambin@capshawlaw.com<br><br>*Of Counsel*<br>John M. DiMatteo<br>Kelsey I. Nix<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: 212-728-8000<br>Fax: 212-728-8111<br>Email: jdimatteo@willkie.com<br>Email: knix@willkie.com<br><br>**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, BLOOMBERG, L.P.** | Mike McKool, Jr.<br>*Lead Attorney*<br>Texas Bar No. 13732100<br>MCKOOL SMITH P.C.<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br>Tel: 214-978-4000<br>Fax: 214-978-4044<br>Email: mmckool@mckoolsmith.com<br><br>Elizabeth L. DeRieux<br>Texas Bar No. 05770585<br>S. Calvin Capshaw<br>Texas Bar No. 03783900<br>Daymon Jeffrey Rambin<br>Texas Bar No. 00791478<br>CAPSHAW DERIEUX LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999 (75606-3999)<br>Longview, Texas 75601-5157<br>Tel: 903-236-9800<br>Fax: 903-236-8787<br>Email: ederieux@capshawlaw.com<br>Email: ccapshaw@capshawlaw.com<br>Email: chenry@capshawlaw.com<br>Email: jrambin@capshawlaw.com<br><br>**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, AMERICAN AIRLINES, INC.** |
| | By: */s/ Michael C. Barrett with permission by John R. Lane*<br>Michael C. Barrett<br>*Lead Attorney*<br>Texas Bar No. 24006803<br>FULBRIGHT & JAWORSKI LLP<br>600 Congress Avenue<br>Suite 2400<br>Austin, TX 78701<br>Tel: 512.474.5201<br>Fax: 512.536.4598<br>mbarrett@fulbright.com<br><br>**ATTORNEYS FOR DEFENDANT,** |

|  | **DELL INC.** |
|--|--|

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 28th day of September, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Bonilla*
JASON BONILLA