## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br>        Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> UNITED PARCEL SERVICE, INC., <br> DELL, INC. <br><br>        Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY THE
### DOCKET CONTROL ORDER WITH RESPECT TO P.R. 3-3 AND P.R. 3-4

CAME ON TO BE CONSIDERED the Defendants' Unopposed Motion to Modify the Docket Control Order With Respect to P.R. 3-3 and P.R. 3-4. After consideration, the Court finds that the motion is meritorious and should be GRANTED. It is therefore ORDERED that the Defendants' Unopposed Motion to Modify the Docket Control Order With Respect to P.R. 3-3 and P.R. 3-4 is hereby in all things GRANTED and that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 is extended from September 30, 2009 to October 14, 2009.

**So ORDERED and SIGNED this 29th day of September, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**