IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO. 6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES

On this date came for consideration the Unopposed Motion for Extension of Certain Deadlines. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Agreed Motion for Extension of Certain Deadlines be and hereby is GRANTED, and that the deadline for American Airlines, Inc. to answer the Fourth Amended Complaint is October 12, 2009. IT IS FURTHER ORDERED that the deadline for American Airlines, Inc. to submit its Initial Disclosures is October 12, 2009.

**So ORDERED and SIGNED this 29th day of September, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

12619078.1