## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.<br><br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

### AGREED MOTION TO MODIFY THE DOCKET
### CONTROL AND DISCOVERY ORDERS

The Court's July 20, 2009 Docket Control Order states that Defendants shall comply with P.R. 3-3 and P.R. 3-4 by August 21, 2009. (Dkt. #100). The Court has subsequently granted motions so that Defendants must now comply with P.R. 3-3 and P.R. 3-4 by October 14, 2009. (*See* Dkt. #145). The parties have met and conferred and agreed that it is in each of their interests to further extend the date by which Defendants must comply with P.R. 3-3 and P.R. 3-4 until October 28, 2009.

In addition, the Court's July 20, 2009 Discovery Order (Dkt. #99) specifies that (1) Plaintiff is to produce documents relevant to any claim for relief or defensive matter other than those addressed in the Patent Rules (paragraph 2.B.), (2) Defendants will begin rolling document production (paragraph 2.C.i.), and (3) the parties will produce a complete computation of any category of damages (paragraph 2.D.) by October 19, 2009. The parties have further agreed that it is in each of their interests to extend the date by which (1) Plaintiff must produce documents under paragraph 2.B. of the Discovery Order, (2) Defendants must begin rolling document

production under paragraph 2.C.i. of the Discovery Order, and (3) the parties must produce a complete computation of any category of damages under paragraph 2.D. of the Discovery Order to November 2, 2009.

Accordingly, the parties respectfully request that the Court modify the Docket Control Order so that the date by which Defendants must comply with P.R. 3-3 and P.R. 3-4 is extended from October 14, 2009 to October 28, 2009 and that the Court modify the Discovery Order so that the deadlines for (1) Plaintiff to produce documents under paragraph 2.B. of the Discovery Order, (2) Defendants to begin rolling document production under paragraph 2.C.i. of the Discovery Order, and (3) the parties to produce a complete computation of any category of damages under paragraph 2.D. of the Discovery Order are extended from October 19, 2009 to November 2, 2009.

Dated: October 12, 2009

By: */s/ Jason W. Cook with permission by John R. Lane*
Jason W. Cook
***Lead Attorney***
Texas Bar No. 24028537
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
Tel: 214-922-3407
Fax: 214-922-3899
Email: jason.cook@alston.com

Patrick J. Flinn
Georgia Bar No. 264540
Robert L. Lee
Georgia Bar No. 443978
Siraj M. Abhyankar
Georgia Bar No. 484680
Jennifer R. Liotta
Georgia Bar No. 109528

Respectfully Submitted,

By: */s/ John R. Lane*
David J. Healey
***Lead Attorney***
Texas Bar No. 09327980
Garland T. Stephens
Texas Bar No. 24053910
John R. Lane
Texas Bar No. 24057985
FISH & RICHARDSON P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, APPLE INC.**

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
Email: patrick.flinn@alston.com
Email: bob.lee@alston.com
Email: shri.abhyankar@alston.com
Email: jennifer.liotta@alston.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, UNITED PARCEL SERVICE, INC.**

By: */s/ Elizabeth L. DeRieux with permission by John R. Lane*
Elizabeth L. DeRieux
*Lead Attorney*
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

*Of Counsel*
John M. DiMatteo
Kelsey I. Nix
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-728-8000
Fax: 212-728-8111
Email: jdimatteo@willkie.com
Email: knix@willkie.com

**ATTORNEYS FOR DEFENDANT-**

By: */s/ Ronald F. Lopez with permission by John R. Lane*
Ronald F. Lopez
*Lead Attorney*
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: 415-984-8368
Fax: 866-293-2789
Email: rflopez@nixonpeabody.com

Constance M. Boland
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-940-3122
Fax: 866-947-2210
Email: cboland@nixonpeabody.com

Elizabeth L. DeRieux
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com

| | |
|---|---|
| **COUNTERCLAIM PLAINTIFF, BLOOMBERG, L.P.** | E-mail: ccapshaw@capshawlaw.com<br>E-mail: chenry@capshawlaw.com<br>E-mail: jrambin@capshawlaw.com<br><br>**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, AMERICAN AIRLINES, INC.**<br><br>By: */s/ Michael C. Barrett with permission by John R. Lane*<br>Michael C. Barrett-Lead Attorney<br>State Bar No. 24006803<br>FULBRIGHT & JAWORSKI LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701<br>Tel: 512.474.5201<br>Fax: 512.536.4598<br>mbarrett@fulbright.com<br><br>**ATTORNEYS FOR DEFENDANT, DELL INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 12th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason Bonilla*
JASON BONILLA