# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> UNITED PARCEL SERVICE, INC., <br> DELL, INC. <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING AGREED MOTION TO MODIFY THE
## DOCKET CONTROL AND DISCOVERY ORDERS

CAME ON TO BE CONSIDERED the Defendants' Agreed Motion to Modify the Docket Control and Discovery Orders. After consideration, the Court finds that the motion is meritorious and should be GRANTED. It is therefore ORDERED that the Defendants' Agreed Motion to Modify the Docket Control and Discovery Orders is hereby in all things GRANTED and that the deadline for the Defendants' compliance with P.R. 3-3 and P.R. 3-4 is extended from October 14, 2009 to October 28, 2009 and that the deadlines for (1) Plaintiff to produce documents under paragraph 2.B. of the Discovery Order, (2) Defendants to begin rolling document production under paragraph 2.C.i. of the Discovery Order, and (3) the parties to produce a complete computation of any category of damages under paragraph 2.D. of the Discovery Order is extended from October 19, 2009 to November 2, 2009.

**So ORDERED and SIGNED this 13th day of October, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**