**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> CONTINENTAL AIRLINES, INC., <br> UNITED PARCEL SERVICE, INC., <br> DELL, INC., <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION OF PLAINTIFF EMG TECHNOLOGY, LLC AND DEFENDANT UNITED PARCEL SERVICE, INC. FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a confidential settlement agreement between Plaintiff EMG Technology, LLC ("EMG") and Defendant United Parcel Service, Inc. ("UPS"), EMG and UPS hereby jointly move the Court to dismiss with prejudice all claims and counterclaims between them in this case. EMG and UPS agree that each party shall bear their own fees and expenses.

1

| | |
|---|---|
| DATED: October 13, 2009 | Respectfully submitted, |
| OF COUNSEL: | |
| JEFFER, MANGELS, BUTLER AND MARMARO, LLP | By: */s/ Charles Ainsworth* |
| | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, TX 75702<br>(903) 531-3535<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com |
| Stanley M. Gibson<br>(Cal. Bar No. 162329)<br>*smg@jmbm.com* | |
| Joshua S. Hodas, Ph.D.<br>(Cal. Bar No. 250812)<br>*jsh@jmbm.com* | |
| 1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 203-8080 | **ATTORNEYS FOR PLAINTIFF,<br>EMG TECHNOLOGY, LLC** |
| MANATT, PHELPS & PHILLIPS, LLP | |
| Robert D. Becker<br>(Cal. Bar No. 160648)<br>*rbecker@manatt.com* | |
| Shawn G. Hansen<br>(Cal. Bar No. 197033)<br>*shansen@manatt.com* | |
| 1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>Telephone: (650) 812-1300 | |
| | By: */s/ Robert L. Lee with permission by Charles Ainsworth*<br>Jason W. Cook<br>Texas Bar No. 24028537<br>ALSTON & BIRD LLP<br>Chase Tower<br>2200 Ross Avenue, Suite 3601<br>Dallas, TX 75201<br>Tel: 214-922-3407<br>Fax: 214-922-3899<br>Email: jason.cook@alston.com |
| | Patrick J. Flinn<br>Georgia Bar No. 264540<br>Robert L. Lee<br>Georgia Bar No. 443978<br>Siraj M. Abhyankar |

Georgia Bar No. 484680
Jennifer R. Liotta
Georgia Bar No. 109528
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
Fax: 404-881-7777
Email: patrick.flinn@alston.com
Email: bob.lee@alston.com
Email: shri.abhyankar@alston.com
Email: jennifer.liotta@alston.com

**ATTORNEYS FOR DEFENDANT,
UNITED PARCEL SERVICE, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 13th day of October, 2009, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                */s/ Charles Ainsworth*
                                                Charles Ainsworth

300002509.1