IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | CASE NO. 6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INITIAL DISCLOSURES

Please take notice that Defendant American Airlines, Inc., in the above-styled and numbered cause, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Paragraph 1 of the Court's July 20, 2009 Discovery Order, served its Initial Disclosures on the attorneys for the parties in this cause on October 14, 2009.

DATED: October 14, 2009　　　　　　　　　　　　Respectfully submitted,

By: /s/ D. Jeffrey Rambin
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Of Counsel:

Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
NIXON PEABODY LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
650-320-7700
Fax: 650-320-7701

Sushila Chanana
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
415-984-8200
Fax: 415-984-8300

Attorneys for Defendants-Counterclaim
Plaintiffs AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 14th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin

12619078.1