# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> UNITED PARCEL SERVICE, INC., & <br> DELL, INC., <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION OF PLAINTIFF EMG TECHNOLOGY, LLC AND DEFENDANT BLOOMBERG, L.P. FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a confidential settlement agreement between Plaintiff EMG Technology, LLC ("EMG") and Defendant Bloomberg, L.P. ("Bloomberg"), EMG and Bloomberg hereby jointly move the Court to dismiss with prejudice all claims between them in this case. EMG and Bloomberg agree that each party shall bear their own fees and expenses.

| | |
|---|---|
| DATED: October 14, 2009 | Respectfully submitted, |
| OF COUNSEL: | |
| JEFFER, MANGELS, BUTLER AND MARMARO, LLP | By: */s/ Charles Ainsworth* |
|     Stanley M. Gibson<br>    (Cal. Bar No. 162329)<br>    *smg@jmbm.com* | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, TX 75702<br>(903) 531-3535<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com |
|     Joshua S. Hodas, Ph.D.<br>    (Cal. Bar No. 250812)<br>    *jsh@jmbm.com* | |
| 1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 203-8080 | **ATTORNEYS FOR PLAINTIFF,<br>EMG TECHNOLOGY, LLC** |
| MANATT, PHELPS & PHILLIPS, LLP | |
|     Robert D. Becker<br>    (Cal. Bar No. 160648)<br>    *rbecker@manatt.com* | |
|     Shawn G. Hansen<br>    (Cal. Bar No. 197033)<br>    *shansen@manatt.com* | |
| 1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>Telephone: (650) 812-1300 | |
| | By: */s/ Elizabeth L. DeRieux with permission by Charles Ainsworth*<br>Elizabeth L. DeRieux<br>Texas Bar No. 05770585<br>S. Calvin Capshaw<br>Texas Bar No. 03783900<br>Daymon Jeffrey Rambin<br>Texas Bar No. 00791478<br>CAPSHAW DERIEUX LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999 (75606-3999)<br>Longview, Texas 75601-5157<br>Tel: 903-236-9800<br>Fax: 903-236-8787<br>E-mail: ederieux@capshawlaw.com<br>E-mail: ccapshaw@capshawlaw.com<br>E-mail: jrambin@capshawlaw.com |

OF COUNSEL:
John M. DiMatteo
Kelsey I. Nix
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-728-8000
Fax: 212-728-8111
Email: jdimatteo@willkie.com
Email: knix@willkie.com

**ATTORNEYS FOR DEFENDANT, BLOOMBERG, L.P.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 14th day of October, 2009, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                      */s/ Charles Ainsworth*
                       Charles Ainsworth

300002492.1