## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> UNITED PARCEL SERVICE, INC., & <br> DELL, INC., <br><br> Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS
## FIFTH AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Before the Court is Plaintiff EMG Technology, LLC's Motion for Leave to File its Fifth Amended Complaint. The Court, having considered the motion and good cause appearing, finds that the motion should be GRANTED.

Accordingly, the Court ORDERS that Plaintiff EMG Technology, LLC is granted leave to file its Fifth Amended Complaint as set forth in Exhibit A to the Motion.

**So ORDERED and SIGNED this 20th day of October, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**