IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.<br><br>    Defendants. | Civil Action No. 6:08-cv-00447-LED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned party, Russell Joseph Genet, enters his appearance as counsel for American Airlines, Inc. in the above-captioned matter, for purposes of receiving notices and orders from the Court. Russell Joseph Genet certifies that he is admitted to practice in this Court.

Date: October 27, 2009

Respectfully submitted,

/s/ Russell J. Genet
Russell J. Genet
Attorney for Defendant American Airlines, Inc.
Nixon Peabody LLP
300 South Riverside Plaza, 16th Floor
Chicago, Illinois 60606
Telephone: 312-425-8516
Facsimile: 312-425-3909
Email: rgenet@nixonpeabody.com

**ATTORNEY FOR DEFENDANT
AMERICAN AIRLINES**

12758886.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 27th day of October, 2009.

/s/ Russell Joseph Genet

12758886.1