R-6-1-19859

Revised: 1/24/07

Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 30 2009
DAVID J. MALAND, CLERK

1. This application is being made for the following: Case # 6:08-cv-00447
Style: EMG Technology, LLC v. Apple, Inc. et al.
2. Applicant is representing the following party/ies: American Airlines, Inc.
3. Applicant was admitted to practice in MA (state) on December 21, 1981 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Please See Attached Appendix A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, Richard D. Rochford, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 10/27/09        Signature RD Rochford

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Richard D. Rochford
State Bar Number 423950
Firm Name: Nixon Peabody, LLP
Address/P.O. Box: 1100 Clinton Square
City/State/Zip: Rochester, New York 14604
Telephone #: (585) 263-1000
Fax #: (585) 263-1600
E-mail Address: rrochford@nixonpeabody.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____ **11/2/09** _____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk

# APPENDIX A
## Richard D. Rochford Court Admissions

### FEDERAL COURT ADMISSIONS:

| Name of Court | Admissions Standing | Date of Admission | Bar ID # |
|---|---|---|---|
| U.S. Court of Appeals for the Federal Circuit | Good | 09/08/1992 | 28841 |
| U.S. Court of Appeals D.C. Circuit | Good | 1985 | |
| U.S. Court of Appeals 6th Circuit | Good | 02/02/2004 | |
| U.S. Court of Appeals 4th Circuit | Good | 1986 | |
| U.S. Court of Appeals 3rd Circuit | Good | 1988 | |
| U.S. Court of Appeals 2nd Circuit | Good | 12/20/1989 | |
| U.S. Court of Appeals 1st Circuit | Good | 1989 | |
| U.S. District Court D. Mass. | Good | 1982 | |
| U.S. District Court W.D.N.Y. | Good | 1982 | |
| U.S. District Court D.C. | Good | 08/05/1985 | 386875 |
| U.S. District Court W.D. Va. | Good | 1986 | |
| U.S. District Court E.D. Va. | Good | 1986 | |
| U.S. District Court N.D.N.Y. | Good | 1988 | 102463 |
| U.S. District Court E.D.N.Y. | Good | 1996 | RR-4696 |
| U.S. District Court S.D.N.Y. | Good | 1996 | RR-4696 |

### STATE COURT ADMISSIONS:

| Name of Court | Admissions Standing | Date of Admission | Bar ID # |
|---|---|---|---|
| Commonwealth of Massachusetts | Good | 12/21/1981 | 723950 |
| State of New York | Good | 1982 | |
| District of Columbia | Good | 1985 | |
| Commonwealth of Virginia | Good | 1985 | 24651 |

# Receipt for Payment

Receipt No: 6-1-0019859

# United States District Court
for the
Eastern District of Texas at Tyler

Date: Friday, October 30, 2009

Received from:

NIXON PEABODY LLP
1100 CLINTON SQUARE
ROCHESTER, NY 14604

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $25.00 |
| Total | $25.00 |

Payment method: Check

Case or other reference: 6:08CV447

Comments: PHV - CK 116002333
RICHARD D. ROCHFORD, JR.

Received by: KB