Appendix K                                                          Revised: 1/24/07

R-6-1-19887

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# _____ TEXAS DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

*[Filed stamp: NOV 02 2009, DAVID J. MALAND, CLERK]*

1. This application is being made for the following: Case # __6:08-CV-447 (LED)__
   Style: __EMG Technology, LLC v. Apple, Inc. et al.__
2. Applicant is representing the following party/ies: __American Airlines, Inc.__
3. Applicant was admitted to practice in __IL__ (state) on __5/24/05__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not ever** had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not been** disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __District of Columbia; State of Illinois; N. Dist. of Illinois; U.S. Court of Appeals for the Federal Circuit; Virginia(48555)__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, __David C. McKone__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10-28-2009__    Signature __D. C. McKone__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) David C. McKone
State Bar Number 6285018
Firm Name: Nixon Peabody LLP
Address/P.O. Box: 300 S. Riverside Plaza, 16th Floor
City/State/Zip: Chicago, Illinois 60606
Telephone #: 312-425-3900
Fax #: 312-425-3909
E-mail Address: dmckone@nixonpeabody.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **11/2/09**

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0019887

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Monday, November 2, 2009

Received from:

NIXON PEABODY LLP
300 S. RIVERSIDE PLAZA
16TH FLOOR
CHICAGO, IL 60606

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| Total | $25.00 |

Payment method: Check
Case or other reference: 6:08CV447
Comments: PHV - CK 116002335
DAVID C. MCKONE

Received by: KB