

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: `6:08-cv-447-LED`

Name of party requesting extension: `Barnes & Noble, Inc.`

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: `10/22/2009`

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: `12/11/2009` *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: `Neil J. McNabnay`

State Bar No.: `24002583`

Firm Name: `Fish & Richardson P.C.`

Address: `1717 Main Street`
`Suite 5000`
`Dallas, TX  75201`

Phone: `214.747.5070`

Fax: `214.747.2091`

Email: `mcnabnay@fr.com`

A certificate of conference does not need to be filed with this unopposed application.