AO 440 (Rev. 04/08) Civil Summons

*CJH 10/22/09*
*@ 2:15 pm*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| EMG TECHNOLOGY, LLC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:08cv447 |
| APPLE, INC., ET AL. | ) | |
| Defendant | ) | |

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 03 2009
DAVID J. MALAND, CLERK

**Summons in a Civil Action**

To: *(Defendant's name and address)*

HYATT CORPORATION
c/o United States Corporation Co.
701 Brazos Street, Suite 1050
Austin, TX 78701 USA

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

CHARLES AINSWORTH
PARKER BUNT & AINSWORTH PC
100 E FERGUSON SUITE 1114
TYLER TX 75702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David Maland*
Name of clerk of court

Date: **10/22/09**

MLL
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**AFFIDAVIT ATTACHED**

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

**AFFIDAVIT ATTACHED**

Date: _____  _____
                                                                                         Server's signature

_____
Printed name and title

_____
Server's address

# AFFIDAVIT OF SERVICE

Came to hand on the **22nd** day of **October**, 2009, at **2:15** o'clock **pm**.
Cause No. **6:08CV447**

Executed at **701 Brazos Street, Suite 1050** **Austin, Texas 78701**
within the County of **Travis** at **2:43** o'clock **pm** on the **22nd** day
of **October**, 2009, by delivering to the within named:

HYATT CORPORATION,
by delivering to its Registered Agent, UNITED STATES CORPORATION COMPANY,
by delivering to its designated agent, KELLY COURTNEY, in person, a true copy
of this Summons in a Civil Action together with Fifth Amended Complaint for
Patent Infringement, and Exhibits A & B attached, having first endorsed upon
such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

| EMB TECHNOLOGY, LLC<br><br>Plaintiff<br><br>V.<br>APPLE, INC., ET AL<br><br>Defendant | By: _____<br>Jeff Keyton  ID# SCH-735<br>(Authorized Person)<br><br>THOMAS PROCESS<br>809 Rio Grande Street<br>Suite 103<br>Austin, Texas 78701<br>(512) 320-8330 |
|---|---|

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
**Jeff Keyton**, known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 23rd day of
October, A.D., 2009.

_____
NOTARY PUBLIC, STATE OF TEXAS

45762/295-0428