# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

EMG TECHNOLOGY, INC., )
)
Plaintiff, )
)
-vs- ) CASE NO. 6:08CV-447-LED
)
APPLE, INC., )
AMERICAN AIRLINES, INC., )
BLOOMBERG, L.P., )
CONTINENTAL AIRLINES, INC., )
UNITED PARCEL SERVICE, INC., )
)
Defendants. )
_____)

**CERTIFIED COPY**

DEPOSITION OF SABIN HEAD, Ph.D.

DATE: September 9, 2009

TIME: 9:20 a.m.

**DISK ENCLOSED**

LOCATION: MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, California

REPORTED BY: Anne M. Torreano, CSR, RPR, CCRR
Certified Shorthand Reporter
License Number C-10520

 PULONE & STROMBERG, INC.
CERTIFIED SHORTHAND REPORTING
AND VIDEOCONFERENCING SERVICES
— Serving the Legal Community Since 1978 —

Offices in San Jose and Santa Cruz
Nationwide Conference Room Facilities
Worldwide Videoconferencing Services

800.200.1252
depos@pulone.com • www.pulone.com

| | | |
|---|---|---|
| 17:35:53 | 1 | the timer. |
| 17:35:54 | 2 | MR. STEPHENS: Can we go off the record for a |
| 17:35:55 | 3 | minute? |
| 17:35:56 | 4 | THE VIDEOGRAPHER: Going off record at |
| 17:35:58 | 5 | 5:35 p.m. |
| 17:36:00 | 6 | (DISCUSSION OFF THE RECORD.) |
| 17:39:00 | 7 | THE VIDEOGRAPHER: Going back on record at |
| 17:39:02 | 8 | 5:38 p.m. |
| 17:39:04 | 9 | Please proceed. |
| 17:39:07 | 10 | BY MR. STEPHENS: |
| 17:39:07 | 11 | Q.  Dr. Head, now that we have Safari working |
| 17:39:09 | 12 | this time without being set as -- to mimic the iPhone |
| 17:39:15 | 13 | browser, could you navigate to the malltv.com page with |
| 17:39:18 | 14 | that? |
| 17:39:19 | 15 | MR. BECKER: Object. Form. |
| 17:39:41 | 16 | MR. STEPHENS: It doesn't have Flash. All |
| 17:39:42 | 17 | right. Let's go off the record again. |
| 17:39:44 | 18 | THE VIDEOGRAPHER: Going off record at |
| 17:39:45 | 19 | 5:39 p.m. |
| 17:41:04 | 20 | (DISCUSSION OFF THE RECORD.) |
| 17:59:24 | 21 | THE VIDEOGRAPHER: Going back on record at |
| 17:59:32 | 22 | 5:59 p.m. |
| 17:59:33 | 23 | Please proceed. |
| 17:59:34 | 24 | MR. STEPHENS: Rob, I don't want to appear to |
| 17:59:37 | 25 | be too pedantic here, but I just want to make sure I'm |

| | |
|---|---|
| 17:59:42 1 | here clear on what you stipulated to about the MallTV |
| 17:59:44 2 | portal. |
| 17:59:44 3 | Was your stipulation that malltv.com does not |
| 17:59:47 4 | incorporate or reflect any of the certified claims? |
| 17:59:49 5 | MR. BECKER: No, it does not contain, to my |
| 17:59:51 6 | knowledge, all of the elements of any particular claim. |
| 17:59:54 7 | MR. STEPHENS: Okay. But that means it does |
| 17:59:58 8 | not incorporate or reflect all of the elements of any |
| 18:00:00 9 | particular claim; right? |
| 18:00:02 10 | MR. BECKER: The mock-up, not MallTV portal, |
| 18:00:07 11 | but the mock-up of it, does not contain, to my |
| 18:00:10 12 | knowledge, all of the elements of any claim. |
| 18:00:12 13 | MR. STEPHENS: And there's nothing that |
| 18:00:14 14 | physically exists in the world that incorporates or |
| 18:00:17 15 | reflects all of the elements of any asserted claim; |
| 18:00:20 16 | right? |
| 18:00:20 17 | MR. BECKER: And that I disagree with. I |
| 18:00:22 18 | think the patent description is something that |
| 18:00:24 19 | physically exists that contains all those elements. |
| 18:00:27 20 | MR. STEPHENS: Okay. But other than the |
| 18:00:29 21 | patent, there's nothing else; right? |
| 18:00:31 22 | MR. BECKER: Nothing that I'm aware of. |
| 18:00:34 23 | MR. STEPHENS: Okay. And EMG is not |
| 18:00:35 24 | contending that there is; right? |
| 18:00:37 25 | MR. BECKER: Yes, that's my -- you're right. |

```
 1                    REPORTER'S CERTIFICATE
 2           The undersigned Certified Shorthand Reporter
 3   licensed in the State of California does hereby
 4   certify:
 5           I am authorized to administer oaths or
 6   affirmations pursuant to Code of Civil Procedure,
 7   Section 2093(b), and prior to being examined, the
 8   witness was duly administered an oath by me.
 9           I am not a relative or employee or attorney or
10   counsel of any of the parties, nor am I a relative or
11   employee of such attorney or counsel, nor am I
12   financially interested in the outcome of this action.
13           I am the deposition officer who
14   stenographically recorded the testimony in the
15   foregoing deposition, and the foregoing transcript is a
16   true record of the testimony given by the witness.
17           Before completion of the deposition, review of
18   the transcript [x] was [ ] was not requested.  If
19   requested, any changes made by the deponent (and
20   provided to the reporter) during the period allowed are
21   appended hereto.
22           In witness whereof, I have subscribed my name
23   this 27th day of September, 2009.
24
25                              _____
                                ANNE M. TORREANO, CSR No. 10520
```