# EXHIBIT 2

# Patents

MallTV.com operates on proprietary technology that is protected by one or more of the following United States Patents:

U.S. Patent Number 6,600,497

U.S. Patent Number 7,020,845

U.S. Patent Number 7,194,698

U.S. Patent Number 7,441,196

Please direct your questions pertaining to the above patents to, legal@malltv.com.

back to About MallTV

Copyright © 2007-2009 MallTV, LLC. All Rights Reserved



CHANEL

Patents

MallTV®
Everything...Anytime!™

Home

0