# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.<br><br>　　　　Defendants. | Civil Action No. 6:08-cv-00447-LED |

## NOTICE OF APPEARANCE

　　　　Notice is hereby given that the undersigned party, Russell Joseph Genet, enters his appearance as counsel for Dell, Inc. in the above-captioned matter, for purposes of receiving notices and orders from the Court. Russell Joseph Genet certifies that he is admitted to practice in this Court.

　　　　Date: November 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Russell J. Genet
　　　　　　　　　　　　　　　　　　　　　　　　Russell J. Genet
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Dell, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　　　　　　　　　　300 South Riverside Plaza, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 312-425-8516
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 312-425-3909
　　　　　　　　　　　　　　　　　　　　　　　　Email: rgenet@nixonpeabody.com

　　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　　　　**DELL, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 6th day of November, 2009.

/s/ Russell Joseph Genet

12773753.1