# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO MODIFY THE DOCKET
## CONTROL AND DISCOVERY ORDERS

The Court's July 20, 2009 Docket Control Order states that Defendants shall comply with P.R. 3-3 and P.R. 3-4 by August 21, 2009. (Dkt. #100). The Court has subsequently granted motions so that Defendants must now comply with P.R. 3-3 and P.R. 3-4 by November 11, 2009. (*See* Dkt. #163.) Plaintiff EMG Technology, LLC ("EMG") and defendants Apple Inc. ("Apple"), American Airlines, Inc. ("American"), and Dell, Inc. ("Dell") have met and conferred and agreed that it is in each of their interests to further extend the date by which defendants Apple and American must comply with P.R. 3-3 and P.R. 3-4 until December 11, 2009.[1] Plaintiff EMG and Defendant Dell, which first appeared in this case on November 6, 2009, are meeting and conferring regarding a proposed schedule with respect to Defendant Dell for compliance with P.R. 3-1, 3-2, 3-3 and 3-4 and the events in the Court's July 20, 2009 Discovery Order (Dkt. #99) and will submit a proposal regarding the same for the Court's consideration.

---

[1] Defendants Hyatt Corporation; Marriott International, Inc.; and Barnes & Noble, Inc. have not yet answered Plaintiff's Fifth Amended Complaint.

1

In addition, the Court's July 20, 2009 Discovery Order (Dkt. #99) specifies that (1) Plaintiff is to produce documents relevant to any claim for relief or defensive matter other than those addressed in the Patent Rules (paragraph 2.B.), (2) Defendants will begin rolling document production (paragraph 2.C.i.), and (3) the parties will produce a complete computation of any category of damages (paragraph 2.D.) by October 19, 2009. The Court has subsequently granted a motion so that these three dates are extended to November 16, 2009. (*See* Dkt. #163.) Plaintiff EMG and Defendants Apple and American have further agreed that it is in each of their interests to extend the dates by which (1) EMG must produce documents to Apple and American under paragraph 2.B. of the Discovery Order, (2) defendants Apple and American must begin rolling document production under paragraph 2.C.i. of the Discovery Order, and (3) plaintiff EMG and Defendants Apple and American must produce to each other a complete computation of any category of damages under paragraph 2.D. of the Discovery Order to December 16, 2009.

In addition, the Court's July 20, 2009 Discovery Order (Dkt. #99) specifies that (1) Defendants shall complete their production of documents, data compilations and tangible things in the possession, custody, or control of the defendants that are relevant to the parties pleaded claims or defenses (except for email and source code) by December 18, 2009 (paragraph 2.C.iii.), and that (2) the parties shall exchange privilege logs by December 18, 2009 (paragraph 5.). The Court has subsequently granted a motion so that these dates are extended to January 15, 2010. (*See* Dkt. #163.) Plaintiff EMG and Defendants Apple and American have further agreed that it is in each of their interests to extend the dates by which (1) defendants Apple and American shall complete their production of documents, data compilations and tangible things in their respective possession, custody, or control that are relevant to their respective pleaded claims or defenses (except for email and source code) under paragraph 2.C.iii. of the Discovery

Order, and (2) plaintiff EMG and defendants Apple and American exchange privilege logs with each other under paragraph 5. of the Discovery Order to February 15, 2010.

Accordingly, plaintiff EMG and defendants Apple and American respectfully request that the Court modify:

A. the Docket Control Order so that the date by which defendants Apple and American must comply with P.R. 3-3 and P.R. 3-4 is extended from November 11, 2009 to December 11, 2009;

B. the Discovery Order so that the dates by which (1) plaintiff EMG must produce documents to Apple and American under paragraph 2.B. of the Discovery Order, (2) defendants Apple and American must begin rolling document production under paragraph 2.C.i. of the Discovery Order, and (3) plaintiff EMG and defendants Apple and American must produce to each other a complete computation of any category of damages under paragraph 2.D. of the Discovery Order are extended from November 16, 2009 to December 16, 2009; and

C. the Discovery Order so that the dates by which (1) defendants Apple and American shall complete their production of documents, data compilations and tangible things in their respective possession, custody, or control that are relevant to their respective pleaded claims or defenses (except for email and source code) under paragraph 2.C.iii. of the Discovery Order, and (2) plaintiff EMG and defendants Apple and American exchange privilege logs with each other under paragraph 5. of the Discovery Order are extended from January 15, 2010 to February 19, 2010.

Dated: November 10, 2009

Respectfully Submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth

<div style="margin-left:50%">

State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Robert D. Becker
(Cal. Bar No. 160648)
Shawn G. Hansen
(Cal. Bar No. 197033)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
E-mail: rbecker@manatt.com
E-mail: shansen@manatt.com

Stanley M. Gibson
(Cal. Bar No. 162329)
Joshua S. Hodas, Ph.D.
(Cal. Bar No. 250812)
JEFFER, MANGELS, BUTLER AND MARMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: *smg@jmbm.com*
E-mail: *jsh@jmbm.com*

**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**

</div>

| | |
|---|---|
| By: */s/ John R. Lane with permission by Charles Ainsworth*<br>David J. Healey<br>Texas Bar No. 09327980<br>Garland T. Stephens<br>Texas Bar No. 24053910<br>John R. Lane<br>Texas Bar No. 24057985<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street | By: */s/ Russell J Genet with permission by Charles Ainsworth*<br>Ronald F. Lopez<br>*Lead Attorney*<br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>Tel: 415-984-8368<br>Fax: 866-293-2789<br>Email: rflopez@nixonpeabody.com |

Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, APPLE INC.**

Constance M. Boland
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-940-3122
Fax: 866-947-2210
Email: cboland@nixonpeabody.com

Russell J Genet
Nixon Peabody LLP
300 S Riverside Plaza
16th Floor
Chicago , IL 60606
312-425−8516
Fax: 312−425−3909
Email: rgenet@nixonpeabody.com

Elizabeth L. DeRieux
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS-COUNTERCLAIM PLAINTIFFS, AMERICAN AIRLINES, INC. AND DELL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 10th day of November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH