# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EMG TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:08-CV-447-LED |
| v. | § | |
| | § | |
| APPLE INC., et al., | § | |
| | § | |
| Defendants. | § | |

---

## NOTICE OF APPEARANCE
---

Defendant Marriott International, Inc. hereby files its Notice of Appearance of counsel,

John M. Guaragna with the law firm of DLA Piper LLP (US).

Respectfully submitted,


Dated:  November 20, 2009

By:  /s/ John M. Guaragna
John M. Guaragna, Esq.
Texas Bar No. 24043308
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  512-457-7000
Facsimile:  512-457-7001

Attorneys for Defendant
**Marriott International, Inc.**

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 20th day of November 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ John M. Guaragna
John M. Guaragna