IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| EMG TECHNOLOGY, LLC<br>      Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br>      Defendant | CASE NO. 6:08-cv-447<br><br><u>**JURY TRIAL DEMANDED**</u> |
|---|---|

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert M. Parker enters his appearance in this matter as additional counsel for Plaintiff, EMG Technology, LLC., for the purpose of receiving notices from the Court.

Dated:  November 25, 2009      Respectfully submitted,

                                        <u>/s/ *Robert M. Parker*</u>
                                        ROBERT M. PARKER
                                        State Bar No. 15498000
                                        PARKER, BUNT & AINSWORTH, P.C.
                                        100 E. Ferguson, Suite 1114
                                        Tyler, TX  75702
                                        Telephone:  903/531-3535
                                        Facsimile: 903/533-9687
                                        E-mail: [rmparker@pbatyler.com](mailto:rmparker@pbatyler.com)

                                        ATTORNEYS FOR EMG TECHNOLOGY, LLC.,
                                        PLAINTIFF

**CERTIFICATE OF SERVICE**

       I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 25th day of November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      */s/ Robert M. Parker*
                                      ROBERT M. PARKER