## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

EMG TECHNOLOGY, LLC,
      Plaintiff,

v.

APPLE INC.,
AMERICAN AIRLINES, INC.,
DELL, INC.,
HYATT CORPORATION,
MARRIOTT INTERNATIONAL, INC., &
BARNES & NOBLE, INC.,

      Defendants.

Case No. 6:08-cv-447-LED

**JURY TRIAL DEMANDED**

### AGREED MOTION TO MODIFY THE DOCKET CONTROL ORDER

The Court's July 20, 2009 Docket Control Order states that Defendants shall comply with P.R. 3-3 and P.R. 3-4 by August 21, 2009. (Dkt. #100). The Court has subsequently granted motions so that defendants Apple Inc. ("Apple") and American Airlines, Inc. ("American") must now comply with P.R. 3-3 and P.R. 3-4 by December 11, 2009. (*See* Dkt. #177.) Plaintiff EMG Technology, LLC ("EMG") and defendants Apple and American have met and conferred and agreed that it is in each of their interests to further extend the date by which defendants Apple and American must comply with P.R. 3-3 and P.R. 3-4 until December 18, 2009.

Accordingly, plaintiff EMG and defendants Apple and American respectfully request that the Court modify the Docket Control Order so that the date by which defendants Apple and American must comply with P.R. 3-3 and P.R. 3-4 is extended from December 11, 2009 to December 18, 2009.

Dockets.Justia.com

Dated: December 8, 2009

Respectfully Submitted,

By: */s/ Charles Ainsworth with permission by*
*John R. Lane*
Charles Ainsworth
Texas State Bar No. 00783521
Robert Christopher Bunt
Texas State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Tel: 903-531-3535
Fax: 903-533-9687
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

Robert D. Becker
Cal. Bar No. 160648
Shawn G. Hansen
Cal. Bar No. 197033
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: 650-812-1300
Fax: 650-213-0260
Email: rbecker@manatt.com
Email: shansen@manatt.com

Stanley M. Gibson
Cal. Bar No. 162329
Joshua S. Hodas, Ph.D.
Cal. Bar No. 250812
JEFFER, MANGELS, BUTLER AND
MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Tel: 310-203-8080
Fax: 310-203-0567
Email: smg@jmbm.com
Email: jsh@jmbm.com

**ATTORNEYS FOR PLAINTIFF-
COUNTERCLAIM DEFENDANT,
EMG TECHNOLOGY, LLC**

By: */s/ John R. Lane*
David J. Healey
*Lead Attorney*
Texas Bar No. 09327980
Garland T. Stephens
Texas Bar No. 24053910
John R. Lane
Texas Bar No. 24057985
FISH & RICHARDSON P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**ATTORNEYS FOR DEFENDANT-
COUNTERCLAIM PLAINTIFF,
APPLE INC.**

By: */s/ Ronald F. Lopez with permission by John R. Lane*
Ronald F. Lopez
*Lead Attorney*
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: 415-984-8368
Fax: 866-293-2789
Email: rflopez@nixonpeabody.com

Constance M. Boland
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-940-3122
Fax: 866-947-2210
Email: cboland@nixonpeabody.com

Elizabeth L. DeRieux
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin
Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT-COUNTERCLAIM PLAINTIFF, AMERICAN AIRLINES, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 8th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/  Stacci H. Mahadeo*
Stacci H. Mahadeo