# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br>       Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> DELL, INC., <br> HYATT CORPORATION, <br> MARRIOTT INTERNATIONAL, INC., & <br> BARNES & NOBLE, INC., <br><br>       Defendants. | Case No. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING AGREED MOTION TO MODIFY
## THE DOCKET CONTROL ORDER

CAME ON TO BE CONSIDERED Plaintiff EMG's and Defendants Apple Inc.'s and American Airlines, Inc.'s Agreed Motion to Modify the Docket Control Order. After consideration, the Court finds that the motion is meritorious and should be GRANTED. It is therefore ORDERED that the Agreed Motion to Modify the Docket Control Order is hereby in all things GRANTED and that the Docket Control Order is modified so that the date by which defendants Apple Inc. and American Airlines, Inc. must comply with P.R. 3-3 and P.R. 3-4 is extended from December 11, 2009 to December 18, 2009.

1