EMG TECHNOLOGY, LLC,

    Plaintiff,

            v.

APPLE, INC., ET AL.

    Defendants.

Civil Action No. 6:08-cv-447

**<u>Jury Trial Demanded</u>**

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Defendant Hyatt Corporation, for the purpose of receiving notices and orders from the Court.

Dated: December 9, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
      Elizabeth L. DeRieux
      State Bar No. 05770585
      S. Calvin Capshaw
      State Bar No. 03783900
      Jessica L. Hannah
      CA State Bar No. 261802
      D. Jeffrey Rambin
      State Bar No. 00791478
      CAPSHAW DERIEUX L.L.P.
      1127 Judson Road, Suite 220
      P.O. Box 3999 (75606-3999)
      Longview, Texas 75601-5157
      (903) 236-9800 Phone
      (903) 236-8787 Fax
      E-mail: ederieux@capshawlaw.com
      E-mail: ccapshaw@capshawlaw.com

E-mail: jhannah@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS**
**AMERICAN AIRLINES, INC. AND HYATT**
**CORPORATION**


## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to

electronic service are being served this December 9, 2009, with a copy of this document via the

Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served

by electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux