# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

EMG TECHNOLOGY, LLC,

    Plaintiff,

        v.

APPLE, INC., ET AL.

    Defendants.

Civil Action No. 6:08-cv-447

**Jury Trial Demanded**

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, D. Jeffrey Rambin, enters his appearance in this matter as counsel for Defendant Hyatt Corporation, for the purpose of receiving notices and orders from the Court.

Dated: December 9, 2009        Respectfully submitted,

        By: /s/ D. Jeffrey Rambin
            Elizabeth L. DeRieux
            State Bar No. 05770585
            S. Calvin Capshaw
            State Bar No. 03783900
            Jessica L. Hannah
            CA State Bar No. 261802
            D. Jeffrey Rambin
            State Bar No. 00791478
            CAPSHAW DERIEUX  L.L.P.
            1127 Judson Road, Suite 220
            P.O. Box 3999 (75606-3999)
            Longview, Texas 75601-5157
            (903) 236-9800 Phone
            (903) 236-8787 Fax
            E-mail: ederieux@capshawlaw.com
            E-mail: ccapshaw@capshawlaw.com

E-mail: jhannah@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS**
**AMERICAN AIRLINES, INC. AND HYATT**
**CORPORATION**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the all counsel of record, who are deemed to have consented to

electronic service are being served this December 9, 2009, with a copy of this document via the

Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served

by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin