IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., ET AL. <br><br> Defendants. | Civil Action No. 6:08-cv-447 <br><br> **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jessica L. Hannah, enters her appearance in this matter as counsel for Defendants American Airlines, Inc. and Hyatt Corporation, for the purpose of receiving notices and orders from the Court.

Dated: December 9, 2009

Respectfully submitted,

By: /s/ Jessica L. Hannah
Elizabeth L. DeRieux
State Bar No. 05770585
S. Calvin Capshaw
State Bar No. 03783900
Jessica L. Hannah
CA State Bar No. 261802
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
(903) 236-9800 Phone
(903) 236-8787 Fax
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com

E-mail: jhannah@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC. AND HYATT CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 9, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Jessica L. Hannah
Jessica L. Hannah