IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 6:08-cv-447 |
| APPLE, INC., ET AL. | **Jury Trial Demanded** |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Defendant Hyatt Corporation, for the purpose of receiving notices and orders from the Court.

Dated: December 9, 2009

Respectfully submitted,

By: /s/ S. Calvin Capshaw
    Elizabeth L. DeRieux
    State Bar No. 05770585
    S. Calvin Capshaw
    State Bar No. 03783900
    Jessica L. Hannah
    CA State Bar No. 261802
    D. Jeffrey Rambin
    State Bar No. 00791478
    CAPSHAW DERIEUX L.L.P.
    1127 Judson Road, Suite 220
    P.O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    (903) 236-9800 Phone
    (903) 236-8787 Fax
    E-mail: ederieux@capshawlaw.com
    E-mail: ccapshaw@capshawlaw.com

E-mail: jhannah@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS
AMERICAN AIRLINES, INC. AND HYATT
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 9, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw