IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., et al. <br><br><br> Defendants. | CASE NO. 6:08-cv-447 <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR HYATT CORPORATION TO ANSWER

COMES NOW Defendant, Hyatt Corporation, and files this Unopposed Motion for Extension of Time to Answer in said cause and in support of such motion would respectfully request an extension of the following deadline. Pursuant to the Court's November 23, 2009 docket entry, the deadline for Hyatt Corporation to answer the Fifth Amended Complaint is December 11, 2009. Hyatt Corporation requests a seven (7) day extension until December 18, 2009. Plaintiff is not opposed to the request in this motion.

DATED: December 9, 2009                    Respectfully submitted,

                                           By: /s/ S. Calvin Capshaw
                                           S. Calvin Capshaw, III
                                           State Bar No. 03783900
                                           Elizabeth L. DeRieux
                                           State Bar No. 05770585
                                           D. Jeffrey Rambin
                                           State Bar No. 00791478
                                           Jessica L. Hannah
                                           CA State Bar No. 261802
                                           Capshaw DeRieux, LLP
                                           1127 Judson Road, Suite 220
                                           Longview, Texas 75601
                                           (903) 236-9800 Telephone
                                           (903) 236-8787 Facsimile
                                           E-mail: ccapshaw@capshawlaw.com
                                           E-mail: ederieux@capshawlaw.com
                                           E-mail: jrambin@capshawlaw.com
                                           E-mail: jhannah@capshawlaw.com

                                           Of Counsel:

                                           Russell J. Genet
                                           NIXON PEABODY LLP
                                           300 S. Riverside Plaza
                                           16th Floor
                                           Chicago, IL 60606-6613
                                           P (312) 425-8516
                                           F (866) 568-1028
                                           rgenet@nixonpeabody.com

                                           Attorneys for Hyatt Corporation

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ S. Calvin Capshaw

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 9th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

12619078.1