IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.<br><br><br><br>　　　　Defendants. | CASE NO.　6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR HYATT CORPORATION TO ANSWER

On this date came for consideration the Unopposed Motion for Extension of Time for Hyatt Corporation to Answer. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Extension of Time for Hyatt Corporation to Answer be and hereby is GRANTED, and that the deadline for Hyatt Corporation to answer the Fifth Amended Complaint is December 18, 2009.

**So ORDERED and SIGNED this 10th day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**