# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    V.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>UNITED PARCEL SERVICE, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>    Defendants. | Civil No.: 6:08-CV-447-LED<br><br>JURY TRIAL DEMANDED |

## DEFENDANT MARRIOTT INTERNATIONAL, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Marriott International, Inc. ("Marriott") files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1.     Marriott International, Inc. is a publicly held company. No publicly held corporation owns 10% or more of its stock.

Dated: December 11, 2009            Respectfully submitted,

                                                   By: /s/ John M. Guaragna
                                                       John M. Guaragna (Bar No. 24043308)
                                                       **DLA PIPER LLP (US)**
                                                       401 Congress Avenue, Suite 2500
                                                       Austin, TX 78701-3799
                                                       Tel: 512.457.7000
                                                       Fax: 512.457.7001

                                                       Attorneys for Defendant
                                                      MARRIOTT INTERNATIONAL, INC.

WEST\21843129.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of December 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ John M. Guaragna
John M. Guaragna