# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE** 12/16/09

| **JUDGE** | **COURT REPORTER:** Digital Recording in Plano |
|---|---|
| **DON D BUSH** | **COURTROOM DEPUTY:** Toya McEwen |

| | |
|---|---|
| EMG Technology LLC<br>v<br>Apple Inc etal | CAUSE NO: **6:08cv447 LED** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT Apple |
|---|---|
| Charles Ainsworth, Robert Becker, Robert Parker, Robert Bunt, Shawn Hansen | Garland Stephens, John Lane |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:  Hotline Conference (via Audio Conferencing)

**OPEN:**   2:33 pm          **ADJOURN:**

| TIME: | MINUTES: |
|---|---|
| 2:33 pm | Hearing called, announcements made, discussion followed, order to follow. |
| 2:57 pm | Adjourn |

**DAVID J. MALAND, CLERK**

BY:   Toya McEwen
         Courtroom Deputy Clerk