# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CASE NO. 6:08CV447 |
| APPLE INC., ET AL., § | |
| Defendants. § | |

## HOTLINE ORDER

On December 16, 2009, the Court received a call on the discovery hotline regarding the nature of questions asked to Grant Gottfurtch, a co-inventor of the patent at issue and a purported "owner" of Plaintiff EMG Technology, LLC, during his deposition.

As to the questions regarding the witness's net worth, the objection is sustained, and the witness is not required to answer any questions specifically about his net worth as it is not relevant to matters at issue here.

As to the other questions to which Plaintiff has made a claim of attorney-client privilege, the objections are sustained in part and overruled in part. The witness shall testify as to what *his* understanding of the patent is, if any, and what his understanding of the alleged infringement is, if any. The witness shall not be required to testify as to anything which his attorneys told him about the patent or the alleged infringement, as those matters are privileged.

**SO ORDERED.**

**SIGNED this 17th day of December, 2009.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE