# EXHIBIT 2

# EMG Technology Files Patent Infringement Lawsuit against Apple

Published: November 24, 2008

TRADER DESK

CENTURY CITY, Calif.--(BUSINESS WIRE)-- Jeffer, Mangels, Butler & Marmaro (JMBM) announced today that it has filed a patent infringement lawsuit on behalf of EMG Technology, LLC against Apple Inc. (NASDAQ:AAPL) in the District Court for the Eastern District of Texas in the Tyler Division. The lawsuit accuses Apple of infringing U.S. Patent No. 7,441,196 in the way the iPhone navigates the Internet. The lawsuit seeks unspecified damages against Apple for the iPhone infringement.

EMG Managing Member Elliot Gottfurcht is one of the named inventors of five U.S. patents for navigating the Internet on mobile devices and Internet Protocol Television (IPTV). Issued on October 21, 2008, the '196 patent includes 76 claims, which are supported by specifications filed in 1999 by Mr. Gottfurcht and others.

JMBM partner and IP expert, Stanley Gibson, explains that "the '196 patent claims cover the display of Internet content reformatted from HTML to XML on mobile devices -- the industry standard currently displayed by the iPhone. Additional patent claims include the technology for manipulating a region of the screen for zooming and scrolling.

"Web sites are just beginning to develop their mobile sister sites for fast and easy navigation," says Mr. Gibson. "For example, to access NBC on a computer the URL is NBC.com. For the mobile site on the iPhone, the URL would be m.NBC.com. The '196 patent covers the simplified interface of reformatted mobile content to provide optimum viewing and navigation with single touches on a small screen."

In addition to being an inventor, Mr. Gottfurcht is a real estate developer in West Los Angeles. He was the original developer of Beverly Park, above the Beverly Hills Hotel; Beverly Glen Park, an 800-home community and The Glen Center above Holmby Hills; and the Carriage House, now the "W" Hotel in Westwood Village.

Mr. Gibson was one of the lead trial attorneys from Jeffer, Mangels, Butler & Marmaro who successfully prosecuted Gary Michelson M.D.'s patent infringement lawsuit against Medtronic, which resulted in a $570 million verdict for his clients. Dr. Michelson received a $1.35 billion payment from Medtronic, one of the largest ever involving an intellectual property dispute and acquisition.

```
Source: EMG Technology, LLC
```

## More Press Releases

Zacks Analyst Blog Highlights: ArcelorMittal, AK Steel Holdings, BHP Billiton, Apple, Inc. and E.W. Scripps Company.
January 9, 2009 - Businesswire

Apple's 2009 Proxy Statement Now Online
January 8, 2009 - PR Newswire

Changes Coming to the iTunes Store
January 7, 2009 - PR Newswire

Copyright 2009 The New York Times Company

