# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>    Defendants. | CASE NO. 6:08 CV 447 (LED)<br><br>JURY TRIAL DEMANDED |

## DEFENDANT APPLE INC.'S NOTICE OF DISCLOSURE

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of Texas, and the Court's Order dated December 9, 2009 (Dkt. #192), Defendant Apple Inc. hereby files this Notice of Disclosure. On December 18, 2009, Defendant Apple Inc. served its P.R. 3-3 invalidity contentions and P.R. 3-4(b) document production on all parties. On December 18, 2009, Defendant Apple Inc. also served the non-confidential[1] portion of its P.R. 3-4(a) document production on Plaintiff EMG Technology, LLC.

---

[1] For the reasons that Apple Inc. did not serve the confidential portion of its P.R. 3-4(a) production on Plaintiff EMG Technology, LLC, please refer to pages 2-3 of Apple Inc.'s Motion to Vacate the Deadlines in the Docket Control and Discovery Orders and for a Case Management Conference, filed on December 18, 2009 (Dkt.# 199).

Respectfully submitted,

Dated: December 19, 2009

FISH & RICHARDSON P.C.


By: */s/ John R. Lane*
David J. Healey (09327980)
Garland T. Stephens (24053910)
John R. Lane (24057958)
Fish & Richardson P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
healey@fr.com
stephens@fr.com
jlane@fr.com
ATTORNEYS FOR DEFENDANT
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of December, 2009.

                                       */s/ Jason Bonilla*
                                       Jason Bonilla