**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br>AMERICAN AIRLINES, INC.,<br>BLOOMBERG, L.P.,<br>CONTINENTAL AIRLINES, INC.,<br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO. 6:08-cv-447<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF P.R. 3-3 and P.R. 3-4 DISCLOSURES**

Please take notice that Defendant American Airlines, Inc., in the above-styled and numbered cause, pursuant to P.R. 3-3 and P.R. 3-4 and the Court's December 9, 2009 Order, served its Invalidity Contentions and supporting documents on the attorneys for the parties in this cause on December 18, 2009.

DATED: December 21, 2009

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux __

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Jessica L. Hannah
CA State Bar No. 261802
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com
E-mail: jhannah@capshawlaw.com

Of Counsel:

Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
NIXON PEABODY LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
650-320-7700
Fax: 650-320-7701

Sushila Chanana
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
415-984-8200
Fax: 415-984-8300

Attorneys for Defendants-Counterclaim Plaintiffs AMERICAN AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 21st day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux