# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO. 6:08 CV 447** |
| | § | **PATENT CASE** |
| **APPLE, INC., et al.** | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO. 6:09 CV 367** |
| | § | **PATENT CASE** |
| **MICROSOFT CORP., et al.** | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court sets these cases for a joint status conference and hearing on **January 4, 2010 at 1:30 p.m.** The Court will hear oral arguments on Defendant Apple Inc.'s Motion to Vacate the Deadlines in the Docket Control Order and Discovery Orders and For a Case Management Conference (Docket No. 199) and will decide whether these two cases should be consolidated. Accordingly, the Court **ORDERS** the parties to meet and confer and file a joint status report by December 31, 2009, identifying any disputed issues that need to be discussed at the status conference and each party's position on consolidation.

**So ORDERED and SIGNED this 21st day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**