**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br>        Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>        Defendants. | Case No. 6:08-cv-447-LED |
| EMG TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br>SCOTTRADE, INC.,<br>SOUTHWEST AIRLINES CO.,<br>PRICELINE.COM, INC.,<br>ZAGAT SURVEY, LLC, &<br>COMCAST CORPORATION,<br><br>        Defendants. | Case No. 6:09-cv-367-LED |

**JOINT MOTION TO CONTINUE JOINT STATUS CONFERENCE AND HEARING**

Plaintiff EMG Technology, LLC ("EMG") and Defendants Apple Inc., American

Airlines, Inc., Dell, Inc., Hyatt Corporation, Marriott International, Inc., Barnes & Noble, Inc.,

Microsoft Corporation, Scottrade, Inc., Southwest Airlines Co., Priceline.com, Inc., Zagat

Survey, LLC, and Comcast Corporation (collectively, "Defendants") hereby jointly move the

Court to continue the joint status conference and hearing currently scheduled for January 4,

2010, in the above-captioned matters until February 1, 2010, or the next date that is convenient for the Court.

The Court entered Orders on December 22, 2009, in the above-captioned cases setting the joint status conference and hearing on January 4, 2010 at 1:30 p.m. (*See* Docket Nos. 73 and 74 in Case No. 09-cv-367 ("the Microsoft case") and Docket No. 202 in Case No. 09-cv-447 ("the Apple case".) The Court indicated that it will hear oral arguments on Defendant Apple Inc.'s Motion to Vacate the Deadlines in the Docket Control Order and Discovery Orders and For a Case Management Conference (Docket No. 199 in the Apple case) and will decide whether these two cases should be consolidated. In addition, the Court ordered the parties to meet and confer and file a joint status report by December 31, 2009, identifying any disputed issues that need to be discussed at the status conference and each party's position on consolidation.

Consistent with the Court's Orders, counsel for EMG and the Defendants have met and conferred and agreed that it is in each of their interests to continue the joint status conference and related meet and confer on all issues required to be addressed in the joint status report. Among other reasons, this is because party representatives and counsel have pre-existing holiday and vacation plans between now and the date the joint status report is due. The parties believe that the additional time will facilitate agreements and assist the parties to narrow the disputed issues that need to be discussed at the status conference.

EMG opposes Defendant Apple Inc.'s Motion to Vacate the Deadlines in the Docket Control Order and Discovery Orders and For a Case Management Conference (Docket No. 199 in the Apple case) and will file its Response in Opposition in due course in accordance with the Court's Rules. However, in view of Apple's motion, EMG and the Defendants in the Apple case have agreed that all existing deadlines in the Court's Docket Control and Discovery Orders in the

Apple case between now and the date of the status conference may be continued until the status

conference.

Accordingly, EMG and the Defendants jointly move the Court to continue the joint status

conference and hearing until February 1, 2010, or the next date that is convenient for the Court.

A proposed order is submitted herewith. Consistent with the Court's initial Orders setting the

joint status conference and hearing, should the Court grant the motion EMG and the Defendants

will meet and confer and file a joint status report four (4) days before the rescheduled joint status

conference and hearing identifying any disputed issues that need to be discussed at the status

conference and each party's position on consolidation.

Dated: December 24, 2009

Respectfully Submitted,

By: /s/ Charles Ainsworth

Robert M. Parker
State Bar No. 15498000
Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Robert D. Becker
Cal. Bar No. 160648
Shawn G. Hansen
Cal. Bar No. 197033
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
E-mail: rbecker@manatt.com
E-mail: shansen@manatt.com

Stanley M. Gibson
Cal. Bar No. 162329

Joshua S. Hodas, Ph.D.
Cal. Bar No. 250812
JEFFER, MANGELS, BUTLER AND
MARMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: *smg@jmbm.com*
E-mail: *jsh@jmbm.com*

**ATTORNEYS FOR PLAINTIFF**
**EMG TECHNOLOGY, LLC**

By: */s/ John R. Lane with permission by*
*Charles Ainsworth*
David J. Healey
Texas Bar No. 09327980
Garland T. Stephens
Texas Bar No. 24053910
John R. Lane
Texas Bar No. 24057985
FISH & RICHARDSON P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
Tel: 713-652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**ATTORNEYS FOR DEFENDANTS**
**APPLE INC. & SOUTHWEST AIRLINES**
**CO.**

By: */s/ Russell J Genet  with permission by*
*Charles Ainsworth*
Ronald F. Lopez
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
Tel: 415-984-8368
Fax: 866-293-2789
Email: rflopez@nixonpeabody.com

Constance M. Boland
NIXON PEABODY LLP
437 Madison Avenue
New York, NY  10022
Tel: 212-940-3122
Fax: 866-947-2210
Email: cboland@nixonpeabody.com

Russell J Genet
NIXON PEABODY LLP
300 S Riverside Plaza
16th Floor
Chicago , IL 60606
312-425−8516
Fax: 312−425−3909
Email: rgenet@nixonpeabody.com

Elizabeth L. DeRieux
Texas Bar No. 05770585
S. Calvin Capshaw
Texas Bar No. 03783900
Daymon Jeffrey Rambin

Texas Bar No. 00791478
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Tel: 903-236-9800
Fax: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: ccapshaw@capshawlaw.com
E-mail: chenry@capshawlaw.com
E-mail: jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANTS AMERICAN AIRLINES, INC., DELL, INC., & HYATT CORPORATION**

By: */s/ John M. Guaragna  with permission by Charles Ainsworth*
John M Guaragna
DLA PIPER US LLP
401 Congress Ave
Suite 2500
Austin , TX 78701−3799
512/457−7000
Fax: 512/457−7001
E-mail: John.Guaragna@dlapiper.com

**ATTORNEYS FOR DEFENDANT MARRIOTT INTERNATIONAL, INC.**

By: */s/ Neil J. McNabnay  with permission by Charles Ainsworth*
Neil J McNabnay
FISH &RICHARDSON
1717 Main St.
Suite 5000
Dallas , TX 75201
(214)747−5070
Fax: 12147472091
E-mail: mcnabnay@fr.com

**ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC., & PRICELINE.COM, INC.**

By: */s/ J Christopher Carraway with permission by Charles Ainsworth*
J Christopher Carraway
Richard David McLeod
Salumeh R Loesch
Todd M Siegel
KLARQUIST SPARKMAN LLP
121 SW Salmon Street
Suite 1600
Portland , OR 97204
503−595−5300
Fax: 503−595−5301
Email: christopher.carraway@klarquist.com
Email: rxm@klarquist.com
Email: todd.siegel@klarquist.com

By: */s/ Thomas E Douglass with permission by Charles Ainsworth*
Thomas E Douglass
Pamela M Miller
Jason M Schwent
John M Howell
THOMPSON COBURN
One US Bank Plaza
27th Floor
St Louis , MO 63101
314/552−6000
Fax: 314/552−7000
Email: tdouglass@thompsoncoburn.com
Email: jschwent@thompsoncoburn.com
Email: jhowell@thompsoncoburn.com

Email: salumeh.loesch@klarquist.com

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

Email: pmiller@thompsoncoburn.com

Herbert A Yarbrough , III
Attorney at Law
100 E Ferguson, Suite 1015
Tyler , TX 75702
903/595−3111
Fax: 19035950191
Email: trey@yw−lawfirm.com

**ATTORNEYS FOR DEFENDANT
SCOTTRADE, INC.**

By: */s/ Catherine Nyarady with permission by
Charles Ainsworth*
Catherine Nyarady
John E Nathan
PAUL WEISS RIFKIND WHARTON &
GARRISON
1285 Avenue of the Americas
New York City , NY 10019−6064
212−373−3532
Fax: 212−492−0532
Email: CNyarady@paulweiss.com
Email: jnathan@paulweiss.com

Michael E Jones
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler , TX 75710−0359
930−597−8311
Fax: 903−593−0846
Email: mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT
ZAGAT SURVEY, LLC**

By: */s/ Anthony I Fenwick with permission by
Charles Ainsworth*
Anthony I Fenwick
Jesse Dyer
Jill R Zimmerman
DAVIS POLK &WARDWELL
1600 El Camino Real
Menlo Park , CA 94025
650/752−2015
Fax: 650/752−3615
Email: anthony.fenwick@davispolk.com
Email: jesse.dyer@davispolk.com
Email: jill.zimmerman@davispolk.com

Deron R Dacus
RAMEY &FLOCK
100 East Ferguson
Ste 500
Tyler , TX 75702
903/597−3301
Fax: 9035972413
Email: ddacus@rameyflock.com

**ATTORNEYS FOR DEFENDANT
COMCAST CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 24rd day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH
