# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>    Defendants. | Case No. 6:08-cv-447-LED |
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>SCOTTRADE, INC.,<br>SOUTHWEST AIRLINES CO.,<br>PRICELINE.COM, INC.,<br>ZAGAT SURVEY, LLC, &<br>COMCAST CORPORATION,<br><br>    Defendants. | Case No. 6:09-cv-367-LED |

## ORDER GRANTING JOINT MOTION TO CONTINUE JOINT STATUS
## CONFERENCE AND HEARING

Before the Court is the Joint Motion to Continue Joint Status Conference and Hearing

filed by Plaintiff EMG Technology, LLC ("EMG") and Defendants Apple Inc., American

Airlines, Inc., Dell, Inc., Hyatt Corporation, Marriott International, Inc., Barnes & Noble, Inc.,

Microsoft Corporation, Scottrade, Inc., Southwest Airlines Co., Priceline.com, Inc., Zagat

Dockets.Justia.com

Survey, LLC, and Comcast Corporation (collectively, "Defendants").  The Court, having considered the motion and good cause appearing, finds that the motion should be GRANTED.

Accordingly, the Court ORDERS that the joint status conference and hearing previously set for January 4, 2010, is continued until February 1, 2010, or the next date that is convenient for the Court.  EMG and the Defendants will meet and confer and file a joint status report five (5) days before the rescheduled joint status conference and hearing identifying any disputed issues that need to be discussed at the status conference and each party's position on consolidation.

In addition, in view of Defendant Apple Inc.'s Motion to Vacate the Deadlines in the Docket Control Order and Discovery Orders and For a Case Management Conference (Docket No. 199 in Case No. 6:08-cv-447), all existing deadlines in the Court's Docket Control and Discovery Orders in Case No. 6:08-cv-447 between the date of this Order and the date of the rescheduled joint status conference are continued until the rescheduled joint status conference and hearing.

**So ORDERED and SIGNED this 29th day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**