**Exhibit G
to the
Declaration Of Shawn G. Hansen In Support Of
Plaintiff EMG Technology, LLC's Response In
Opposition To Apple Inc.'s Motion To Vacate The
Deadlines In The Docket Control And Discovery
Orders And For A Case Management Conference**

## Masters, Patricia

| | |
|---|---|
| **From:** | Gibson, Stan [SMG@JMBM.com] |
| **Sent:** | Tuesday, June 30, 2009 10:59 AM |
| **To:** | John Lane; Edwards, Sheila; Becker, Robert; charley@pbatyler.com; pennyc@pbatyler.com |
| **Cc:** | Allen Wan; bmcaughan@lockelord.com; bob.lee@alston.com; Brenda A. Baginskie; Brian Boyd; cboland@nixonpeabody.com; ccapshaw@capshawlaw.com; chenry@capshawlaw.com; David Healey; ederieux@capshawlaw.com; Garland Stephens; Jason Bonilla; Jason.cook@alston.com; jennifer.liotta@alston.com; John DiMatteo; jrambin@capshawlaw.com; Karen Lancaster; knix@willkie.com; Mike McKool; Patrick.flinn@alston.com; rflopez@nixonpeabody.com; rkofsky@willkie.com; rkrebs@nixonpeabody.com; sboyd@lockelord.com; shri.abhyankar@alston.com; Steven Carlson |
| **Subject:** | RE: EMG v. Apple et al. - Proposed docket control and discovery orders |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

All,

**Below please find EMG's proposed search terms and custodians for each of the defendants.**


**For Apple:**

Custodians:

**Steve Jobs - CEO**
**Timothy D. Cook, COO**
**Daniel Cooperman, Senior Vice President, General Counsel and Secretary**

**Tony Fadell**
**Scott Forstall, Senior Vice President, iPhone Software**
**Jonathan Ive, Senior Vice President, Industrial Design**
**Mark Papermaster, Senior Vice President, Devices Hardware Engineering**
**Phillip W. Schiller, Senior Vice, President Worldwide Product Marketing**
**Bertrand Serlet, Senior Vice President, Software Engineering**
**Sina Tamaddon, Senior Vice President Applications**

((iPhone or (iPod Touch)) and (supplier or vendor))
(Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
(7,441,196 or 7441196 or (196 patent) or ('196 patent))
(7,194,698 or 7194698 or (698 patent) or ('698 patent))
(7,020,845 or 7020845 or (845 patent) or ('845 patent))
(6,600,497 or 6600497 or (497 patent) or ('497 patent))
(iPhone or (iPod touch)) and (interface)
(AppleTV or Apple TV) and (interface)
(Front Row) and (interface)
(interface) and (simplified or simplify)
(interface) and selection
(interface) and (touch or touchscreen)
(interface) and (grid or matrix)
(electronic program guide) or EPG
(AppleTV or (Apple TV) or TV or television) and ((remote) or (control))
(sister site)
(mobile ((web site) or site or (website)))
(iPhone or (iPod touch)) and (scrolling or zooming)
(iPhone or (iPod touch)) and (XML or XHTML or sales or revenue)
(Bloomberg or Bloomberg.com)
((American Airlines) or aa.com)
((Continental Airlines) or continental.com)
(UPS or (United Parcel Service) or ups.com)
(Disney.com)
((mobile ((web site) or site or (website))) or (website) or (web site) or site or (web page) or (webpage) or content ) and (transcode or transcoding or simplify or simplified or simplifying or simplification or navigation or reformat or reformatted or formatted or format or manipulating or manipulate or region)

(mobile (advertisement or advertising  or search or content or application or browser or safari or OS or (operating system)))
MallTV
(AppleTV or Apple TV) and (XML or XHMTL or sales or revenue)

(Front Row) and (XML or XHTML)
Leopard and (sales or revenue or (installed base))
(Snow Leopard) and (sales or revenue or forecast)
((iTunes) or (iTunes Music Service) or ITMS) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or revenue)

((codename or (code name)) and (iPhone or (iPod touch))

(iTunes (server or servers)) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or sales or revenue)

(iPhone or (iPod Touch)) and ((voice recognition) or (voice command) or (voice control))
supporting and (iPhone interface)
((iPhone or (iPod Touch)) and (touch or touchscreen or (touch screen)) and handling
((iPhone or (iPod Touch)) and safari

(unique inputs)

(navigation path)

(primary navigation option)

**For Bloomberg:**
Custodians:

**Lex Fenwick, CEO**
**Peter T. Grauer, Chairman**
**Daniel L. Doctoroff, President**
**Norman Pearlstine, Chief Content Officer**
**Kevin Krim, Head Bloomberg.com**

(Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
(7,441,196 or 7441196 or (196 patent) or ('196 patent))
(7,194,698 or 7194698 or (698 patent) or ('698 patent))
(7,020,845 or 7020845 or (845 patent) or ('845 patent))
(6,600,497 or 6600497 or (497 patent) or ('497 patent))
Bloomberg.com
((American Airlines) or aa.com)
((Continental Airlines) or continental.com)
(UPS or (United Parcel Service) or ups.com)
(Disney.com)
iPhone
(iPod touch)
(AppleTV or (Apple TV))
Safari
(mobile and ((web site) or site or (website)))
((mobile ((web site) or site or (website))) or (website) or (web site) or site or (web page) or (webpage) or content ) and (transcode or transcoding or simplify or simplified or simplifying or simplification or navigation or reformat or reformatted or formatted or format or manipulating or manipulate or region)

(mobile (advertisement or advertising  or search or content or application or browser or safari or OS or (operating system)))
Blackberry and mobile
mobile and (XML or XHTML or HTML or CSS or DTD or advertising or sales or purchasing or revenue)
(iTunes Music Service / ITMS / iTunes) and (architecture or scalability or location or production or XML or CSS or DTD or -advertising or revenue)

(iTunes (server or servers)) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or sales or revenue)

iTunes and (XML or CSS or DTD)
(iPhone or (iPod Touch)) and ((voice recognition) or (voice command))
supporting and (iPhone interface)
(sister site)

(unique inputs)

(navigation path)

(primary navigation option)

12/30/2009

**For Continental:**
Custodians:

**Larry Kellner, Chairman and CEO**
**Jeffery Smisek, President and COO**
**Jim Compton, Executive Vice President - Marketing**
**Ron Anderson-Lehman, Senior Vice President and CIO**
**Jennifer Volgel - Senior Vice President, General Counsel, Secretary and Chief Compliance Officer**

(Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
(7,441,196 or 7441196 or (196 patent) or ('196 patent))
(7,194,698 or 7194698 or (698 patent) or ('698 patent))
(7,020,845 or 7020845 or (845 patent) or ('845 patent))
(6,600,497 or 6600497 or (497 patent) or ('497 patent))
(Bloomberg or Bloomberg.com)
((American Airlines) or aa.com)
continental.com
(UPS or (United Parcel Service) or ups.com)
(Disney.com)
iPhone
(iPod touch)
(AppleTV or (Apple TV))
Safari
(mobile and ((web site) or site or (website)))
((mobile ((web site) or site or (website))) or (website) or (web site) or site or (web page) or (webpage) or content ) and (transcode or transcoding or simplify or simplified or simplifying or simplification or navigation or reformat or reformatted or formatted or format or manipulating or manipulate or region)

(mobile (advertisement or advertising  or search or content or application or browser or safari or OS or (operating system)))
Blackberry and mobile
mobile and (XML or XHTML or HTML or CSS or DTD or advertising or sales or purchasing or revenue)
(iTunes Music Service / ITMS / iTunes) and (architecture or scalability or location or production or XML or CSS or DTD or -advertising or revenue)

(iTunes (server or servers)) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or sales or revenue)

iTunes and (XML or CSS or DTD)
(iPhone or (iPod Touch)) and ((voice recognition) or (voice command))
supporting and (iPhone interface)
(sister site)

(unique inputs)

(navigation path)

(primary navigation option)


(Usablenet)

**For American:**
Custodians:

**Gerard J. Arpey, Chairman, President & CEO**
**Daniel P. Garton, Executive Vice President Marketing**
**Gary F. Kennedy, Senior Vice President & General Counsel**
**Monte E. Ford, Senior Vice President Information Technology & CIO**

(Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
(7,441,196 or 7441196 or (196 patent) or ('196 patent))
(7,194,698 or 7194698 or (698 patent) or ('698 patent))
(7,020,845 or 7020845 or (845 patent) or ('845 patent))
(6,600,497 or 6600497 or (497 patent) or ('497 patent))
(Bloomberg or Bloomberg.com)
aa.com
((Continental Airlines) or continental.com)
(UPS or (United Parcel Service) or ups.com)
(Disney.com)
iPhone
(iPod touch)

(AppleTV or (Apple TV))
Safari
(mobile and ((web site) or site or (website)))
((mobile ((web site) or site or (website))) or (website) or (web site) or site or (web page) or (webpage) or content ) and (transcode or transcoding or simplify or simplified or simplifying or simplification or navigation or reformat or reformatted or formatted or format or manipulating or manipulate or region)

(mobile (advertisement or advertising  or search or content or application or browser or safari or OS or (operating system)))
Blackberry and mobile
mobile and (XML or XHTML or HTML or CSS or DTD or advertising or sales or purchasing or revenue)
(iTunes Music Service / ITMS / iTunes) and (architecture or scalability or location or production or XML or CSS or DTD or -advertising or revenue)

(iTunes (server or servers)) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or sales or revenue)

iTunes and (XML or CSS or DTD)
(iPhone or (iPod Touch)) and ((voice recognition) or (voice command))
supporting and (iPhone interface)
(sister site)

(unique inputs)

(navigation path)

(primary navigation option)


**For UPS:**
Custodians:

**D. Scott Davis, Chairman and CEO**
**David Barnes, Senior Vice President and Chief Information Officer**
**Alan Gershenhorn, Senior Vive President, Worldwide Sales and Marketing**
**Teri Plummer McClure, Senior Vice President of Legal, Compliance and Public Affairs, General Counsel and Corporate Secretary**

**David Abney, Chief Operating Officer**

(Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
(7,441,196 or 7441196 or (196 patent) or ('196 patent))
(7,194,698 or 7194698 or (698 patent) or ('698 patent))
(7,020,845 or 7020845 or (845 patent) or ('845 patent))
(6,600,497 or 6600497 or (497 patent) or ('497 patent))
(Bloomberg or Bloomberg.com)
((American Airlines) or aa.com)
((Continental Airlines) or continental.com)
ups.com
(Disney.com)
iPhone
(iPod touch)
(AppleTV or (Apple TV))
Safari
(mobile and ((web site) or site or (website)))
((mobile ((web site) or site or (website))) or (website) or (web site) or site or (web page) or (webpage) or content ) and (transcode or transcoding or simplify or simplified or simplifying or simplification or navigation or reformat or reformatted or formatted or format or manipulating or manipulate or region)

(mobile (advertisement or advertising  or search or content or application or browser or safari or OS or (operating system)))
Blackberry and mobile
mobile and (XML or XHTML or HTML or CSS or DTD or advertising or sales or purchasing or revenue)
(iTunes Music Service / ITMS / iTunes) and (architecture or scalability or location or production or XML or CSS or DTD or -advertising or revenue)

(iTunes server or servers)) and (architecture or scalability or location or production or XML or CSS or DTD or advertising or sales or revenue)

iTunes and (XML or CSS or DTD)
(iPhone or (iPod Touch)) and ((voice recognition) or (voice command))
supporting and (iPhone interface)
(sister site)

(unique inputs)

12/30/2009

**From:** John Lane [mailto:JLane@fr.com]
**Sent:** Monday, June 22, 2009 10:21 AM
**To:** Gibson, Stan; Gibson, Stan; Edwards, Sheila; rbecker@manatt.com; charley@pbatyler.com; pennyc@pbatyler.com
**Cc:** Allen Wan; bmcaughan@lockelord.com; bob.lee@alston.com; Brenda A. Baginskie; Brian Boyd; cboland@nixonpeabody.com; ccapshaw@capshawlaw.com; chenry@capshawlaw.com; David Healey; ederieux@capshawlaw.com; Garland Stephens; Jason Bonilla; Jason.cook@alston.com; jennifer.liotta@alston.com; John DiMatteo; John Lane; jrambin@capshawlaw.com; Karen Lancaster; knix@willkie.com; Mike McKool; Patrick.flinn@alston.com; rflopez@nixonpeabody.com; rkofsky@willkie.com; rkrebs@nixonpeabody.com; sboyd@lockelord.com; shri.abhyankar@alston.com; Steven Carlson
**Subject:** EMG v. Apple et al. - Proposed docket control and discovery orders

All –

Proposed discovery and docket control orders are attached. A motion for entry of the two orders is also attached, along with a redline comparing Judge Davis's standard discovery order to the proposed discovery order.

Please let me know if you have comments.

If we cannot get everyone's agreement on these orders by about 3:00 Texas time, we need to file another extension. Charley – can you prepare the extension if we are getting close to 3:00, and can the other defendants please give Charley the OK to file as unopposed? Apple is OK filing unopposed.

Thanks,
John

**John R. Lane**

**~Fish & Richardson P.C.**
One Houston Center
1221 McKinney, Suite 2800
Houston, Texas 77010

713-654-5307
Email: jlane@fr.com

*********************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended
or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
*********************************************************************************************************************

12/30/2009