**Exhibit H
to the
Declaration Of Shawn G. Hansen In Support Of
Plaintiff EMG Technology, LLC's Response In
Opposition To Apple Inc.'s Motion To Vacate The
Deadlines In The Docket Control And Discovery
Orders And For A Case Management Conference**

### Hansen, Shawn

| | |
|---|---|
| **From:** | John Lane [Lane4@fr.com] |
| **Sent:** | Friday, December 18, 2009 7:57 AM |
| **To:** | Hansen, Shawn |
| **Cc:** | Garland Stephens; David Healey |
| **Subject:** | RE: EMG v. Apple - Apple's Failure to Comply with Paragraph 2.C.iv. of the Discovery Order |

Shawn –

We disagree. We have not agreed to email search terms. Back in the summer, we had some calls and emails with Stan on the search terms, but have not heard back from Stan or any attorneys at Manatt on the search terms in months. Nonetheless, we will revisit the search terms that were currently on the table and get back to you. Also, there is no protective order in place, and as I indicated in my previous email, Apple will not produce any documents without a protective order in place or an agreement between the parties that includes a prosecution bar.

As to your request for Mr. Westerman's emails, again, there is no protective order in place. Also, we do understand how Mr. Westerman's emails are relevant to this case. Please explain why EMG believes they are relevant.

Thanks,
John

---

**From:** Hansen, Shawn [mailto:SHansen@manatt.com]
**Sent:** Thursday, December 17, 2009 7:55 PM
**To:** John Lane
**Subject:** EMG v. Apple - Apple's Failure to Comply with Paragraph 2.C.iv. of the Discovery Order

John,

Apple's production of emails pursuant to Paragraph 2.C.iv. of the Discovery Order now is long overdue. On June 30, 2009, Stan provided key words for searching that limit the amount of email to a reasonable amount. Apple was to produce emails within one hundred and twenty (120) days, or by October 28, 2009. Please provide a date certain when Apple will comply with its obligation to produce emails in compliance with Paragraph 2.C.iv. of the Discovery Order.

To the extent Apple would like to discuss possible modification of the key word list, please let me know the volume of emails responsive to the June 30, 2009, list so we have a sense of how much modification of the list may be appropriate.

In addition, I have received no response to my email of October 27, 2009, requesting emails from Wayne Westerman. Please confirm that Apple will comply with that request and provide a date certain when the emails of Mr. Westerman will be produced.

Thank you,

**Shawn G. Hansen**
**Partner**
**manatt | phelps | phillips**
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
650.812.1367 - direct
650.812.1300 - main
650.814.1607 - mobile
650.213.0291 - direct fax

**Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.**

Click here to see my profile

**Please conserve resources by not printing this email unnecessarily.**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (650) 812-1300, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by recently issued treasury regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written by us, and cannot be used by you, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein. For information about this legend, go to http://www.manatt.com/circ230

```
****************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended
or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
****************************************************************************************************
```