# EXHIBIT A

# EXHIBIT A

## CONVENIENCE CONSIDERATIONS

**Identified Non-Party Witnesses**

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Elliott Gottfurcht | Applicant | Santa Monica, CA (CDCA) | 0; 15 miles | 4 hr, 45 min; 1345 miles |
| Grant E. Gottfurcht | Applicant | Pacific Palisades, CA (CDCA) | 0; 16 miles | 4 hr, 45 min; 1347 miles |
| Albert-Michael C. Long | Applicant | Irvine, CA (CDCA) | 0; 35 miles | 4 hr, 45 min; 1311 miles |
| J. Teague McKnight | Applicant (Ancestor Patent) | Park City, UT | 1 hr, 54 min; 597 miles | 4 hr, 35 min; 1072 miles |
| Manuel V. Beltran | Applicant (Ancestor Patent) | Santa Ana, CA (CDCA) | 0; 24 miles | 4 hr, 45 min; 1317 miles |
| Stephen K. Woesner | Applicant (Ancestor Patent) | Santa Ana, CA (CDCA) | 0; 30 miles | 4 hr, 30 min; 1310 miles |
| John Marinuzzi | Applicant (Ancestor Patent) | Mission Viejo, CA (CDCA) | 0; 45 miles | 4 hr, 45 min; 1304 miles |
| Donald Dukeshire | Applicant (Ancestor Patent) | Huntington Beach, CA (CDCA) | 0; 30 miles | 4 hr, 45 min; 1315 miles |
| Marlo L. Longstreet | Ownership Interest | Pacific Palisades, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Thomas Ciotti | Prosecuting Attorney | Palo Alto, CA | 1 hr, 20 min; 324 miles | 5 hr, 5 min; 1560 miles |
| Thomas M. Coester | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Scott Doyle | Prosecuting Attorney | Washington, D.C. | 5 hr, 45 min; 2306 miles | 5 hr, 22 min; 1130 miles |
| John E. Gunther | Prosecuting Attorney | Westlake Village, CA (CDCA) | 0; 33 miles | 4 hr, 45 min; 1361 miles |
| Jun-Youg E. Jeon | Prosecuting Attorney | Pasadena, CA (CDCA) | 0; 9 miles | 4 hr, 45 min; 1326 miles |

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Jonathan Miller | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Steven C. Sereboff | Prosecuting Attorney | Westlake Village, CA (CDCA) | 0; 33 miles | 4 hr, 45 min; 1361 miles |
| Brennan C. Swain | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Openwave Systems, Inc. employees | Prior Art | Redwood City, CA | 1 hr, 20 min; 329 miles | 5 hr, 5 min; 1573 miles |
| Tim Hyland | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Alain Rossmann | Prior Art | Menlo Park, CA | 1 hr, 20 min; 326 miles | 5 hr, 5 min; 1577 miles |
| Peter King | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Bruce Schwartz | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Russell Greer | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Mark Fox | Prior Art | San Francisco, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1578 miles |
| Andrew Laursen | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Mark Lentczner | Prior Art | Mountain View, CA | 1 hr, 20 min; 317 miles | 5 hr, 5 min; 1562 miles |
| Brad Sandman | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Chris De Herrera | Prior Art | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Bruce Leak | Prior Art | Los Altos, CA | 1 hr, 20 min; 319 miles | 5 hr, 5 min; 1562 miles |
| Stephen G. Perlman | Prior Art | Mountain View, CA | 1 hr, 20 min; 317 miles | 5 hr, 5 min; 1562 miles |

**EXHIBIT A**

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Palm, Inc. employees | Prior Art | Sunnyvale, CA | 1 hr, 20 min; 315 miles | 5 hr, 5 min; 1562 miles |
| Art & Logic employees | Attempted Commercialization | Pasadena, CA | 0; 9 miles | 4 hr, 45 min; 1326 miles |
| Bob Bajoras | Attempted Commercialization | Pasadena, CA | 0; 9 miles | 4 hr, 45 min; 1326 miles |
| Protovu employees | Attempted Commercialization | Foster City, CA | 1 hr, 20 min; 335 miles | 5 hr, 5 min; 1570 miles |
| Rick Soss | Attempted Commercialization | Foster City, CA | 1 hr, 20 min; 335 miles | 5 hr, 5 min; 1570 miles |
| Angel Gulermovich | Attempted Commercialization | Los Angeles, CA | 0; 0 | 4 hr, 45 min; 1330 miles |
| Online Labs former employees | Attempted Commercialization | Los Angeles, CA | 0; 0 | 4 hr, 45 min; 1330 miles |
| **AVERAGE** | | | **47 min; 231 miles** | **4 hr, 54 min; 1423 miles** |

**Parties and Their Witnesses**

| Party | Location of Party Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|
| Microsoft Corporation | Redmond, WA | 2 hr, 30 min; 972 miles | 5 hr, 45 min; 1766 miles |
| Scottrade, Inc. | St. Louis, MO | 4 hr, 5 min; 1587 miles | 4 hr, 7 min; 523 miles |
| Southwest Airlines Co. | Dallas, TX (NDTX) | 3 hr, 15 min; 1240 miles | 45 min; 92 miles |
| Priceline.com, Inc. | Norwalk, CT | 6 hr, 15 min; 2477 miles | 5 hr, 52 min; 1364 miles |
| Zagat Survey, LLC | New York City, NY | 6 hr, 20 min; 2454 miles | 5 hr, 52 min; 1322 miles |
| Comcast Corporation | Philadelphia, PA | 6 hr, 4 min; 2387 miles | 5 hr, 30 min; 1227 miles |
| Apple Inc. | Cupertino, CA | 1 hr, 20 min; 314 miles | 5 hr, 5 min; 1557 miles |
| American Airlines, Inc. | Fort Worth, TX (NDTX) | 3 hr, 15 min; 1211 miles | 45 min; 120 miles |
| Dell, Inc. | Round Rock, TX (WDTX) | 3 hr, 15 min; 1221 miles | 2 hr, 45 min; 187 miles |
| Hyatt Corporation | Chicago, IL | 4 hr, 25 min; 1756 miles | 4 hr, 15 min; 788 miles |
| Marriott International, Inc. | Bethesda, MD | 5 hr, 45 min; 2287 miles | 5 hr, 22 min; 1118 miles |
| Barnes & Noble, Inc. | New York City, NY | 6 hr, 20 min; 2454 miles | 5 hr, 52 min; 1322 miles |
| **AVERAGE** | | **4 hr, 24 min; 1697 miles** | **4 hr, 20 min; 949 miles** |