# EXHIBIT C

US007441196B2

(12) United States Patent  (10) Patent No.: US 7,441,196 B2
Gottfurcht et al.  (45) Date of Patent: *Oct. 21, 2008

(54) APPARATUS AND METHOD OF MANIPULATING A REGION ON A WIRELESS DEVICE SCREEN FOR VIEWING, ZOOMING AND SCROLLING INTERNET CONTENT

(75) Inventors: **Elliot A. Gottfurcht**, Pacific Palisades, CA (US); **Grant E. Gottfurcht**, Pacific Palisades, CA (US); **Albert-Michel C. Long**, Irvine, CA (US)

(73) Assignees: **Elliot Gottfurcht**, Pacific Palisades, CA (US); **Marlo Longstreet 2003 Irrevocable Trust**, Pacific Palisades, CA (US); **Grant Gottfurcht 2003 Irrevocable Trust**, Pacific Palisades, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/373,324**

(22) Filed: **Mar. 13, 2006**

(65) Prior Publication Data

US 2006/0212811 A1  Sep. 21, 2006

Related U.S. Application Data

(63) Continuation of application No. 09/518,015, filed on Mar. 3, 2000, now Pat. No. 7,020,845, which is a continuation-in-part of application No. 09/440,214, filed on Nov. 15, 1999, now Pat. No. 6,600,497.

(51) Int. Cl.
*G06F 3/00* (2006.01)
(52) U.S. Cl. .................. **715/740**; 715/730; 715/760

(58) Field of Classification Search ................. 715/700, 715/733–740, 760
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| 3,586,771 | A | 6/1971 | Hamburger |
| 4,650,977 | A | 3/1987 | Couch |
| 4,706,121 | A | 11/1987 | Young |
| 4,992,940 | A | 2/1991 | Dworkin |

(Continued)

FOREIGN PATENT DOCUMENTS

CA  2001263  4/1990

(Continued)

OTHER PUBLICATIONS

Chieko Asakawa, "User Interface of a Home Page Reader," Apr. 15, 1998, 8 pages, Assets '98, Marina del Rey, California.

(Continued)

*Primary Examiner*—Simon Ke
(74) *Attorney, Agent, or Firm*—SoCal IP Law Group LLP; Steven C. Sereboff; John E. Gunther

(57) **ABSTRACT**

A method and apparatus of simplified navigation. A web page is provided having a link to a sister site. The sister site facilitates simplified navigation. Pages from the sister site are served responsive to actuation of the sister site link. In one embodiment, the sister site includes matrix pages to permit matrix navigation.

76 Claims, 28 Drawing Sheets

