# EXHIBIT D



US007020845B1

# (12) United States Patent
## Gottfurcht et al.

(10) Patent No.: **US 7,020,845 B1**
(45) Date of Patent: **Mar. 28, 2006**

(54) **NAVIGATING INTERNET CONTENT ON A TELEVISION USING A SIMPLIFIED INTERFACE AND A REMOTE CONTROL**

(76) Inventors: **Elliot A. Gottfurcht**, 1018 Hartzell, Pacific Palisades, CA (US) 90272; **Grant E. Gottfurcht**, 1018 Monument, Pacific Palisades, CA (US) 90272; **Albert-Michel C. Long**, 5 Cannes, Irvine, CA (US) 92614

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 722 days.

(21) Appl. No.: **09/518,015**

(22) Filed: **Mar. 3, 2000**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 09/440,214, filed on Nov. 15, 1999, now Pat. No. 6,600,497.

(51) Int. Cl.
*G06F 9/00* (2006.01)

(52) U.S. Cl. ............... **715/853**; 715/748; 715/762; 715/810; 715/811

(58) Field of Classification Search ............ 345/659, 345/655, 661, 676, 705, 742, 748, 760, 761, 345/762, 763, 810, 811; 707/501.1, 515; 715/513, 515, 501.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,706,121 A | 11/1987 | Young | |
| 5,479,268 A | 12/1995 | Young et al. | |
| 5,758,126 A | 5/1998 | Daniels et al. | |
| 5,801,702 A | 9/1998 | Dolan et al. | |
| 5,809,204 A | 9/1998 | Young et al. | |
| 5,896,133 A | 4/1999 | Lynch et al. | |
| 5,911,145 A * | 6/1999 | Arora et al. | 345/853 |
| 5,956,681 A | 9/1999 | Yamakita | |
| 5,958,012 A | 9/1999 | Battat et al. | |
| 6,028,600 A | 2/2000 | Rosin et al. | |
| 6,072,483 A | 6/2000 | Rosin et al. | |
| 6,078,866 A | 6/2000 | Buck et al. | |
| 6,154,205 A | 11/2000 | Carroll et al. | |
| 6,199,098 B1 * | 3/2001 | Jones et al. | 709/203 |
| 6,226,642 B1 | 5/2001 | Beranek et al. | |
| 6,260,192 B1 | 7/2001 | Rosin et al. | |
| 6,269,361 B1 | 7/2001 | Davis et al. | |
| 6,295,057 B1 | 9/2001 | Rosin et al. | |
| 6,345,279 B1 * | 2/2002 | Li et al. | 707/104.1 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 01/75678    * 10/2001

OTHER PUBLICATIONS

Charles Heinemann, "Going from HTML to XML", Microsoft Corporation, Nov. 5, 1998.*

(Continued)

*Primary Examiner*—Kristine Kincaid
*Assistant Examiner*—Peng Ke
(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) **ABSTRACT**

A method and apparatus of simplified navigation. A web page is provided having a link to a sister site. The sister site facilitates simplified navigation. Pages from the sister site are served responsive to actuation of the sister site link. In one embodiment, the sister site includes matrix pages to permit matrix navigation.

**36 Claims, 28 Drawing Sheets**