# EXHIBIT E



(12) **United States Patent** (10) Patent No.: **US 6,600,497 B1**
Gottfurcht et al. (45) **Date of Patent:** **Jul. 29, 2003**

(54) **APPARATUS AND METHOD TO NAVIGATE INTERACTIVE TELEVISION USING UNIQUE INPUTS WITH A REMOTE CONTROL**

(75) Inventors: **Elliot A. Gottfurcht**, 1018 Hartzell, Pacific Palisades, CA (US) 90272; **Grant E. Gottfurcht**, 1018 Monument, Pacific Palisades, CA (US) 90272; **J. Teague McKnight**, Los Angeles, CA (US); **Manuel V. Beltran**, Westminster, CA (US); **Stephen K. Woesner**, Santa Ana, CA (US); **John A. Marinuzzi**, Los Alamos, NM (US); **Albert-Michel C. Long**, Irvine, CA (US); **Donald L. Dukeshire**, Huntington Beach, CA (US)

(73) Assignees: **Elliot A. Gottfurcht**, Los Angeles, CA (US); **Grant E. Gottfurcht**, Pacific Palisades, CA (US); **Marlo L. Longstreet**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/440,214**

(22) Filed: **Nov. 15, 1999**

(51) Int. Cl.[7] ............................ **G09G 5/00**; G06F 15/16
(52) U.S. Cl. ...................... **345/735**; 345/701; 345/713; 709/246
(58) Field of Search ................................. 345/655, 701, 345/713, 738–739, 742, 762, 763, 764, 734; 709/246; 707/503, 504, 514

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,706,121 A | 11/1987 | Young |
|---|---|---|
| 5,479,268 A | 12/1995 | Young et al. |
| 5,625,781 A | 4/1997 | Cline et al. |
| 5,758,126 A | 5/1998 | Daniels et al. |
| 5,801,702 A | 9/1998 | Dolan et al. |
| 5,809,204 A | 9/1998 | Young et al. |
| 5,828,839 A | 10/1998 | Moncreiff |
| 5,896,133 A | 4/1999 | Lynch et al. |
| 5,900,905 A | 5/1999 | Shoff et al. |
| 5,902,353 A | 5/1999 | Reber et al. |
| 5,903,729 A | 5/1999 | Reber et al. |
| 5,911,145 A | 6/1999 | Arora et al. |
| 5,956,681 A | 9/1999 | Yamakita |
| 5,958,012 A | 9/1999 | Battat et al. |
| 6,002,853 A | 12/1999 | de Hond |
| 6,031,537 A | * 2/2000 | Hugh ......................... 345/839 |
| 6,054,989 A | * 4/2000 | Robertson et al. .......... 345/727 |
| 6,072,492 A | 6/2000 | Schagen et al. |
| 6,075,575 A | * 6/2000 | Schein et al. ............... 345/684 |
| 6,091,417 A | 7/2000 | Lefkowitz |
| 6,101,473 A | * 8/2000 | Scott et al. ................. 704/275 |
| 6,151,059 A | * 11/2000 | Schein et al. ................. 725/37 |
| 6,151,630 A | 11/2000 | Williams |
| 6,160,552 A | 12/2000 | Wilsher et al. |
| 6,177,936 B1 | 1/2001 | Cragun |

(List continued on next page.)

OTHER PUBLICATIONS

Chieko Asakawa, "User Interface of a Home Page Reader," Apr. 15, 1998, 8 pages, Assets '98, Marina del Rey, California.

Primary Examiner—Kristine Kincaid
Assistant Examiner—Thomas J Joseph
(74) Attorney, Agent, or Firm—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A method and system to facilitate navigation of a wide-area network. A navigation matrix is displayed on a client node. The matrix pairs each navigation option with an input such that, for example, pressing a single key activates that navigation option. The key press event is forwarded to an information and services hub across the network. The hub then returns a next appropriate matrix layer which may be navigated in the same manner.

**20 Claims, 24 Drawing Sheets**

