# EXHIBIT F

- Professional Summary
- Practices & Industries
- Legal Updates & News
- Events
- Extended Biography



**Thomas E. Ciotti**

**Senior Counsel**
Primary Office: Palo Alto

Email: tciotti@mofo.com
Phone: (650) 813-5702
Fax: (650) 494-0792

Download vCard

Print page  Email page

**Education**
- University of Michigan (B.S., 1961)
- University of Michigan Law School (J.D., 1964)

**Bar Admissions**
*Admitted only in*
- California
- U.S. Patent & Trademark Office

Thomas E. Ciotti is a partner and co-founder of the Venture Intellectual Property group, and founder of the biotechnology/chemistry, medical device, and greentech patent groups at Morrison & Foerster LLP. Mr. Ciotti has over 40 years of experience in life sciences intellectual property law and is regularly acknowledged by his peers as one of the top life sciences intellectual property lawyers in the United States. Mr. Ciotti is one of a distinguished group of attorneys who have been listed in The Best Lawyers in America for ten years. He was one of the first biotechnology patent attorneys and represented, and continues to represent, universities and corporations that pioneered the field of biotechnology. For many years Mr. Ciotti's practice revolved around counseling emerging life science companies, not only in the chemistry/biotech field, but also in the medical device field. In the course of doing so, he has served as principal intellectual property counsel to numerous biotechnology and medical device companies. Due diligence counseling from both the investor and company sides has always been a significant part of his practice. In recent years venture side due diligence has become the mainstay of Mr. Ciotti's practice and a critical and important part of Morrison & Foerster's intellectual property practice. With the recent interest in renewable energy/cleantech by the venture capital community, Mr. Ciotti's practice has grown to include those technologies. Mr. Ciotti holds chemical engineering and law degrees from the University of Michigan. He was president of the San Francisco Intellectual Property Law Association and has served as chairman of the Intellectual Property Section of the State Bar of California.



**Attorney Search**



# Thomas M. Coester | Of Counsel

Office: [Los Angeles](#)
Phone: 310-207-3800
Fax: 310-820-5988
[tom_coester@bstz.com](mailto:tom_coester@bstz.com)

Practice areas include procuring and policing of both patent and trademark rights in the United States and internationally; validity and infringement analysis; intellectual property licensing and patent and trademark litigation.

**Expertise**
Business Methods
International Practice
IP Related Business
Transactions
Patent
Trademark

**Industry**
Communications
Computer/Related Technologies
Electronics
Internet Technologies
Mechanical

**Representative Patents**
Patent #: 5,835,784
System For Booting Processor From Remote Memory By Preventing Host Processor From Configuring An Environment Of Processor While Configuring An Interface Unit Between Processor And Remote Memory

Patent #: 5,848,288
Method And Apparatus For Accommodating Different Issue Width Implementations Of VLIW Architectures

Patent #: 5,892,377
Method And Apparatus For Reducing Leakage Currents In An I/O Buffer

Patent #: 6,035,438
Method And Apparatus For Defeating Ballistic Projectiles

Patent #: 6,038,234
Early Arbitration On A Full Duplex Bus

**Bar Admissions**
CA, Bar # 174461

**Court Admissions**
Central District of California (1994)
U.S. Court of Appeals for the Federal Circuit (1997)

**Law School**
University of Iowa

**Undergraduate/Graduate Education**

University of Iowa

B.S., Electrical Engineering

**PTO Reg. #: 39,637**

**Assistant Contact Information**

Susan Manriquez

Phone: 310-207-3800

susan_manriquez@bstz.com



**Washington, DC**
T: +1 202 508 8170
F: +1 202 661 7319

Add to Outlook

View this page in German

### Scott W. Doyle
**Partner**

scott.doyle@shearman.com

#### Education

The George Washington University Law School, LL.M., 1997, with highest honors
George Mason University, School of Law, J.D., 1993
George Washington University, M.S.E.E., 1988
Virginia Polytechnic Institute and State University, B.S.E.E., 1984

#### Practice

Mr. Doyle is a partner in the Litigation Group of Shearman & Sterling. Mr. Doyle is co-chair of the firm's intellectual property litigation practice and has extensive experience in the areas of intellectual property litigation, particularly patents and trade secrets, and in technology transactions and global patent strategy.

Mr. Doyle has been lead counsel in multiple litigations in courts throughout the United States, and has participated in all aspects of alternative dispute resolution. In trying a complex case, he is successful at taking complex material and simplifying the presentations of both law and technology to the bench and to a jury. He is also skilled at developing successful strategies for resolving disputes for his clients. He has litigated cases including a wide range of technologies including telecommunications, VoIP telephony, computer hardware and software, photolithography machines, set top box technologies, chemical compositions, medical devices, bar scanning devices, mechanical devices, among others. As an electrical engineer prior to practicing law, he helped design and develop next-generation military satellite and terrestrial communications systems.

#### Recent Experience

- Currently representing Synchrome Technologies, Inc. in a patent litigation case pending in the District Court of Delaware. Synchrome is the plaintiff alleging patent infringement against several disk drive manufacturers and users on patents relating to disk drive technology.
- Represented a large communications company in a trade secret matter. Mr. Doyle obtained an admission of misappropriation and an agreement by the opponent party to

#### Practice Areas

- Intellectual Property & Technology Litigation
- Litigation
- Financial Services
- Media, Electronics & Telecommunications
- Medical Devices
- Pharmaceuticals & Life Sciences

- discontinue use of client's trade secrets and cease shipping the compromised products.
- *Nikon v. ASML et al. (N.D. of California)* – Represented Nikon in major photolithography patent case. Payment of $145 million to Nikon.
- *Macrovision Corporation v. Motorola, Inc. (N.D. of California)* – Represented Motorola against Macrovision in patent and contract disputes involving analog copy protection technology. Case settled.
- Represented defendant in disputes involving trade secrets, IP ownership, and breach of contract. Mr. Doyle was successful in getting plaintiff to voluntarily dismiss all claims with no payment or other consideration by defendant.
- *Vonage v. Nortel et al. (N.D. Tex. & D. Del.)* – Represented Vonage in multiple patent cases where Nortel was asserting 12 patents against Vonage and Vonage was asserting 3 patents against Nortel and others. Case settled.
- *Software AG v. BEA (D. Del. and E.D.V.A.)* – Represented BEA Systems against Software AG, including the defense of an action for patent infringement in the District of Delaware, the assertion of infringement claims against Software AG in the Eastern District of Virginia, and the successful initiation of reexamination proceedings before the United States Patent and Trademark Office, leading to settlement of all litigation.
- Represented Vonage in a three-week trial before the Eastern District of Virginia and on appeal at the Court of Appeals for the Federal Circuit.
- *IPT v. Motorola, Inc. (N.D. of Illinois)* – Represented defendant Motorola in patent case involving four patents. Case settled.
- *Ronald Katz Licensing v. Amtrak et al. (E.D. Tex. and C.D of Ca.)* – Represented Amtrak in patent case relating to automatic telephone call processing technology. Case settled.
- *ACTV, Inc. v. The Walt Disney Company (Court of Appeals for the Federal Circuit, S.D.N.Y.)* – Managed litigation as in-house counsel resulting in victory at the Federal Circuit on claim construction.
- Mr. Doyle was an expert witness for Bancorp in the *Hartford Insurance v. Bancorp* case resulting in a victory in the District Court.

### Selected Professional & Business Activities

Former Member of the Board of Advisors for the Department of Electrical and Computer Engineering at Virginia Polytechnic Institute and State University

### Publications

- Big Suits: Verizon v. Vonage, October 2006, *IP Law & Business*
- Power of IP Competitive Intelligence, October 31, 2005, *Israeli-America Chamber of Commerce, Seminar on Intellectual Property Rights*
- Panel Moderator, *Demystifying Section 337 Investigations at the ITC*, June 2006
- Panel Moderator, AIPLA Spring 2005 Conference

- Intellectual Property Reform After the Uruguay Round, Minn. Inst. Legal Education, September 1995
- Performance of DSCS Extremely High Frequency Satellite Signals in Simultaneous Fading and Optimized Jamming, October 1990, Military Communications Conference Proceedings
- Performance of Frequency Hopped MSK Modulated Signals in Jamming and Additive White Gaussian Noise, October 1990, Military Communications Conference Proceedings

### Honors

- Mr. Doyle has been recognized as one of the leading individuals in patent law, *Chambers USA*, *America's Leading Business Lawyers (2009, 2008, 2006, 2005)*
- Mr. Doyle was named the Intellectual Property "Young Gun" and also a "Leading Lawyer" by the *Washington Business Journal*, 2004
- Mr. Doyle was listed as a Super Lawyer in Washington, *DC Super Lawyers 2008 and 2009* for Intellectual Property and IP Litigation
- Mr. Doyle was named a Leading Patent Lawyer in Euromoney's Guide to the *World's Leading Patent Lawyers, 2007*

### Bar Admissions/Qualifications

District of Columbia
Virginia
Registered Patent Attorney, United States Patent and Trademark Office

### Courts

United States Circuit Courts for the Federal Circuit
United States District Court for the Eastern District of Texas
United States District Court for the Eastern District of Virginia




**John E. Gunther**
jgunther@socalip.com

Tel: (805) 230-1350 Ext. 312
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788

Resident in Westlake Village and Irvine Offices

### Practice Areas
U.S. and international patent preparation and prosecution.

### Admitted to the Bar
U.S. Patent and Trademark Office

### Education
Purdue University, B.S.E.E., 1969

### Highlights
John E. Gunther is a patent agent with SoCal IP Law Group. He was admitted to the Patent Bar in February, 1999.

John's technical experience includes electro-optical systems and components, liquid crystal devices, radar and RF systems, electronics, mechanical systems, and manufacturing methods.

John has a total of nearly 30 years of technology development and management experience at Northrop-Grumman, Texas Instruments, Hughes Electronics, and several commercial start-up companies. He was an inventor on 24 U.S. Patents. Examples of some patents John prepared are listed here:

- 6,816,650    Planar lightwave filter device
- 6,710,921    Polarizer apparatus for producing a generally polarized beam of light
- 6,693,749    Low-observability, wide-field-of-view, situation awareness viewing device
- 6,563,638    Wide-angle collimating optical device
- 6,452,724    Polarizer apparatus for producing a generally polarized beam of light
- 6,348,995    Reflective optical polarizer device with controlled light distribution and liquid crystal display incorporating the same
- 6,208,463    Polarizer apparatus for producing a generally polarized beam of light
- 6,141,124    Color filter and color picture display device using the same
- 6,108,131    Polarizer apparatus for producing a generally polarized beam of light
- 6,081,376    Reflective optical polarizer device with controlled light distribution and liquid crystal display incorporating the same
- 5,986,730    Dual mode reflective/transmissive liquid crystal display apparatus
- 5,907,416    Wide FOV simulator heads-up display with selective holographic reflector combined
- 5,764,389    Holographic color filters for display applications, and operating method
- 5,702,805    Photopolymer holographic decal for plastic substrate
- 5,541,825    Dual image CHMSLs without holography
- 5,499,116    Encoded hologram for producing a machine readable image and a human readable image
- 5,406,395    Holographic parking assistance device
- 5,101,193    Universal stand-alone holographic center high mounted stoplight
- 4,586,781    Diffraction optics diffusing screen
- 4,586,780    Directional diffusing screen with suppressed zero-order light
- 4,349,817    Liquid crystal display system using fiber optic faceplates
- 4,344,668    Fiber optic light traps for electro-optical

display devices


[About](#) | [Professionals](#) | [Offices](#) | [Services](#) | [FAQ](#) | [Forms](#) | [Tombstones](#) | [Careers](#) | [Extranet](#)


## Jun-Young E. Jeon - Partner



Jeon, Jun-Young E.

Partner

Pasadena

(626) 795-9900

jun-young.jeon@cph.com

Intellectual Property Strategy, International Intellectual Property, Patents, Trademarks and Unfair Competition, Transactions and Licensing

**Biography**

Jun-Young E. Jeon joined Christie Parker & Hale in 1999. He has over ten years experience in intellectual property law. His practice focuses on patent prosecution, counseling and opinions for clients in the United States and the Asia-Pacific region.

Mr. Jeon has particular technical expertise in the fields of display devices, OLEDs, plasma displays, LCDs, electron emission displays, secondary batteries, battery management systems, fuel cells, analog and digital electronics, communications and semiconductor devices.

**Admitted**

- State Bar of California, 1999
- U.S. Patent and Trademark Office

**Education**

- J.D. degree from Southwestern University School of Law, 1999
- M.S. degree in electrical engineering from California State University, Long Beach, 1995
- B.S. degree in electrical engineering from California Institute of Technology, 1991

**Professional Activities**

- Pasadena Bar Association
- Los Angeles Intellectual Property Law Association
- Intellectual Property Owners Association, Asian Pacific Practice Committee

**Personal Background**

Mr. Jeon is fluent in Korean.

First Name:

Last Name:

Email:

Phone:

Subject:

Message:

Contacting a Christie, Parker & Hale, LLP attorney through this service does not create an attorney-client relationship. Confidential information should not be sent via this form.

☐ I have read and agree with the above statement.

Submit



350 W. Colorado Blvd. Suite 500
Pasadena, CA 91105-1836
Telephone: (626) 795-9900



3501 Jamboree Road
North Tower, Suite 6000
Newport Beach, CA 92660-2960
Telephone: (949) 476-0757



# Jonathan S. Miller | Partner

Office: Los Angeles
Phone: 310-207-3800
Fax: 310-820-5988
jonathan_miller@bstz.com

Jonathan Miller is a member of the Patent practice group.  Jonathan's practice is focused on patent portfolio management for small, medium and large clients, including management of patent prosecution, patent filings, assisting clients in identifying products and ideas for patent protection, and international patent filing and management. Also, Jonathan provides patent litigation support and related assistance to clients including infringement analysis, validity review, and patentability search and review.  Jonathan works with clients in the fields of consumer electronics, software, toys, medical devices, computer architecture, mechanical devices, and networking.

**Expertise**
Copyright
International Practice
Litigation Support
Patent

**Industry**
Communications
Computer/Related Technologies
Electronics
Internet Technologies
Mechanical

**Affiliations**
National Association of Muslim Lawyers

**Bar Admissions**
CA, Bar # 219116

**Law School**
Indiana University School of Law

**Undergraduate/Graduate Education**
Indiana University
B.A., Political Science/Near Eastern Languages and Cultures
High Distinction
magna cum laude

M.S., Computer Science

**PTO Reg. #: 48,534**

**Assistant Contact Information**
Melissa Stead
Phone: 310-207-3800
melissa_stead@bstz.com




**Steven C. Sereboff**
ssereboff@socalip.com

Tel: (805) 230-1350 Ext. 220
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788

Resident in Westlake Village and Irvine Offices

### Practice Areas
Intellectual property strategy, licensing and contracts, patents, trademarks, copyrights and trade secrets

### Admitted to the Bar
California, U.S. Patent and Trademark Office

### Education
University of Maryland, B.S.E.E., 1986
Boston University, J.D., 1991

### Highlights
Steve Sereboff is recognized as a premiere intellectual property strategist. Clients rely on Steve not only for great patents, they also depend on his economic and business acumen to guide their decisions on what to patent and where. Steve's clients rely on him for pragmatic advice on managing corporate risks arising from IP. He regularly advises clients on how to leverage their IP rights, and how to avoid claims of infringing others' IP rights.

Steve Sereboff has specialized in intellectual property law since 1991. His practice includes licensing and contracts, patents, trademarks, copyrights and trade secrets. He holds a B.S. degree in Electrical Engineering from the University of Maryland, and had seven years of experience in the computer software business before earning his law degree from Boston University. While at Boston University, Mr. Sereboff founded Boston University's Technology, Science and Law Association, and was employed by MIT to negotiate and manage software licenses. His technical expertise includes many aspects of computers (both software and hardware) and myriad electronic and electrical devices, their operation and manufacture. Steve Sereboff is the President of the Conejo Valley Bar Association.

### Media

**Steve's opinion was sought and Steve was quoted in the following high-tech patent news stories.**

Software theft hits Solid Oak ,
Pacific Coast Business Times, June 19, 2009

'Patent Assassins' ad stirs reform debate,
EE Times, April 21, 2009

Court rulings usher in new era of patent reform,
The Southeast Texas Record, April 1, 2009

Patent reform bill works its way through Senate, again,
The Southeast Texas Record, March 26, 2009

Patent 'trolls' upended in East Texas,
The Southeast Texas Record, March 19, 2009

Ward at center of flight-plan change in Texas 'rocket docket',
The Southeast Texas Record, March 3, 2009

Upper court ruling could mean slow burn for Texas 'rocket docket',
The Southeast Texas Record, February 23, 2009

### Articles

A New Bright Line Rule for Electronics Patents - A "Circuit" is more than a "Means" (published in Japanese)

Sinking Submarines from the Depths of the PTO Sea, IP Today (November, 2002)

Recordation of Security Interests in IP Rights, Intellectual Property Today (May, 2000)

New Requirements in Patent Marking and Notice, Journal of the Patent and Trademark Office Society (October, 1994)

The Law of Marking and Notice Further Developed by the Federal Circuit: The Amsted Case, The Law Works (August, 1994)

Intellectual Property Issues Facing Japanese Companies Acquiring American Businesses, International Legal Strategy, (September 15, 1993) (published in Japanese)

Case Note: Matsushita v. Justsystem, Intellectual Property Today, (June, 2006)







| | |
|---|---|
| Main Bio | Brennan Swain's practice emphasizes patent and trademark and copyright law, including prosecution, litigation and client counseling. In the patent field, he is particularly adept in the mechanical arts. |

More >>

| | |
|---|---|
| Education | J.D., 1996, Regent University School of Law |
| | B.S.M.E., 1993, *cum laude*, Messiah College |
| Practices | Intellectual Property |
| Associations | - Member, American Bar Association, Section on Intellectual Property Law |
| | - Member, New York State Bar Association, Section on Intellectual Property Law |
| | - American Intellectual Property Law Association |
| Awards & Recognition | - Captain, Lacrosse Team, Messiah College |
| | - American Jurisprudence Award in Contracts and Property, Regent University School of Law |
| Bar Admissions | State Bar of New York |
| | State Bar of California |
| | U.S. Patent and Trademark Office |

**BRENNAN C. SWAIN**

Associate
BSwain@JMBM.com
V-Card

**LOS ANGELES**

1900 Avenue of the Stars,
7th Floor
Los Angeles, California 90067

Main: 310.203.8080
Direct: 310.785.5308
Fax: 310.203.0567

Susan Papp
310.203.8080 x6424
SP3@JMBM.com

©2009 Jeffer Mangels Butler & Marmaro LLP. All rights reserved.