# EXHIBIT G

# John Marinuzzi

Manager at The Boeing Company

Orange County, California Area

| | |
|---:|:---|
| **Current** | • **Manager at The Boeing Company** |
| **Connections** | **6** connections |
| **Industry** | Defense & Space |

## John Marinuzzi's Experience

### Manager
**The Boeing Company**
(Public Company; Defense & Space industry)
Currently holds this position

# Troop Calendar for 2009 - 2010

| Day | Event | Holiday or Activity | Tripmaster | | Day | Event | Holiday or Activity | Tripmaster |
|---|---|---|---|---|---|---|---|---|
| Wed, 7-14 | O | Summer Camp - Tahquitz - Big Bear | | | Sat, 8-21 | O | Mt. Whitney Extended Sierra Backpack | |
| Thu, 7-15 | O | Summer Camp - Tahquitz - Big Bear OA Anasazi Chapt: 7:30 pm - LDS | | | Mon, 8-23 | T | | |
| Fri, 7-16 | O | Summer Camp - Tahquitz - Big Bear | | | Mon, 8-30 | T | Troop Mtg: 7:00 pm | |
| Sat, 7-17 | O | Summer Camp - Tahquitz - Big Bear | | | **September, 10** | | | |
| Mon, 7-19 | T | Troop Mtg: 7:00 pm | | | | | | |
| Wed, 7-21 | E | Pre- National Scout Jamboree Tour | | | | | | |
| Thu, 7-22 | E | Pre- National Scout Jamboree Tour | | | Mon, 9-6 | H | Labor Day - NO troop mtg. | |
| Fri, 7-23 | E | Pre- National Scout Jamboree Tour | | | Tue, 9-7 | T | | |
| Sat, 7-24 | E | Pre- National Scout Jamboree Tour | | | Mon, 9-13 | T | Troop Mtg: 7:00 pm | |
| Sun, 7-25 | E | Pre- National Scout Jamboree Tour | | | Mon, 9-20 | T | Troop Mtg: 7:00 pm | |
| Mon, 7-26 | T | National Scout Jamboree - Fort A.P. Hill, VA | | | Fri, 9-24 | O | Catalina Snorkeling & Family Camping | Mrs. Bickel |
| Tue, 7-27 | E | National Scout Jamboree - Fort A.P. Hill, VA | | | Sat, 9-25 | O | Catlalina Snorkeling & Family Camping | |
| Wed, 7-28 | E | National Scout Jamboree - Fort A.P. Hill, VA | | | Sun, 9-26 | O | Catalina Snorkeling & Family Camping | |
| Thu, 7-29 | E | National Scout Jamboree - Fort A.P. Hill, VA | | | Mon, 9-27 | T | Troop Mtg: 7:00 pm | |
| Fri, 7-30 | O | Whitney Training #3: Telegraph-Timber-Thunder Backpack National Jamboree | Mr. Wooldridge Mr. Stoffel Mrs. Bickel | | **October, 00** | | | |
| Sat, 7-31 | O | Whitney Training #3: | | | Sun, 10-3 | E | | TBD |
| **August, 10** | | | | | Mon, 10-4 | T | Troop Mtg: 7:00 pm | |
| Sun, 8-1 | O | Whitney Training #3: Telegraph-Timber-Thunder Backpack National Jamboree | | | Tue, 10-5 | T | | |
| Mon, 8-2 | E | National Scout Jamboree - Ft. A.P. Hill, VA | | | Sun, 10-10 | O | Laguna Beach to Dana Point Sea Kayaking | Mr. Buggert |
| Tue, 8-3 | T | National Scout Jamboree - Ft. A.P. Hill, VA | | | | | | |
| Wed, 8-4 | E | National Scout Jamboree - Ft. A.P. Hill, VA | | | Mon, 10-18 | T | Troop Mtg: 7:00 pm | |
| Fri, 8-6 | E | PLC Planning Weekend | Mr. Stoffel Mrs. Stoffel | | Sat, 10-23 | O | | Mr. Day, Mr. Disney. |
| Sat, 8-7 | E | PLC Planning Weekend | | | Sat, 10-23 | O | ACT Test Day | |
| Sun, 8-8 | E | Egg Rolls at San Clemente | Mrs. Baker | | Mon, 10-25 | O | Shotgun Shooting Merit Badge | |
| Mon, 8-9 | T | Troop Mtg: 7:00 pm | | | Mon, 10-25 | T | Troop Mtg: 7:00 pm | |
| | | | | | Sun, 10-31 | H | Halloween | |
| Sat, 8-14 | O | Mr. Whitney Extended Sierra Backpack | Mr. Wooldridge Mr. Stoffel | | Sun, 1-1 | H | School Holiday | |
| Sun, 8-15 | O | Mt. Whitney Extended Sierra Backpack | | | | | | |
| Mon, 8-16 | O | Mt. Whitney Extended Sierra Backpack Troop Mtg: 7:00 pm | | | | | | |
| Tues, 8-17 | O | Mt. Whitney Backpack YPT Trng - MV 7:15 pm | | | | | | |
| Wed, 8-18 | O | Mt. Whitney Extended Sierra Backpack | | | | | | |
| Thu, 8-19 | O | Mt. Whitney Backpack OA Anasazi Chapt. 7:30 pm - LDS | | | | | | |
| Fri, 8-20 | O | Mt. Whitney Extended Sierra Backpack | | | | | | |

| Month | Theme | Program Patrol | Service Patrol |
|---|---|---|---|
| November | Cooking | Hungry Hippos | Stick Men |
| December | Winter Sports | Buzzards | Rice Bowls |
| January | to be assigned | to be assigned | to be assigned |
| February | to be assigned | to be assigned | to be assigned |
| March | to be assigned | to be assigned | to be assigned |
| April | to be assigned | to be assigned | to be assigned |
| May | to be assigned | to be assigned | to be assigned |
| June | to be assigned | to be assigned | to be assigned |
| July | to be assigned | to be assigned | to be assigned |
| August | to be assigned | to be assigned | to be assigned |
| September | to be assigned | to be assigned | to be assigned |
| October | to be assigned | to be assigned | to be assigned |

| | |
|---|---|
| O.C. BSA Council: | www.ocbsa.org |
| Saddleback District: | www.saddleback.ocbsa.org |
| Troop 787 Website: | www.troop787.ocbsa.org |

| | | |
|---|---|---|
| Scoutmaster: | **Mr. Chito Parong** | **(949) 689-3104** |
| Committee Chair: | **Mr. Cat Mazzola** | **(949) 582-7643** |
| 1st Asst. Scoutmaster: | **Mr. John Marinuzzi** | **(714) 866-6680** |

| | | |
|---|---|---|
| Venture Advisor: | **Mr. Steve Barger** | **(949) 586-1841** |
| Associate Advisor: | | |
| Committee Chair: | **Mr. Paul Morrow** | **(949) 581-8010** |

E: Event
O: Outing
T: Troop Meeting
H: Holiday (national or school)



## ABOUT US

Home > About Openwave > Locations

 

## LOCATIONS

### Locations

Openwave's headquarters are located in Redwood City, California.

▶ Americas

▶ Asia Pacific

▶ Europe, the Middle East and Africa (EMEA)

**CORPORATE HEADQUARTERS**

Openwave Systems Inc.
2100 Seaport Boulevard
Redwood City, CA 94063 USA
Tel: +1 650 480 8000
Fax: +1 650 480 8100



**REGIONAL HEADQUARTERS**

**Americas**
11800 Ridge Parkway, 3rd floor
Broomfield, CO 80021
Tel: +1 303 381 3000
Fax: +1 303 381 3001

One Wall Street
Burlington, MA 01803-4503
Tel: +1 781 313 1400
Fax: +1 781 313 1405

Other locations in Americas

**Asia Pacific**
17F Shinjuku Square Tower Bldg
6-22-1, Nishishinjuku, Shinjuku-ku
Tokyo, 163 1117
Japan
Tel: +81 3 5909 6100
Fax: +81 3 5909 6101

Other locations in Asia Pacific

**Europe, the Middle East and Africa (EMEA)**
Charles House
103/111 Donegall Street
BT1 2FJ Belfast
Great Britain
Tel: +44 2890 416 200
Fax: +44 2890 416 201

Other locations in EMEA



## RELATED LINKS

**General Request**
If you have an inquiry about Openwave products and solutions, or would like to be contacted by our Sales team, please complete our Contact Us form. **MORE ▶**

**News Room**
Read recent news and press about Openwave **MORE ▶**

**Investors**
Stock information, email alerts, SEC documents and investor news. **MORE ▶**

**Careers**
Join Openwave and be at the forefront of convergence! **MORE ▶**

TERMS AND CONDITIONS | PRIVACY POLICY | SITE MAP   Copyright © 2000-2009 Openwave Systems Inc.

# Tim Hyland

Mobile and Digital Media Consultant

San Francisco Bay Area

| | |
|---:|:---|
| **Past** | • Strategic Partnerships at Google YouTube<br>• Director, Partners and Alliances at Roundbox<br>• Director, Standards and Strategic Relationships at SEVEN |
| | 6 more... |
| **Education** | Massachusetts Institute of Technology |
| **Recommended** | **5** people have recommended Tim |
| **Connections** | **500+** connections |
| **Industry** | Wireless |

## Tim Hyland's Summary

14-year wireless industry veteran, having worked at both small and large companies building software for mobile terminals, including browsers, messaging clients, and broadcast software (e.g., DVB-H, MediaFLO, etc.).

I have worked closely with OEM manufacturers of mobile phones, including Apple, Nokia, Motorola, Samsung, and Sharp, among others. I have spent many years working closely with mobile operators around the world on topics related to client software and terminals, including Vodafone, T-Mobile, Orange, O2, Sprint, Cingular, NTT DoCoMo, China Mobile, and China Unicom, among others. I have also worked closely with technology companies such as Qualcomm and Gemstar-TV Guide, along with vendors of mobile platforms, browsers, and codecs.

Prior to the wireless industry I worked in the field of interactive television, set-top boxes, and network computers, and prior to that in database software.

**Tim Hyland's Specialties:**

Expertise in client technology, mobile standards (e.g., OMA, 3GPP, etc.), business development, relationship development, as well as product management and marketing.



US005809415A

# United States Patent [19]

## Rossmann

[11] **Patent Number:** 5,809,415

[45] **Date of Patent:** Sep. 15, 1998

[54] **METHOD AND ARCHITECTURE FOR AN INTERACTIVE TWO-WAY DATA COMMUNICATION NETWORK**

[75] Inventor: **Alain Rossmann**, Menlo Park, Calif.

[73] Assignee: **Unwired Planet, Inc.**, Redwood Shores, Calif.

[21] Appl. No.: **570,210**

[22] Filed: **Dec. 11, 1995**

[51] Int. Cl.⁶ .................................................. **H04Q 7/20**

[52] U.S. Cl. .......................... **455/422**; 455/426; 455/31.3; 455/31.2; 370/352; 370/383; 379/67; 379/89

[58] **Field of Search** ...................................... 370/352, 383, 370/389, 390, 392, 401; 379/67, 89, 93.07, 93.08, 93.25, 100, 100.11, 114, 201, 207; 455/422, 414, 552, 426, 466, 31.2, 31.3, 550, 557, 575, 556, 564, 566; 364/514 R

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,491,745 | 2/1996 | Roeder | 455/422 |
| 5,581,595 | 12/1996 | Iwashita et al. | 455/566 |
| 5,608,786 | 3/1997 | Gordon | 379/100 |
| 5,623,605 | 4/1997 | Keshav et al. | 370/392 |
| 5,675,507 | 10/1997 | Bobo, II | 364/514 R |

*Primary Examiner*—Dwayne Bost
*Assistant Examiner*—Keith Ferguson
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin, & Friel LLP; Forrest E. Gunnison

[57] **ABSTRACT**

A two-way data communication device such as a data ready cellular telephone, a two-way pager, or a telephone communicates via a two-way data communication network with a server computer on a computer network that has an interface to the two-way data communication network, i.e, is coupled to the two-way data communication network. For example, the computer network can be a corporate wide area network, a corporate local area network, the Internet, or any combination of computer networks. The two-way data communication device utilizes a client module to transmit message including a resource selector chosen by the user to a server on a server computer on the computer network. The server processes the message and transmits a response over the two-way data communication network to the client module. The client module interprets the response and presents the response to the user via a structured user interface. Alternatively, the user transmits a request that directs the server to transmit the response to the request to another location or to another user.

**54 Claims, 36 Drawing Sheets**



# Peter King

Mobile Business and Technology Leader

San Francisco Bay Area

| | |
|---:|:---|
| **Current** | •    **at Samsung Electronics** |
| **Past** | • Product Marketing Director at TestQuest<br>• Chief Mobile Architect at Virgin Mobile USA<br>• Senior Product Manager / Product Technologist at Openwave |
| | 1 more... |
| **Education** | • Duke University - The Fuqua School of Business<br>• The University of Texas at Austin |
| **Recommended** | **6** people have recommended Peter |
| **Connections** | **415** connections |
| **Industry** | Wireless |
| **Websites** | • Samsung Mobile Innovator<br>• Samsung Caxixi |

---

# Peter King's Summary

I am open to providing industry insight and consulting/mentorship to enterprising entrepreneurs.

**Peter King's Specialties:**
Mobile product marketing. Software development best practices.

---

# Peter King's Experience

**Samsung Electronics**

(Public Company; SEC; Information Technology and Services industry)

2008 — Present (1 year )

    Leading multiple Android and Windows Mobile software initiatives.

## Product Marketing Director

**TestQuest**

(Privately Held; Computer Software industry)

2006 — 2007 (1 year )

## Chief Mobile Architect

**Virgin Mobile USA**

(Public Company; Telecommunications industry)

2004 — 2006 (2 years )

## Senior Product Manager / Product Technologist

**Openwave**

(Public Company; OPWV; Computer Software industry)

2000 — 2004 (4 years )

**Member of Scientific Staff**

**Nortel Networks**

(Public Company; NT; Telecommunications industry)

1997 — 2000 (3 years )

# Peter King's Education

**Duke University - The Fuqua School of Business**

Masters of Business Administration ,

**The University of Texas at Austin**

Bachelors of Science , Computer Sciences

# Additional Information

**Peter King's Websites:**

Samsung Mobile Innovator
Samsung Caxixi

# Bruce Schwartz

Principal Program/Project Manager

San Francisco Bay Area

| | |
|---|---|
| **Current** | • **Principal Program/Project Manager at Seagate Technology** |
| **Connections** | **7** connections |
| **Industry** | Computer Hardware |

## Bruce Schwartz's Experience

### Principal Program/Project Manager

**Seagate Technology**

(Public Company; STX; Consumer Electronics industry)

October 1992 — Present (17 years 3 months)

Warranty - Direct Return rate calculation efforts
Project Manager for multiple, large, cross-functional projects.

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
8 February 2007 (08.02.2007)

PCT

(10) International Publication Number
WO 2007/016001 A2

(51) International Patent Classification:
*G06F 15/173* (2006.01)

(21) International Application Number:
PCT/US2006/028551

(22) International Filing Date:
21 July 2006 (21.07.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
11/193,602     29 July 2005 (29.07.2005)     US

(71) Applicant (for all designated States except US): SCA-LENT SYSTEMS, INC. [US/US]; 1076b East Meadow Circle, Palo Alto, CA 94303 (US).

(72) Inventors: STEIN, Lawrence; 1149 Greenbrier Road, San Carlo, CA 94070 (US). BIGALL, Evan; 777 W Middlefeld Rd#36,, Mountain View, CA 94043 (US). GREER, Russell, S.; 244 Johnson Ave,, Los Gatos, CA 95030 (US). JASZEWSKI, Gary; 14900 Quito Road, Los Gatos, CA 95032 (US). OBERHAUS, Jared; 4358 Miller Ave, Palo Alto, CA 94306 (US).

(74) Agent: BOTJER, William, L.; PO Box 478, Center Moriches, NY 11934 (US).

(81) Designated States (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States (unless otherwise indicated, for every kind of regional protection available): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Published:
— without international search report and to be republished upon receipt of that report

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.

(54) Title: VIRTUAL DATA CENTER FOR NETWORK RESOURCE MANAGEMENT



(57) Abstract: A system and a method for implementing a virtual data center. In which, the functions to be performed by a computer, and the access the computer equipment is required to have to the storage and network facilities, are decoupled from the hardware, and instantiated dynamically on any suitable computer equipment, without any manual intervention. In a virtual data center, all the physical resources are virtualized and arranged dynamically, to meet the functional requirements of the data center.


**MARK A FOX**    Get the Dirt    Check for Email Address
200 BRANNAN ST    Record Created: Unknown
**SAN FRANCISCO, CA**  94107    Confirm Current Phone & Address
Background Check on MARK A FOX



**Check messages for:**
- MARK FOX
- FOX
- 200 BRANNAN ST
- Leave a message

**ZabaSearch Links**

Top 25 Searched Names

Your IP & Current Location

Create a Public Record

Free Search Menu

**Premium Information For
MARK A FOX**

**Background Check**
Worried about protecting your family?
Get a full online Background Check
Background Verification

**Reverse Phone Verification**
Wondering whose calling you
or your loved ones?
Run a Reverse Phone Verification.
Reverse Phone Lookup

**Email Lookup**
Looking to find friends or family with
an email address?
Try an Email Lookup.
Email Search

**Business People Search**
Looking for a business near you?
Run a Business People Search.
People Search

© 2009 ZABA Inc.

# Andy Laursen

Founder at 4delite

San Francisco Bay Area

|  |  |
|---|---|
| **Current** | • **Founder at 4delite** |
| **Connections** | **4** connections |
| **Industry** | Internet |

## Andy Laursen's Experience

### Founder

**4delite**

(Internet industry)

Currently holds this position

# Mark Lentczner

San Francisco Bay Area

| | |
|---|---|
| **Recommended** | **2** people have recommended Mark |
| **Connections** | **150** connections |
| **Industry** | Computer Software |

All that's really worth knowing about

# Mark Lentczner

    
### Live



I live in Mountain View, California with my husband John and our 5 year old son Kyle. We live in a circa 1907 house called Ozone.

### Code



Writing software is my passion. I do it for money and I do it for free. I've worked on a great variety of things, from Smalltalk, to the Macintosh Sound Manager, to cell phone browsers. I'm currently working at Linden Lab on Second Life. See my projects page for a full list of what I'm up to.

### Go



I'm an avid Go player, though I'm not that good (ranked AGA 10kyu, though currently playing at about 8kyu). When I can, I like to play at the Sunnyvale Go Club.

### Relax



Some recent books I've read:

- "The Areas of My Expertise"
  by John Hodgman
- "The Baroque Cycle"
  by Neal Stephenson
- "Moo"
  by Jane Smiley
- "Skipping Towards Gomorrah"
  by Dan Savage

Some music I'm listening to:

- minilogue's concert of June 2006 at Ostgut / Panorama Bar, Berlin
- "Preludes Airs and Yodels" by Penguin Cafe Orchestra
- Music of Melis, Reich and Szemző, recorded by Group 180
- J.S. Bach's "Well-Tempered Clavier", recorded by Jen&#x151 Jandó

### Past



In the past, I: Studied electronic music and computer science in college; Worked at Apple for many years (first on Smalltalk, then Sound research); Ran a software consulting business for even longer; Did a lot of rock climbing; And was a stay-at-home-dad for three years.

For everything else there's Google.

---

**e-mail:** markl (at) glyphic (dot) com

*Updated January 2007*

# Brad Sandman

San Francisco Bay Area

| | |
|---|---|
| **Connections** | **17** connections |
| **Industry** | Computer Software |

# Chris De Herrera

Experienced Information Technology Manager

Greater Los Angeles Area

| | |
|---|---|
| **Recommended** | **7** people have recommended Chris |
| **Connections** | **304** connections |
| **Industry** | Information Technology and Services |
| **Websites** | • Pocket PC FAQ<br>• Tablet PC Talk |

---

# Chris De Herrera's Summary

For over fifteen years held progressively more responsible positions in information technology, planning, communicating, implementing, and managing the technology in the financial services industry. Until the 2004 merger, was Senior Vice President, Chief Information Officer for a high performing California bank holding company. During past three years successfully integrated and converted systems for Pacific Capital Bank.

Exemplary skills that demonstrate my unique capabilities include: Successful record of simultaneously managing the Information Systems department, staff, and vendors to timely complete projects. Proven ability to design, implement and manage systems and processes necessary to achieve business objectives. Assess and understand business processes and computer system impacts upon business objectives and communicate them to non-technical users. Effective simplification of complex concepts communicated to a broad audience. Assessed business and technical issues and provided alternatives to resolve them.

**Chris De Herrera's Specialties:**
Design and implementation of networks, system security, business process analysis, mobile technology

---

# Additional Information

**Chris De Herrera's Websites:**

Pocket PC FAQ
Tablet PC Talk

**Chris De Herrera's Interests:**

Windows Mobile Devices, Windows CE, Tablet PCs, Computing, Windows XP, Windows Vista, Networks

**Chris De Herrera's Groups:**

Los Angeles Pocket PC Users Group

Mobilists (Innovators in mobile industry - 3900+ members)

Tablet PC & Touch Enthusiast

Windows Mobile

MobilityMinded

Windows Mobile Enthusiasts

Microsoft Most Valuable Professionals (MVPs)

**Chris De Herrera's Honors:**

Microsoft Most Valuable Professional (MVP) - Windows Mobile since 1998
Special Correspondent and Contributing Author - Smartphone & Pocket PC Magazine since 1998, Outstanding

# Bruce Leak

From Wikipedia, the free encyclopedia

A graduate of Stanford University, **Bruce Leak** is CEO and Co-Founder of SkyPop. He was the engineering team leader of the first version of QuickTime by Apple Computer. He co-founded WebTV Networks which was acquired by Microsoft.

He also held positions at Rocket Science Games and General Magic Inc.

## External links

- Bruce Leak (http://www.mobygames.com/developer/sheet/view/developerId,101653/) at MobyGames

Retrieved from "http://en.wikipedia.org/wiki/Bruce_Leak"
Categories: Living people | Apple Inc. employees | Microsoft employees | Computer specialist stubs

- This page was last modified on 5 November 2007 at 18:13.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.
- Contact us





next generation services for mobile devices



sign up for news  email address         

1280 Villa Street, Mountain View, CA 94041
888.my.skypop   info@skypop.com

**Email**
rearden5 <at> rearden dot com

**Addresses**
Rearden LLC
355 Bryant Street, Suite 110
San Francisco, CA 94107

Rearden also has offices in Palo Alto, CA, but to reach us, please use the contact info above.

**Phone**
+1.415.947.5555

**Fax**
+1.415.947.5597

**Location**

**From the Peninsula**
Take 101N or 280N extension in San Francisco.
Follow 280N extension until it becomes King Street.
Left on 2nd Street.
Right on Bryant Street.
355 Bryant is on the right.
Do not go to the 355 Bryant main entrance
...the entrance to loft 110 is at the far left of the building.

**From the East Bay**
Take 80W (the Bay Bridge) to San Francisco.
Take the 5th Street exit.
Hard left on to 5th Street.
Left on Bryant Street.
355 Bryant is on the right.
Do not go to the 355 Bryant main entrance
...the entrance to loft 110 is at the far left of the building.

**Driving Directions**
via Google maps

Copyright 1999-2009, Rearden LLC. All rights reserved. Rearden, Rearden Companies, Rearden Labs, Rearden Studios, OnLive, MOVA, Contour, WOA, woa.tv, Ice Blink and their logos are trademarks or registered trademarks of the respective entities or parent companies. Patents, patents pending.



**Steve Perlman**
**Founder / CEO**

Steve Perlman, Rearden Founder & CEO, is an entrepreneur and inventor devoted to pioneering Internet, entertainment, multimedia, consumer electronics and communications technologies and services. He has more than 30 years of technology development experience, almost 20 years of start-up experience and a track record of bringing media-rich products and services quickly to market.

Steve is the Founder and CEO of Rearden-incubated companies OnLive and MOVA, an OnLive subsidiary.

Steve's technology work is built into OnLive, MOVA, iPhones, video iPods, Macs and most PCs and has been deployed by DirecTV, Dish, Comcast, Time Warner, Charter and Adelphia cable TV and satellite TV networks; and retailed as consumer products from Sony, Philips, RCA, Panasonic, Mitsubishi, Samsung, Fujitsu, Motorola, Scientific Atlanta and Sega. Products he has created include Mova Contour™ Reality Capture, WebTV, the Moxi Media Center and the underpinnings of Macintosh multimedia technology, including QuickTime.

Steve's production companies' work includes facial capture for Academy Award®-winning *The Curious Case of Benjamin Button* (2008) and for *The Incredible Hulk* (2008); video game motion capture for **Electronic Arts'** *From Russia with Love* (2005), *The Godfather* (2006) and **Vivendi Universal'**s *Eragon* (2006); art/production design for **Steven Spielberg** and **Robert Zemeckis** for major motion pictures *War of the Worlds* (2005), *Monster House* (2006) and *Beowulf* (2007); and HD video/audio editorial work for *Santana*, **Electronic Arts** and independent film.

Steve holds over 90 patents in an array of multimedia and communications technologies and has more than 100 additional patents pending.

**Details**

**2009**
Steve introduced OnLive, the pioneer of on demand-gaming services, delivering real-time interactive experiences and rich media through the Internet. Mova announced its facial capture and animation technology will be integrated into the OnLive Game Service.

**2008**
The first feature films using Mova's Contour Reality Capture are released: *The Incredible Hulk* (2008) and *The Curious Case of Benjamin Button* (2008) which won an Academy Award® for Best Visual Effects. Notably, Brad Pitt's *Benjamin Button* capture was also nominated for an Academy Award® and Golden Globe Award® for Best Actor for the "Benjamin Button" role, which was the first time a largely computer-generated facial performance had reached that level of acclaim.

**2007**
OnLive and Mova are spun out from Rearden. Ice Blink Studios becomes a part of Image Movers Digital.

**2006**
Steve introduced Mova Contour Reality Capture, the first photoreal production motion capture system, offered as a service through Rearden's Mova subsidiary. Also, Steve launched woa.tv :: The Women of Action Network, an online HDTV destination for active women.

**2005**
Steve founded Rearden Studios, providing HD video and audio services. Rearden Studios has produced advanced HD video tuned for internet-based distribution through woa.tv. Additionally, its clients have included Santana, Electronic Arts, and Home Depot, and it has provided editing services for indie films such as Quality of Life (2005), Hope (2005), and Hanuman (2006).

**2004**
Steve founded Mova to develop advanced motion capture technology and provide world-class motion capture services. Mova's work has included video game motion capture for Electronic Arts' The Godfather, and From Russia with Love and Vivendi Universal's. Eragon. Steve also co-founded Ice Blink Studios with renowned artist Doug Chiang. Ice Blink's work can be seen in major motion pictures War of the Worlds (2005), directed by Steven Spielberg; Monster House (2006), produced by Steven Spielberg and Robert Zemeckis; and Beowulf (2007), directed by Robert Zemeckis.

**2002**
Steve introduced the Moxi Media Center, a low-cost replacement for a digital cable or satellite set-top box that integrated Digital Video Recording, Music Jukebox, DVD player, and Internet Gateway into one device that wirelessly networks video, audio, and broadband connectivity throughout the home. Moxi is currently deployed by Comcast, Time Warner, Charter and Adelphia cable TV networks, among others.

**2000**
Steve founded Rearden, an incubator of art and technologies. Also in 2000, Steve founded Moxi Digital focused on revolutionizing home entertainment.

**1999**
In April, Steve deployed the world's first Digital Video Recorder (DVR), the Dishplayer satellite receiver on Dish Network. Within a year, over 200,000 units were sold, almost triple the number of DVRs sold by all other

**1995**
Steve created and co-founded WebTV, and was president and CEO for its first 4 years. He is credited with introducing the first true convergence product, combining Internet TV, interactive TV, digital TV, Digital Video Recording, and games into an integrated, simple and inexpensive consumer electronics device. Twenty months after it was founded, WebTV Networks was acquired by Microsoft Corporation for over $500 million. A financially and strategically successful acquisition, WebTV (now MSNTV) was still earning $150 million annually with 65% gross margins in 2005, and has produced over a billion dollars in revenue. Also, both of Microsoft's TV distribution platforms, Cable TV Foundation and IPTV, and the XBox360 hardware were created by the WebTV team. WebTV products have been sold throughout the world, and have been deployed to both DirecTV and Dish Network satellite customers, and have been retailed under license by Sony, Philips, RCA, Panasonic, Mitsubishi, Samsung, Fujitsu, Sega, Scientific Atlanta and On Command.

**1994**
Steve co-founded Catapult Entertainment and was its Chief Technology Officer. Catapult developed the XBand modem for Sega and Nintendo video game systems that online-enabled existing multi-player games.

**1990**
Steve was managing director of advanced products for General Magic, where he architected its second-generation technology, including system-on-a-chip silicon deployed within the first Windows CE PDAs and software-based high-speed modem technology deployed by Broadcom.

**1985**
Steve was a principal scientist at Apple Computer, Inc., where he led the development efforts for much of the underlying multimedia technology incorporated into the color Macintosh, including Road Pizza, the enabling technology behind QuickTime, that grew out of QuickScan, a massively-parallel graphics animation and video decompression chip.

**1983-4**
Steve designed a parallel-processing graphics system at Atari. At Coleco, Steve developed a massively-parallel 3D animation chip and a software-based high-speed modem.

**1976-83**
Building his first computer from a kit during high school in 1976, Steve proceeded to design and build several computers, graphics/video systems, modems, displays, audio systems, interface devices and video games, as well as all kinds of software, both for fun and for clients. Steve graduated from Columbia University in 1983.

Please enable JavaScript.

Go to Cart



- [Palm](#)
- [Shop](#)
- [Support](#)

- Search... [Search]
- [Store Helpdesk](#)
- [View Cart](#)

# Contact Palm

### Palm, Inc. corporate headquarters

*950 W. Maude Ave.*
*Sunnyvale, CA 94085*
*+1 408 617 7000 Main Phone*
*+1 408 617 0100 Main Fax*

### Worldwide locations

Visit a specific country website for contact information of Palm offices around the world.

### Customer service and product support

Visit our support section for technical support with a Palm product. Your wireless service provider supports billing, coverage and provisioning issues.

### Palm OS® by ACCESS

For more information on the Garnet OS platform, please contact ACCESS at http://www.accessdevnet.com/index.php/Garnet-OS/Garnet-OS.html.

### Security

To contact Palm about possible security issues, please go to our Security page.



# Art & Logic
**INCORPORATED**

// custom software development since 1991



## Contact Information

The best way to begin a conversation with us is through the form below. The information you provide will help us to have the most appropriate person contact you. Generally we are able to respond to inquiries within 24 hours.

**1.** YOUR
CONTACT
INFORMATION

Name:

_____ *

Title:

_____ *

Phone:

_____ *

Email:

_____ *

**2.** YOUR
COMPANY
INFORMATION

Company Name:

_____ *

Web Address (URL):

http:// _____

Number of Employees (approx):

_____

Years in Business (approx):

_____ *

**3.** YOUR
PROJECT
INFORMATION

Brief Project Description: (If possible, please mention any technology, budget, or schedule expectations.)

_____ *

Message:

Please contact me to discuss my project.

**Submit Form**

\* required fields



**HEADQUARTERS**

**Art & Logic, Inc.**
2 North Lake Avenue, Suite 1050
Pasadena, California 91101

info@artlogic.com

**Bob Bajoras** // Sales
rbajoras@artlogic.com
For **sales inquiries**, please use the form to the left.

**Paul Hershenson** // Corporate Development
phershenson@artlogic.com

**Shannon Dueck** // Recruiting
recruiting@artlogic.com





view at Google Maps



More Personnel

# Personnel

## Rick Soss
### Graphic & Multimedia Designer
### President, Protovu

*(photo)*

Rick received his M.F.A. from the University of California, at Berkeley in 1983.  He was a sculptor until 1993 at which point he transmorphed into a computer graphics specialist.

Rick is President of Protovu, a consortium of talented business professionals dedicated to the production of clear, no-nonsense communication graphics which convey the essence of cutting edge scientific concepts, medical device advantage, and market position.

---

*Tel:*  +1 (650) 638-6166  *(Local & International)*

*Toll-free:*  1 (800) 874-9868 x6166  *(U.S. & Canada)*

*Fax:*  +1 (650) 638-6347

---



**Rick Soss**
**Chief Illustrator / Animator**

*Tel:* +1 (650) 579-1908

*Fax:* +1 (650) 375-1836

*E-mail:* rick@protovu.com

**www.protovu.com**

---

| **Postal Address--Internal** | **Postal Address--Outside** |
|---|---|
| MS 408-2 | **PE Biosystems**<br>850 Lincoln Centre Drive<br>Foster City, CA  94404  USA |

***Rick Soss' office*** *is located in the 800 building, directly upstairs from the 800 Reception Lobby in the Southwest Corner of the Building.  His Mailstop is 408-2.*



▶ Rich Hoogner   ▶ Dick Thomas   ▶ Pete Honebein   ▶ Craig Sheumaker   ▶ Laura Ellison

◀ **Personnel**

▲ top

**Copyright ©2000 PE Biosystems.  All rights reserved.**

Send mail to Dick Thomas with questions or comments about this website.
Last modified: February 09, 2000

# Angel Gulermovich

Senior Engineer, Art & Logic, Inc.

Greater Los Angeles Area

|  |  |
|---|---|
| **Current** | • **Senior Engineer at Art & Logic, Inc.** |
| **Education** | • University of California, Los Angeles |
| | • University of Southern California |
| **Connections** | **11** connections |
| **Industry** | Computer Software |

## Angel Gulermovich's Experience

### Senior Engineer

**Art & Logic, Inc.**

(Privately Held; Computer Software industry)

January 1999 — Present (11 years 1 month)

## Angel Gulermovich's Education

**University of California, Los Angeles**

M.A., Ph. D. , Folklore & Mythology , 1990 — 1996

**University of Southern California**

M.F.A. , Drama/Design , 1986 — 1988

News > **Hardware**

# Online Labs looking to establish Hong Kong office

By Shane Abrahams, CNET.com
Monday, September 27, 1999 08:40 PM

HONG KONG--Los Angeles-based Online Labs, an Internet security company is looking to set up an office in Hong Kong according to president Erik Laykin.

Laykin, the son of local PR man Joel Laykin went to high school in Hong Kong, and today said he planned to open an office in the SAR early next year.

The company provides services in a variety of areas, including Internet investigations, intrusion detection, intellectual property protection and computer forensics.

The company already has one client in Hong Kong, having helped build the corporate Intranet for the Hong Kong Tourist Association. And Laykin added that many of their existing US clients had operations here, which they would be looking to work with.

Overall, he said he was looking to take a very conservative approach to setting up in Hong Kong, which included developing strategic partnerships with law firms and local web designers.

**+ Add tag**

WORTHWHILE?  **0**
0 votes

 Save to My Library

Talkback    Print    E-mail    Share    Alerts

## **Talkback** 0 comments



There are currently no comments for this post.

Reply to story

**Featured Whitepapers**

**News from Countries/Region**

» Singapore    » India    » China/HK/ROC
» Malaysia    » Philippines    » ASEAN
» Thailand    » Indonesia    » Asia Pacific

**What's Hot**    **Latest News**

AMD marks entry into Lenovo ThinkPads
Report: US court steps into Samsung-Sharp spat
Ex-Googler Lee sees Apple tablet debut in January
Report: Apple event to be held January 26
WSJ: Apple tablet shipping in March



**ZD**Net Asia  **IT Library**

**Opportunities and Challenges with the Convergence of Data Center Networks**

**DOWNLOAD NOW**

Brought to you by:  **JUNIPER** NETWORKS

**TechGuides** 

**A PM's lessons learned from delivering a CMS**

Project manager Rick Freedman shares his first-hand account of challenges and lessons learned from working on an enterprise-level content management project.