# EXHIBIT H





United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Patent Query**

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 6

| | | | |
|---|---|---|---|
| **Patent #:** 7441196 | **Issue Dt:** 10/21/2008 | **Application #:** 11373324 | **Filing Dt:** 03/13/2006 |
| **Publication #:** 20060212811 | **Pub Dt:** 09/21/2006 | | |

**Inventors:** Elliot A. Gottfurcht, Grant E. Gottfurcht, Albert-Michel C. Long

**Title:** Apparatus and method of manipulating a region on a wireless device screen for viewing, zooming and scrolling internet content

## Assignment: 1

| | | | |
|---|---|---|---|
| **Reel/Frame:** 019968/0175 | **Recorded:** 10/16/2007 | | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** GOTTFURCHT, GRANT E.     **Exec Dt:** 03/03/2000
LONG, ALBERT-MICHEL C.     **Exec Dt:** 03/03/2000

**Assignee:** GOTTFURCHT, ELLIOT
1018 HARTZELL STREET
PACIFIC PALISADES, CALIFORNIA 90272

**Correspondent:** SOCAL IP LAW GROUP LLP
310 N. WESTLAKE BLVD.
SUITE 120
WESTLAKE VILLAGE, CA 91362

## Assignment: 2

| | | | |
|---|---|---|---|
| **Reel/Frame:** 019970/0486 | **Recorded:** 10/16/2007 | | **Pages:** 7 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GOTTFURCHT, ELLIOT A.     **Exec Dt:** 01/10/2003

**Assignees:** MARLO LONGSTREET 2003 IRREVOCABLE TRUST
8267 W. 4TH STREET
LOS ANGELES, CALIFORNIA 90048
GRANT GOTTFURCHT 2003 IRREVOCABLE TRUST
433 PUERTO DEL MAR
PACIFIC PALISADES, CALIFORNIA 90272

**Correspondent:** SOCAL IP LAW GROUP LLP
310 N. WESTLAKE BLVD.
SUITE 120
WESTLAKE VILLAGE, CA 91362

## Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** 021861/0452 | **Recorded:** 11/20/2008 | | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GOTTFURCHT, ELLIOT A.     **Exec Dt:** 08/07/2008

**Assignee:** THE ELLIOT GOTTFURCHT REVOCABLE TRUST
1018 HARTZELL
PACIFIC PALISADES, CALIFORNIA 90272

**Correspondent:** BRENNAN C. SWAIN
JEFFER MANGELS BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

## Assignment: 4

| | | | |
|---|---|---|---|
| **Reel/Frame:** 021861/0459 | **Recorded:** 11/20/2008 | | **Pages:** 2 |

| | |
|---|---|
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). |
| **Assignor:** | THE GRANT GOTTFURCHT 2003 IRREVOCABLE TRUST DATED JANUARY 10, 2003 |
| **Exec Dt:** | 11/19/2008 |
| **Assignee:** | EMG TECHNOLOGY, LLC<br>6351 OWNESMOUTH, SUITE 203<br>WOODLAND HILLS, CALIFORNIA 91367 |
| **Correspondent:** | BRENNAN C. SWAIN<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |

### Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 021861/0461 | **Recorded:** 11/20/2008 | **Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | THE MARLO LONGSTREET 2003 IRREVOCABLE TRUST DATED JANUARY 10, 2003 | **Exec Dt:** 11/19/2008 | |
| **Assignee:** | EMG TECHNOLOGY, LLC<br>6351 OWNESMOUTH, SUITE 203<br>WOODLAND HILLS, CALIFORNIA 91367 | | |
| **Correspondent:** | BRENNAN C. SWAIN<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | | |

### Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 021861/0613 | **Recorded:** 11/21/2008 | **Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | THE ELLIOT GOTTFURCHT REVOCABLE TRUST | **Exec Dt:** 11/19/2008 | |
| **Assignee:** | EMG TECHNOLOGY, LLC<br>6351 OWNESMOUTH, SUITE 203<br>WOODLAND HILLS, CALIFORNIA 91367 | | |
| **Correspondent:** | BRENNAN C. SWAIN<br>JEFFER MANGELS BUTLER & MARMARO LLP<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 | | |

Search Results as of: 12/23/2009 09:14 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .**HOME** | **INDEX**| **SEARCH** | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT |