# EXHIBIT I

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Patent Query**

# Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 9

| | | | |
|---|---|---|---|
| **Patent #:** 6600497 | **Issue Dt:** 07/29/2003 | **Application #:** 09440214 | **Filing Dt:** 11/15/1999 |

**Inventors:** ELLIOT A. GOTTFURCHT, GRANT E. GOTTFURCHT, J. TEAGUE MCKNIGHT, MANUEL V. BELTRAN et al
**Title:** APPARATUS AND METHOD TO NAVIGATE INTERACTIVE TELEVISION USING UNIQUE INPUTS WITH A REMOTE CONTROL

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 010396/0732 | **Recorded:** 11/15/1999 | **Pages:** 3 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | | |
|---|---|---|
| **Assignors:** GOTTFURCHT, GRANT E. | | **Exec Dt:** 11/13/1999 |
| MCKNIGHT, J. TEAGUE | | **Exec Dt:** 11/12/1999 |
| BELTRAN, MANUEL V. | | **Exec Dt:** 11/13/1999 |
| WOESNER, STEPHEN K. | | **Exec Dt:** 11/13/1999 |
| MARINUZZI, JOHN A. | | **Exec Dt:** 11/13/1999 |
| LONG, ALBERT-MICHEL C. | | **Exec Dt:** 11/14/1999 |
| DUKESHIRE, DONALD L. | | **Exec Dt:** 11/14/1999 |

**Assignee:** GOFFFURCHT, ELLIOT A.
1018 HARTZELL
PACIFIC PALISADES, CALIFORNIA 90272

**Correspondent:** BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
THOMAS M. COESTER
12400 WILSHIRE BLVD
7TH FLOOR
LOS ANGELES, CA 90025

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 014030/0974 | **Recorded:** 05/05/2003 | **Pages:** 7 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GOTTFURCHT, ELLIOT A.       **Exec Dt:** 01/10/2003

**Assignee:** LONGSTREET, MARLO L.
8267 W. 4TH STREET
LOS ANGELES, CALIFORNIA 90048

**Correspondent:** BLAKELY, SOKOLOFF & TAYLOR & ET AL
THOMAS M. COESTER
12400 WILSHIRE BOULEVARD
7TH FLOOR
LOS ANGELES, CA 90025

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 014031/0061 | **Recorded:** 05/05/2003 | **Pages:** 5 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GOTTFURCHT, ELLIOT A.       **Exec Dt:** 01/10/2003

**Assignee:** GRANT E. GOTTURCHT
433 PUERTO DEL MAR
PACIFIC PALISADES, CALIFORNIA 90272

**Correspondent:** BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
THOMAS M. COESTER
12400 WILSHIRE BOULEVARD

7TH FLOOR
LOS ANGELES, CA 90025

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** | 015167/0370 | **Recorded:** 04/02/2004　　**Pages:** 9 |
| **Conveyance:** | CORRECTIVE ASSIGNEE TO CORRECT THE ASSIGNEE NAME, PREVIOUSLY RECORDED ON REEL 014030 FRAME 0974. | |
| **Assignor:** | GOTTFURCHT, ELLIOT A. | **Exec Dt:** 01/10/2003 |
| **Assignee:** | MARLO LONGSTREET 2003 IRREVOCABLE TRUST 8267 W. 4TH STREET LOS ANGELES, CALIFORNIA 90048 | |
| **Correspondent:** | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP THOMAS M. COESTER 12400 WILSHIRE BOULEVARD, 7TH FLOOR LOS ANGELES, CA 90025 | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** | 019063/0826 | **Recorded:** 03/20/2007　　**Pages:** 7 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | GOTTFURCHT, ELLIOT | **Exec Dt:** 01/10/2003 |
| **Assignee:** | GRANT GOTTFURCHT 2003 IRREVOCABLE TRUST 433 PUERTO DEL MAR PACIFIC PALISADES, CALIFORNIA 90272 | |
| **Correspondent:** | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP 12400 WILSHIRE BOULEVARD 7TH FLOOR LOS ANGELES, CA 90025 | |

## Assignment: 6

| | | |
|---|---|---|
| **Reel/Frame:** | 023056/0953 | **Recorded:** 08/06/2009　　**Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | THE GRANT GOTTFURCHT 2003 IRREVOCABLE TRUST DATED JANUARY 10, 2003 | **Exec Dt:** 08/04/2009 |
| **Assignee:** | EMG TECHNOLOGY, LLC 6351 OWENSMOUTH AVENUE, SUITE 203 C/O MARTIN KAVINOKY WOODLAND HILLS, CALIFORNIA 91367 | |
| **Correspondent:** | THOMAS C. BACON JEFFER MANGELS BUTLER & MARMARO LLP 1900 AVENUE OF THE STARS, 7TH FLOOR LOS ANGELES, CA 90067 | |

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** | 023056/0957 | **Recorded:** 08/06/2009　　**Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | THE MARLO LONGSTREET 2003 IRREVOCABLE TRUST DATED JANUARY 10, 2003 | **Exec Dt:** 08/04/2009 |
| **Assignee:** | EMG TECHNOLOGY, LLC 6351 OWENSMOUTH AVENUE, SUITE 203 C/O MARTIN KAVINOKY WOODLAND HILLS, CALIFORNIA 91367 | |
| **Correspondent:** | THOMAS C. BACON JEFFER MANGELS BUTLER & MARMARO LLP 1900 AVENUE OF THE STARS, 7TH FLOOR LOS ANGELES, CA 90067 | |

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** | 023056/0959 | **Recorded:** 08/06/2009　　**Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | |
| **Assignor:** | GOTTFURCHT, ELLIOT | **Exec Dt:** 08/04/2009 |
| **Assignee:** | THE ELLIOT GOTTFURCHT REVOCABLE TRUST 1018 HARTZELL STREET PACIFIC PALISADES, CALIFORNIA 90272 | |

**Correspondent:** THOMAS C. BACON
JEFFER MANGELS BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

## Assignment: 9

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 023085/0469 | **Recorded:** 08/12/2009 | **Pages:** 2 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | THE ELLIOT GOTTFURCHT REVOCABLE TRUST | **Exec Dt:** 08/05/2009 | |

**Assignee:** EMG TECHNOLOGY, LLC
6351 OWENSMOUTH AVENUE, SUITE 203
C/O MARTIN KAVINOKY
WOODLAND HILLS, CALIFORNIA 91367

**Correspondent:** THOMAS C. BACON
JEFFER MANGELS BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, 7TH FLOOR
LOS ANGELES, CA 90067

Search Results as of: 12/23/2009 09:16 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT