**EXHIBIT J**

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>6:09cv367 | DATE FILED<br>8/14/2009 | U.S. DISTRICT COURT Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br><br>EMG TECHNOLOGY, LLC | | DEFENDANT<br><br>Microsoft Corporation, Scottrade, Inc., and Southwest Airlines Co. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,441,196 B2 | 10/21/2008 | EMG Technology, LLC |
| 2 | | | |
| 3 | US 7,020,845 B1 | 3/28/2006 | EMG Technology, LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

PTO/SB/96 (12-08)
Approved for use through 01/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Elliot Gottfurcht

Application No./Patent No.: 7,441,196    Filed/Issue Date: 10/21/2008

Entitled: Apparatus and method of manipulating a region on a wireless device screen for viewing, zooming and scrolling internet content

EMG Technologies, LLC, a limited liability company
(Name of Assignee)    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓] the assignee of the entire right, title, and interest; or
2. [ ] an assignee of less than the entire right, title and interest
(The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: G. GOTTFURCHT; A.-M. LONG    To: GOTTFURCHT, ELLIOT

   The document was recorded in the United States Patent and Trademark Office at
   Reel 019968, Frame 0175, or for which a copy thereof is attached.

2. From: GOTTFURCHT, ELLIOT A.    To: MARLO LONGSTREET 2003 IRREVOCABLE

   The document was recorded in the United States Patent and Trademark Office at
   Reel 019970, Frame 0486, or for which a copy thereof is attached.

3. From: GOTTFURCHT, ELLIOT A.    To: THE ELLIOT GOTTFURCHT REVOCABLE

   The document was recorded in the United States Patent and Trademark Office at
   Reel 021861, Frame 0452, or for which a copy thereof is attached.

[✓] Additional documents in the chain of title are listed on a supplemental sheet.

[✓] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/signature/    1/14/09
Signature    Date

Brennan C. Swain, Reg. No. 43175    310-203-8080
Printed or Typed Name    Telephone Number

Attorney of record
Title

65539-5001

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



# SoCal IP
## Law Group LLP

310 N. Westlake Blvd., Suite 120
Westlake Village, California 91362
phone +1 (805) 230-1350 x312
fax +1 (805) 230-1355
jgunther@socalip.com

November 25, 2008

Via Fax: 571-270-9943 (9 pages)
Ernest C. White
Decisions & Certificates of Correction Branch
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

      Re:    Request for Reconsideration for Certificate of Correction
             U.S. Patent No.: 7,441,196 B2   Issued: 10/21/2008
             Serial No.: 11/373,324
             Inventor: Gottfurcht et al
             Title: APPARATUS AND METHOD FOR MANIPULATING A REGION
             ON A WIRELESS DEVICE SCREEN FOR VIEWING, ZOOMING AND
             SCROLLING INTERNET CONTENT
             Our Ref. No.: G015-P07578US

Dear Examiner White:

      We request reconsideration of our Request for Certificate of Correction in connection with the above-identified patent.

      A Request for Certificate of Correction was submitted to the USPTO via EFS Web on October 31, 2008 under 37 CFR 1.323 (Applicant Error), along with the requisite $100 payment. The request was denied, however the letter of denial indicates that further consideration will be given upon submission of documents recording the cited references as considered by the Examiner. Those documents are now enclosed for your consideration.

      Enclosed please find the following:

- Request for Consideration of Certificate of Correction of Applicant's Mistake Under Section 1.323
- A copy of the Certificate of Correction
- Copies of Information Disclosure Statement forms recording the Examiner Peng Ke's consideration of the references for Hamburger, Couch, Young, Dworkin, Alpdemir and McCalley.

Ernest C. White
November 25, 2008
Page 2



We appreciate your re-consideration of our Request and ask you now to issue the Certificate of Correction for this patent. If you should have any questions, please contact me.

Very truly yours,

SoCal IP Law Group LLP

John E. Gunther
Reg. No. 43,649

JGL:tlr
Enclosures

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

33356    7590    08/04/2008

SoCAL IP LAW GROUP LLP
310 N. WESTLAKE BLVD. STE 120
WESTLAKE VILLAGE, CA 91362

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission ------ Via EFS

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

Douglas S. Kirk (Depositor's name)
_____ (Signature)
August 8, 2008 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/373,324 | 03/13/2006 | Elliot A. Gottfurcht | G015-P07578US | 8795 |

TITLE OF INVENTION: APPARATUS AND METHOD FOR SIMPLE WIDE-AREA NETWORK NAVIGATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $720 | $300 | $0 | $1020 | 11/04/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| KE, PENG | 2174 | 715-853000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

   1 SoCal IP Law Group LLP
   2 Steven C. Sereboff
   3 John E. Gunther

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

   (A) NAME OF ASSIGNEE
   Elliot Gottfurcht;
   Marlo Longstreet 2003 Irrevocable Trust; and
   Grant Gottfurcht 2003 Irrevocable Trust

   (B) RESIDENCE: (CITY and STATE OR COUNTRY)
   Pacific Palisades, California;
   Pacific Palisades, California; and
   Pacific Palisades, California

   Please check the appropriate assignee category or categories (will not be printed on the patent): ☒ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
   ☒ Issue Fee
   ☒ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☐ A check is enclosed.
   ☒ Payment by credit card. ~~Form PTO-2038 is attached~~ == Via EFS
   ☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 503456 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.
   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____
Typed or printed name  John E. Gunther

Date  August 8, 2008
Registration No.  43,649

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Application No.: 11/373,324
Amdt date August 27, 2007

## REMARKS/ARGUMENTS

The title has changed. The new title is "APPARATUS AND METHOD OF MANIPULATING A REGION ON A WIRELESS DEVICE SCREEN FOR VIEWING, ZOOMING AND SCROLLING INTERNET CONTENT."

Claims 180, 181, 183, 186, 188, 189, 191-193, 198, 204, 205, 207-210, 217, 229 and 244 are now in the present application, of which claims 180, 204, 217, 229 and 244 are independent. Claims 182, 184, 185, 187, 190, 194-197, 199-203, 206, 211-216, 218-228, 230-243 and 245-256 have been canceled without prejudice. Claims 180, 188, 204, 208, 217, 229 and 244 have been amended for a reason not related to patentability. Applicants respectfully request that the amendment be entered prior to any further examination of the application.

If there are any issues that can be resolved over the telephone, the Examiner is cordially invited to call Applicants' attorney at the number listed below.

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By _____
Jun-Young E. Jeon
Reg. No. 43,693
626/795-9900

JEJ/sls

SLS PAS752598.2-*-08/27/07 10:50 AM

-8-

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application No. | 11/373,324 |
| Filing Date | March 13, 2006 |
| First Named Inventor | Elliot A. Gottfurcht |
| Art Unit | |
| Examiner Name | |
| Total Number of Pages in This Submission: 7 | Attorney Docket Number: 4346P001C |

*Stamp: MAR 27 2007 — OIPE, PATENT & TRADEMARK OFFICE*

*Notation top right: IFW*

## ENCLOSURES (check all that apply)

- [x] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
  - [x] PTO/SB/08
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/Incomplete Application
  - [ ] Basic Filing Fee
  - [ ] Declaration/POA
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) *(please identify below):*

  return postcard

**Remarks**

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Jonathan S. Miller, Reg. No. 48,534<br>BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP |
|---|---|
| Signature | *[signature]* |
| Date | 3/22/07 |

## CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

| Typed or printed name | Melissa Stead | | |
|---|---|---|---|
| Signature | *[signature]* | Date | 3-23-07 |

Based on PTO/SB/21 (09-04) as modified by Blakely, Solokoff, Taylor & Zafman (ndc) 10/12/2006.
SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

 

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: | |
| Elliot A. GOTTFURCHT et al. | Confirmation No.: Unknown |
| Serial No. 11/373,324 | Group Art Unit: Not Yet Assigned |
| Filed : March 13, 2006 | Examiner: Not Yet Assigned |
| For: AN APPARATUS AND METHOD FOR SIMPLE WIDE-AREA NETWORK INVESTIGATION | |

### PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102(c)

Commissioner for Patents
Customer Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Sir:

Submitted herewith is a Petition to Make Special the above-identified application. The basis of this Petition is the age of the applicant.

In support of this Petition, applicant submits the birth certificate of Elliot A. Gottfurcht showing that he was born December 31, 1939.

Accordingly, applicant requests that this Petition to Make Special be granted and the application undergo accelerated examination.

Under 37 CFR 1.102(c), no fee is required. The Director is hereby authorized to charge any additional fee or credit any overpayment to Deposit Account No. 19-4293 (Order No. 15571.0004C1).

                                        Respectfully submitted,

                                        STEPTOE & JOHNSON

                                        Scott W. Doyle
                                        Registration No. 39,176

Date: March 27, 2006
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202-429-3000
Fax: 202-429-3902

SWD/skl

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Texas___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>6:09cv367 | DATE FILED<br>8/14/2009 | U.S. DISTRICT COURT Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br><br>EMG TECHNOLOGY, LLC | | DEFENDANT<br><br>Microsoft Corporation, Scottrade, Inc., and Southwest Airlines Co. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,441,196 B2 | 10/21/2008 | EMG Technology, LLC |
| 2 | | | |
| 3 | US 7,020,845 B1 | 3/28/2006 | EMG Technology, LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

PTO/SB/96 (12-08)
Approved for use through 01/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Elliot Gottfurcht

Application No./Patent No.: 7,020,845  Filed/Issue Date: 03/28/2006

Entitled: NAVIGATING INTERNET CONTENT ON A TELEVISION USING A SIMPLIFIED INTERFACE AND A REMOTE CONTROL

EMG Technologies, LLC , a limited liability company
(Name of Assignee)  (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [✓] the assignee of the entire right, title, and interest; or
2. [ ] an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: G. GOTTFURCHT; A.-M. LONG  To: GOTTFURCHT, ELLIOT A.

   The document was recorded in the United States Patent and Trademark Office at
   Reel 010606, Frame 0490, or for which a copy thereof is attached.

2. From: GOTTFURCHT, ELLIOT A.  To: LONGSTREET, MARLO L.

   The document was recorded in the United States Patent and Trademark Office at
   Reel 014030, Frame 0974, or for which a copy thereof is attached.

3. From: GOTTFURCHT, ELLIOT A.  To: GRANT E. GOTTURCHT

   The document was recorded in the United States Patent and Trademark Office at
   Reel 014031, Frame 0061, or for which a copy thereof is attached.

[✓] Additional documents in the chain of title are listed on a supplemental sheet.

[✓] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____  1/14/09
Signature  Date

Brennan C. Swain, Reg. No. 43175  310-203-8080
Printed or Typed Name  Telephone Number

Attorney of record
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| **TRANSMITTAL FORM** | Patent No. | 7,020,845 |
|---|---|---|
| (to be used for all correspondence after initial filing) | Issue Date | March 28, 2006 |
| | First Named Inventor | Elliot Gottfurcht |
| | Art Unit | 2174 |
| | Examiner Name | PENG KE |
| Total Number of Pages in This Submission: 9 | Attorney Docket Number | 4346P001X |

### ENCLOSURES (check all that apply)

- [x] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
  - [ ] PTO/SB/08
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Basic Filing Fee
  - [ ] Declaration/POA
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):

Revocation of Power of Attorney w/New Power of Attorney and Change of Correspondence (3); Statement under 37 CFR 3.73(b) (3)

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Jonathan S. Miller, Reg. No. 48,534 |
| --- | --- |
| | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP |
| Signature | /Jonathan S. Miller/ |
| Date | 10/1/07 |

### CERTIFICATE OF MAILING/TRANSMISSION

I hereby certify that this correspondence is being transmitted via facsimile on the date shown below to the United States Patent and Trademark Office.

| Typed or printed name | Melissa Stead | | |
| --- | --- | --- | --- |
| Signature | Melissa Stead | Date | 10-1-07 |

Based on PTO/SB/21 (09-04) as modified by Blakely, Sokoloff, Taylor & Zafman (ndc) 10/12/2006.
SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

| FORM PTO-1595 RECORDATION FORM COVER SHEET | U.S. DEPARTMENT OF COMMERCE |
|---|---|
| 1-31-92 | Patent and Trademark Office |

# PATENTS ONLY

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Grant E. Gottfurcht, J. Teague McKnight, Manuel V. Beltran, Stephen K. Woesner, John A. Marinuzzi, Albert-Michel C. Long, and Donald L. Dukeshire | Name: Elliot A. Gottfurcht |
| Additional name(s) of conveying party(ies) attached? Yes ___ No X | Internal Address: _____ [stamp: APR 09 2007] |
| 3. Nature of conveyance: | Street Address: _____ |
| X Assignment ___ Merger | 1018 Hartzell |
| ___ Security Agreement ___ Change of Name | |
| ___ Other _____ | City: Pacific Palisades State: CA ZIP: 90272 |
| Execution Date: November 12, 13, and 14, 1999 | Additional name(s) & address(es) attached? ___ Yes X No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application the execution date of the application is: Nov. 12, 13, and 14, 1999

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|

Additional numbers attached? ___ Yes X No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br>Name: Thomas M. Coester | 6. Total number of applications and patents involved: 1 |
|---|---|
| Internal Address:<br>BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN | 7. Total fee (37 CFR 3.41) ........$ 40.00<br>X Enclosed<br>X Authorized to be charged to deposit account |
| Street Address: 12400 Wilshire Boulevard<br>Seventh Floor<br>City: Los Angeles State: CA ZIP: 90025 | 8. Deposit account number:<br>02-2666<br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature. *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Thomas M. Coester, Reg. No. 39,637 | /s/ Thomas Coester | November 15, 1999 |
|---|---|---|
| Name of Person Signing, Reg. No. | Signature | Date |

Total number of pages including cover sheet: 4

EXPRESS MAIL RECEIPT NO.: EM560888202US     Attny Dkt No. 004346.P001

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**\*BIBDATASHEET\***
Bib Data Sheet

**CONFIRMATION NO. 5511**

| SERIAL NUMBER 09/518,015 | FILING OR 371(c) DATE 03/03/2000 RULE | CLASS 715 | GROUP ART UNIT 2174 | ATTORNEY DOCKET NO. 004346.P001X |
|---|---|---|---|---|

**APPLICANTS**
Elliot A. Gottfurcht, Pacific Palisades, CA;
Grant E. Gottfurcht, Pacific Palisades, CA;
Albert-Michel C. Long, Irvine, CA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This application is a CIP of 09/440,214 11/15/1999 PAT 6,600,497

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\* SMALL ENTITY \*\***
**\*\* 05/11/2000**

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY CA | SHEETS DRAWING 28 | TOTAL CLAIMS 48 | INDEPENDENT CLAIMS 4 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged     Examiner's Signature     Initials | | | | |

**ADDRESS**
Scott W. Doyle, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**TITLE**
NAVIGATING INTERNET CONTENT ON A TELEVISION USING A SIMPLIFIED INTERFACE AND A REMOTE CONTROL

| FILING FEE RECEIVED 636 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP
NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.
DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY
TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

**To:**

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| Centralized Facsimile Center US Patent and Trademark Office | 571-273-8300 | |

**FROM:** THOMAS E. CIOTTI    **DATE:** DECEMBER 9, 2005

| Number of pages with cover page: | 7 | Originals Will Not Follow |
|---|---|---|

Preparer of this slip has confirmed that facsimile number given is correct: **LDS/11641**

## CAUTION - CONFIDENTIAL

This facsimile contains confidential information that may also be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not copy, use, or distribute it. If you have received it in error, please advise Morrison & Foerster LLP immediately by telephone or facsimile and return it promptly by mail.

**Comments:**

Atty Docket No: 57896-20001.20
Application No: 09/518,015
Filed Date: March 3, 2000
Inventors: Elliot A. GOTTFURCHT.
Art Unit: 2174
Examiner: K. Kincaid
Title: APPARATUS AND METHOD FOR SIMPLE WIDE-AREA NETWORK NAVIGATION

<u>Enclosed are the following documents:</u>
1. Transmittal – 1 page
2. Request for Withdrawal as Attorney or Agent and Change of Correspondence Address (in triplicate) - 3 pages
3. Copy of Request to Transfer - 2 pages

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
LINDSAY SEYDEL AT (650) 813-5827 AS SOON AS POSSIBLE.

PA-1031607