# EXHIBIT K




## PALM VII™ ORGANIZER

# Handbook

**Palm VII**
Connected Organizer

3Com® More connected.

# Copyright

Copyright © 1998 3Com Corporation or its subsidiaries. All rights reserved. 3Com, the 3Com logo, Palm Computing, Palm Modem, Graffiti, and HotSync are registered trademarks, and Palm, PalmPilot, Palm III, Palm VII, Palm OS, Palm.Net, iMessenger, More Connected, the Palm Computing Platform logo, the PalmPilot logo, Palm VII logo, and the HotSync logo are trademarks of Palm Computing, Inc., 3Com Corporation or its subsidiaries. Other product and brand names may be trademarks or registered trademarks of their respective owners.

# Disclaimer and Limitation of Liability

3Com Corporation and its subsidiaries assume no responsibility for any damage or loss resulting from the use of this handbook.

3Com Corporation and its subsidiaries assume no responsibility for any loss or claims by third parties which may arise through the use of this software. 3Com Corporation and its subsidiaries assume no responsibility for any damage or loss caused by deletion of data as a result of malfunction, dead battery or repairs. Be sure to make backup copies of all important data on other media to protect against data loss.

**Important:** Please read the 3Com End User Software License Agreement contained in this handbook before using the accompanying software program(s). Using any part of the software indicates that you accept the terms of the 3Com End User Software License Agreement.

# 3.5" Software Diskettes Available

Palm™ Desktop organizer software is supplied on a CD-ROM disc. If you do not have access to a CD-ROM drive for your computer, you may download the Palm Desktop software from http://www.palm.net. Alternatively, you can order 3.5" diskettes by completing and mailing the diskette order card supplied in the Palm VII™ connected organizer product package, or call to order the diskettes. See the *Getting Started* guide for the appropriate phone number.

P/N 405-0406A
A/N 423-0233

# Contents

## About This Book

## Chapter 1: Introduction to Your Palm VII™ Organizer
Getting to know your Palm VII organizer........................................................1
What is a Palm VII organizer?..........................................................................3
System requirements........................................................................................3
Palm VII components.......................................................................................4
Installing the batteries......................................................................................5
Replacing batteries...........................................................................................9
Setting up your organizer and charging the transmitter............................10
Upgrade information......................................................................................10
Palm Desktop organizer software.................................................................12
Using your organizer with another PIM.......................................................14
Palm.Net wireless features.............................................................................14
Tapping and typing........................................................................................18
Tap with the stylus to get things done.........................................................18
Elements of the organizer interface..............................................................19
Opening applications.....................................................................................20
Using menus...................................................................................................23
Three ways to enter data................................................................................25
Customizing your organizer.........................................................................29

## Chapter 2: Entering Data in Your Palm VII™ Organizer
Writing Graffiti writing to enter data............................................................31
Writing Graffiti characters.............................................................................31
Graffiti tips......................................................................................................33
The Graffiti alphabet......................................................................................34
Writing capital letters....................................................................................35
Writing numbers.............................................................................................35
Graffiti numbers.............................................................................................36
Writing punctuation marks..........................................................................36
Additional Graffiti punctuation....................................................................37
Writing symbols and extended characters..................................................37
Writing accented characters.........................................................................38
Accent strokes.................................................................................................38
Additional non-English characters...............................................................38
Navigation strokes..........................................................................................39
Graffiti ShortCuts...........................................................................................39
Using the onscreen keyboard.......................................................................41
Using your computer keyboard....................................................................41
Importing data................................................................................................42