## Copyright

Copyright © 1998 3Com Corporation or its subsidiaries. All rights reserved. 3Com, the 3Com logo, Palm Computing, Palm Modem, Graffiti, and HotSync are registered trademarks, and Palm, PalmPilot, Palm III, Palm VII, Palm OS, Palm.Net, Messenger, More Connected, the Palm Computing Platform logo, the PalmPilot logo, Palm VII logo, and the HotSync logo, are trademarks of Palm Computing, Inc., 3Com Corporation or its subsidiaries. Other product and brand names may be trademarks or registered trademarks of their respective owners.

## Disclaimer and Limitation of Liability

3Com Corporation and its subsidiaries assume no responsibility for any damage or loss resulting from the use of this handbook.

3Com Corporation and its subsidiaries assume no responsibility for any loss or claims by third parties which may arise through the use of this software. 3Com Corporation and its subsidiaries assume no responsibility for any damage or loss caused by deletion of data as a result of malfunction, dead battery or repairs. Be sure to make backup copies of all important data on other media to protect against data loss.

**Important** Please read the 3Com End User Software License Agreement contained in this handbook before using the accompanying software program(s). Using any part of the software indicates that you accept the terms of the 3Com End User Software License Agreement.

## 3.5" Software Diskettes Available

Palm™ Desktop organizer software is supplied on a CD-ROM disc. If you do not have access to a CD-ROM drive for your computer, you may download the Palm Desktop software from http://www.palm.net. Alternatively, you can order 3.5" diskettes by completing and mailing the diskette order card supplied in the Palm VII™ connected organizer product package, or call to order the diskettes. See the *Getting Started* guide for the appropriate phone number.

P/N 405-0406-A
A/N 423-0233

---

# Contents

**About This Book** ...... 1

**Chapter 1: Introduction to Your Palm VII™ Organizer**

Getting to Know your Palm VII organizer. ...... 3
What is a Palm VII organizer? ...... 3
System requirements ...... 4
Palm VII components. ...... 5
Palm VII components. ...... 5
Installing the batteries ...... 9
Replacing batteries ...... 9
Setting up your organizer and charging the transmitter ...... 10
Upgrade information ...... 10
Palm Desktop organizer software ...... 12
Using your organizer with another PIM ...... 14
Palm.Net wireless features ...... 14
Tapping and typing ...... 18
Tap with the stylus to get things done. ...... 18
Elements of the organizer interface. ...... 19
Opening applications ...... 20
Using menus. ...... 23
Three ways to enter data ...... 25
Customizing your organizer ...... 29

**Chapter 2: Entering Data in Your Palm VII™ Organizer**

Using Graffiti writing to enter data. ...... 31
Writing Graffiti characters. ...... 31
Graffiti tips ...... 33
The Graffiti alphabet. ...... 34
Writing capital letters. ...... 35
Writing numbers. ...... 35
Graffiti numbers. ...... 36
Writing punctuation marks. ...... 36
Additional Graffiti punctuation. ...... 37
Writing symbols and extended characters. ...... 37
Writing accented characters. ...... 38
Accent strokes. ...... 38
Additional non-English characters. ...... 39
Navigation strokes. ...... 39
Graffiti ShortCuts. ...... 39
Using the onscreen keyboard. ...... 41
Using your computer keyboard. ...... 41
Importing data. ...... 42

# Chapter 5

# Query Applications and the iMessenger™ Application

## Your organizer is a wireless device

Your Palm VII™ organizer is equipped with an internal transmitter and an antenna. These components enable your organizer, like a cellular phone, to use a radio frequency to transmit and receive information over the airwaves.

You don't need a modem or a wired connection to a computer to use your organizer as a wireless device, but you must activate the Palm.Net™ wireless communication service. See "Activating the Palm.Net wireless communication service" in Chapter 1 for more information.

After you activate the service, you have access to two wireless features that enhance your ability to stay connected: web clipping and wireless Internet messaging. This chapter describes those features and explains how to use them.

**Important:** Whenever you use the wireless features of your organizer, please observe the guidelines or prohibitions on the use of wireless devices in your current location. For example, when you are on an airplane, do not raise the antenna or use the wireless features at times when the Federal Aviation Administration (FAA) or airline regulations prohibit the use of cellular phones. You can, of course, use all other applications of your organizer in accordance with airline regulations for electronic devices.

## Web clipping: query applications

*Web clipping* is a fast and simple way to retrieve specific information from the Internet. It is a simple process of query-and-response: You submit a request for specific information from the Internet and tap a button that transmits your request, within seconds, you receive a response.

## Query applications

Just as your web browser gives you access to many different web sites, your organizer gives you access to many different "sites" for web clipping — as many as you care to add and your organizer can store. If you have already set up your organizer, you have some already.

These "sites" are called *query applications*. They were created by third-party developers, but you open them and use them just as you would a basic Palm VII application like Address Book.

Query applications give you access to a wide spectrum of practical Internet information. Each query application is designed to let you query the Internet for a specific kind of information.

For example, the query applications available to you when you set up your organizer and install Palm™ Desktop organizer software give you access to the following kinds of information: traffic and weather conditions; airline, hotel, and restaurant information; locations of automatic teller machines; driving directions; stock market data; movie listings; availability of tickets to local events; business and general news; definitions, spelling, and synonyms of words; and business and residential phone numbers, addresses, and e-mail addresses.

## Web clipping, not web browsing

It's impractical to browse the Internet from a small handheld computer and look at elaborate, animated, graphics-laden web pages on a screen the size of your organizer's. As a way to access Internet information, web clipping offers you the following advantages:

- Convenience: Because your organizer is a wireless device, you can be walking down the street while accessing the Internet.
- Focus: Query applications focus on retrieving small pieces of specific, up-to-date information.

So when you're near a desktop computer and have some time, you can take advantage of the elaborate graphics, variety, and many choices offered by a web site —



But when you're in a car or on the street and need information fast, a query application on your organizer makes it easy to find the specific information you need —



## Adding more query applications

When you set up your organizer, you find that several query applications have been preloaded onto your organizer.