# EXHIBIT O





With HDML 2.0, content providers can greatly enhance their revenue models by providing secure subscription-based wireless information services right from their existing Web sites. Hundreds of developers have embraced HDML 2.0 to create and extend compelling Web information sites to a global community of mobile subscribers. Developing with HDML is free to any Web site—there's no purchase required—which makes providing information services to millions of digital mobile phones the newest business opportunity on the Web. The following is just a sampling of *Powered-By UP* Web sites that are using HDML 2.0 to publish innovative, interactive information services for wireless handheld devices enabled with UP.Browser.™ Click on a category to find out more about these services:

> **Directory Services**
> **Entertainment**
> **Financial Information**
> **News**
> **Sports**
> **Travel**
> **Weather**

## Directory Services




**INFOSPACE** has revolutionized the way people find and communicate with businesses and people locally and worldwide. InfoSpace has replaced the traditional phone book with technology that completely integrates directories with the interactivity of the Internet. InfoSpace white pages and yellow pages allow users to easily find people, businesses, government officials, toll free numbers, fax numbers, Email addresses, in depth business information, company Web sites and local city information. *InfoSpace also offers travel, entertainment and weather information services.*





**TOLL FREE CELLULAR** is the first company to build a national free wireless calling network. Using the #800 prefix, Toll Free Cellular transfers the response generating power of 1800 numbers into the wireless environment, allowing businesses to pay for the long distance and airtime charges associated with incoming wireless calls.





**WHOWHERE? INC.** develops and markets services and products for the Internet, and other open networks, to enable people and businesses worldwide to find, connect and collaborate seamlessly. Privately held, WhoWhere?'s venture partners include Venrock Associates, the venture capital arm of the Rockefeller family.



## Entertainment



**RYAN SHANKLIN** is a full service computer consulting company, specializing in database applications for Local Area Network systems both on and off the Internet. They develop applications to manage festivals and events. Festivals.com is the largest database of festivals and events on the Internet, listing more than 15,000 events worldwide.





**FUTURE ACCESS** is the creator of the Internet Restaurant Guide. The company's goal is to provide access to the most comprehensive database of restaurants available on the Internet and World Wide Web. The information can be requested by country, city, state, and a variety of other criteria. You can add and/or rate your favorite restaurants as well as search for those you want to visit by category or type.



## Financial Information



**BLOOMBERG LP**, based in New York, is a financial information, news and media company with 75 news bureaus worldwide. Made up of Bloomberg Financial Markets, Bloomberg News, Bloomberg News Radio, and Bloomberg Television, the company distributes their financial, business, economic, political, sports, lifestyles, and entertainment information 24 hours a day around the globe. The award winning company also publishes Bloomberg Magazine, Bloomberg Personal and a line of investment books with the Bloomberg Press imprint. The company's Web site provides the latest breaking news, audio-video, and financial data on demand.



**DATA BROADCASTING CORPORATION** specializes in the delivery of high value data to a variety of rapidly growing information markets. The company also delivers an array of consumer data, including real-time sports and horseracing results, news updates, dynamic odds from top Las Vegas casinos and other time sensitive information.





**INTELLIGENT INFORMATION INCORPORATED** (III) gives subscribers the ability to choose from a comprehensive menu of information services and then receive real-time alerts right on their phones. Services include real-time stock price and volume alerts, sports scores, news, traffic, weather, entertainment and more. Once a customer sets up his or her personal portfolio, the information is delivered automatically, without the need to expend the effort of searching it out. ***III also offers entertainment, news, sports, travel and weather information services.***





**QUOTE.COM** is a private corporation, founded in 1993 to provide quality financial market data to Internet users. This includes current quotes on stocks, options, commodity futures, mutual funds, and indices, for U.S. and Canadian markets. Quote.com also provides real-time business news, earnings forecasts & reports, market analysis & commentary, fundamental (balance sheet) data, annual reports, intraday & historical charts, weather information, and company profiles.





**STOCKTIPS'** mission is to provide fast, flexible, simple, and reliable information services. It is the company's objective to provide useful and requested information vs. raw data. This strategy allows StockTIPS to provide the types of information services that customers demand. StockTIPS delivers the two necessary ingredients in the financial industry—timeliness and flexibility.



**News**



**ABC NEWS**. . . Now Always On . . . with ABCNEWS.com you have access to the information you need 24 hours a day, 7 days a week from the people you know and trust at ABC News. Get top headlines and full stories on U.S., world, business, health and entertainment news at your fingertips.



**INQUISIT** is the premier news and information delivery service of its kind. Subscribers get unlimited access to news, stock quotes, weather, sports updates, and more, 24 hours a day. What's more, users can customize every search! So they always get exactly what they're

looking for. No more endless surfing through story after story, page after page, hoping to find what they're after.

 Read Press Release

---



**NEWS ALERT** is the site people turn to when they want the best real-time, interactive financial and general news on the Internet. News Alert has comprehensive national, international, financial and business news, as well as up-to-the-minute financial market data including 15minute delayed stock quotes, charts, research and reports.

 Read Press Release

## Sports

---



**ESPN SPORTSZONE**—the best sports site on the Web—provides coverage you can't beat:

- **Breaking news coverage:** No one covers breaking news like the Associated Press, and ESPN brings it to you instantaneously
- **Player profiles:** Incredible statistical breakdowns of every player in baseball, basketball, football and hockey
- **Expert columnists:** ESPN's exclusive columnists provide coverage of every major sport and team plus top national columnists—Peter Gammons, Frank Deford, Dick Vitale—bring a broader perspective
- **Local coverage:** 100+ correspondents assigned to most professional and major college teams, plus all divisions and conferences, dig out all the news and much, much more!

---





**NATIONAL SPORTS SERVICES, INC.** (NSS), has grown from a tiny sports advisory service into one of the largest and most comprehensive sports information companies in the nation. National Sports Services Chairman of the Board, Jim Feist, is nationally respected as a knowledgeable handicapper, sports gaming expert, and successful business entrepreneur. NSS has a variety of line services providing Vegas point spreads and odds with up-to-the-minute changes and final closing lines. These services are sold through subscriptions.

▶ Read Press Release



The **ONE-ON-ONE SPORTS** Radio Network is the nation's largest live 24hour sports talk network, serving more than 390 affiliate stations. The network is heard by more than 12 million listeners each week. One-On-One Sports' innovative Statszone Web site provides visitors with access to a wealth of databased sports information. Last football season some 4,000 Statszone account holders received customized reports weekly. Applying this philosophy to the wireless world is a natural next step for One-On-One Sports.

▶ Read Press Release





**SPORTSLAND** boasts content alliances with some of the world's top sports providers. SportsLand gets soccer information from Rete, the top soccer site on the Internet. World Media Live of Paris provides SportsLand in-depth coverage of the Tour de France. ICN is a leader in Formula One coverage and another SportsLand partner. SportsLand covers all major domestic sports with the help of The Sports Ticker, the industry leader in sports content. SportsLand wants to mix a strong domestic sports coverage with a real look at being a true worldwide leader in sports coverage.



## Travel



**BIZTRAVEL.COM** is the Internet company for frequent business travelers. The company's mission is to help frequent business travelers to plan and book business trips faster, easier, with increased confidence, and greater satisfaction. Biztravel.com has an expanding array of services, including:

- **bizReservations**—the online travel service designed for frequent business travelers;
- **bizMiles**—the unique online service that enables members to track miles and points;
- **bizCityInfo**—a rich source of destinations, arranged with business travelers in mind, by destination city; and
- **bizTraveler**—an online, interactive magazine





**MAPQUEST** is the most highly rated and popular interactive mapping service on the World Wide Web. MapQuest offers consumers the ability to interactively zoom and browse their way to over three million locations worldwide on an interactive atlas, obtain city-to-city and door-to-door driving directions, identify places of interest, and create and saved personalized maps. The site offers the most detailed, high quality cartographic information available online with attractive, readable maps. Launched on February 5, 1996, MapQuest now serves up over 1,000,000 maps per day, placing it among the top Web sites worldwide for daily traffic.



 

**TRAVELOCITY**— The Sabre Group Holdings, Inc.is a world leader in the electronic distribution of travel-related products and services, and is a leading provider of information technology solutions for the travel and transportation industry. The Group's objective is to be the leading provider of information technology solutions to the travel industry, and to broaden its customer base by expanding to other industries.

 

**THE TRIP.COM** is a Web-based travel company, focused on providing the highest possible convenience and service to the business traveler. Their goal is to meet your every business travel need, including:

- Planning and ticketing;
- Resources to make each trip as simple and pleasant as possible;
- Corporate news and information to promote the actual business of your trip;
- News and advice that will make you want to stay over a Saturday night, not just because you save money, but because it would be a great time.



## Weather



**ACCUWEATHER**'s mission is to expand its position as the world's premier provider of weather forecasts, data, graphics and related information through the provision of the highest quality products to our clients. AccuWeather serves more than 1,000 television, radio stations, and newspapers. AccuWeather's 80 meteorologists provide custom services for utility, government, business, resorts, insurance and many more types of clients.



---



In 1993, **AMERICAN WEATHER CONCEPTS** (AWC) was formed to provide specific, streamlined weather service to key market places that precisely meets a clients' requirements. The service can be married with other weather services or can encompass everything a client needs. A customized, personalized approach has been adopted by AWC from day one.

---



**THE WEATHER UNDERGROUND** provides current weather information and forecasts for the U.S. This information includes temperature, pressure, humidity, and overall general weather conditions. Through Unwired Planet technology this information is made available to mobile phone users quickly & easily.



**[ Table of Contents ] [ Contact UP ][ Trademarks ]**

**Copyright ©1997 Unwired Planet, Inc.**