# EXHIBIT P






### UP.Link Platform v. 2.0

Unwired Planet provides a set of technologies that enable mobile phones, PDAs and other handheld wireless devices to access information hosted by industry standard Web servers, whether on the Internet or in corporate intranets. This set of technologies is known as the UP.Link Platform, and is physically and logically distributed.

The technologies below combine to form the UP.Link Platform solution. However, Unwired Planet does not produce every component. Instead, we rely on alliances throughout the wireless telecommunications and computer industries. Our partners are the leading companies in their respective fields.



- UP.Browser is a high-performance micro-browser and messaging engine that is designed and optimized for data-capable mobile smartphones and PDAs, devices which have memory-size, display-size or communication bandwidth constraints. UP.Browser uses Handheld Device Markup Language (HDML) to display information and accept user input and uses Handheld Device Transport Protocol (HDTP) for communication with Web servers over a variety of wireless networks. With UP.Browser, users can easily and transparently access information stored on corporate intranet Web servers and database systems, including Email applications. With the UP.Link Platform Alert functionality, information can be pro-actively "pushed" to the device, according to the user's personal preferences.

- UP.Link Gateway provides an interface between HDML devices and Internet or intranet services. The UP.Link Gateway automatically converts HDTP requests

from HDML-enabled devices to HTTP and HTTPS requests that standard Web servers can receive and send. The HTTP or HTTPS responses generated by Web services are automatically converted to HDTP responses for optimal transmission over the wireless link. The UP.Link Gateway performs on-the-fly compilation of responses, ensuring the most efficient use of the wireless network. Additionally, it provides carriers with a complete subscriber provisioning and management system.

- Handheld Device Markup Language (HDML) is a complete and freely available language specification used to develop Web-based applications and services for wireless handheld devices running UP.Browser. The HDML 2.0 Specification has been submitted to the World Wide Consortium (W3C) as a markup language for formatting Web content for bandwidth or display-size constrained devices, such as mobile phones and PDAs.

HDML presents information, allows the user to make choices, and accepts user input. HDML development is familiar and simple, leveraging many of the same constructs and tools used to produce standard HTML services. In addition to these features, HDML supports Alerts, enabling powerful messaging applications.

- Handheld Device Transport Protocol (HDTP) provides an open and device-independent data transport layer between the UP.Browser and any specific underlying wireless network. HDTP operations are transparent to developers and users. HDTP is fully secure; all data is automatically encrypted before transmission. End-to-end security between Web services and mobile devices is also possible, accomplished using Internet-standard encryption and authentication techniques based upon the HTTPS and SSL protocols. HDTP can deliver both textual and binary data over the wireless network. HDTP works on top of SMS, circuit- and packet-switched data transports on CDPD/AMPS, CDMA, GSM, PCS and TDMA network systems.

- Wireless networks enable handheld devices to access data from the field. UP technology is compatible with SMS, circuit- and packet-switched data transports on CDPD/AMPS, CDMA, GSM, PCS and TDMA network systems. Providing universal coverage is a goal not yet met by any single technology. Unwired Planet technology is network-independent, which assures customers and developers that their investment will be long-lasting and leveraged around the world.

- Applications and content (often referred to as services) run on Web servers, either on the Internet or behind firewalls on corporate intranets. Applications use the same servers, tools and programming skills familiar to Web programmers, and are deployed to mobile phones in HDML. Applications can ensure user and Web server authenticity, as well as privacy of data, using optional security features based upon the industry standard Internet HTTPS and SSL protocols.

- UP.Mail is an Internet Email application that allows users to screen and respond to Email messages of any length, as the messages are received by the device. Designed specifically for the UP.Link Platform, UP.Mail is optimized for the constraints of handheld devices, and allows users to reply with a one-button-dialed phone call, by choosing from a list of embedded EZReply text messages, or by composing a short reply using the handset keypad. Users can save, forward,

       redirect and fax messages and attachments. The 'store address' function saves the first name, last name and Email address of a received message to the user's Address Book.

The benefits of an UP.Link Platform solution are attractive to corporate customers and consumers alike. Because the technology was developed and optimized for mass-market devices, all customers are assured of the widest possible support at the lowest possible cost.

[ Table of Contents ] [ Contact UP ][ Trademarks ]

Copyright ©1997 Unwired Planet, Inc.