# EXHIBIT Q





# DATA BROADCASTING CHOSEN AS INFORMATION PROVIDER FOR NEW INTERNET-READY MOBILE CELL PHONES

**SAN MATEO, California, (August 5, 1996)** Data Broadcasting Corporation (Nasdaq:DBCC) announced today that the company has been selected as the stock market and sports information provider for Unwired Planet's technological breakthrough product that allows web-based information access via cellular phones and pagers.

Unwired Planet has teamed with AT&T, Mitsubishi, GTE Mobilnet, Bell Atlantic NYNEX Mobile and other telecommunications companies to link its technology with a new line of cellular phones that have multi-line LCD displays. In addition to accessing corporate Intranet data, the phones will display a wide variety of information including stock quotes, sports updates, airline flight schedules, as well as have the ability to send and receive e-mail and faxes. Users will also have access to DBC's web site, http://www.dbc.com and its rich array of other financial and reports databases.

"This breakthrough service meshes ideally with Data Broadcasting's mission to deliver real-time stock quotes, other financial data, news headlines and sports information on an anytime, anywhere basis," said Edward M. Anderson, President of Data Broadcasting Corporation's Information Services Division. "Unwired Planet's selection of DBC as a data provider clearly reinforces our position as the premier provider of financial and sports information via the Internet."

Unwired Planet was founded in 1994 to deliver an open platform for wireless Internet appliances. UP's first product is a comprehensive communications platform, including browser, server and mark-up language that allows familiar mobile devices such as cellular phones and pagers to access and send information through the Internet or intranet and existing wireless data networks quickly and cost-efficiently. The company is privately held. Venture capital investors include Matrix partners, Greylock, Sofinova and Weiss, Peck and Greer. Corporate investors include AT&T Wireless Services, Mitsubishi, Electric Corp., and Cirrus Logic. UP is headquartered in Redwood Shores, California. For more information visit UP's web site at http://www.uplanet.com.

Data Broadcasting is America's leading provider of real-time market data to the individual investor. Through its DBC West and BMI services, the company delivers real-time stock quotes, financial and sport news and betting odds to more than 35,000 subscribers via wireless FM, cable and satellite transmission, as well as through online services and the Internet.

[ Table of Contents ] [ Contact UP ][ Trademarks ]

Copyright ©1997 Unwired Planet, Inc.