# EXHIBIT R

web

For the WebTV Network™
and the WebTV® Internet Terminal

## The Easy Way to Explore the World Wide Web


Fastest Internet Access Yet!



Introducing web™

Jill T. and Wayne S. Freeze

**Microsoft** Press

# Introducing WebTV

Jill T. and Wayne S. Freeze

*Microsoft* Press

# Introducing WebTV

Published by **Microsoft Press**
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1998 by Jill T. Freeze and Wayne S. Freeze

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Freeze, Wayne S.
    Introducing WebTV / Jill T. and Wayne S. Freeze.
       p.   cm.
    Includes index.
    ISBN 1-57231-715-9
    1. WebTV (Trademark)    I. Freeze, Jill T.    II. Title.
TK5105.883.W43F74   1997
004.67'8--dc21                                                                           97-31954
                                                                                                                                    CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   3 2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Barney is a trademark of Lyons Partnership, L.P. Microsoft and Microsoft Press are registered trademarks of Microsoft Corporation. Star Trek and related marks are trademarks of Paramount Pictures Corporation. Nickelodeon and the Nickelodeon logo are registered trademarks of Viacom New Media. WebTV is a registered trademark and the WebTV logo and the WebTV Network are trademarks of WebTV Networks, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

Companies, names, and/or data used in screens and sample output are fictitious unless otherwise noted.

Acquisitions Editor: **Kim Fryer**
Project Editor: **Wendy Zucker**
Technical Editor: **Jon Forrest**

# Contents at a Glance

Introduction                                                                xiii

PART **1**   Getting Started

Chapter **1**    A Brief History of the Internet and
                 How the WebTV Network Evolved                              3
Chapter **2**    The WebTV Internet Terminal Versus the PC—
                 What's the Difference?                                     11
Chapter **3**    Before You Buy a WebTV Internet Terminal                   21
Chapter **4**    Anatomy of a WebTV Internet Terminal                       29
Chapter **5**    Subscribing to the WebTV Network                           37
Chapter **6**    Get with the Program                                       55
Chapter **7**    It's a Setup                                               65

PART **2**   WebTV Basics

Chapter **8**    E-Mail 101                                                 81
Chapter **9**    Reading, Writing, and E-Mail Management                    91
Chapter **10**   Everything You Always Wanted to Know
                 About the Web                                              101
Chapter **11**   A Nose for News (or Gossip?)                               117
Chapter **12**   Virtual Chatrooms and Cybercommunities                     125
Chapter **13**   Traffic Jams and Other Roadblocks                          139
Chapter **14**   Push Your WebTV Internet Terminal to the Limit             149

The plot thickened in 1994 as electronic shopping malls appeared and Pizza Hut began accepting orders online. Some ingenious college students even found a way to program Coke machines to respond to commands given over the Internet. More and more people were taking an interest in the Internet and tailoring it to their needs each day.

In mid-1996, nearly 13 million computers made up the Internet, and some sources estimate that the Net doubles in size each week. Even though Internet access has become easy to obtain, some limitations still exist. Computers capable of accessing the Internet can be expensive, and you really need to know what you're doing to get online successfully. Busy telephone lines mean a long wait to get online. Then there's the confusing hunt for an Internet Service Provider (ISP), an experience in exasperation, at best. However, WebTV Networks is offering a new option called OpenISP, which lessens the pain of finding your own local ISP. I'll go through all the details of finding and registering with an ISP in Chapter 5, "Subscribing to the WebTV Network." I'll even help you decide whether OpenISP is the right option for you.

## How the WebTV Network Fits In

No one will ever be able to tell the story as well as the WebTV Network founder and creator Steve Perlman, but here's the quick version. While the Internet was growing by leaps and bounds, the concept for the WebTV Network was gaining momentum. Steve Perlman had worked in the computer industry for many years, and one of his dreams was to bring easy e-mail access to consumers at large, without the expense of purchasing a computer. Upon witnessing the rapid growth of the Internet, his focus widened to include the World Wide Web as well.

Having figured out how to reduce TV screen flicker, Perlman was determined to test his idea. He ran to an electronics store and bought several thousands of dollars in parts. Three sleepless nights (and I'm betting a fair amount of caffeine consumption) later, he was ready to share the idea with a friend. Bruce Leak, now WebTV Network's Chief Operating Officer and Executive Vice President of Engineering, was that friend. Almost instantly, Perlman and Leak decided to form a business to produce a product and

online service centered around the concept. A third colleague, Phil Goldman, was brought in to complete the management team.

For many months, the team worked in total secrecy (under the name of Artemis Research) out of a converted BMW garage in Palo Alto, California. Security was so tight that the WebTV Network's unveiling in July 1996 took PC makers and other members of the electronics industry by storm with its revolutionary technology and compelling business strategy. A mere two months later, WebTV Network's partners, Sony and Philips Magnavox, had the WebTV Internet terminals in stores nationwide. The marketing for the WebTV Network was so aggressive that everyone knew it existed before the holidays. The technology held much promise for the eventual merger of television and the Internet.

# Enter: Microsoft

The clues about where this emerging technology is headed are every-where—in the media, in the documentation that came with your Internet terminal, even in the construction of the Internet terminal itself. While no one of authority will come right out and say, "This is where the WebTV Network is headed," we can assume a few things:

- You will be able to hook up your camcorder to the Internet terminal to create full-motion videos that can be sent to others via the Internet.
- You will be able to use a microphone in much the same way as the camcorder to send sound files to friends and family.
- Smart-card technology will continue to evolve as a safer way to make purchases online and to engage in online banking.
- The possible incorporation of Windows CE into the Internet terminal would make the units even more functional for a wider range of audiences. My big prediction? Microsoft Word for WebTV, a light-weight word processing application, is only a few upgrades away! (This does not come from any inside information; it's been a running joke of mine since the Microsoft acquisition of WebTV Networks.)