# EXHIBIT V

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EMG TECHNOLOGY, INC.,              )
                                   )
            Plaintiff,             )
                                   )
        -vs-                       ) CASE NO. 6:08CV-447-LED
                                   )
APPLE, INC.,                       )
AMERICAN AIRLINES, INC.,           )
BLOOMBERG, L.P.,                   )
CONTINENTAL AIRLINES, INC.,        )
UNITED PARCEL SERVICE, INC.,       )
                                   )
            Defendants.            )
_____)

DEPOSITION OF SABIN HEAD, Ph.D.

| | |
|---|---|
| DATE: | September 9, 2009 |
| TIME: | 9:20 a.m. |
| LOCATION: | MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center<br>30th Floor<br>San Francisco, California |
| REPORTED BY: | Anne M. Torreano, CSR, RPR, CCRR<br>Certified Shorthand Reporter<br>License Number C-10520 |

17:35:53 1 the timer.

17:35:54 2 MR. STEPHENS: Can we go off the record for a
17:35:55 3 minute?

17:35:56 4 THE VIDEOGRAPHER: Going off record at
17:35:58 5 5:35 p.m.

17:36:00 6 (DISCUSSION OFF THE RECORD.)

17:39:00 7 THE VIDEOGRAPHER: Going back on record at
17:39:02 8 5:38 p.m.

17:39:04 9 Please proceed.

17:39:07 10 BY MR. STEPHENS:

17:39:07 11 Q. Dr. Head, now that we have Safari working
17:39:09 12 this time without being set as -- to mimic the iPhone
17:39:15 13 browser, could you navigate to the malltv.com page with
17:39:18 14 that?

17:39:19 15 MR. BECKER: Object. Form.

17:39:41 16 MR. STEPHENS: It doesn't have Flash. All
17:39:42 17 right. Let's go off the record again.

17:39:44 18 THE VIDEOGRAPHER: Going off record at
17:39:45 19 5:39 p.m.

17:41:04 20 (DISCUSSION OFF THE RECORD.)

17:59:24 21 THE VIDEOGRAPHER: Going back on record at
17:59:32 22 5:59 p.m.

17:59:33 23 Please proceed.

17:59:34 24 MR. STEPHENS: Rob, I don't want to appear to
17:59:37 25 be too pedantic here, but I just want to make sure I'm

```
17:59:42  1   here clear on what you stipulated to about the MallTV
17:59:44  2   portal.
17:59:44  3             Was your stipulation that malltv.com does not
17:59:47  4   incorporate or reflect any of the certified claims?
17:59:49  5             MR. BECKER:  No, it does not contain, to my
17:59:51  6   knowledge, all of the elements of any particular claim.
17:59:54  7             MR. STEPHENS:  Okay.  But that means it does
17:59:58  8   not incorporate or reflect all of the elements of any
18:00:00  9   particular claim; right?
18:00:02 10             MR. BECKER:  The mock-up, not MallTV portal,
18:00:07 11   but the mock-up of it, does not contain, to my
18:00:10 12   knowledge, all of the elements of any claim.
18:00:12 13             MR. STEPHENS:  And there's nothing that
18:00:14 14   physically exists in the world that incorporates or
18:00:17 15   reflects all of the elements of any asserted claim;
18:00:20 16   right?
18:00:20 17             MR. BECKER:  And that I disagree with.  I
18:00:22 18   think the patent description is something that
18:00:24 19   physically exists that contains all those elements.
18:00:27 20             MR. STEPHENS:  Okay.  But other than the
18:00:29 21   patent, there's nothing else; right?
18:00:31 22             MR. BECKER:  Nothing that I'm aware of.
18:00:34 23             MR. STEPHENS:  Okay.  And EMG is not
18:00:35 24   contending that there is; right?
18:00:37 25             MR. BECKER:  Yes, that's my -- you're right.
```

18:49:54  1            THE VIDEOGRAPHER:  This ends today's
18:49:56  2  Deposition on September 9th, 2009.  The total number of
18:49:58  3  tapes used was four.
18:49:59  4            We're now off the record at 6:49 p.m.
          5            (The deposition of SABIN HEAD, Ph.D.
          6             was adjourned at 6:49 p.m. this date.)
          7                     --- oOo ---
          8

I certify under penalty of perjury that the foregoing

          9

is true and correct.

         10

         11

Date _____   _____

         12

                                    SABIN HEAD, Ph.D.
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

317

```
 1                    REPORTER'S CERTIFICATE
 2            The undersigned Certified Shorthand Reporter
 3   licensed in the State of California does hereby
 4   certify:
 5            I am authorized to administer oaths or
 6   affirmations pursuant to Code of Civil Procedure,
 7   Section 2093(b), and prior to being examined, the
 8   witness was duly administered an oath by me.
 9            I am not a relative or employee or attorney or
10   counsel of any of the parties, nor am I a relative or
11   employee of such attorney or counsel, nor am I
12   financially interested in the outcome of this action.
13            I am the deposition officer who
14   stenographically recorded the testimony in the
15   foregoing deposition, and the foregoing transcript is a
16   true record of the testimony given by the witness.
17            Before completion of the deposition, review of
18   the transcript [x] was [ ] was not requested.  If
19   requested, any changes made by the deponent (and
20   provided to the reporter) during the period allowed are
21   appended hereto.
22            In witness whereof, I have subscribed my name
23   this ____ day of _____, 2009.
24
                                _____
25                              ANNE M. TORREANO, CSR No. 10520
```