# EXHIBIT W

| | | | | |
|---|---|---|---|---|
| Chris De Herrera's Windows CE Website ||||||
| Getting Started | By Device | Enterprise | Applications | Reviews & Commentary |
| FAQs | By Version | Press Releases | Security | Comparing to Palm |
| Peripherals | Bug Lists | Newsgroups | Reader eBooks | Developer Information |

# Windows CE 2.x Mobile Channel Links

By **Chris De Herrera**, Copyright 1998, 1999
Version 1.67 Revised 11/7/99

ï»¿



RSS RSS
Wiki Lost?

Search
Google Custom Search

Subscribe Print
Miscellaneous
Table of Contents
Mobile Format
News



Tired of managing email in-house? Use Exchange hosting services instead.

**Business Mobile Platform**
Simplify & Improve Collaboration Optimize Your Biz Process Today!

**iPhone App Programming**
For Custom iPhone Applications Hire Expert iPhone App Programmers



## Mobile Channel Links

**Subscribe for automatic updates via Active Channel** [Add Active Channel]

Requires a Palm-size PC, Windows CE Services 2.1 or later and Internet Explorer 4.0 or later. For H/PC or H/PC Pro users, you can download the Mobile Channel Viewer from Microsoft.

The Mobile Channel Wizard from Microsoft allows you to take any webpage (including graphics) with you as a mobile channel. It can also be configured to automatically update the channel information from the web with appropriate scheduling tools. It is compatible with the H/PC, H/PC Pro and the P/PC.

Java Servlets for WindowsCE Channels allow you to create custom channels with CGI parameters, pictures, and allow you to clip specific HTML tags.

[x] Create a **Channel for ANY webpage** courtesy of **Jason C. Patterson!** This does not support graphics in the web pages.

Ads by Google
 GPS on Mobile
 IDE Pocket PC
 Wireless SDK
 Embedded SDK

| Website | Mobile Channel | Notes |
|---|---|---|
| [x] mobilelog (349 | [Add Mobile Channel] | Weekly Newsletter of tips which will help you become successful in your personal and business life |
| [FortuneCity logo] | [Add Mobile Channel] | A guide to the city of Adelaide, Australia. |
| [x] aris_mchannel_logo_wide.gif (1344 bytes) | [Add Mobile Channel] | ARIS Course Directory Information - PC Support, Microsoft, Novell, Lotus, Oracle and Cisco |
| [x] aspwire_194x32.gif (2534 bytes) | [Add Mobile Channel] | The Ultimate ASP News Source |
| **Big Time** | | Displays Big Time (12 or 24 hour format) as Desktop Component only |
| [x] | [Add Mobile Channel] | Blake is the Nino's #1 fan. |
| [x] mbrain.gi (443 | [Add Mobile Channel] | BrainFood gives a taste of interesting items for you to browse during spare moments. Commuting... breaks away from your desk... times when your Palm PC becomes really valuable. |
| [Burr Oak Software Mobile Channel] | [Add Mobile Channel] | Burr Oak Software - Conversions in Hand |
| [x] | [Add Mobile Channel] | A guide to the city of Canterbury, England. |
| Cardiology Channel | [Add Mobile Channel] | Cards for Cardiology (Medical information) |
| | [Add Mobile Channel] | Cardiology Graphics Mobile Channel |

Ads by Google

**Windows Mobile Software**

Convert Microsoft Pocket Access Apps to Windows Mobile & Pocket PCs

www.syware.com/

| | | | |
|---|---|---|---|
| | wave.gif (1420...) | | |
| | cebchanhead.gif (1758 bytes) | Add Mobile Channel | Information about CEBible including a monthly study guide |
| | schannel.gif (841 bytes) | Add Mobile Channel | Stay Connected to CEGlobe and Windows CE with your Palm PC. |
| | cewire_194x32.gif (2236 bytes) | Add Mobile Channel | The Ultimate Windows CE News Source |
| | | Add Mobile Channel | San Diego Chargers Schedule |
| | wlogo.gif (1494 bytes) | Add Mobile Channel | Babylon 5 Parody Mobile Channel |
| | logo.gif (425...) | Add Mobile Channel | Der Pocket Standard (German) |
| | | Add Mobile Channel | Derek's Windows CE Mobile |
| | | Add Mobile Channel | Dilbert's List of the Day toGo |
| | disneywire_194x32.gif (1320 bytes) | Add Mobile Channel | Disney News and Information Source |
| | DrinkBoy Mobile Channel | Add Mobile Channel | Cocktail Recipes |
| | | Add Mobile Channel | Formula 1 Racing Results, profiles |
| | logofgn.g (834...) | Add Mobile Channel | News and scores of the German fencing club and a schedule of championships |
| | s2sclogo (801...) | Add Mobile Channel | Movie Reviews - updated daily |
| | | Add Mobile Channel | Roman Catholic Weekly Scripture Readings, Prayer, etc. |
| | hmr-imag | Add Mobile Channel | Haiku Movie Reviews |
| | mclogo.g (550...) | Add Mobile Channel | Singapore News, Good Softwares and Hardwares for the PPC, Some Singapore Style humor, Few nice Christian sayings Good links on the Net |
| | | Add Mobile Channel | Mike's Christian Mobile Channel |
| | | Add Mobile Channel | Rant, Arcade, Sarcasm, Ween |
| | **Mobile Investment News Channel** | Add Mobile Channel | This free service includes major indices updates, daily article summaries, price updates for our weekly stock picks, and other investment news. |
| | | Add Mobile Channel | This channel is for independent musicians and creators of all sorts, as well as indie fans. |
| | MSNBC | Add Mobile Channel | News, sports, etc |
| | n2_space11. (1400...) | Add Mobile Channel | Astronomical Channel |
| | | Add Mobile Channel | The National Basketball League of Australia |
| | NIN mobile channel | Add Mobile Channel | The latest on Nine Inch Nails! |
| | okeylogo (1671...) | Add Mobile Channel | Ocracoke Diary is an inspiring, humorous account of one family's weekend on this tiny island on North Carolina's Outer Banks...from a Dad's point of view. |
| | www.palmpc.org.uk Links to All Things Windows CE Mobile Channel | Add Mobile Channel | This channel focuses on the Palm-size PC information |
| | | | |

Ads by Google

**Nexus One Phone By Google**
Cool Features Released: Geotagging, Street View, Google Voice & More!
www.Google.com/Phone

**PDF for Windows Mobile**
Read PDF files on your device, Fast, easy, small, free download.
www.foxitsoftware.com

**Handheld Point Of Sale**
Handheld POS Solutions RMS Software Extensions!
www.NeWesTech.com

**Remote Mobile Access**
Access Windows Mobile And Desktops From The Comfort Of Your Chair.
www.bomgar.com/mobile

**Website Awards**
**Website Updates**

*By Chris De Herrera Copyright 1998-2007 All Rights Reserved A member of the Talksites Family of Websites*

Windows and Windows CE are trademarks of Microsoft Corporation and are used under license from owner. CEWindows.NET is not associated with Microsoft Corporation.

All Trademarks are owned by their respective companies.

| Image | Name | Channel | Description |
|---|---|---|---|
| [x] | | Add Mobile Channel | Information on Palm-size PCs. |
| [x] | dash_log (1626 | Add Mobile Channel | Windows CE News, Reviews, Articles and More! |
| Pen Computing | | Add Mobile Channel | Daily Windows CE news, tips and a weekly software review. |
| Rich's Rants | | Add Mobile Channel | Political musings |
| [x] | si80x32.g (1562 | Add Mobile Channel | Random insult quote from various Shakespeare plays (real quotes, not made up ones) |
| [x] | header.gif (724 bytes) | Add Mobile Channel | A look inside Show Business. |
| [x] | iwide.gif (3168 bytes) | Add Mobile Channel | Concepts in internet development with great potential for developers and entrepreneurs. |
| [x] | SVH-chanhead.gif (4022 bytes) | Add Mobile Channel | The Silvers Virtual House |
| [x] | log (25 | Add Mobile Channel | SoapCity's Daily Dose Handheld Website |
| [x] | clipb (356 | Add Mobile Channel | The Sony Pictures Entertainment mobile channel Includes what SPE movies are in theaters that week, TV showtimes for Sony Pictures TV shows, what's updated on the SPE website and any specials on the SPE store. Also, it includes a new JPG of a different Sony Pictures studio star. |
| SPELLFIRE Master the Magic | | Add Mobile Channel | SpellFire Card Game - provides you with latest news and useful tips and hints for the game. |
| [x] | CEBanner.GIF (2486 bytes) | Custom Channel - You must subscribe at the website. | Sports On The Go is a free service provided to Sports Fans who have Windows CE or PalmOS based PDA's. We give you the ability to choose exactly what Sports information you want to be automatically downloaded to your PDA every time you synch. You won't get another guy's generic news--just information that's important to you. |
| [x] | | Add Mobile Channel | The Starr Report. You can subscribe to sections at the main website. |
| [x] | chanbar.g (1080 | Add Mobile Channel | Review of Star Trek Insurrection |
| [x] | | Add Mobile Channel | Syracuse University Orangemen Football Mobile Channel |
| [x] | | Add Mobile Channel | Taky Daily Wallpaper - Pictures that a configured to work well on the Palm-size PC. |
| [x] | logo.gif (1097 bytes) | Add Mobile Channel | The Thirteenth Floor Website (A SPE Film) |
| [x] | vbpmjsmalllo | Add Mobile Channel | Visual Basic Project Management Journal - The premier online source for VB project management information. |
| [x] | | Add Mobile Channel | Visual Basic News (for Developers) |
| [x] | v2k_194x32m.gif (4468 bytes) | Add Mobile Channel | Il sito italiano su Windows CE - News, Recensioni, FAQ, Tecnica, Mobile Channel e molto altro! (Italian) |
| Weather Mobile Desktop Component | | | Weather for any city you want - you'll have to visit the website for details. |
| WinCE With Me! | | Add Mobile Channel | Mobile Joke o' the Day |
| [x] | checklisti (680 | Add Mobile Channel | A side-by-side comparison of guests booked on Leno and Letterman each night of the coming week, plus free viewing recommendations, updated every |

|   | Sunday. |   |
|---|---------|---|

## Troubleshooting Tips

1. If you are using dialup, you'll need to use Favorites - Update Subscription to get the latest channel information on your desktop.  For systems connected to the internet full time, don't forget to check the schedule on your PC (Favorites - Manage Subscriptions then View - Custom Schedules).  Also, your PC has to be on at the scheduled time for the subscription information to be pulled from the internet.

2. If you are having problems with a channel, you may need to unsubscribe and then resubscribe to resolve the problem.

3. Don't forget to watch the amount of storage that mobile channels are using on your Palm-size PC.  The default is 50% of available storage. To change the amount of storage launch the Channels application, select View Options to adjust the percentage of the storage for as Mobile Channels.

4. In Mobile Devices go to Tools / Active Sync Options

5. To confirm that all channels are set to be synchronized check your Mobile Device settings on your desktop.  Only the channels you have selected here will be synchronized.  This can be done via Tools - ActiveSync Options.  Make sure that the channels you want to synchronize with are selected.

6. Mobile Channel Desktop components are only visible when the desktop is displayed.

---

*Related Links:*

**Comm Link: Introducing Offline Information on Palm-size PCs via Mobile Channels**

**Mobile Channels Development Kit Preview Release**

**Developer Example Channels  from the Mobile Channels Development Kit**

   **Courtesy of Ann Harrell**



| Sample Channel |
|----------------|
| Current News |
| Global News |
| Local Traffic |
| Seattle Movies |

**Create an Active Channel with the Sitebuilder Active Channel Wizard or the Microsoft CDF Generator.  You can customize this to be a mobile channel by editing the CDF file and adding some parameters listed in the Mobile Channels Development Kit Preview Release.**

[**Create Your Own Windows CE Mobile Channel**](#), by Craig Peacock

[**Return to Chris De Herrera's Windows CE Website**](#)