IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EMG TECHNOLOGY, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08-CV-00447 (LED) |
| | § | |
| v. | § | |
| | § | Jury Trial Demanded |
| APPLE INC., | § | |
| AMERICAN AIRLINES, INC., | § | |
| DELL, INC., | § | |
| HYATT CORPORATION, | § | |
| MARRIOTT INTERNATIONAL, INC., & | § | |
| BARNES & NOBLE, INC. | § | |
| | § | |
| Defendants. | | |

## ORDER

The Court, having considered the motion, relating briefing, exhibits and declarations of the parties, FINDS that the Motion to Transfer is well taken and is GRANTED. This case is hereby TRANSFERRED to the Western Division of the Central District of California.