IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EMG TECHNOLOGY, LLC<br>*Plaintiff*<br><br>vs.<br><br>APPLE, INC., *ET AL.*<br>*Defendants* | §<br>§<br>§<br>§<br>§ | Civil Action No. 6:08cv447 |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF LEAD COUNSEL

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel and Substitution of Lead Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel and Substitution of Lead Counsel be and hereby is GRANTED, and that Mike McKool Jr. and the firm of McKool Smith, P.C. has been substituted by S. Calvin Capshaw as lead counsel of record for Defendant American Airlines.