IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>       Defendants. | CASE NO. 6:08-cv-447 (LED)<br><br><u>JURY TRIAL DEMANDED</u> |

**DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO EMG'S OPPOSITION TO MOTION TO VACATE THE DEADLINES IN THE DOCKET CONTROL AND DISCOVERY ORDERS <u>AND FOR A CASE MANAGEMENT CONFERENCE</u>**

COMES NOW Defendant, Apple Inc. ("Apple"), and files this Unopposed Motion for Extension of Time to File its Reply to EMG's Opposition to Motion to Vacate the Deadlines in the Docket Control and Discovery Orders and for a Case Management Conference. The current deadline to file the reply brief is January 14, 2010. Apple's counsel and plaintiff's counsel have discussed the issues raised in Apple's Motion and plaintiff's Opposition, and determined that it is in both parties' interest to extend the time for Apple to file its reply brief by one day. Apple requests an extension to file its reply brief to January 15, 2010. Plaintiff is not opposed to the requests in this motion.

Dated: January 14, 2010                          Respectfully submitted,


                                                 FISH & RICHARDSON P.C.


                                                 By:  */s/ John R. Lane*
                                                      David J. Healey (09327980)
                                                      Garland T. Stephens (24053910)
                                                      John R. Lane (24057958)
                                                      Fish & Richardson P.C.
                                                      1221 McKinney Street
                                                      Suite 2800
                                                      Houston, TX 77010
                                                      713-652-0115
                                                      Fax: 713-652-0109
                                                      healey@fr.com
                                                      stephens@fr.com
                                                      jlane@fr.com

                                                 Counsel for Defendant
                                                 APPLE INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 14th day of January, 2010.

                                                                 _/s/ Jason Bonilla_
                                                                 Jason Bonilla