IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EMG TECHNOLOGY, LLC,

    Plaintiff,

v.

APPLE INC.,
AMERICAN AIRLINES, INC.,
DELL, INC.,
HYATT CORPORATION,
MARRIOTT INTERNATIONAL, INC., &
BARNES & NOBLE, INC.,

    Defendants.

CASE NO. 6:08-cv-447 (LED)

JURY TRIAL DEMANDED

**ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO EMG'S OPPOSITION TO MOTION TO VACATE THE DEADLINES IN THE DOCKET CONTROL AND DISCOVERY ORDERS AND FOR A CASE MANAGEMENT CONFERENCE**

On this date came for consideration Defendant Apple Inc.'s Unopposed Motion for Extension of Time to File its Reply to EMG's Opposition to Motion to Vacate the Deadlines in the Docket Control and Discovery Orders and for a Case Management Conference. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant Apple Inc.'s Unopposed Motion for Extension of Time to File its Reply to EMG's Opposition to Motion to Vacate the Deadlines in the Docket Control and Discovery Orders and for a Case Management Conference be and hereby is GRANTED, and that the deadline for Apple Inc. to file a reply is January 15, 2010.