**Exhibit B**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 6677917 |
| Application Number: | 95001286 |
| International Application Number: | |
| Confirmation Number: | 4412 |
| Title of Invention: | Apparatus and method of manipulating a region on a wireless device screen for viewing, zooming and scrolling internet content |
| First Named Inventor/Applicant Name: | Elliot A. Gottfurcht |
| Customer Number: | 37086 |
| Filer: | Tracy Wesley Druce |
| Filer Authorized By: | |
| Attorney Docket Number: | 8157.018.196 |
| Receipt Date: | 21-DEC-2009 |
| Filing Date: | |
| Time Stamp: | 15:45:41 |
| Application Type: | inter partes reexam |

# Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 8800 |
| RAM confirmation Number | 2122 |
| Deposit Account | 141437 |
| Authorized User | NOVAK DRUCE AND QUIGG LLP |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_A-Reformulating_HTML_in_XML__.pdf | 186136<br>cb9d6d95a142c852e52477d6e956cb404cd8b82c | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_B-HTML_4_Specification__.pdf | 1274204<br>80cb4644359634bd8c0a9a5672ad61b55b209210 | no | 181 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_C-CSS2_Specificiation__.pdf | 2860263<br>a0a316cd7fbd9969fff2eb1bf7fcfe9493f654bb | no | 339 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_D-WAP_WML_Spec__.pdf | 470873<br>41089d8ac225312aa55d683826abef4c43d3be46 | no | 60 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_E-WAP_WAE__.pdf | 335740<br>b5bcfd9615e6e89726ca5ec36c573fae14fcd1f2 | no | 27 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_F-WAP_Architecture__.pdf | 196210<br>5c10ef1e2caf028a45c70d9fbbcd9fecd1596512 | no | 21 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_G-UPphone_language__.pdf | 15318269<br>2231f3e9af9d0b118eff4720f4fbd22a4f54bf78 | no | 58 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_H-UP_Getting_Started__.pdf | 584220<br>c2bae7d8a654a91d8b3b6b73be649469e0a5ac52 | no | 33 |

| | Warnings: | | | | |
|---|---|---|---|---|---|
| | Information: | | | | |
| 9 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_I-UPBrowser__.pdf | 544372<br><br>d34197799f8d7c18475fcbcc1c2cc8c034a857f7 | no | 19 |
| | Warnings: | | | | |
| | Information: | | | | |
| 10 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_J-Britton__.pdf | 12267309<br><br>c8f3a270bd6b7bd348261c636db341c753d6a54c | no | 11 |
| | Warnings: | | | | |
| | Information: | | | | |
| 11 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PA_K-Claussen_.pdf | 13146051<br><br>4613b6dfab2740042ffd1acac6c6128051f7ece9 | no | 14 |
| | Warnings: | | | | |
| | Information: | | | | |
| 12 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | PAT_A-US_7441196_1_.pdf | 6147307<br><br>72c7da607079dc1419e758cc7a4d381d45c50ad1 | no | 44 |
| | Warnings: | | | | |
| | Information: | | | | |
| 13 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | 196_CC_A_HTMLtoXML_HTML4_CSS2_.pdf | 532795<br><br>cad543be86a8cb099721dbb704e0cb4b2dc59a17 | no | 96 |
| | Warnings: | | | | |
| | Information: | | | | |
| 14 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | 196_CC_B_WAP_.pdf | 313944<br><br>56aeb3778fd3f28f02577616ca8026f1bf328289 | no | 64 |
| | Warnings: | | | | |
| | Information: | | | | |
| 15 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | 196_CC_C_WAP_Claussen_.pdf | 5581141<br><br>21a606c1cda6ff8d150945d84791af7c63e95106 | no | 333 |
| | Warnings: | | | | |
| | Information: | | | | |
| 16 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | 196_CC_D_Unwired_Planet_Britton_.pdf | 8662734<br><br>cf970ed44305b8d37272517294e1886665f9b51a | no | 257 |
| | Warnings: | | | | |
| | Information: | | | | |
| 17 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | 196_CC_E_Unwired_Planet_Britton_Claussen_.pdf | 12123721<br><br>b80fdc3ce898cf82b74ecf41585b2f0f24a1ab7c | no | 460 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_A-EMGvApple_Complaint__.pdf | 92877<br>49a7794ffbf753fb078b37aeab9f90b7e07159c8 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_B-EMG_Infringement_Contentions_2_.pdf | 1078597<br>9416b30d49f50ff2d0e101dd5fc5f836ea6ae40e | no | 197 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_B-EMG_Infringement_Contentions_3_.pdf | 18898287<br>247c5b95d5d1bfe24c4364e0f77a4373f2be7b92 | no | 197 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 21 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_B-EMG_Infringement_Contentions_4_.pdf | 5530815<br>264499631ed5bf6ab6f57f2fb8479b407acf432f | no | 197 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 22 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_B-EMG_Infringement_Contentions_5_.pdf | 10937200<br>e941f57a7c985ed8509b19f03418e8b07752b952 | no | 195 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 23 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_C-EMGvMicrosoft_Complaint__.pdf | 92839<br>533a36624f32e379e991d0d30cd9652358d70a10 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 24 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_D-Claim_Construction_Chart__.pdf | 3040466<br>2211e359a170a9eb307c76338cf6bf047ea863d5 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 25 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_E-Deposition_Notice__.pdf | 2121357<br>e64a44d42828fa108323819a8c034a4d083ae1e1 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 26 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_F-Deposition_Transcript_1_.pdf | 17831695<br>c9047acf31c1df87bc4bab61ed0c3a86578d2078 | no | 180 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 27 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_F-Deposition_Transcript_2_.pdf | 13817199<br>f960f264f9d4ced31e1730f72c536cc4e863ef0c | no | 139 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 28 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_G-Screenshots__.pdf | 7695396<br>eef778e9bac63d9af78fecfa36ef47768106bee5 | no | 45 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 29 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_H-Weaving_Web_Excerpt__.pdf | 3826178<br>32125bfb54abfe91c1e9570adace89a4576f482f | no | 18 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 30 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_I-The_Concise_SGML_Companion_Excerpt__.pdf | 9740269<br>7705b6ac657a4ab4c520ffff6fca24f5770708a5 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 31 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_B-EMG_Infringement_Contentions_1_.pdf | 10555216<br>778040fb54e8a1bb506def23373d5a454082d226 | no | 197 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 32 | Reexam Certificate of Service | Certificate_of_service_196.pdf | 17086<br>6ec646c7c5f3d3baf05ac6653f8cc4c08909162c | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 33 | Reexam - Info Disclosure Statement Filed by 3rd Party | IDS_196.pdf | 26886<br>1d73cf61c4a5b934e6e0ebae8152ad7063ed381f | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 34 | Transmittal of New Application | Transmittal_196.pdf | 45338<br>c9d86012f37d0f4311956a1519911ba5a70f9c2e | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 35 | Receipt of Original Inter Partes Reexam Request | 196_IP_Reexam_Request.pdf | 2902695<br>d6be9d36573072dd0ae469eafe395a647bde953d | no | 292 |

| | Warnings: | | | | | |
|---|---|---|---|---|---|---|
| | Information: | | | | | |
| 36 | Reexam - Affidavit/Decl/Exhibit Filed by 3rd Party | OTH_J-Depo_Transcript_Gottfurcht__.pdf | 32353<br><br>57978243c8c64451fa8d8b806234bedc80a1318f | | no | 4 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| 37 | Fee Worksheet (PTO-875) | fee-info.pdf | 29582<br><br>f8303e978ed68b8face778c2c4520665b44e2f24 | | no | 2 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| | | **Total Files Size (in bytes):** | | 188857620 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.