**Exhibit F**

Dockets.Justia.com

| | |
|---|---|
| **From:** | John Lane |
| **Sent:** | Thursday, July 09, 2009 4:10 PM |
| **To:** | 'Gibson, Stan'; 'Becker, Robert' |
| **Cc:** | Allen Wan (Left as of 08/03/09); bmcaughan@lockelord.com; bob.lee@alston.com; Brenda A. Baginskie; Brian Boyd; cboland@nixonpeabody.com; ccapshaw@capshawlaw.com; chenry@capshawlaw.com; David Healey; ederieux@capshawlaw.com; Garland Stephens; Jason Bonilla; Jason.cook@alston.com; jennifer.liotta@alston.com; John DiMatteo; jrambin@capshawlaw.com; Karen Lancaster; knix@willkie.com; Patrick.flinn@alston.com; rflopez@nixonpeabody.com; rkofsky@willkie.com; rkrebs@nixonpeabody.com; sboyd@lockelord.com; shri.abhyankar@alston.com; Steven Carlson |
| **Subject:** | EMG v. Apple et al. - proposed protective order |
| **Attachments:** | 7-9-09 EMG DRAFT protective order.doc |

Stan –

A proposed protective order is attached.  Please let us know if EMG has comments.

John

John R. Lane

 **Fish & Richardson P.C.**
One Houston Center
1221 McKinney, Suite 2800
Houston, Texas 77010

713-654-5307
Email:  jlane@fr.com