**Exhibit G**

| From: | John Lane |
|---|---|
| Sent: | Monday, July 20, 2009 5:25 PM |
| To: | 'Gibson, Stan'; 'Hansen, Shawn' |
| Subject: | EMG proposed protective order |
| Attachments: | 7-9-09 EMG DRAFT protective order.doc |

**Stan and Shawn –**

**Apple is processing its first batch of documents for production.  Some of these documents are confidential, and will need to be designated as such.  Can you please let me know if EMG has comments on the attached protective order?  If you are not in a position to tell me yet, can you at least let me know if EMG agrees to the confidentiality designations in the attached protective order?**


**Thanks,
John**

### John R. Lane

**FR Fish & Richardson P.C.**
One Houston Center
1221 McKinney, Suite 2800
Houston, Texas 77010

713-654-5307
Email:  jlane@fr.com