**Exhibit J**

| From: | Gibson, Stan [SMG@JMBM.com] |
|---|---|
| Sent: | Sunday, August 09, 2009 3:29 PM |
| To: | John Lane |
| Subject: | RE: EMG v. Apple et al. - proposed email search terms and protective order |
| Attachments: | Protective Order.pdf |

John,

Here are some comments on the protective order:

1. On the prosecution bar, we believe that it should not apply to re-examination and we would like to make that clear in the protective order. The prosecution bar should also be reciprocal to defense attorneys who receive and review EMG's protected materials.

2. For the attorneys' eyes only provision, because we do not have an in-house counsel, we believe that either EMG should be able to designate one, non-attorney to review the materials or that neither side should be able to have internal personnel review AEO materials.

3. Finally, in terms of the review of source code, we would prefer to use the provisions from the attached protective order.

Please let me know if you have any questions.

_____

Stanley M. Gibson of

JMBM | Jeffer, Mangels, Butler & Marmaro LLP

1900 Avenue of the Stars, 7th Floor

Los Angeles, California 90067

(310) 201-3548

(310) 712-8548 (fax)

SGibson@jmbm.com

JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** John Lane [mailto:JLane@fr.com]
**Sent:** Thursday, July 16, 2009 12:44 PM
**To:** Gibson, Stan; Hansen, Shawn
**Cc:** David Healey; Garland Stephens
**Subject:** EMG v. Apple et al. - proposed email search terms and protective order

Stan and Shawn –

Below are Apple's proposed search terms for email.

The terms in the list titled "Accused Instrumentalities (AI)" are not search terms by themselves; they are the list of terms to combine with other terms in the list titled "Search Terms" where it says "AI" in that list.

Also, the draft protective order I sent you last week is attached. Does EMG have any comments on it?

Thanks,
John

**Accused Instrumentalities (AI)**

1. iPhone Safari
2. iPod Touch Safari
3. Bloomberg App
4. AppleTV iTunes Store
5. Front Row iTunes Store
6. iPhone iTunes Store
7. Ruby on Rails

**Search Terms**

1. (Gottfurcht or (Albert-Michel Long) or (Teague McKnight) or Beltran or Woesner or Marinuzzi or Dukeshire)
2. (7,441,196 or 7441196 or (196 patent) or ('196 patent))
3. (7,194,698 or 7194698 or (698 patent) or ('698 patent))
4. (7,020,845 or 7020845 or (845 patent) or ('845 patent))
5. (6,600,497 or 6600497 or (497 patent) or ('497 patent))
6. **AI** and (simplified or simplify) and web
7. **AI** and (grid or matrix)
8. (AppleTV or (Apple TV)) and ((remote) or (control))
9. **AI** and (sister site)
10. **AI** and (mobile ((web site) or site or (website)))
11. (Bloomberg or Bloomberg.com)
12. ((American Airlines) or aa.com)
13. ((Continental Airlines) or continental.com)
14. (UPS or (United Parcel Service) or ups.com)
15. **AI** and (transcode or transcoding) and (web or HTML or XHTML)
16. **AI** and (reformat or reformatting) and (web or HTML or XHTML)
17. MallTV

John R. Lane
**FR Fish & Richardson P.C.**
One Houston Center
1221 McKinney, Suite 2800
Houston, Texas 77010

713-654-5307
Email: jlane@fr.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*