EMG Technology, LLC v. Apple, Inc.

# Exhibit L

Dockets.Justia.com

| | |
|---|---|
| **From:** | Gibson, Stan [SMG@JMBM.com] |
| **Sent:** | Friday, September 04, 2009 12:05 PM |
| **To:** | John Lane |
| **Cc:** | Garland Stephens; David Healey |
| **Subject:** | RE: Protective Order |

John,

Let me know when you can discuss. I thought we were discussing AEO information not confidential information. I assume you read the case that we submitted on litigation counsel so we are probably at an impasse on that issue.

I recall that you were going to propose an alternative on source code in terms of protecting Apple's interests in securing the information and making sure that it knows where all copies of the source code are and are appropriately restricted while also addressing our concern that Apple should not know in advance what source code our experts or attorneys intend to use.

Also, do you have a specific location at Apple for the meeting or a contact person?

Thanks.

_____

Stanley M. Gibson of
JMBM | Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 201-3548
(310) 712-8548 (fax)

SGibson@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** John Lane [mailto:JLane@fr.com]
**Sent:** Thursday, September 03, 2009 5:05 PM
**To:** Gibson, Stan
**Cc:** Garland Stephens; David Healey
**Subject:** RE: Protective Order


**Stan –**

**Apple doesn't want Mr. Gottfurcht to have access to its confidential information since he will inevitably be involved in prosecuting claims in continuation apps. Apple also doesn't want EMG's litigation counsel to participate in drafting claims in reexams. If I understand EMG's positions, I think we'll end up litigating these issues, but please let me know if there is any middle ground.**

**As to the source code provisions, I don't exactly remember where we left off, but I'm hoping we can work something out. I can do a call tomorrow to discuss.**

**John**

**From:** Gibson, Stan [mailto:SMG@JMBM.com]
**Sent:** Thursday, September 03, 2009 6:54 PM
**To:** John Lane
**Subject:** Protective Order

John,

Do you know when we can expect to hear back on finalizing the protective order?  Thanks.

_____

Stanley M. Gibson of
JMBM | Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
(310) 201-3548
(310) 712-8548 (fax)

SGibson@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited.  If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

********************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended
or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
********************************************************************************************************************