EMG Technology, LLC v. Apple, Inc.

Doc. 216 Att. 14

**Exhibit M**

Dockets.Justia.com

| | |
|---|---|
| **From:** | John Lane |
| **Sent:** | Tuesday, October 27, 2009 11:13 AM |
| **To:** | 'Hansen, Shawn' |
| **Subject:** | RE: EMG v. Apple et al. |
| **Attachments:** | 7-9-09 EMG DRAFT protective order.doc |

Shawn —

I will discuss your request with my team and get back to you.

In the meantime, we need to move forwards on the protective order. As I understand it, there are 3 issues:

1. Elliot Gottfurcht's access to defendants' confidential information. Apple's position is that Mr. Gottfurcht should not have access to Apple confidential information.

2. Prosecution/reexam bar. Apple's position is that attorneys participating in prosecution and/or reexams should not have access to Apple confidential information.

3. Source code provisions. We sent you a proposed version of the protective order (attached) which now is outdated and needs some revisions. In response, EMG suggested that we use the source code provisions from the PO in Visto v. Microsoft. I think we should discuss by phone to see if we actually have any disputes regarding source code provisions, and, if so, whether we can resolve any of those disputes without involving the court.

We should also discuss the schedule and logistics for briefing the disputes issues.

Are you available later today to have a call on these issues?

Thanks,
John


-----Original Message-----
From: Hansen, Shawn [mailto:SHansen@manatt.com]
Sent: Tuesday, October 27, 2009 9:31 AM
To: John Lane
Subject: EMG v. Apple et al.

John,

Consistent with paragraphs 2.C. and 11 of the Discovery Order, EMG hereby requests production of emails and other documents to, from or in the custody of Wayne Westerman dated on or after March 28, 2006 that refer or relate to development of software and/or hardware for navigating Internet content and/or manipulating the screen of a device for viewing and zooming and/or scrolling of displayed Internet content. This request includes, but is not limited to, development relating to Apple's iPhone, iPod Touch, AppleTV, and Front Row products.

Thank you,


Shawn G. Hansen

Partner
manatt | phelps | phillips

1001 Page Mill Road, Building 2

Palo Alto, CA 94304
650.812.1367 - direct
650.812.1300 - main
650.814.1607 - mobile
650.213.0291 - direct fax


Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.


Click here to see my profile <https://mickey.manatt.com/exchweb/bin/redir.asp?URL=http://www.manatt.com/attorneys.aspx?id=2394>


Please conserve resources by not printing this email unnecessarily.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (650) 812-1300, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.


##############################################################################
IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by recently issued treasury regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written by us, and cannot be used by you, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein. For information about this legend, go to http://www.manatt.com/circ230
##############################################################################