# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br> AMERICAN AIRLINES, INC., <br> DELL INC., <br> HYATT CORPORATION, <br> MARRIOTT INTERNATIONAL, INC., & <br> BARNES & NOBLE, INC., <br><br> Defendants. | CASE NO. 6:08-cv-447-LED <br><br> **JURY TRIAL DEMANDED** |
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br> SCOTTRADE, INC., <br> SOUTHWEST AIRLINES CO., <br> PRICELINE.COM, INC., <br> ZAGAT SURVEY, LLC, & <br> COMCAST CORPORATION, <br><br> Defendants. | Case No. 6:09-cv-367-LED <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING**
**DEFENDANTS' MOTION TO TRANSFER**

Pending before the Court is Defendants' Motion to Transfer. After careful consideration, the Court finds that Defendants have not met the burden of showing good cause to transfer these cases to the Central District of California. Therefore, the Court hereby DENIES the Defendants' Motion to Transfer.