# EXHIBIT A

## COMPARISON OF DISTANCES FROM
## WITNESS LOCATIONS TO TYLER, TX, AND LOS ANGELES, CA

**WITNESSES IDENTIFIED BY EMG**

|  | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
| 1. | Nicole Montgomery | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 2. | Rachel Carroll | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 3. | Nathan Ralson | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 4. | Jose Bueno | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 5. | Danny Barrett | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 6. | Griffin Blackburn | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 7. | Doug Cole | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 8. | Jerry Cole | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 9. | Waylon Fulton | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 10. | Jason Jones | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 11. | Bear Bryant | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 12. | Shanell Sutherland | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 13. | Mike Anderson | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 14. | Johannah Rosebury | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 15. | Raeford Bannon | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 16. | Michael Bass | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 17. | Jarett Wright | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 18. | Jason Watson | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 19. | Aaron Mann | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 20. | Jeffrey Whitespeare | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 21. | Matt Schoolcraft | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 22. | David Espizona | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 23. | Norma Macias | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 24. | Mark Torrez | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 25. | Don Anderson | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 26. | Alice Pope | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 27. | Collin Brady | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 28. | Jordan Dennis | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |
| 29. | Patty Brady | See footnote [1] | Tyler, TX | 1335 miles | 8 miles |

---

[1] Potential witnesses with knowledge of discoverable facts regarding sales, offers to sell, and use of infringing instrumentalities in this District, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and other facts relevant to EMG's remedies.

|     | Witness            | Relevance     | Location of Witness | Distance to LAX | Distance to TYR |
|-----|--------------------|---------------|---------------------|-----------------|-----------------|
| 30. | Will Hallstead     | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 31. | Chris Hernandes    | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 32. | Gary J. Pargament  | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 33. | Ezell Thompson     | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 34. | Orlando Juarez     | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 35. | Garrett Jackson    | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 36. | Brandon Clinton    | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 37. | Michael DeVries    | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 38. | Imran Chotani      | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 39. | Tristan Shay       | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 40. | Kelly Williams     | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 41. | Morris Newman      | See footnote [1] | Tyler, TX        | 1335 miles      | 8 miles         |
| 42. | Javier Mendoza     | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 43. | David Ortega       | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 44. | Max Smart          | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 45. | Kristen Cage       | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 46. | Jesse Aranda       | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 47. | Alex Alexander     | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 48. | Clayton Thomas     | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 49. | Marisol Hartnett   | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 50. | Dustin Carmack     | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 51. | Brittany Williams  | See footnote [1] | Longview, TX     | 1380 miles      | 37 miles        |
| 52. | Lowell McAdam      | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 53. | Steve Zipperstein  | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 54. | Roger Gurnani      | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 55. | Mike Ritter        | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 56. | John Stratton      | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 57. | Anthony Malone     | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 58. | Margaret Feldman   | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 59. | John Townsend      | See footnote [2] | New York, NY     | 2452 miles      | 1307 miles      |
| 60. | Randall L. Stephenson | See footnote [2] | Dallas, TX    | 1234 miles      | 102 miles       |
| 61. | James W. Callaway  | See footnote [2] | Dallas, TX       | 1234 miles      | 102 miles       |
| 62. | Ralph de la Vega   | See footnote [2] | Dallas, TX       | 1234 miles      | 102 miles       |
| 63. | Richard G. Lindner | See footnote [2] | Dallas, TX       | 1234 miles      | 102 miles       |

[2] Potential witnesses with knowledge of discoverable facts regarding Defendants' direct and indirect infringement of the Patents-in-Suit in connection with Apple iPhones, Windows Mobile smart phones and/or other infringing instrumentalities, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and/or other facts relevant to EMG's remedies.

|  | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
| 64. | Forrest E. Miller | See footnote [2] | Dallas, TX | 1234 miles | 102 miles |
| 65. | Wayne Watts | See footnote [2] | Dallas, TX | 1234 miles | 102 miles |
| 66. | Rayford Wilkins, Jr. | See footnote [2] | Dallas, TX | 1234 miles | 102 miles |
| 67. | Walter Mossberg | See footnote [3] | Washington, DC | 2280 miles | 1100 miles |
| 68. | Caroline McCarthy | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 69. | Owen Thomas | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 70. | Anil Dash | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 71. | Wade Roush | See footnote [3] | Boston, MA | 2452 miles | 1307 miles |
| 72. | Jeremy Caplan | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 73. | Stephen Wildstrom | See footnote [3] | Washington, DC | 2280 miles | 1100 miles |
| 74. | Sear Carroll | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 75. | John Gruber | See footnote [3] | Philadelphia, PA | 2400 miles | 1236 miles |
| 76. | Andy Ihnatko | See footnote [3] | Boston, MA | 2607 miles | 1501 miles |
| 77. | David Pogue | See footnote [3] | Hartford, CT | 2525 miles | 1410 miles |
| 78. | Edward Baig | See footnote [3] | Washington, DC | 2280 miles | 1100 miles |
| 79. | Brian Krebs | See footnote [3] | Annandale, VA | 2280 miles | 1100 miles |
| 80. | Brian Bergstein | See footnote [3] | Brookline, MA | 2607 miles | 1501 miles |
| 81. | Jenna Wortham | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 82. | Julia Angwin | See footnote [3] | New York, NY | 2452 miles | 1307 miles |
| 83. | Wayne Westerman | See footnote [4] | Apple Cupertino, CA | 338 miles | 1569 miles |
| 84. | Robert J. Bach | See footnote [4] | Microsoft Redmond, WA | 953 miles | 1747 miles |
| 85. | Brian L. Roberts | See footnote [4] | Comcast Philadelphia, PA | 2400 miles | 1236 miles |
| 86. | Stephen B. Burke | See footnote [4] | Comcast Philadelphia, PA | 2400 miles | 1236 miles |

---

[3] Potential witnesses (technology industry writers) with knowledge of discoverable facts regarding direct and indirect infringement issues, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and/or other facts relevant to EMG's remedies.

[4] Potential witnesses (employees of Defendants) with knowledge of discoverable facts regarding development, implementation and/or commercialization of the accused instrumentalities, direct and indirect infringement issues, willfulness, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and/or other facts relevant to EMG's remedies.

|      | Witness            | Relevance      | Location of Witness          | Distance to LAX | Distance to TYR |
|------|--------------------|----------------|------------------------------|-----------------|-----------------|
| 87.  | Michael Angelakis  | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 88.  | Amy L. Banse       | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 89.  | David L. Cohen     | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 90.  | Arthur R. Block    | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 91.  | Mark A. Coblitz    | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 92.  | Robert S. Pick     | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 93.  | Gregg M. Goldstein | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 94.  | Payne D. Brown     | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 95.  | Marc A. Rockford   | See footnote [4] | Comcast Philadelphia, PA   | 2400 miles      | 1236 miles      |
| 96.  | Michael Dell       | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 97.  | Jeffrey Clarke     | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 98.  | Brian Gladden      | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 99.  | Joe Kremer         | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 100. | Brad R. Anderson   | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 101. | Stephen J. Felice  | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 102. | Ronald G. Garriques| See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 103. | Erin Nelson        | See footnote [4] | Dell Austin, TX              | 1249 miles      | 199 miles       |
| 104. | Lawrence P. Tu     | See footnote [4] | Dell                         | 1249 miles      | 199 miles       |

|      | Witness            | Relevance                | Location of Witness            | Distance to LAX | Distance to TYR |
|------|--------------------|--------------------------|--------------------------------|-----------------|-----------------|
|      |                    |                          | Austin, TX                     |                 |                 |
| 105. | Robert W. Reding   | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 106. | Gerard J. Arpey    | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 107. | Daniel P. Garton   | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 108. | Gary F. Kennedy    | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 109. | Monte E. Ford      | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 110. | Virasb Vahidi      | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 111. | Thomas W. Horton   | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 112. | Isabella D. Goren  | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 113. | Craig S. Kreeger   | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 114. | Don B. Casey       | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 115. | Roger C. Frizzell  | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 116. | Andrew O. Watson   | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 117. | Beverly K. Goulet  | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 118. | Fred E. Cleveland  | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 119. | Daniel Henry       | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 120. | Derek DeCross      | See footnote [4]         | Am. Airlines Ft. Worth, TX     | 1234 miles      | 102 miles       |
| 121. | Paolo Brajnik      | See footnote [4]         | Usablenet New York, NY         | 2452 miles      | 1307 miles      |
| 122. | Enrico Scoda       | See footnote [4]         | Usablenet New York, NY         | 2452 miles      | 1307 miles      |
| 123. | Gary C. Kelly      | See footnote [4]         | Southwest Dallas, TX           | 1234 miles      | 102 miles       |
| 124. | Laura H. Wright    | See footnote [4]         | Southwest Dallas, TX           | 1234 miles      | 102 miles       |
| 125. | Ron Ricks          | See footnote [4]         | Southwest Dallas, TX           | 1234 miles      | 102 miles       |
| 126. | Darren Dayley      | See footnote [4]         | Southwest                      | 1234 miles      | 102 miles       |

|  | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
|  |  |  | Dallas, TX |  |  |
| 127. | Laurie Hulin | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 128. | Madeleine Johnson | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 129. | Bob Jordan | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 130. | Kevin Krone | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 131. | Jan Marshall | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 132. | Dave Ridley | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 133. | Michael Van De Ven | See footnote [4] | Southwest Dallas, TX | 1234 miles | 102 miles |
| 134. | Rodger Riney | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 135. | Ron Wiese | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 136. | Catherine Maher | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 137. | Chris X. Moloney | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 138. | Mark Warmack | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 139. | Ian Patterson | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 140. | Scott DePriest | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 141. | Andrew Riordon | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 142. | Mike Sieben | See footnote [4] | Scottrade St. Louis, MO | 1589 miles | 522 miles |
| 143. | J. W. Marriott, Jr. | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 144. | John Marriott | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 145. | William J. Shaw | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 146. | Arne M. Sorenson | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 147. | Carl T. Berquist | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 148. | Bancroft S. Gordon | See footnote [4] | Marriott | 2280 miles | 1100 miles |

|  | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
| 149. | Carl Wilson | See footnote [4] | Marriott Bethesda, MD | 2280 miles | 1100 miles |
| 150. | Jeffery H. Boyd | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 151. | Daniel J. Finnegan | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 152. | Ronald V. Rose | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 153. | Peter J. Millones, Jr. | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 154. | Brett Keller | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 155. | Robert J. Mylod, Jr. | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 156. | Lisa Gillingham | See footnote [4] | Pricline.com Norwalk, CT | 2452 miles | 1307 miles |
| 157. | Nina S. Zagat | See footnote [4] | Zagat New York, NY | 2452 miles | 1307 miles |
| 158. | Tim Zagat | See footnote [4] | Zagat New York, NY | 2452 miles | 1307 miles |
| 159. | Tiffany Barbalato | See footnote [4] | Zagat New York, NY | 2452 miles | 1307 miles |
| 160. | Leonard Riggio | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 161. | Stephen Riggio | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 162. | Mitchell Klipper | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 163. | David S. Deason | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 164. | William J. Lynch, Jr. | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 165. | Joseph Lombardi | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 166. | Jennifer Daniels | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |

|    | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
| 167. | Jaime Carey | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 168. | Kevin M. Frain | See footnote [4] | Barnes & Noble New York, NY | 2452 miles | 1307 miles |
| 169. | Thomas J. Pritzker | See footnote [4] | Hyatt Chicago, IL | 1737 miles | 781 miles |
| 170. | Mark Hoplamazian | See footnote [4] | Hyatt Chicago, IL | 1737 miles | 781 miles |
| 171. | H. Charles Floyd | See footnote [4] | Hyatt Chicago, IL | 1737 miles | 781 miles |
| 172. | Harmit J. Singh | See footnote [4] | Hyatt Chicago, IL | 1737 miles | 781 miles |
| 173. | Susan T. Smith | See footnote [4] | Hyatt Chicago, IL | 1737 miles | 781 miles |
| 174. | International Business Machines Corporation | Assignee of alleged prior art patent | Armonk, NY | 2452 miles | 1307 miles |
| 175. | Kathryn H. Britton | Apple's alleged prior art | Chapel Hill, NC | 2239 miles | 979 miles |
| 176. | Steven Dale Ims | Apple's alleged prior art | Apex, NC | 2239 miles | 979 miles |
| 177. | Brad P. Topol | Apple's alleged prior art | Apex, NC | 2239 miles | 979 miles |
| 178. | Timothy W. Bickmore | Apple's alleged prior art | Somerville, MA | 2607 miles | 1501 miles |
| 179. | Michael J. Beranek | Apple's alleged prior art | Austin, TX | 1249 miles | 199 miles |
| 180. | Christian Lita | Apple's alleged prior art | Austin, TX | 1249 miles | 199 miles |
| 181. | Dimitri Kanevsky | Apple's alleged prior art | Ossining, NY | 2452 miles | 1307 miles |
| 182. | Thomas Alexander Bellwood | Apple's alleged prior art | Austin, TX | 1249 miles | 199 miles |
| 183. | Matthew Francis | Apple's | Pflugerville, | 1249 miles | 199 miles |

|  | Witness | Relevance | Location of Witness | Distance to LAX | Distance to TYR |
|---|---|---|---|---|---|
|  | Rutkowski | alleged prior art | TX |  |  |
| 184. | Michael John Walker | Apple's alleged prior art | Austin, TX | 1249 miles | 199 miles |
| 185. | James Corvin Fletcher | Apple's alleged prior art | Apex, NC | 2239 miles | 979 miles |
| 186. | David Bruce Lindquist | Apple's alleged prior art | Raleigh, NC | 2239 miles | 979 miles |
| 187. | Xerox Corporation | Assignee of alleged prior art patent | Stamford, CT | 2452 miles | 1307 miles |
| 188. | Bob Bajoras | Identified by Defendants | Erie, PA | 2141 miles | 1070 miles |
| 189. | AT&T corporate headquarters employees | See footnote [2] | Dallas, TX |  |  |
| 190. | AT&T retail store employees | See footnote [1] | Texas |  |  |
| 191. | Verizon Wireless retail store employees | See footnote [1] | Texas |  |  |
| 192. | Sprint retail store employees | See footnote [1] | Texas |  |  |
| 193. | T-Mobile retail store employees | See footnote [1] | Texas |  |  |
|  |  |  | **Witnesses identified by EMG:** | 327896 miles | 109961 miles |
|  |  |  | **Witnesses identified by Defendants:** | 8,207 miles | 49,763 miles |
|  |  |  | **TOTAL:** | 336,103 miles | 159,724 miles |

**WITNESSES IDENTIFIED BY THE DEFENDANTS (taken from Exhibit A to the Carraway Declaration in Support of the Defendants' Motion to transfer):**

**Identified Non-Party Witnesses**

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Elliott Gottfurcht | Applicant | Santa Monica, CA (CDCA) | 0; 15 miles | 4 hr, 45 min; 1345 miles |
| Grant E. Gottfurcht | Applicant | Pacific Palisades, CA (CDCA) | 0; 16 miles | 4 hr, 45 min; 1347 miles |
| Albert-Michael C. Long | Applicant | Irvine, CA (CDCA) | 0; 35 miles | 4 hr, 45 min; 1311 miles |
| J. Teague McKnight | Applicant (Ancestor Patent) | Park City, UT | 1 hr, 54 min; 597 miles | 4 hr, 35 min; 1072 miles |
| Manuel V. Beltran | Applicant (Ancestor Patent) | Santa Ana, CA (CDCA) | 0; 24 miles | 4 hr, 45 min; 1317 miles |
| Stephen K. Woesner | Applicant (Ancestor Patent) | Santa Ana, CA (CDCA) | 0; 30 miles | 4 hr, 30 min; 1310 miles |
| John Marinuzzi | Applicant (Ancestor Patent) | Mission Viejo, CA (CDCA) | 0; 45 miles | 4 hr, 45 min; 1304 miles |
| Donald Dukeshire | Applicant (Ancestor Patent) | Huntington Beach, CA (CDCA) | 0; 30 miles | 4 hr, 45 min; 1315 miles |
| Marlo L. Longstreet | Ownership Interest | Pacific Palisades, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Thomas Ciotti | Prosecuting Attorney | Palo Alto, CA | 1 hr, 20 min; 324 miles | 5 hr, 5 min; 1560 miles |
| Thomas M. Coester | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Scott Doyle | Prosecuting Attorney | Washington, D.C. | 5 hr, 45 min; 2306 miles | 5 hr, 22 min; 1130 miles |
| John E. Gunther | Prosecuting Attorney | Westlake Village, CA (CDCA) | 0; 33 miles | 4 hr, 45 min; 1361 miles |
| Jun-Youg E. Jeon | Prosecuting Attorney | Pasadena, CA (CDCA) | 0; 9 miles | 4 hr, 45 min; 1326 miles |

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Jonathan Miller | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Steven C. Sereboff | Prosecuting Attorney | Westlake Village, CA (CDCA) | 0; 33 miles | 4 hr, 45 min; 1361 miles |
| Brennan C. Swain | Prosecuting Attorney | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Openwave Systems, Inc. employees | Prior Art | Redwood City, CA | 1 hr, 20 min; 329 miles | 5 hr, 5 min; 1573 miles |
| Tim Hyland | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Alain Rossmann | Prior Art | Menlo Park, CA | 1 hr, 20 min; 326 miles | 5 hr, 5 min; 1577 miles |
| Peter King | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Bruce Schwartz | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Russell Greer | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Mark Fox | Prior Art | San Francisco, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1578 miles |
| Andrew Laursen | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Mark Lentczner | Prior Art | Mountain View, CA | 1 hr, 20 min; 317 miles | 5 hr, 5 min; 1562 miles |
| Brad Sandman | Prior Art | Bay Area, CA | 1 hr, 20 min; 349 miles | 5 hr, 5 min; 1587 miles |
| Chris De Herrera | Prior Art | Los Angeles, CA (CDCA) | 0; 0 | 4 hr, 45 min; 1330 miles |
| Bruce Leak | Prior Art | Los Altos, CA | 1 hr, 20 min; 319 miles | 5 hr, 5 min; 1562 miles |
| Stephen G. Perlman | Prior Art | Mountain View, CA | 1 hr, 20 min; 317 miles | 5 hr, 5 min; 1562 miles |

| Witness | Relevance | Location of Witness | Travel Time/ Distance to LAX | Travel Time/ Distance to TYR |
|---|---|---|---|---|
| Palm, Inc. employees | Prior Art | Sunnyvale, CA | 1 hr, 20 min; 315 miles | 5 hr, 5 min; 1562 miles |
| Art & Logic employees | Attempted Commercialization | Pasadena, CA | 0; 9 miles | 4 hr, 45 min; 1326 miles |
| Bob Bajoras | Attempted Commercialization | Pasadena, CA | 0; 9 miles | 4 hr, 45 min; 1326 miles |
| Protovu employees | Attempted Commercialization | Foster City, CA | 1 hr, 20 min; 335 miles | 5 hr, 5 min; 1570 miles |
| Rick Soss | Attempted Commercialization | Foster City, CA | 1 hr, 20 min; 335 miles | 5 hr, 5 min; 1570 miles |
| Angel Gulermovich | Attempted Commercialization | Los Angeles, CA | 0; 0 | 4 hr, 45 min; 1330 miles |
| Online Labs former employees | Attempted Commercialization | Los Angeles, CA | 0; 0 | 4 hr, 45 min; 1330 miles |