IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>AMERICAN AIRLINES, INC.,<br>DELL, INC.,<br>HYATT CORPORATION,<br>MARRIOTT INTERNATIONAL, INC., &<br>BARNES & NOBLE, INC.,<br><br>      Defendants. | CASE NO. 6:08-cv-447 (LED) |

### AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

      COMES NOW Defendant, Apple Inc. ("Apple"), and files this Agreed Motion for Extension of Time to File the parties' Joint Status Report as required by the Court's December 29, 2009 order (Dkt.#204). The current deadline to file the Joint Status Report is January 27, 2010. The parties are continuing to negotiate and believe its in their best interest and the Court's to extend the date so that the disputes can be narrowed as much as possible before they are presented to the Court. The parties therefore request an extension to January 28, 2010 to file the Joint Status Report.

Dated: January 27, 2010                    Respectfully submitted,

                                                    FISH & RICHARDSON P.C.

By: */s/ David J. Healey*
    David J. Healey (09327980)
    Garland T. Stephens (24053910)
    John R. Lane (24057958)
    Fish & Richardson P.C.
    1221 McKinney Street
    Suite 2800
    Houston, TX 77010
    713-652-0115
    Fax: 713-652-0109
    healey@fr.com
    stephens@fr.com
    jlane@fr.com

Counsel for Defendant
APPLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of January, 2010.

              /s/ *Jason Bonilla*
              Jason Bonilla

# CERTIFICATE OF CONFERENCE

I certify that I conferred with Mr. Charles Ainsworth, attorney for Plaintiff, on this Motion and he agreed to the relief herein. I also certify Apple polled the other defendants and they agree to the Motion.

              /s/ *David J. Healey*
              David J. Healey