# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> DELL, INC., <br> HYATT CORPORATION, <br> MARRIOTT INTERNATIONAL, INC., & <br> BARNES & NOBLE, INC., <br><br> Defendants. | CASE NO. 6:08-cv-447 (LED) |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

On this date came for consideration Defendant Apple Inc.'s Agreed Motion for Extension of Time to File the parties' Joint Status Report as required by the Court's December 29, 2009 order (Dkt.#204). The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Agreed Motion for Extension of Time to File the parties' Joint Status Report be and hereby is GRANTED, and that the deadline to file the parties' Joint Status Report is January 28, 2010.