# EXHIBIT 1



**Sprint stores near you**

Show additional retailers

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

**2) Sprint Store**
626 Wilshire Blvd
626 Wilshire Blvd Ste 110
Los Angeles, CA 90017
(213) 891-0687
This is a **ReadyNow** store

Sales
Se Habla Español
Bill Payment

1.5 miles
Directions

Make an appointment

**3) Sprint Store By Khi Communications**
1600 Wilshire Blvd
First Floor
Los Angeles, CA 90017
(213) 353-9334
This is a **ReadyNow** store

Sales
Se Habla Español
Bill Payment

1.9 miles
Directions

**4) Sprint Store**
Mid-Wilshire
3530 Wilshire Boulevard, Ste 145
Los Angeles, CA 90010
(213) 368-7300
This is a **ReadyNow** store

Sales
Replacements (by mail)
Se Habla Español
Bill Payment

3.6 miles
Directions

Make an appointment

**5) Sprint Store By North American Wrls**
2908 Los Feliz Blvd
Los Angeles, CA 90039
(323) 662-2211
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

4.5 miles
Directions

Make an appointment

**6) Sprint Store**
Sunset At St. Andrews
5535 West Sunset Boulevard
Los Angeles, CA 90028
(323) 962-8350
This is a **ReadyNow** store

Sales
Replacements (by mail)
Se Habla Español
Bill Payment

4.7 miles
Directions

Make an appointment

© 2008 Sprint. All rights reserved.



Closest Sprint full service location near you

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

□ Sprint store  ○ Authorized retailer  ☆ Closest Full Service Sprint Store



**Sprint stores near you**                                    Show additional retailers

**7) Sprint Store**
1127 South Fremont Ave                  Sales                              5.1 miles
Alhambra, CA 91803                      Se Habla Español                  Directions
(626) 576-1515
This is a *ReadyNow* store                                    Make an appointment

**8) Sprint Store By Khl Communications**
1437 E Gage Ave                         Sales                              5.7 miles
Ste D                                   Se Habla Español                  Directions
Los Angeles, CA 90001                   Bill Payment
(323) 588-8005
This is a *ReadyNow* store

**9) Sprint Store**
6421 Pacific Boulevard                  Sales                              5.8 miles
Huntington Park, CA 90255               Repair                            Directions
(323) 586-3113                          Se Habla Español
This is a *ReadyNow* store              Bill Payment                     Make an appointment

**10) Sprint Store**
301 North Brand Blvd                    Sales                              6.0 miles
Glendale, CA 91203                      Repair                            Directions
(818) 662-1020                          Se Habla Español
This is a *ReadyNow* store              Bill Payment                     Make an appointment

**11) Sprint Store**
5616 E. Whittier Blvd.                  Sales                              6.0 miles
Commerce, CA 90022                      Se Habla Español                  Directions
(323) 278-9800                          Bill Payment
This is a *ReadyNow* store                                    Make an appointment

**12) Sprint Store By Pwp Wireless**
7213 Melrose Ave                        Sales                              6.3 miles
Los Angeles, CA 90046                   Repair                            Directions
(323) 938-7200                          Se Habla Español
This is a *ReadyNow* store              Bill Payment

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

1) Sprint Store
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a *ReadyNow* store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

☐ Sprint store ● Authorized retailer ⭐ Closest Full Service Sprint Store

©2008 Maps.com. Map data ©2008 Tele Atlas



**Sprint stores near you**                                          Show additional retailers

**13) Sprint Store By Pwp Wireless**
7040 W Sunset Blvd                    Sales                         6.4 miles
Ste B                                 Bill Payment                  Directions
Los Angeles, CA 90028
(323) 962-8500                                                      Make an appointment
This is a *ReadyNow* store

**14) Sprint Store**
Chesterfield Square                   Sales                         6.6 miles
1810 W. Slauson Avenue Ste G          Replacements (by mail)        Directions
Los Angeles, CA 90047                 Se Habla Español
(323) 290-2400                        Bill Payment                  Make an appointment
This is a *ReadyNow* store

**15) Sprint Store**
80 E. Colorado Blvd.                  Sales                         7.6 miles
Pasadena, CA 91105                    Repair                        Directions
(626) 396-6200                        Se Habla Español
This is a *ReadyNow* store           Bill Payment                  Make an appointment

**16) Sprint Store**
364 S. La Cienega Blvd.               Sales                         7.9 miles
West Hollywood, CA 90048              Repair                        Directions
(310) 360-6727                        Bill Payment
This is a *ReadyNow* store                                          Make an appointment

**17) Sprint Store**
8500 Beverly Blvd., Store #815, Level Sales                         7.9 miles
8                                     Se Habla Español              Directions
Los Angeles, CA 90048                 Bill Payment
(310) 652-1186                                                      Make an appointment
This is a *ReadyNow* store

**18) Sprint Store By Global Elite Tele**
703 N Lake Ave                        Sales                         8.9 miles
Pasadena, CA 91104                    Se Habla Español              Directions
(626) 398-0885                        Bill Payment
This is a *ReadyNow* store

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a *ReadyNow* store

Sales     1.1 miles
Repair     Directions
Se Habla Español
Bill Payment     Make an appointment

□ Sprint store    ● Authorized retailer    ★ Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



**Sprint stores near you**                                    Show additional retailers

**19) Sprint Store**
Montebello Town Center                  Sales                        9.1 miles
2008 Montebello Town Center Drive       Se Habla Español             Directions
Space Au02                              Bill Payment
Montebello, CA 90640
(323) 725-3006                                              Make an appointment
This is a *ReadyNow* store

**20) Sprint Store**
321 North San Fernando Blvd.            Sales                        9.1 miles
Burbank, CA 91502                       Se Habla Español             Directions
(818) 260-1977                          Bill Payment
This is a *ReadyNow* store                                  Make an appointment

**21) Sprint Store**
The Marketplace At Hollywood Park       Sales                        9.9 miles
3561 West Century Blvd., Ste A          Se Habla Español             Directions
Inglewood, CA 90303                     Bill Payment
(310) 330-4633                                              Make an appointment
This is a *ReadyNow* store

**22) Sprint Store**
5528 South Sepulveda Blvd.              Sales                       10.2 miles
Culver City, CA 90230                   Repair                       Directions
(310) 391-8610                          Se Habla Español
This is a *ReadyNow* store              Bill Payment         Make an appointment

**23) Sprint Store By Pwp Wireless**
10425 Santa Monica Blvd                   Sales                     10.6 miles
Los Angeles, CA 90025                     Repair                     Directions
(310) 752-0700                            Bill Payment
This is a *ReadyNow* store

**24) Sprint Store**
8554 Firestone Blvd.; Ste. B            Sales                       10.8 miles
Downey, CA 90241                        Repair                       Directions
(562) 904-8186                          Se Habla Español
This is a *ReadyNow* store              Bill Payment         Make an appointment

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales          1.1 miles
Repair         Directions
Se Habla Español
Bill Payment   Make an appointment

■ Sprint store   ● Authorized retailer   ★ Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



**Sprint stores near you**                          Show additional retailers

**25) Sprint Store By Wireless Evolution**
251 Stonewood St                    Sales                      11.0 miles
Ste M M A 3                         Se Habla Español            Directions
Downey, CA 90241
(562) 862-0300
This is a *ReadyNow* store

**26) Sprint Store By Netpage**
3770 E Foothill Blvd                Sales                      11.3 miles
Pasadena, CA 91107                  Repair                     Directions
(626) 449-6808                      Se Habla Español
This is a *ReadyNow* store          Bill Payment

**27) Sprint Store**
12822 Ventura Blvd                  Sales                      11.4 miles
Studio City, CA 91604               Se Habla Español           Directions
(818) 623-7460                      Bill Payment
This is a *ReadyNow* store                             Make an appointment

**28) Sprint Store**
Westwood                            Sales                      11.6 miles
1465 Westwood Boulevard             Repair
Los Angeles, CA 90024               Bill Payment
(310) 231-0707                                         Make an appointment
This is a *ReadyNow* store

**29) Sprint Store**
400 South Baldwin Avenue            Sales                      11.7 miles
Arcadia, CA 91007                   Se Habla Español           Directions
(626) 447-5744                      Bill Payment
This is a *ReadyNow* store                             Make an appointment

**30) Sprint Store By Acs Wireless**
8808 S Sepulveda Blvd               Sales                      11.7 miles
Los Angeles, CA 90045               Repair                     Directions
(310) 641-5000                      Se Habla Español
This is a *ReadyNow* store          Bill Payment

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

Legend:
- Sprint store
- Authorized retailer
- Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



**Sprint stores near you**                                    Show additional retailers

**31) Sprint Store**
Walgreen Center                     Sales                        12.3 miles
13528 Lakewood Boulevard            Se Habla Español             Directions
Bellflower, CA 90706                Bill Payment
(562) 220-1001                                                  Make an appointment
This is a **ReadyNow** store

**32) Sprint Store By North American Wrls**
4019 Lincoln Blvd                   Sales                        13.0 miles
Marina Del Rey, CA 90292            Se Habla Español             Directions
(310) 306-0200                      Bill Payment
This is a **ReadyNow** store

**33) Sprint Store By Pwp Wireless**
13249 Victory Blvd                  Sales                        13.4 miles
Van Nuys, CA 91401                  Repair                       Directions
(818) 755-9300                      Bill Payment
This is a **ReadyNow** store

**34) Sprint Store By Khl Communications**
11755 Imperial Hwy                  Sales                        13.5 miles
Ste 3                               Se Habla Español             Directions
Norwalk, CA 90650                   Bill Payment
(562) 864-1009
This is a **ReadyNow** store

**35) Sprint Store**
1590 Rosecrans Blvd, Ste J          Sales                        14.0 miles
Manhattan Beach, CA 90266           Se Habla Español             Directions
(310) 727-3100                      Bill Payment
This is a **ReadyNow** store                                   Make an appointment

**36) Sprint Store**
10639 South Carmenita Rd. Ste. B    Sales                        14.1 miles
Santa Fe Springs, CA 90670          Se Habla Español             Directions
(562) 906-6199                      Bill Payment
This is a **ReadyNow** store                                   Make an appointment

© 2008 Sprint. All rights reserved.



Closest Sprint full service location near you

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

Sprint store    Authorized retailer    Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



**Sprint stores near you**                          Show additional retailers

**37) Sprint Store By North American Wrls**
17410 Hawthorne Blvd                Sales                    14.8 miles
Torrance, CA 90504                  Repair                   Directions
(310) 542-7755                      Se Habla Español
This is a *ReadyNow* store          Bill Payment             Make an appointment

**38) Sprint Store**
Monrovia Property                   Sales                    14.8 miles
406 South Myrtle Avenue             Se Habla Español         Directions
Monrovia, CA 91016                  Bill Payment
(626) 256-1450                                               Make an appointment
This is a *ReadyNow* store

**39) Sprint Store**
1815 Hawthone Blvd., Suite 224      Sales                    14.9 miles
Redondo Beach, CA 90278             Se Habla Español         Directions
(310) 214-0500                      Bill Payment
This is a *ReadyNow* store                                   Make an appointment

**40) Sprint Store**
631 Wilshire Blvd, Suite A          Sales                    15.0 miles
Santa Monica, CA 90401              Bill Payment
(310) 899-0062
This is a *ReadyNow* store                                   Make an appointment

**41) Sprint Store By Elise Wireless**
14480 Sherman Way                   Sales                    15.2 miles
Ste B, 2 B                          Se Habla Español         Directions
Van Nuys, CA 91405                  Bill Payment
(818) 908-1155
This is a *ReadyNow* store

**42) Sprint Store**
Lakewood Center                     Sales                    15.8 miles
9 Lakewood Center Mall              Se Habla Español         Directions
Lakewood, CA 90712                  Bill Payment
(562) 408-6978                                               Make an appointment
This is a *ReadyNow* store

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

1) Sprint Store
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a *ReadyNow* store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

☐ Sprint store   ⬤ Authorized retailer   ⭐ Closest Full Service Sprint Store



**Sprint stores near you**                                    Show additional retailers

**43) Sprint Store**
Baldwin Park Marketplace              Sales                    15.9 miles
14460 Merced Avenue, Unit 110         Se Habla Español         Directions
Baldwin Park, CA 91706                Bill Payment
(626) 814-1877                                                 Make an appointment
This is a *ReadyNow* store

**44) Sprint Store By Wireless Evolution**     Sales
239 Los Cerritos Mall                                          16.2 miles
Space 9027                            Se Habla Español          Directions
Cerritos, CA 90703
(562) 402-6311
This is a *ReadyNow* store

**45) Sprint Store**
8500 Van Nuys Blvd - Suite A          Sales                    16.3 miles
Panorama City, CA 91402               Repair                   Directions
(818) 830-3500                        Se Habla Español
This is a *ReadyNow* store           Bill Payment             Make an appointment

**46) Sprint Store By Acs Wireless**
14156 Rosecrans Ave                   Sales                    16.4 miles
Santa Fe Springs, CA 90670            Repair                   Directions
(562) 926-7847                        Se Habla Español
This is a *ReadyNow* store           Bill Payment

**47) Sprint Store**
17137 Ventura Boulevard               Sales                    16.7 miles
Encino, CA 91316                      Repair                   Directions
(818) 728-7467                        Se Habla Español
This is a *ReadyNow* store                                    Make an appointment

**48) Sprint Store**
21017 Hawthorne Blvd                  Sales                    16.9 miles
Torrance, CA 90503                    Repair                   Directions
(310) 540-1206                        Se Habla Español
This is a *ReadyNow* store           Bill Payment             Make an appointment

© 2008 Sprint. All rights reserved.



Closest Sprint full service location near you

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

©2008 Maps.com, Map data ©2008 Tele Atlas

☐ Sprint store  ◯ Authorized retailer  ☆ Closest Full Service Sprint Store



**Sprint stores near you**

Show additional retailers

**49) Sprint Store By Elise Wireless**
3404 Long Beach Blvd | Sales | 17.2 miles
Long Beach, CA 90807 | Se Habla Español | Directions
(562) 981-1200 | Bill Payment
This is a *ReadyNow* store

**50) Sprint Store**
310 S. California Suite A | Sales | 17.7 miles
West Covina, CA 91790 | Repair | Directions
(626) 472-6811 | Se Habla Español
 | Bill Payment | Make an appointment
This is a *ReadyNow* store

**51) Sprint Store By Master Technologies**
112 Plaza Dr | Sales | 17.8 miles
Kiosk 9032 | | Directions
West Covina, CA 91790
(626) 472-6200
This is a *ReadyNow* store

**52) Sprint Store**
7511 Carson Blvd., Suite B7 | Sales | 18.3 miles
Long Beach, CA 90808 | Se Habla Español | Directions
(562) 429-6422 | Bill Payment
This is a *ReadyNow* store | | Make an appointment

**53) Sprint Store By Netpage**
16205 Nordoff St | Sales | 18.4 miles
Ste A | Repair | Directions
North Hills, CA 91343 | Se Habla Español
(818) 920-9200 | Bill Payment
This is a *ReadyNow* store

**54) Sprint Store**
1850 Willow Street | Sales | 18.4 miles
Signal Hill, CA 90755 | Se Habla Español | Directions
(562) 426-6449 | Bill Payment
This is a *ReadyNow* store | | Make an appointment

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

1) Sprint Store
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

☐ Sprint store    ⬤ Authorized retailer    ⭐ Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



**Sprint stores near you**                                    Show additional retailers

**55) Sprint Store**
1600 Azusa Ave Ste 241          Sales                      18.5 miles
City Of Industry, CA 91748      Se Habla Español           Directions
(626) 839-5721                  Bill Payment
This is a **ReadyNow** store                               Make an appointment

**56) Sprint Store**
La Habra Westridge Plaza        Sales                      18.6 miles
1350 South Beach Blvd., Suite D Se Habla Español           Directions
La Habra, CA 90631              Bill Payment
(562) 694-8434                                             Make an appointment
This is a **ReadyNow** store

**57) Sprint Store By Pwp Wireless**
18840 Ventura Blvd              Sales                      18.9 miles
Ste 100                         Repair                     Directions
Tarzana, CA 91356               Bill Payment
(818) 758-9292
This is a **ReadyNow** store

**58) Sprint Store By Elise Wireless**
500 N Azusa Ave                 Sales                      19.0 miles
Ste 111                         Se Habla Español           Directions
West Covina, CA 91791           Bill Payment
(626) 331-3322                                             Make an appointment
This is a **ReadyNow** store

**59) Sprint Store By Prostar Preferred**
120 N Maclay Ave                Sales                      19.0 miles
Ste C                           Repair                     Directions
San Fernando, CA 91340          Se Habla Español
(818) 838-0622                  Bill Payment
This is a **ReadyNow** store

**60) Sprint Store By Digital Direct Wrls**
2601 N Bellflower Blvd          Sales                      19.2 miles
Ste A                           Repair                     Directions
Long Beach, CA 90815            Se Habla Español
(562) 982-9000                  Bill Payment               Make an appointment
This is a **ReadyNow** store

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a **ReadyNow** store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

☐ Sprint store   ○ Authorized retailer   ☆ Closest Full Service Sprint Store



**Sprint stores near you**                                    Show additional retailers

61) Sprint Store
Lomita Store                    Sales                              19.5 miles
2104 Pacific Coast Highway      Se Habla Español                   Directions
Lomita, CA 90717                Bill Payment
(310) 534-8999                                            Make an appointment
This is a **ReadyNow** store

© 2008 Sprint. All rights reserved.



**Closest Sprint full service location near you**

**1) Sprint Store**
300 South Broadway
Los Angeles, CA 90013
(213) 613-4200
This is a *ReadyNow* store

Sales
Repair
Se Habla Español
Bill Payment

1.1 miles
Directions

Make an appointment

☐ Sprint store    ⬤ Authorized retailer    ⭐ Closest Full Service Sprint Store

©2008 Maps.com, Map data ©2008 Tele Atlas



Find a Store | Coverage Viewer | Español | Cart 🛒    Search    Go

## Find a Store — Map Results



🖈 Your Address    🖈 Store Location

**Please enter your full address to refine your search.**

| | |
|---|---|
| Address | Courthouse |
| City | Los Angeles |
| State | California |
| ZIP Code | 90012 |

Update

| Store Addresses | Phone Number | Distance |
|---|---|---|
| 1. **AT&T**<br>3764 WILSHIRE BL<br>LOS ANGELES, CA 90010<br>AT&T HomeManager<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Small Business Specialists<br>Wireless Equipment Upgrade | (213) 388-9444 | 3.9 Miles |
| 2. **AT&T**<br>5057 WHITTIER BLVD<br>EAST LOS ANGELES, CA 90022<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Small Business Specialists<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (323) 269-5289 | 5.31 Miles |
| 3. **AT&T**<br>2200 S ATLANTIC BL<br>MONTEREY PARK, CA 91754<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program | (323) 726-3053 | 5.66 Miles |

Did you know that you can also see an overlay of AT&T company owned retail stores using Google Earth? Find out how at wireless.att.com/google_earth

AT&T has NEW Device Support Centers that are open seven days a week. If your phone is in warranty and a featured device, you may be able to visit a Device Support Center and get it serviced the same day - free of charge. Search for these locations by selecting Wireless Device Warranty Support in the Service Options menu, or to learn more, go to link.

Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Equipment Upgrade

4. **AT&T** (323) 589-7045 5.88 Miles
6833 PACIFIC BLVD
HUNTINGTON PARK, CA 90255
AT&T Advanced TV Services
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Address Book Transfer
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade
Wireless Sales

5. **AT&T** (818) 291-0801 6.08 Miles
207 N BRAND
GLENDALE, CA 91203
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

6. **AT&T** (323) 560-7484 6.13 Miles
6040 S ATLANTIC BLVD
MAYWOOD, CA 90270
AT&T Advanced TV Services
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Address Book Transfer
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade
Wireless Sales

7. **AT&T** (626) 382-0241 7.27 Miles
810 EAST VALLEY BLVD.
ALHAMBRA, CA 91801
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

8. **AT&T** (323) 782-3893 7.82 Miles
8471 BEVERLY BL
LOS ANGELES, CA 90048
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

9. **AT&T** (626)396-0100 7.84 Miles
83 E COLORADO BLVD
PASADENA, CA 91105
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade



10. **AT&T**                                      (323) 724-8601        8.35 Miles

720 WHITTIER BLVD
MONTEBELLO, CA 90640
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

POWERED BY MAPQUEST              [New Search]    [Show More Stores]

Wireless Service Agreement  |  Cell Phone Records Security

AT&T on the Web         att.com              att.net
                        Shop. Service. Support.   E-mail - News - Weather & More

Privacy Policy  |  Careers  |  Contact Us  |  Terms of Use  |  Site Map  |  Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM      Digital White & Yellow Pages      USA  Proud Sponsor of the U.S. Olympic Team







Find a Store  |  Coverage Viewer  |  Español  |  Cart      Search      Go

## Find a Store — Map Results



Did you know that you can also see an overlay of AT&T company owned retail stores using Google Earth? Find out how at wireless.att.com/google_earth

AT&T has NEW Device Support Centers that are open seven days a week. If your phone is in warranty and a featured device, you may be able to visit a Device Support Center and get it serviced the same day - free of charge. Search for these locations by selecting Wireless Device Warranty Support in the Service Options menu, or to learn more, go to link.

🔴 Your Address    📍 Store Location

**Please enter your full address to refine your search.**

| Address | Courthouse |
| City | Los Angeles |
| State | California |
| ZIP Code | 90012 |

Update

| Store Addresses | Phone Number | Distance |
| --- | --- | --- |
| 11. **AT&T**<br>4332 TWEEDY BLVD.<br>SOUTH GATE, CA 90280<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Small Business Specialists<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (323) 568-2016 | 8.54 Miles |
| 12. **AT&T**<br>2134 MONTEBELLO TOWN CENTER<br>MONTEBELLO, CA 90640<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Small Business Specialists<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (323) 724-3611 | 8.86 Miles |
| 13. **AT&T**<br>350 N SAN FERNANDO BLVD<br>BURBANK, CA 91502<br>AT&T HomeManager | (818) 295-2910 | 9.34 Miles |

AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

14. **AT&T**                                      (310) 680-9211      9.5 Miles
3323 W CENTURY BLVD
INGLEWOOD, CA 90303
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

15. **AT&T**                                      (310) 246-0900      9.56 Miles
9659 SANTA MONICA BLVD
BEVERLY HILLS, CA 90210
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

16. **AT&T**                                      (310) 348-9777      9.57 Miles
5323 W CENTINELA BL
LOS ANGELES, CA 90045
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Equipment Upgrade

17. **AT&T**                                      (310) 559-2019      9.97 Miles
3851 OVERLAND AVE
CULVER CITY, CA 90232
AT&T HomeManager
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Equipment Upgrade

18. **AT&T**                                      (626) 237-0505      10 Miles
5827 ROSEMEAD BOULEVARD
TEMPLE CITY, CA 91780
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

19. **AT&T**                                      (818)790-2147       10.12 Miles
895 FOOTHILL BLVD.
LA CANADA, CA 91011
AT&T Advanced TV Services
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refils
Small Business Specialists
Wireless Address Book Transfer
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade
Wireless Sales

20. **AT&T**                                      (562) 923-3032      10.5 Miles
8420 FIRESTONE BLVD
DOWNEY, CA 90241
AT&T Internet Services



AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

POWERED BY MAPQUEST

New Search          Show More Stores

Wireless Service Agreement  |  Cell Phone Records Security

AT&T on the Web          att.com                          att.net
                         Shop. Service. Support.          E-mail - News - Weather & More

Privacy Policy  |  Careers  |  Contact Us  |  Terms of Use  |  Site Map  |  Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are
trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM          Digital White & Yellow Pages          USA  Proud Sponsor of the U.S. Olympic Team





## Find a Store — Map Results



Did you know that you can also see an overlay of AT&T company owned retail stores using Google Earth? Find out how at wireless.att.com/google_earth

AT&T has NEW Device Support Centers that are open seven days a week. If your phone is in warranty and a featured device, you may be able to visit a Device Support Center and get it serviced the same day - free of charge. Search for these locations by selecting Wireless Device Warranty Support in the Service Options menu, or to learn more, go to link.

🔴 Your Address   📍 Store Location

**Please enter your full address to refine your search.**

| | |
|---|---|
| Address | Courthouse |
| City | Los Angeles |
| State | California |
| ZIP Code | 90012 |

Update

| Store Addresses | Phone Number | Distance |
|---|---|---|
| 21. **AT&T**<br>12511 VENTURA BL<br>STUDIO CITY, CA 91604<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Small Business Specialists<br>Wireless Equipment Upgrade | (818) 506-1012 | 11.01 Miles |
| 22. **AT&T**<br>2333 S SEPULVEDA BLVD<br>LOS ANGELES, CA 90064<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Small Business Specialists<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (310) 473-3649 | 11.3 Miles |
| 23. **AT&T**<br>3699 E FOOTHILL BL<br>PASADENA, CA 91107<br>AT&T HomeManager<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills | (626) 351-6101 | 11.34 Miles |

Small Business Specialists
Wireless Equipment Upgrade

24. **AT&T**                                      (818) 506-9118    11.57 Miles
    6000 LANKERSHIM
    NORTH HOLLYWOOD, CA 91606
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Equipment
    Prepaid - GoPhone Refills
    Servicio en Espanol
    Small Business Specialists
    Wireless Address Book Transfer
    Wireless Bill Payments - Cash & Credit
    Wireless Equipment Upgrade

25. **AT&T**                                      (626) 329-0869    11.63 Miles
    10904 1/2 VALLEY MALL
    EL MONTE, CA 91731
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Equipment
    Prepaid - GoPhone Refills
    Servicio en Espanol
    Small Business Specialists
    Wireless Bill Payments - Cash & Credit
    Wireless Equipment Upgrade

26. **AT&T**                                      (562) 463-7355    11.64 Miles
    11422 WASHINGTON BLVD
    WHITTIER, CA 90606
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Equipment
    Prepaid - GoPhone Refills
    Servicio en Espanol
    Small Business Specialists
    Wireless Bill Payments - Cash & Credit
    Wireless Equipment Upgrade

27. **AT&T**                                      (562) 929-8095    11.67 Miles
    11464 TELEGRAPH RD
    SANTA FE SPRINGS, CA 90670
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Refills
    Small Business Specialists
    Wireless Bill Payments - Cash & Credit
    Wireless Equipment Upgrade

28. **AT&T**                                      (310) 208-0319    11.73 Miles
    1002 WESTWOOD BL
    LOS ANGELES, CA 90024
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Refills
    Small Business Specialists
    Wireless Equipment Upgrade

29. **AT&T**                                      (310) 263-7600    11.87 Miles
    12770 HAWTHORNE BLVD
    HAWTHORNE, CA 90250
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program
    Prepaid - GoPhone Refills
    Servicio en Espanol
    Small Business Specialists
    Wireless Bill Payments - Cash & Credit
    Wireless Equipment Upgrade

30. **AT&T**                                      (310)603-0064    12.54 Miles
    1633 S. ALAMEDA
    COMPTON, CA 90220
    AT&T Advanced TV Services
    AT&T Internet Services
    AT&T U-verse Services
    Apple iPhone
    Equipment Recycling Program



Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Address Book Transfer
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade
Wireless Sales

POWERED BY MAPQUEST          New Search          Show More Stores

Wireless Service Agreement  |  Cell Phone Records Security

AT&T on the Web          att.com                          att.net
                         Shop. Service. Support.         E-mail - News - Weather & More

Privacy Policy  |  Careers  |  Contact Us  |  Terms of Use  |  Site Map  |  Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are
trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM          Digital White & Yellow Pages          U S A   Proud Sponsor of the U.S. Olympic Team





Find a Store | Coverage Viewer | Español | Cart Search Go

## Find a Store — Map Results



Did you know that you can also see an overlay of AT&T company owned retail stores using Google Earth? Find out how at wireless.att.com/google_earth

AT&T has NEW Device Support Centers that are open seven days a week. If your phone is in warranty and a featured device, you may be able to visit a Device Support Center and get it serviced the same day - free of charge. Search for these locations by selecting Wireless Device Warranty Support in the Service Options menu, or to learn more, go to link.

**Please enter your full address to refine your search.**

| | |
|---|---|
| Address | Courthouse |
| City | Los Angeles |
| State | California |
| ZIP Code | 90012 |

Update

| Store Addresses | Phone Number | Distance |
|---|---|---|
| 31. **AT&T**<br>2540 LINCOLN BL<br>MARINA DEL REY, CA 90291<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Small Business Specialists<br>Wireless Equipment Upgrade | (310) 821-9711 | 12.86 Miles |
| 32. **AT&T**<br>16279 PARAMOUNT BOULEVARD, UNIT C<br>PARAMOUNT, CA 90723<br>AT&T Advanced TV Services<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Small Business Specialists<br>Wireless Address Book Transfer<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade<br>Wireless Sales | (562) 529-5177 | 12.92 Miles |
| 33. **AT&T**<br>5249 W ROSECRANS<br>HAWTHORNE, CA 90250<br>AT&T Internet Services | (310) 725-9900 | 13.33 Miles |

AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

34. **AT&T**                                              (818) 981-1726      13.55 Miles
14557 VENTURA BLVD
SHERMAN OAKS, CA 91403
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

35. **AT&T**                                              (310)394-6774       14.78 Miles
808 WILSHIRE BLVD
SANTA MONICA, CA 90401
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

36. **AT&T**                                              (310) 796-5757      14.95 Miles
1130-C SEPULVEDA BLVD.
MANHATTAN BEACH, CA 90266
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

37. **AT&T**                                              (310) 921-3435      14.98 Miles
18201 HAWTHORNE BL
TORRANCE, CA 90504
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

38. **AT&T**                                              (310) 225-3028      15.21 Miles
20810 AVALON BLVD STE B
CARSON, CA 90746
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

39. **AT&T**                                              (562) 272-4500      15.41 Miles
4429 CANDLEWOOD ST
LAKEWOOD, CA 90712
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

40. **AT&T**                                              (562)790-3600       15.55 Miles
4042 HARDWICK ST
LAKEWOOD, CA 90712
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade



Wireless Service Agreement  |  Cell Phone Records Security

AT&T on the Web

att.com
Shop. Service. Support.

att.net
E-mail - News - Weather & More

Privacy Policy  |  Careers  |  Contact Us  |  Terms of Use  |  Site Map  |  Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM       Digital White & Yellow Pages       U S A  Proud Sponsor of the U.S. Olympic Team







Find a Store  |  Coverage Viewer  |  Español  |  Cart  🛒  | Search          Go

## Find a Store — Map Results



Did you know that you can also see an overlay of AT&T company owned retail stores using Google Earth? Find out how at wireless.att.com/google_earth

AT&T has NEW Device Support Centers that are open seven days a week. If your phone is in warranty and a featured device, you may be able to visit a Device Support Center and get it serviced the same day - free of charge. Search for these locations by selecting Wireless Device Warranty Support in the Service Options menu, or to learn more, go to link.

**Please enter your full address to refine your search.**

| | |
|---|---|
| Address | Courthouse |
| City | Los Angeles |
| State | California |
| ZIP Code | 90012 |

Update

| Store Addresses | Phone Number | Distance |
|---|---|---|
| 41. **AT&T**<br>7921 VAN NUYS BLVD<br>PANORAMA CITY, CA 91402<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Refills<br>Servicio en Espanol<br>Small Business Specialists | (818) 267-5108 | 15.97 Miles |
| 42. **AT&T**<br>1100 PACIFIC COAST HWY<br>HERMOSA BEACH, CA 90254<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment<br>Prepaid - GoPhone Refills<br>Small Business Specialists<br>Wireless Bill Payments - Cash & Credit<br>Wireless Equipment Upgrade | (310) 303-3888 | 16.22 Miles |
| 43. **AT&T**<br>15714 WHITWOOD DRIVE<br>WHITTIER, CA 90603<br>AT&T Internet Services<br>AT&T U-verse Services<br>Apple iPhone<br>Equipment Recycling Program<br>Prepaid - GoPhone Equipment | (562) 943-0257 | 16.23 Miles |

Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

44. **AT&T**                                        (818)920-1216          16.27 Miles
14500 ROSCOE BOULEVARD
PANORAMA CITY, CA 91402
AT&T Advanced TV Services
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Address Book Transfer
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade
Wireless Sales

45. **AT&T**                                        (562) 402-8700         16.44 Miles
11440 SOUTH ST
CERRITOS, CA 90703
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

46. **AT&T**                                        (562) 402-2417         16.52 Miles
17500 BLOOMFIELD AVE
CERRITOS, CA 90703
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists

47. **AT&T**                                        (818) 893-2490         16.53 Miles
9055 WOODMAN AVENUE
ARLETA, CA 91331
AT&T Internet Services
AT&T U-verse Services
Equipment Recycling Program
Prepaid - GoPhone Equipment
Prepaid - GoPhone Refills
Servicio en Espanol
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

48. **AT&T**                                        (818) 906-4130         16.99 Miles
17401 VENTURA BLVD
ENCINO, CA 91316
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Bill Payments - Cash & Credit
Wireless Equipment Upgrade

49. **AT&T**                                        (310)370-0531          17.36 Miles
21880 HAWTHORNE BOULEVARD
TORRANCE, CA 90503
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Small Business Specialists
Wireless Equipment Upgrade

50. **AT&T**                                        (310) 530-6447         17.59 Miles
898 W SEPULVEDA
HARBOR CITY, CA 90710
AT&T Internet Services
AT&T U-verse Services
Apple iPhone
Equipment Recycling Program
Prepaid - GoPhone Refills
Servicio en Espanol



Small Business Specialists

Wireless Equipment Upgrade

POWERED BY MAPQUEST

New Search          Show More Stores

AT&T on the Web          att.com          att.net
                        Shop. Service. Support.   E-mail - News - Weather & More

Privacy Policy  |  Careers  |  Contact Us  |  Terms of Use  |  Site Map  |  Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

YELLOWPAGES.COM          Digital White & Yellow Pages          Proud Sponsor of the U.S. Olympic Team



 wireless

Residential
Business
Wireless

## Store Locator

**Verizon Wireless Stores (40)**

**Select a store for hours and a map.**

Search Radius:  ◉ 25 miles   ○ 50 miles   ○ 75 miles

Stores within **25 miles** of LOS ANGELES, California 90012

1| 2| 3| 4|

You may also check our list of Authorized Retailers near you **(40 found within 25 Miles of Zip 90012)**

---

Koreatown - Store (3 miles)
3458 Wilshire Blvd
Ste 158
Los Angeles, CA 90010
(213) 380-2299

Western - Store (4 miles)
3785 Wilshire Blvd
Suite 105 A, B
Los Angeles, CA 90010
(213) 738-9771

Hollywood At Vine - Store (5 miles)
1503 Vine St
Hollywood, CA 90028
(323) 465-0640

City Of Commerce - Store (6 miles)
5438 Whittier Blvd
City Of Commerce, CA 90022
(323) 725-9750

Glendale Galleria - Store (6 miles)
1013 Glendale Galleria
Space 1327
Glendale, CA 91210
(818) 553-0470

Huntington Park - Store (6 miles)
6400 Pacific Blvd
Ste 101-105
Huntington Park, CA 90255
(323) 826-9880

Walnut Park - Store (6 miles)
2106 E Florence Ave
Walnut Park, CA 90255
(323) 605-0640

Beverly Connection - Store (8 miles)
100 N La Cienega Blvd
Ste 233
Los Angeles, CA 90048
(310) 659-0775

Pasadena - Store (8 miles)
368 S Lake Ave
Pasadena, CA 91101
(626) 395-0956

Inglewood - Store (9 miles)
3419 W Century Blvd
Inglewood, CA 90303
(310) 673-1443

---

1| 2| 3| 4|

Start A New Search

**Zip Code**           - OR -        **State**

[                ]              Choose a State

Last updated January 2010.   Retail locations and product inventory may change without notice.

**VZNAVIGATOR**[SM]

 Find your
way to a Verizon Wireless store by using
VZ Navigator.

Learn More


Residential
Business
Wireless

## Store Locator

Verizon Wireless Stores (40)

**Select a store for hours and a map.**

Search Radius:    ○ 25 miles        ○ 50 miles        ○ 75 miles

Stores within **25 miles** of LOS ANGELES, California 90012                    1| 2| 3| 4|

You may also check our list of Authorized Retailers near you (**40** found within **25** Miles of Zip 90012)

---

Lynwood - Store (9 miles)
3170 E Imperial Hwy
Ste F
Lynwood, CA 90262
(310) 603-0036

Montebello - Store (9 miles)
2028 Montebello Town Ctr
Montebello, CA 90640
(323) 728-8708

South Gate - Store (9 miles)
9011 Garfield Ave
South Gate, CA 90280
(562) 928-2175

Burbank Empire - Store (10 miles)
1729 N Victory Pl
Burbank, CA 91502
(818) 842-2722

Culver City - Store (10 miles)
10814 Jefferson Blvd
Ste K
Culver City, CA 90230
(310) 838-1044

Pico Rivera - Store (10 miles)
8724 Washington Blvd
Pico Rivera, CA 90660
(562) 942-8527

Compton - Store (11 miles)
237 E Compton Blvd
Compton, CA 90220
(310) 603-0101

Downey Kiosk At Stonewood Mall - Kiosk (11 miles)
251 Stonewood St
Spc Mma7
Downey, CA 90241
(562) 904-9085

Downey Landing - Store (11 miles)
12006 Lakewood Blvd
Spc N100
Downey, CA 90242
(562) 401-1045

Arcadia Kiosk - Kiosk (12 miles)
400 S Baldwin Ave
Spc 9042
Arcadia, CA 91007
(626) 574-2040

---

                                                                1| 2| 3| 4|

Start A New Search

**Zip Code**          - OR -        **State**
                                    Choose a State

Last updated January 2010.    Retail locations and product inventory may change without notice.

**VZNAVIGATOR**<sup>SM</sup>

 Find your
way to a Verizon Wireless store by using
VZ Navigator.

Learn More

 Residential
Business
Wireless

## Store Locator

**Verizon Wireless Stores (40)**

**Select a store for hours and a map.**

Search Radius:        ○ 25 miles        ○ 50 miles        ○ 75 miles

Stores within **25 miles** of LOS ANGELES, California 90012                    1| 2| 3| 4|

You may also check our list of Authorized Retailers near you (**40** found within **25** Miles of Zip 90012)

---

El Monte - Store (12 miles)
10924 E Valley Mall
El Monte, CA 91731
(626) 443-0445

Westwood - Store (12 miles)
1095 Broxton Ave
Ste 228
Los Angeles, CA 90024
(310) 209-4980

Hawthorne - Store (13 miles)
5070 W Rosecrans Ave
Hawthorne, CA 90250
(310) 263-2949

Marina Del Rey - Store (13 miles)
13455 Washington Blvd
Marina Del Rey, CA 90292
(310) 821-7111

Sherman Oaks - Store (13 miles)
14360 Ventura Blvd
Sherman Oaks, CA 91423
(818) 907-1871

Whittier - Store (13 miles)
12376 Washington Blvd
Ste 104
Whittier, CA 90606
(562) 789-0911

Santa Monica - Store (14 miles)
2530 Wilshire Blvd
Ste A
Santa Monica, CA 90403
(310) 828-1279

Carson - Store (15 miles)
20820 Avalon Blvd
Carson, CA 90746
(310) 329-9325

Lakewood - Candlewood Street - Store (15 miles)
4329 Candlewood St
Lakewood, CA 90712
(562) 633-5030

Baldwin Park Towne Center - Store (16 miles)
14510 Town Center Drive
Baldwin Park, CA 91706
(626) 472-6196

---

1| 2| 3| 4|

Start A New Search

**Zip Code**          - OR -        **State**
                                    Choose a State

Last updated January 2010.    Retail locations and product inventory may change without notice.

**VZNAVIGATOR**[SM]

 Find your
way to a Verizon Wireless store by using
VZ Navigator.

Learn More



Residential
Business
Wireless

## Store Locator

**Verizon Wireless Stores (40)**

**Select a store for hours and a map.**

Search Radius:  ● 25 miles    ○ 50 miles    ○ 75 miles

Stores within **25 miles** of LOS ANGELES, California 90012                1| 2| 3| 4|

You may also check our list of Authorized Retailers near you (**40** found within **25** Miles of Zip 90012)

---

Panorama City - Store (16 miles)
8300 Van Nuys Blvd
Panorama City, CA 91402
(818) 920-4848

Cerritos Towne Center - Store (17 miles)
12603 Towne Center Dr
Cerritos, CA 90703
(562) 809-5650

Encino - Store (17 miles)
17237 Ventura Blvd
Ste A
Encino, CA 91316
(818) 990-4610

Torrance - Store (17 miles)
21841 Hawthorne Blvd
Torrance, CA 90503
(310) 316-0385

Torrance Crossroads - Store (18 miles)
24329 Crenshaw Blvd
Suite D
Torrance, CA 90505
(310) 891-6991

West Covina Mall - Store (18 miles)
112 Plaza Dr
Spc 1066
West Covina, CA 91790
(626) 851-9992

La Habra - Store (19 miles)
1401 W Imperial Hwy
Ste C
La Habra, CA 90631
(562) 694-8630

Los Altos - Store (19 miles)
2894 N Bellflower Blvd
Long Beach, CA 90815
(562) 429-8223

Puente Hills - Store (19 miles)
17525 Colima Rd
City Of Industry, CA 91748
(626) 839-5155

Northridge Mall - Store (22 miles)
9301 Tampa Ave
Spc 203
Northridge, CA 91324
(818) 998-1808

---

1| 2| 3| 4|

Start A New Search

**Zip Code**           - OR -        **State**

[          ]                      Choose a State [  ]

Last updated January 2010.   Retail locations and product inventory may change without notice.

**VZNAVIGATOR**[SM]

 Find your
way to a Verizon Wireless store by using
VZ Navigator.

Learn More