# EXHIBIT 2



**Retailers near you**

**1) Sprint Store**
3500-J South Broadway
Tyler, TX 75701
(903) 939-2727
This is a *ReadyNow* store

Sales
Se Habla Español
Bill Payment

4.0 miles
Directions

Make an appointment

© 2008 Sprint. All rights reserved.



Skip To Content    att.com    | Wireless Home    | Personal    | Busines



Find a Store    | Coverage Viewer    | Español    | Cart 

## Find a Store — Map Results



Your Address    Store Location

**Please enter your full address to refine your search.**

| | |
|---|---|
| Address | undefined |
| City | Los Angeles |
| State | California |
| ZIP Code | 75702 |

Did you
overlay
stores
how at

AT&T
Center
week.
a featu
visit a
service
Search
Wireles
the Ser
more,

| | Store Addresses | Phone Number | Distance |
|---|---|---|---|
| 1. | **AT&T** <br> 5393 S BROADWAY AVE <br> TYLER, TX 75703 <br> AT&T Advanced TV Services <br> AT&T Internet Services <br> Apple iPhone <br> Equipment Recycling Program <br> Prepaid - GoPhone Equipment <br> Prepaid - GoPhone Refills <br> Small Business Specialists <br> Wireless Address Book Transfer <br> Wireless Bill Payments - Cash & Credit <br> Wireless Equipment Upgrade | (903) 324-1117 | 4.74 Miles |



Wireless Sales
2. **AT&T**  (903) 561-9393  4.99 Miles
   6004 S BROADWAY
   TYLER, TX 75703
   AT&T Advanced TV Services
   AT&T Internet Services
   Apple iPhone
   Equipment Recycling Program
   Prepaid - GoPhone Equipment
   Prepaid - GoPhone Refills
   Small Business Specialists
   Wireless Address Book Transfer
   Wireless Bill Payments - Cash & Credit
   Wireless Equipment Upgrade
   Wireless Sales

Wireless Service Agreement   |   Cell Phone Records Security

AT&T on the Web

att.com
Shop. Service. Support.

att.net
E-mail - News - Weather & More

Privacy Policy   |   Careers   |   Contact Us   |   Terms of Use   |   Site Map   |   Accessibility

©2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
AT&T 36USC220506

 Residential
Business
Wireless

# Store Locator

**Verizon Wireless Stores (2)**

**Select a store for hours and a map.**

Search Radius:   ⦿ 25 miles     ○ 50 miles     ○ 75 miles

Stores within **25 miles** of TYLER, Texas 75702

You may also check our list of Authorized Retailers near you (**9** found within **25** Miles of Zip 75702)

---

Tyler Loop - Store (4 miles)
1016 W Southwest Loop 323
Tyler, TX 75701
(903) 534-7849

Tyler - Store (5 miles)
6874 S Broadway Ave
Tyler, TX 75703
(903) 535-9200

---

Start A New Search

**Zip Code**         **- OR -**     **State**
                                    Choose a State

Last updated January 2010.   Retail locations and product inventory may change without notice.
**VZNAVIGATOR**[SM]

 Find your way to a Verizon Wireless store by using VZ Navigator.

Learn More