**Exhibit A
to the
Declaration Of Shawn G. Hansen
In Support Of Plaintiff EMG Technology, Llc's
Surreply In Opposition To
Defendants' Motion To Transfer**

# Technographic segmentation

From Wikipedia, the free encyclopedia

**Technographic Segmentation** is a tool of market research.

It is an analysis tool whereby one can identify and profile the characteristics and behaviors of consumers through the process of market segmentation. Traditionally market researchers focused on various demographic, psychographic and lifestyle schemes to categorize and describe homogeneous clusters of consumers that comprise possible target markets.

With the advent of personal computers and home video in the late 1980s and the explosion in internet use, personal digital assistants, BlackBerries, video games, cell phones, etc. in the 1990s information and communication technologies have emerged as a central focus and defining force in a wide range of occupations, avocations and life-styles. Accordingly, market researchers realized the need for devising a segmentation scheme based on the role and scope that technology plays in consumers' lives.

Technographic segmentation was the method of consumer analysis that was developed to measure and categorize consumers based on their ownership, use patterns and attitudes toward information, communication and entertainment technologies.

The concept and technique was first introduced in 1985 by Dr. Edward Forrest[1] in a study of VCR users and later elaborated upon in the article, "Segmenting VCR Owners" published in the *Journal of Advertising Research*. In the article it was suggested that the profiling of technology consumers "should be based on an amalgam of variables which might best be referred to as "technographic"... which "focuses on the motivations, usage patterns, attitudes about technology... as well as measures of a person's fundamental values and lifestyle perspective." [2]

Subsequently, the concept has been adopted by Forrester Research, Inc. as a research service for IT and marketing professionals, business strategists and technology industry executives.

## External links

- Forrester

## Sources

- Forrest, Edward; "Segmenting VCR Owners" *Journal of Advertising Research* (Volume 28, No.2, April/May 1988:pgs 29-39)

## Notes

1. ^ University of Alaska entry
2. ^ *Journal of Advertising Research* (Volume 28, No.2, April/May 1988:pg 38)

Retrieved from "http://en.wikipedia.org/wiki/Technographic_segmentation"
Categories: Market research

- This page was last modified on 10 January 2010 at 14:51.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.