**Exhibit B
to the
Declaration Of Shawn G. Hansen
In Support Of Plaintiff EMG Technology, Llc's
Surreply In Opposition To
Defendants' Motion To Transfer**

**Contact Us**

Find out more on how Forrester's Consumer Data products and services can help you succeed.

Contact us at +1 617.613.6055, or email us at data@forrester.com.

**How Clients Use Technographics**



See how our clients are using Technographics® »

**Data Products**

Learn about our other Technographics services:

European Technographics
Latin America Technographics
Asia Pacific Technographics

**Data Insights Tool Box**

The Data Digest Blog
Benchmark Survey Brands
Data Library
Survey Schedule
Omnibus Surveys
Submit an Inquiry
Technographics Research

**Free Webinar**

In case you missed it, you can download Youth: Social, Mobile, and Influential, a Webinar hosted by Technographics' own Jacqueline Anderson and Tamara Barber. Find out about key trends in the US youth market.

Download this Webinar »

# North American Consumer Technographics
Marketing & Strategy Data Services



**Countries**
North American Consumer Technographics surveys consumers in the following countries:

United States
Canada

**Featured Data Chart**

**The State Of Consumers And Technology: Benchmark 2009, US**

Hispanic adults



- Non-Hispanic adults*
- Creators 40%
- Critics 39%
- Collectors 27%
- Joiners 40%
- Spectators 69%
- Inactives 23%

Base: 1,217 online Hispanic PC own
*Base: 36,790 online non-Hispanic PC

Source: Hispanic Technographics™ Consumer Technology Phone Survey, Q1 2008
*Source: North American Technographics Benchmark Sur

North American Technographics is the foundation for our global consumer research and is the largest and longest-running survey of consumers, second to only the US Census. Technographics is designed by research professionals for marketing and strategy professionals, providing high-quality representative data and insights on the digital lives of consumers that drive more effective planning, strategy and execution.

Forrester's global Consumer Technographics service is built on more than a decade of experience in designing, fielding, and analyzing quantitative studies focused on consumers and the impact of technology on consumer behavior. Technographics research examines technology adoption and how technology changes the way that consumers spend their time, find information, and purchase and use products and services across industries.

**Industries**
Our research provides insight into technology's impact on consumers and how technology is reshaping consumer behavior across industries, including:

Automotive
Customer experience
Consumer technology
Financial services
Healthcare and pharma
Media and marketing
Retail
Travel

**Technographics Consumer Profile Builder**

Gain access to high quality data on your custom-defined target audiences. The Consumer Profile Builder offers:

Social Technographics Profile: Know how your target audience uses social computing today to recommend the strategy and campaign elements that will drive the highest returns on your marketing investments.

Mobile Technographics Profile: Understand your target audience's mobile activities to leverage this emerging channel with the right strategy to reach and serve consumers while minimizing risk.

Consumer Technographics Profile: Profile and segment your target audience's orientation toward technology and their primary motivation, so you can lead with the right value proposition that will drive adoption of your tech products and services.

Learn more about the Technographics Consumer Profile Builder »

About Forrester | Careers | Request A Briefing | My Account | Contact Us | Help | Site Map

Copyright © 2010 | Money-Back Guarantee | Citation Policy | Privacy Policy | Integrity Policy | Terms Of Use