**Exhibit D**
**to the**
**Declaration Of Shawn G. Hansen**
**In Support Of Plaintiff EMG Technology, Llc's**
**Surreply In Opposition To**
**Defendants' Motion To Transfer**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

EMG TECHNOLOGY, LLC,

       Plaintiff,

    v.

APPLE INC.,
AMERICAN AIRLINES, INC.,
DELL, INC.,
HYATT CORPORATION,
MARRIOTT INTERNATIONAL, INC., &
BARNES & NOBLE, INC.,

       Defendants.

Case No. 6:08-cv-447-LED

## PLAINTIFF EMG TECHNOLOGY, LLC'S
## SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to the Court's July 20, 2009 Discovery Order ("Discovery Order") and Fed.R. Civ. P. 26(a)(1), Plaintiff EMG Technology, LLC ("EMG") hereby submits this Supplemental Initial Disclosures Statement. These supplemental disclosures are based on information reasonably discovered through its continuing investigation and discovery.

By making these supplemental disclosures, EMG does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does EMG waive its right to object to discovery on the basis of privilege, work product immunity, relevancy, undue burden or any other valid objections. EMG's supplemental disclosures represent a good faith effort to identify information it reasonably believes may be used to support its case against Defendants.

## PERSONS HAVING KNOWLEDGE OF RELEVANT FACTS:

The following individuals are potential witnesses with knowledge of discoverable facts regarding sales, offers to sell, and use of infringing instrumentalities in this District, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and other facts relevant to EMG's remedies:

Nicole Montgomery
5514 South Broadway
Tyler, Texas 75703

Rachel Carroll
5514 South Broadway
Tyler, Texas 75703

Nathan Ralson
6724 S. Broadway
Tyler, Texas 75703

Jose Bueno
6004 S. Broadway Ave.
Ste. 100
Tyler, Texas 75703

Danny Barrett
5514 South Broadway
Tyler, Texas 75703

Griffin Blackburn
5514 S. Broadway
Tyler, Texas 75703

Doug Cole
6724 S. Broadway
Tyler, Texas 75703

Jerry Cole
6744 S. Broadway
Tyler, Texas 75703

Waylon Fulton
6004 S. Broadway Ave.
Ste. 100

Tyler, Texas 75703


Jason Jones
5393 S. Broadway Ave.
Tyler, Texas 75703

Bear Bryant
5393 S. Broadway Ave.
Tyler, Texas 75703

Shanell Sutherland
121 W SW Loop 323
Tyler, Texas 75701

Mike Anderson
6004 S. Broadway Ave.
Ste. 100
Tyler, Texas 75703

Johannah Rosebury
6004 S. Broadway Ave.
Ste. 100
Tyler, Texas 75703

Raeford Bannon
5393 S. Broadway Ave.
Tyler, Texas 75703

Michael Bass
121 S SW Loop 323
Tyler, Texas 75701

Jarett Wright
1803 ESE Loop 323
Tyler, Texas 75701

Jason Watson
6004 S. Broadway Ave.
Ste. 100
Tyler, Texas 75703

Aaron Mann
121 S. SW Loop 322
Tyler, Texas 75701

Jeffrey Whitespeare
121 W. SW Loop 323
Tyler, Texas 75701

Matt Schoolcraft
6004 S. Broadway Ave.
Tyler, Texas 75703

David Espizona
6004 S. Broadway
Ste. 100
Tyler, Texas 75703

Norma Macias
6004 S. Broadway Ave.
Tyler, Texas 75703

Mark Torrez
607 S. Main Street
Lindale, Texas

Don Anderson
2440 Gilmer Road
Longview, Texas

Alice Pope
515 Texas East Loop 281
Longview, Texas

Collin Brady
1806 Northeast End Blvd.
Marshall, Texas

Jordan Dennis
2501 Victory Drive
Marshall, Texas

Patty Brady
2501 Victory Drive
Marshall, Texas

Will Hallstead

1302 E. Broadway Ave.
Gladewater, Texas

Chris Hernandez
100 S. Main Street
Gladewater, Texas

Gary J. Pargament
1016 W SW Loop 323
Tyler, Texas

Ezell Thompson
1016 S SW Loop 323
Tyler, Texas

Orlando Juarez
6874 S. Broadway
Tyler, Texas

Garrett Jackson
6874 S. Broadway
Tyler, Texas

Brandon Clinton
3101 Shiloh Road
Tyler, Texas

Michael DeVries
4601 S. Broadway
Tyler, Texas

Imran Chotani
3860 Hwy 64 West
Tyler, Texas

Tristan Shay
4601 S. Broadway
Tyler, Texas

Kelly Williams
3709 Troup Hwy.
Tyler, Texas

Morris Newman
3500 S. Broadway
Tyler, Texas

Javier Mendoza
109 W. Loop 281
Longview, Texas 75605

David Ortega
109 W. Loop 281
Longview, Texas 75605

Max Smart
109 W. Loop 281
Longview, Texas 75605

Kristen Cage
3407 N. 4th Street
Suite 107
Longview, Texas 75606

Jesse Aranda
3500 McCann Road
Longview, Texas 75605

Alex Alexander
109 W. Loop 281
Longview, Texas 75605

Clayton Thomas
109 W. Loop 281
Longview, Texas 75605

Marisol Hartnett
109 W. Loop 281
Longview, Texas 75606

Dustin Carmack
3407 N. 4th Street
Suite 107
Longview, Texas 75605

Brittany Williams
3407 N. 4th Street
Suite 107
Longview, Texas 75605

Employees of AT&T retail stores located in Texas.

Employees of Verizon Wireless retail stores located in Texas.

Employees of Sprint retail stores located in Texas.

Employees of T-Mobile retail stores located in Texas.

The following individuals are potential witnesses with knowledge of discoverable facts regarding Defendants' direct and indirect infringement of the Patents-in-Suit in connection with Apple iPhones, Windows Mobile smart phones and/or other infringing instrumentalities, agreements with Apple and/or Microsoft relating to the same, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and/or other facts relevant to EMG's remedies:

Lowell McAdam
Verizon
140 West St.
New York, NY 10007

Steve Zipperstein
Verizon
140 West St.
New York, NY 10007

Roger Gurnani
Verizon
140 West St.
New York, NY 10007

Mike Ritter
Verizon
140 West St.
New York, NY 10007

John Stratton
Verizon
140 West St.
New York, NY 10007

Anthony Malone

Verizon
140 West St.
New York, NY 10007


Margaret Feldman
Verizon
140 West St.
New York, NY 10007

John Townsend
Verizon
140 West St.
New York, NY 10007

Randall L. Stephenson
AT&T
208 S.Akard St.
Dallas, TX 75202

James W. Callaway
AT&T
208 S.Akard St.
Dallas, TX 75202

Ralph de la Vega
AT&T
208 S.Akard St.
Dallas, TX 75202

Richard G. Lindner
AT&T
208 S.Akard St.
Dallas, TX 75202

Forrest E. Miller
AT&T
208 S.Akard St.
Dallas, TX 75202

Wayne Watts
AT&T
208 S.Akard St.
Dallas, TX 75202

Rayford Wilkins, Jr.

AT&T
208 S.Akard St.
Dallas, TX 75202

Catherine M. Coughlin
AT&T
208 S.Akard St.
Dallas, TX 75202

Ronald E. Spears
AT&T
208 S.Akard St.
Dallas, TX 75202

John T. Stankey
AT&T
208 S.Akard St.
Dallas, TX 75202

*AT&T Corporate Office
208 S.Akard St.
Dallas, TX 75202

* There are additional AT&T employees from the corporate headquarters that are potential witnesses pending further discovery.


The following individuals are potential witnesses (technology industry writers) with knowledge of discoverable facts regarding direct and indirect infringement issues, the proportion of the damages base represented by the infringing components or features, customer demand for the patented inventions, and/or other facts relevant to EMG's remedies. In addition Plaintiff has found that these writers may live in different locations but for purposes of this disclosure the office addresses are indicated:

Walter Mossberg
Wall Street Journal
1025 Connecticut Ave NW # 800
Washington, DC 20036

Caroline McCarthy
CNET News
c/o CBS Interactive
235 Second Street
San Francisco, CA 94105

Owen Thomas

Gawker Media
210 Elizabeth St Fl 4
New York, NY 10012

Anil Dash
Expert Labs
1200 New York Avenue, NW
Washington, DC 20005

Wade Roush
Xconomy
10 Rogers Street
Cambridge, MA 02142-1246

Jeremy Caplan
Time Magazine
Time & Life Building, Rockefeller Center
New York, NY 10020-1393

Stephen Wildstrom
Business Week
1200 G St NW # 1100, Washington, DC
Washington, DC 20050

Sear Carroll
PC Magazine
28 E 28th St # 1
New York, NY 10016

John Gruber
Philadelphia, PA

Andy Ihnatko
Chicago Sun-Times
350 N. Orleans St., 10th Floor
Chicago, IL 60654

David Pogue
NY Times
CNBC
c/o
NBC Connecticut (WVIT-HD)
1422 New Britain Ave.
West Hartford, CT 06110
Hartford, CT

Edward Baig
USA Today
1100 New York Ave NW 200E
Washington, DC 20005 http://www.yellowpages.com/info-2326613/Usa-Today-Washington-Dc-Bureau/maps

Brian Krebs
Washington Post
The Washington Post
1150 15th St. NW
Washington, DC 20071

Brian Bergstein
AP
184 High St.
Boston MA 02110-3089

Jenna Wortham
New York Times
229 W 43rd St
New York, NY 10036

Julia Angwin
Wall Street Journal
1155 Avenue of the Americas
New York, NY 10036

The following individuals are identified as having knowledge of discoverable facts regarding alleged prior art identified by one or more of the Defendants:

Kathryn H. Britton
Chapel Hill, NC

Steven Dale Ims
Apex, NC

Brad P. Topol
Apex, NC

Timothy W. Bickmore
Somerville, MA

Michael J. Beranek
Austin, TX

Christian Lita
Austin, TX


Dimitri Kanevsky
Ossining, NY

Thomas Alexander Bellwood
Austin, TX

Matthew Francis Rutkowski
Pflugerville, TX

Michael John Walker
Austin, TX

James Corvin Fletcher
Apex, NC

David Bruce Lindquist
Raleigh, NC

Xerox Corporation
45 Glover Avenue
P.O. Box 4505
Norwalk, CT 06856-4505


The following individuals are potential witnesses (employees of Defendants) with
knowledge of discoverable facts regarding development, implementation and/or
commercialization of the accused instrumentalities, direct and indirect infringement
issues, willfulness, the proportion of the damages base represented by the infringing
components or features, customer demand for the patented inventions, and/or other facts
relevant to EMG's remedies:


Wayne Westerman
Apple
1 Infinite Loop
Cupertino, CA 95014

Robert J. Bach

1 Microsoft Way
Redmond, WA 98052


Brian L. Roberts
Comcast
1500 Market Street
Philadelphia, PA 19102

Stephen B. Burke
Comcast
1500 Market Street
Philadelphia, PA 19102

Michael Angelakis
Comcast
1500 Market Street
Philadelphia, PA 19102

Amy L. Banse
Comcast
1500 Market Street
Philadelphia, PA 19102

David L. Cohen
Comcast
1500 Market Street
Philadelphia, PA 19102

Arthur R. Block
Comcast
1500 Market Street
Philadelphia, PA 19102

Mark A. Coblitz
Comcast1500 Market Street
Philadelphia, PA 19102

Robert S. Pick
Comcast
1500 Market Street
Philadelphia, PA 19102

Gregg M. Goldstein
Comcast

1500 Market Street
Philadelphia, PA 19102


Payne D. Brown
Comcast
1500 Market Street
Philadelphia, PA 19102

Marc A. Rockford
Comcast
1500 Market Street
Philadelphia, PA 19102

Michael Dell
Dell, Inc.
PO Box 149256
Austin, TX 78714

Jeffrey Clarke
Dell, Inc.
PO Box 149256
Austin, TX 78714

Brian Gladden
Dell, Inc.
PO Box 149256
Austin, TX 78714

Joe Kremer
Dell, Inc.
PO Box 149256
Austin, TX 78714

Brad R. Anderson
Dell, Inc.
PO Box 149256
Austin, TX 78714

Stephen J. Felice
Dell, Inc.
PO Box 149256
Austin, TX 78714

Ronald G. Garriques

Dell, Inc.
PO Box 149256
Austin, TX 78714


Erin Nelson
Dell, Inc.
PO Box 149256
Austin, TX 78714

Lawrence P. Tu
Dell, Inc.
PO Box 149256
Austin, TX 78714

Robert W. Reding
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Gerard J. Arpey
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Daniel P. Garton
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Gary F. Kennedy
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Monte E. Ford
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Virasb Vahidi
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Thomas W. Horton
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Isabella D. Goren
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Craig S. Kreeger
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Don B. Casey
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Roger C. Frizzell
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Andrew O. Watson
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Beverly K. Goulet
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Fred E. Cleveland
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Daniel Henry
American Airlines
4601 Highway 360
Fort Worth, TX 76155

Derek DeCross

American Airlines
American Airlines
P.O. Box 619616
DFW Airport, TX 75261-9616

Paolo Brajnik
Usablenet
143 W 29th St
New York, NY 10001

Enrico Scoda
Usablenet
143 W 29th St
New York, NY 10001

Gary C. Kelly
Southwest
8008 Cedar Springs Rd
Dallas, TX 75235

Laura H. Wright
Southwest
2702 Love Field Dr
Dallas, TX 75235

Ron Ricks
Southwest
2702 Love Field Dr
Dallas, TX 75235

Darren Dayley
Southwest
2702 Love Field Dr
Dallas, TX 75235

Laurie Hulin
Southwest 2702 Love Field Dr
Dallas, TX 75235

Madeleine Johnson
Southwest
2702 Love Field Dr
Dallas, TX 75235

Bob Jordan

Southwest 2702 Love Field Dr
Dallas, TX 75235


Kevin Krone
Southwest
2702 Love Field Dr
Dallas, TX 75235

Jan Marshall
Southwest
2702 Love Field Dr
Dallas, TX 75235

Dave Ridley
Southwest
2702 Love Field Dr
Dallas, TX 75235

Michael Van De Ven
Southwest
2702 Love Field Dr
Dallas, TX 75235

Rodger Riney
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Ron Wiese
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Catherine Maher
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Chris X. Moloney
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Mark Warmack
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131


Ian Patterson
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Scott DePriest
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Andrew Riordon
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

Mike Sieben
Scottrade
12800 Corporate Hill Dr # 250
St Louis, MO 63131

J. W. Marriott, Jr.
Marriott
10400 Fernwood Road
Bethesda, MD 20817

John Marriott
Marriott
10400 Fernwood Road
Bethesda, MD 20817

William J. Shaw
Marriott
10400 Fernwood Road
Bethesda, MD 20817

Arne M. Sorenson
Marriott
10400 Fernwood Road
Bethesda, MD 20817

Carl T. Berquist
Marriott
10400 Fernwood Road
Bethesda, MD 20817


Bancroft S. Gordon
Marriott
10400 Fernwood Road
Bethesda, MD 20817

Carl Wilson
Marriott
10400 Fernwood Road
Bethesda, MD 20817

Jeffery H. Boyd
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Daniel J. Finnegan
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Ronald V. Rose
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Peter J. Millones, Jr.
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Brett Keller
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Robert J. Mylod, Jr.
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854

Lisa Gillingham
Priceline
800 Connecticut Avenue,
Norwalk, Connecticut 06854


Nina S. Zagat
Zagat
4 Columbus Circle, 3rd Floor
New York, NY 10019

Tim Zagat
Zagat
4 Columbus Circle, 3rd Floor
New York, NY 10019

Tiffany Barbalato
Zagat
4 Columbus Circle, 3rd Floor
New York, NY 10019

Leonard Riggio
Barnes and Noble
122 5th Ave.
New York, NY 10011

Stephen Riggio
Barnes and Noble
122 5th Ave.
New York, NY 10011

Mitchell Klipper
Barnes and Noble
122 5th Ave.
New York, NY 10011

David S. Deason
Barnes and Noble
122 5th Ave.
New York, NY 10011

William J. Lynch, Jr.
Barnes and Noble
122 5th Ave.
New York, NY 10011

Joseph Lombardi
Barnes and Noble
122 5th Ave.
New York, NY 10011


Jennifer Daniels
Barnes and Noble
122 5th Ave.
New York, NY 10011

Jaime Carey
Barnes and Noble
122 5th Ave.
New York, NY 10011

Kevin M. Frain
Barnes and Noble
122 5th Ave.
New York, NY 10011

Thomas J. Pritzker
Hyatt
71 South Wacker Drive, Suite 900
Chicago, IL 60606

Mark Hoplamazian
Hyatt
71 South Wacker Drive, Suite 900
Chicago, IL 60606

H. Charles Floyd
Hyatt
71 South Wacker Drive, Suite 900
Chicago, IL 60606

Harmit J. Singh
Hyatt
71 South Wacker Drive, Suite 900
Chicago, IL 60606

Susan T. Smith
Hyatt
71 South Wacker Drive, Suite 900
Chicago, IL 60606

International Business Machines Corporation
1 New Orchard Road
Armonk, New York 10504-1722

Xerox Corporation
Stamford, CT

The following individual was identified by Defendants as a potential witness; however, the Defendants specified an incorrect location for this witness. The below location is the correct location for this witness to the best of EMG's information and belief:

Bob Bajoras
Erie, PA

Dated: January 29, 2010

OF COUNSEL:

Robert D. Becker
Cal. Bar No. 160648
Shawn G. Hansen
Cal. Bar No. 197033
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
E-mail: rbecker@manatt.com
E-mail: shansen@manatt.com

Stanley M. Gibson
Cal. Bar No. 162329
Joshua S. Hodas, Ph.D.
Cal. Bar No. 250812
JEFFER, MANGELS, BUTLER AND
MARMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: *smg@jmbm.com*
E-mail: *jsh@jmbm.com*

Respectfully Submitted,

By: */s/ Charles Ainsworth*

Robert M. Parker
State Bar No. 15498000
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document is being served to the parties named below by pdf e-mail on January 29, 2010, with a copy to follow by U.S. Mail.

**David J Healey**
**Garland T Stephens**
**John R Lane**
Fish & Richardson PC-Houston
1221 McKinney Street
Ste 2800
Houston , TX 77010
713/652-0115
Fax: 713-652-0109
Email: healey@fr.com
Email: stephens@fr.com
Email: jlane@fr.com

**Constance M Boland**
Nixon Peabody LLP – NY
437 Madison Avenue
New York, NY 10022
212/940-3000
Fax: 866: 866/947-2210
Email: cboland@nixonpeabody.com

**David C McKone**
**Russell J Genet**
Nixon Peabody LLP – Chicago
300 S Riverside Plaza
16th Floor
Chicago, IL 60606
312/425-3900
Fax: 312/425-3909
Email: dmckone@nixonpeabody.com
Email: rgenet@nixonpeabody.com

**J. Thad Heartfield**
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
409-866-3318
Fax: 409-866-5789

**John M Guaragna**
DLA Piper US LLP – Austin
401 Congress Ave
Suite 2500
Austin, TX 78701-3799
512/457-7000
Fax: 512/457-7001
Email: John.Guaragna@dlapiper.com

**Neil J NcNabnay**
**Chad Walker**
Fish & Richardson – Dallas
1717 Main St.
Suite 5000
Dallas, TX 75201
214/747-5070
Fax: 214/747-2091
Email: mcnabnay@fr.com

**Richard D Rochford**
Nixon Peabody LLP – Rochester
1100 Clinton Square
Rochester, NY 14604
585/263-1000
Fax: 585/263-1600
Email: rrochford@nixonpeabody.com

**Ron Lopez (served only by pdf email)**
**Bob Krebs (served only by pdf email)**
**Corey Rea (served only by pdf email)**
Nixon Peabody LLP
Email: rflopez@nixonpeabody.com
Email: rkrebs@nixonpeabody.com
Email: crea@nixonpeabody.com

Email: thad@jth-law.com

**Sidney Calvin Capshaw, III**
**Elizabeth L DeRieux**
**Daymon Jeffrey Rambin**
**Jessica Lea Hannah**
Capshaw DeRieux, LLP
1127 Judson Road
Ste 220
Longview , TX 75601-5157
903-233-4830
Fax: 903-236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com
Email: chenry@capshawlaw.com
Email: risaac@caphsawlaw.com
Email: jhannah@capshawlaw.com

/s/ Donna L. Wishon
Donna L. Wishon
Paralegal

300050540.1