**Exhibit E
to the
Declaration Of Shawn G. Hansen
In Support Of Plaintiff EMG Technology, Llc's
Surreply In Opposition To
Defendants' Motion To Transfer**

Google maps

**Directions to 211 W Ferguson St, Tyler, TX 75702**
97.7 mi – about **1 hour 39 mins**



Save trees. Go green!
Download Google Maps on your phone at **google.com/gmm**



**208 S Akard St, Dallas, TX 75202**

| | Step | Distance |
|---|---|---|
| | 1. Head **east** on **Commerce St** toward **Browder St**<br>About 2 mins | go 0.6 mi<br>total 0.6 mi |
| 30 | 2. Take the ramp on the **left** onto **I-30 E**<br>About 7 mins | go 6.7 mi<br>total 7.2 mi |
| 80 | 3. Slight **right** at **US-80 E** (signs for **US-80 E/Terrell/Big Town Blvd**)<br>About 18 mins | go 19.1 mi<br>total 26.4 mi |
| 557 | 4. Continue onto **TX-557 Spur E**<br>About 4 mins | go 4.5 mi<br>total 30.9 mi |
| 20 | 5. Merge onto **I-20 E**<br>About 52 mins | go 56.1 mi<br>total 87.0 mi |
| ↗ | 6. Take exit **556** for **US-69** toward **Lindale/Tyler** | go 0.2 mi<br>total 87.2 mi |
| | 7. Continue straight | go 0.2 mi<br>total 87.4 mi |
| 69 | 8. Slight **right** at **US-69 S**<br>About 12 mins | go 8.6 mi<br>total 96.0 mi |
| | 9. Continue onto **W Gentry Pkwy**<br>About 3 mins | go 1.1 mi<br>total 97.1 mi |
| ↱ | 10. Turn **right** at **N Broadway Ave**<br>About 1 min | go 0.5 mi<br>total 97.6 mi |
| ↱ | 11. Turn **right** at **W Ferguson St**<br>Destination will be on the right | go 0.1 mi<br>total 97.7 mi |

**211 W Ferguson St, Tyler, TX 75702**

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 , Google, Sanborn

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.