**Exhibit F
to the
Declaration Of Shawn G. Hansen
In Support Of Plaintiff EMG Technology, Llc's
Surreply In Opposition To
Defendants' Motion To Transfer**

Google maps

**Directions to 211 W Ferguson St, Tyler, TX 75702**
107 mi – about **1 hour 51 mins**

**Save trees. Go green!**
Download Google Maps on your phone at **google.com/gmm**



**2702 Love Field Dr, Dallas, TX 75235**

| | | |
|---|---|---|
| 1. | Head **northwest** on **Inge St** toward **Love Field Dr** | go 420 ft<br>total 420 ft |
| 2. | Turn **left** at **Love Field Dr** | go 0.1 mi<br>total 0.2 mi |
| 3. | Take the 2nd **left** onto **Denton Dr**<br>About 1 min | go 0.4 mi<br>total 0.6 mi |
| 4. | Take the 3rd **right** onto **Burbank St**<br>About 1 min | go 0.5 mi<br>total 1.0 mi |
| 5. | **Burbank St** turns slightly **right** and becomes **Regal Row**<br>About 1 min | go 0.5 mi<br>total 1.6 mi |
| 6. | Slight **right** to stay on **Regal Row** | go 0.1 mi<br>total 1.7 mi |
| 7. | Turn **left** at **N Stemmons Fwy** | go 295 ft<br>total 1.7 mi |
| 8. | Take the ramp on the **left** onto **I-35E S**<br>About 7 mins | go 6.6 mi<br>total 8.3 mi |
| 9. | Take exit **428A** on the **left** to merge onto **I-30 E** toward **Texarkana**<br>About 7 mins | go 8.0 mi<br>total 16.4 mi |
| 10. | Slight **right** at **US-80 E** (signs for **US-80 E/Terrell/Big Town Blvd**)<br>About 18 mins | go 19.1 mi<br>total 35.5 mi |
| 11. | Continue onto **TX-557 Spur E**<br>About 4 mins | go 4.5 mi<br>total 40.0 mi |
| 12. | Merge onto **I-20 E**<br>About 52 mins | go 56.1 mi<br>total 96.2 mi |
| 13. | Take exit **556** for **US-69** toward **Lindale/Tyler** | go 0.2 mi<br>total 96.4 mi |
| 14. | Continue straight | go 0.2 mi<br>total 96.5 mi |
| 15. | Slight **right** at **US-69 S**<br>About 12 mins | go 8.6 mi<br>total 105 mi |
| 16. | Continue onto **W Gentry Pkwy**<br>About 3 mins | go 1.1 mi<br>total 106 mi |
| 17. | Turn **right** at **N Broadway Ave**<br>About 1 min | go 0.5 mi<br>total 107 mi |
| 18. | Turn **right** at **W Ferguson St**<br>Destination will be on the right | go 0.1 mi<br>total 107 mi |

**211 W Ferguson St, Tyler, TX 75702**

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010, Google, Sanborn

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.