**Exhibit G
to the
Declaration Of Shawn G. Hansen
In Support Of Plaintiff EMG Technology, Llc's
Surreply In Opposition To
Defendants' Motion To Transfer**

Google maps

Directions to 211 W Ferguson St, Tyler, TX 75702
115 mi – about **1 hour 54 mins** – up to 2 hours 20 mins in traffic

Save trees. Go green!
Download Google Maps on your phone at google.com/gmm

©2010 Google - Map data ©2010 Google

 4255 Amon Carter Blvd, Fort Worth, TX 76155

| | Step | Distance |
|---|---|---|
| | 1. Head **north** on **Amon Carter Blvd** | go 0.1 mi<br>total 0.1 mi |
| ↗ | 2. Slight **right** | go 0.3 mi<br>total 0.5 mi |
| (183) | 3. Take the ramp on the **left** onto **TX-183 E**<br>About 10 mins | go 10.8 mi<br>total 11.2 mi |
| I-35E | 4. Merge onto **I-35E S**<br>About 5 mins | go 5.1 mi<br>total 16.3 mi |
| I-30 | 5. Take exit **428A** on the **left** to merge onto **I-30 E** toward **Texarkana**<br>About 7 mins | go 8.0 mi<br>total 24.4 mi |
| (80) | 6. Slight **right** at **US-80 E** (signs for **US-80 E/Terrell/Big Town Blvd**)<br>About 18 mins | go 19.1 mi<br>total 43.5 mi |
| (557) | 7. Continue onto **TX-557 Spur E**<br>About 4 mins | go 4.5 mi<br>total 48.0 mi |
| I-20 | 8. Merge onto **I-20 E**<br>About 52 mins | go 56.1 mi<br>total 104 mi |
| ↗ | 9. Take exit **556** for **US-69** toward **Lindale/Tyler** | go 0.2 mi<br>total 104 mi |
| | 10. Continue straight | go 0.2 mi<br>total 105 mi |
| (69) | 11. Slight **right** at **US-69 S**<br>About 12 mins | go 8.6 mi<br>total 113 mi |
| | 12. Continue onto **W Gentry Pkwy**<br>About 3 mins | go 1.1 mi<br>total 114 mi |
| ↱ | 13. Turn **right** at **N Broadway Ave**<br>About 1 min | go 0.5 mi<br>total 115 mi |
| ↱ | 14. Turn **right** at **W Ferguson St**<br>Destination will be on the right | go 0.1 mi<br>total 115 mi |

211 W Ferguson St, Tyler, TX 75702

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 , Google, Sanborn

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.