# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:08 CV 447** |
| | § | **PATENT CASE** |
| **APPLE, INC., et al.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court has reviewed Plaintiff's Notice stating that all Defendants in this action have been dismissed and the case should be closed (Docket No. 236).  Accordingly, the Court **ORDERS** the Clerk to close the case.  All pending motions are **DENIED** as **MOOT**.

**So ORDERED and SIGNED this 18th day of January, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**